# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE FLACCUS<br>Plaintiff,<br><br>v.<br><br>ADVANCED DISPOSAL<br>SERVICES, INC., et al.,<br>Defendants. | CIVIL ACTION<br>NO. 2:17-cv-04808 |

## ORDER

**AND NOW**, this 6th day of August, 2018, upon consideration of Plaintiff's Third Amended Complaint (ECF No. 11), Defendant Advanced Disposal Services South, LLC's Motion to Dismiss the Third Amended Complaint for Lack of Personal Jurisdiction (ECF No. 17), Plaintiff's Response in Opposition thereto (ECF No. 20), and Defendants' Joint Reply (ECF No. 25), it is hereby **ORDERED** as follows:

1. Defendant Advanced Disposal Services South, LLC's Motion (ECF No. 17) is **DENIED without prejudice.**

2. Plaintiff's request for jurisdictional discovery (ECF No. 21, p. 8) is **GRANTED in part and DENIED in part** as outlined herein.

3. Plaintiff's request for jurisdictional discovery is granted insofar as it relates to the issue of specific jurisdiction. To that end, the parties are directed to engage in limited fact discovery for the purpose of ascertaining Defendant Advanced Disposal Services South, LLC's role in directing the imposition of the alleged Cost Recovery Fees.

4. The parties shall have forty-five (45) days from the filing of this Order to complete the above-described discovery.

5. Any dispositive motions related to the issue of personal jurisdiction shall be filed within fourteen (14) days of the

close of discovery and shall be filed in accordance with this Court's Policies and Procedures.[1]

BY THE COURT:

_____
C. Darnell Jones, II  J.

---

[1] http://www.paed.uscourts.gov/documents/procedures/jonpol.pdf