# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE FLACCUS | : | |
|    *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO.: 17-4808 |
| ADVANCED DISPOSAL SERVICES, | : | |
| INC. et al., | : | |
|    *Defendants*. | : | |

## **ORDER**

AND NOW, this 23rd day of December, 2019, in accordance with the accompanying Memorandum and upon review of the independent Motions for Summary Judgment by Defendant Advanced Disposal Services, Inc. and Defendant Advanced Disposal Services South, LLC (ECF Nos. 33, 34) and Plaintiff Anne Flaccus' responses thereto (ECF Nos. 36-38), it is hereby ORDERED as follows:

1. Defendant Advanced Disposal Services, Inc.'s Motion for Summary Judgment (ECF No. 33) is GRANTED WITH PREJUDICE. Defendant Advanced Disposal Services, Inc. is hereby DISMISSED from this action.

2. Defendant Advanced Disposal Services South, LLC's Motion for Summary Judgment (ECF No. 34) is DENIED.

3. Defendant Advanced Disposal Services South, LLC shall file an Answer to Plaintiff's Second Amended Class Action Complaint within **fourteen (14) days** of the filing of this Order.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II   J.