#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE FLACCUS, | : | |
|     *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 19-5277 |
| ADVANCED DISPOSAL SERVICES, | : | |
| INC., et al, | : | |
|     *Defendants*. | : | |

### **ORDER**

AND NOW, this 8th day of October, 2020, upon consideration of Plaintiff's Motion for Partial Reconsideration (ECF No. 41) and Defendants' Response in Opposition thereto (ECF No. 44), and for the reasons set forth in the Court's accompanying Memorandum, it is hereby ORDERED that said Motion is DENIED.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II     J.