IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANNE FLACCUS**, : | |
| *Plaintiff* : | |
| : | CIVIL ACTION |
| v. : | NO. 17-4808 |
| : | |
| **ADVANCED DISPOSAL SERVICES,** : | |
| **INC.**, *et al.*, : | |
| *Defendants*. : | |

## ORDER

**AND NOW**, on this 16th day of November, 2022, upon consideration of the parties' jointly submitted status report (ECF No. 52), it is hereby **ORDERED** that the parties shall have until **Wednesday, February 15, 2023** to file another joint status report with the Court regarding the above-captioned case's settlement status.

BY THE COURT:


*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II   J.