IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE FLACCUS | : CIVIL ACTION |
| | : |
| v. | : NO. 17-4808 |
| | : |
| ADVANCED DISPOSAL SERVICES EASTERN PA, INC., ADVANCED DISPOSAL SERVICES SOUTH, LLC | : : : |

# ORDER

AND NOW, this 17th day of November 2022, upon random assignment (ECF Doc. No. 54), it is **ORDERED** we will hold a telephone status conference with all counsel on **Tuesday, November 22, 2022** at **10:00 A.M.** over our Court's Conference line: (Dial-in Number: 888-278-0296; Access Code: 5723096#).

_____
**KEARNEY, J.**