IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANNE FLACCUS : Civil Action
:
v. :
:
ADVANCED DISPOSAL :
SERVICES EASTERN PA : No.: 2:17-cv-4808-CDJ

ORDER

AND NOW, this        day of                    20    , it is hereby

ORDERED that the application of Rik S. Tozzi _____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:17-cv-04808-CDJ

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, **Rik S. Tozzi** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a ~~check/number~~ credit card, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Alabama | 9/24/1993 | asb-7144-z48r |
|  |  |  |
|  |  |  |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| ND Alabama | 7/27/1994 | asb-7144-z48r |
| MD Alabama | 11/2/1993 | asb-7144-z48r |
| SD Alabama | 8/6/2001 | asb-7144-z48r |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for _____
(Applicant's Signature)

11/15/22
(Date)

Name of Applicant's Firm: Burr & Forman LLP
Address: 420 North 20th Street, Suite 3400, Birmingham, AL 35203
Telephone Number: 205-458-5152
Email Address: rtozzi@burr.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/15/22
(Date)

_____
(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Rik S. Tozzi____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Joel L. Frank | [signature] | 11/10/1986 | 46601 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

24 East Market Street

West Chester, PA 19381

(610) 430-8000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/18/22__        [signature]
          (Date)              (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| ANNE FLACCUS, <br><br>  Plaintiff, <br><br> v. <br><br> ADVANCED DISPOSAL SERVICES, INC., and ADVANCED DISPOSAL SERVICES EASTERN PA, INC. f/k/a/ ADVANCED DISPOSAL SERVICES SHIPPENSBURG, LLC, <br><br> Defendants. | CIVIL ACTION NO.: <br> 2:17-CV-04808-CDJ |

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(B)*

*Addendum to Applicant's Statement- Rik S. Tozzi*

B. I state that I am currently admitted to practice in the following federal jurisdictions:

State Court of Alabama (9/24/1993) (asb-7144-z48r)

United States District Court

- Northern District of Alabama (7/27/1993) (asb-7144-z48r)
- Middle District of Alabama (11/2/1993) (asb-7144-z48r)
- Southern District of Alabama (8/6/2001) (asb-7144-z48r)

United States Court of Appeals

- Fifth Circuit (10/5/2001)
- Eleventh Circuit (3/24/2004)
- Sixth Circuit (8/19/2005)
- Eighth Circuit (8/5/2009)
- Fourth Circuit (1/12/2017)

49437779 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANNE FLACCUS                    :       Civil Action
                                :
v.                              :
                                :
ADVANCED DISPOSAL SE            :       No.: 2:17-cv-4808-CDJ

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Rik S. Tozzi___, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Upon all counsel registered to receive electronic notices in the above-captioned action.

_____
(Signature of Attorney)

**Joel L. Frank**
(Name of Attorney)

Advance Disposal Services Eastern PA
(Name of Moving Party)

11/18/22
(Date)