# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE FLACCUS | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 17-4808 |
| | : | |
| ADVANCED DISPOSAL SERVICES SOUTH, LLC | : | |
| | : | |
| | : | |

# ORDER

**AND NOW,** this 22nd day of November 2022, consistent with the discussion during today's telephone conference setting pretrial and trial deadlines resulting in our Order setting trial dates, it is **ORDERED**:

1. The Clerk of Court shall **remove** this case from the Court's suspense docket; and,

2. Plaintiff shall file status memoranda not exceeding three pages advising on the parties' progress in resolving the case promptly upon changes in the present mediation calendar as well as on **December 15, 2022** and **February 3, 2023**.

_____
**KEARNEY, J.**