IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE FLACCUS, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION** |
| | ) | **NO. 2:17-cv-04808-MAK** |
| ADVANCED DISPOSAL SERVICES SOUTH, LLC, | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## DEFENDANT ADVANCED DISPOSAL SERVICES SOUTH, LLC'S NOTICE OF WITHDRAWAL OF CERTAIN AFFIRMATIVE DEFENSES

Defendant Advanced Disposal Services South, LLC ("ADS"), by and through its counsel, and pursuant to the Court's November 22, 2022 Order (ECF Doc. No. 62), hereby submits its Notice of Withdrawal of Certain Affirmative Defenses, respectfully stating as follows:

As more specifically discussed in ADS's contemporaneously-filed Memorandum of Law in Support of Certain Affirmative Defenses, ADS hereby withdraws without prejudice Affirmative Defense Nos. 8 (Justification), 10 (Statute of Frauds), 21 (Class Certification Criteria Cannot Be Met), and 22 (Class Action Prerequisites Do Not Exist).

Respectfully submitted this 30th day of November, 2022.

| | |
|---|---|
| */s/ Joel L. Frank* | */s/ Rik S. Tozzi* |
| Joel L. Frank (I.D. No. 46601) | Rik S. Tozzi (*admitted pro hac vice*) |
| John J. Cunningham (I.D. No. 70975) | BURR & FORMAN LLP |
| LAMB McERLANE PC | 420 North 20th Street, Suite 3400 |
| 24 East Market Street, P.O. Box 565 | Birmingham, AL 32503 |
| West Chester, PA 19381 | Telephone:  (205) 458-5152 |
| Telephone:  (610) 430-8000 | Facsimile:  (205) 458-5100 |
| Facsimile:  (610) 692-0877 | rtozzi@burr.com |
| jfrank@lambmcerlane.com | |
| jcunningham@lambmcerlane.com | Attorneys for Defendant |
| | ADVANCED DISPOSAL SERVICES, LLC |

49521674 v1

**CERTIFICATE OF SERVICE**

I, Joel L. Frank, Esquire, hereby certify that on November 30, 2022, I caused a true and correct copy of the foregoing Notice of Withdrawal of Certain Affirmative Defenses to be served via the Court's CM/ECF system upon all counsel registered to received electronic notices in the above-captioned action.

/s/ Joel L. Frank
JOEL L. FRANK

49521674 v1