IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANNE FLACCUS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 17-4808** |
| | : | |
| **ADVANCED DISPOSAL SERVICES SOUTH, LLC** | : | |

## ORDER

**AND NOW**, this 8th day of December 2022, upon reviewing Defendant's Memorandum (ECF Doc. No. 70) and Notice of withdrawal (ECF Doc. No. 71) responsive to our November 22, 2022 Order (ECF Doc. No. 62), and finding Defendant's counsel now offers a factual and legal basis consistent with Rule 11 as to several affirmative defenses and has withdrawn four others, it is **ORDERED**:

1. We **STRIKE** without prejudice Affirmative Defenses Nos. 8, 10, 21, and 22; and,

2. Defendant has shown a good faith basis for its Affirmative Defenses Nos. 3, 5, 6, 7, 9, 23, and 25 allowing it to proceed on those defenses.

_____
**KEARNEY, J.**