# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE FLACCUS,<br><br>   Plaintiff,<br><br>v.<br><br>ADVANCED DISPOSAL SERVICES SOUTH, LLC,<br><br>   Defendant. | CIVIL ACTION<br>NO. 2:17-cv-04808-MAK |

## JOINT NOTICE OF RE-SCHEDULING MEDIATION TO JANUARY 5, 2023

COME NOW, Plaintiff Anne Flaccus and Defendant Advanced Disposal Services South, LLC (together the "Parties"), by and through their undersigned counsel, and pursuant to the Court's directives during the November 22, 2022 telephone status conference and in its November 23, 2022 Order (ECF Doc. No. 61), hereby provide notice that the mediation before the Honorable Morton Denlow (Ret.), which was previously set for January 31, 2023, has been re-scheduled to **January 5, 2023**.

Respectfully submitted this 8th day of December, 2022.

*s/ Benjamin M. Mather (with consent)*
Benjamin M. Mather, Esq. (I.D. No. 89959)
Andrew J. Belli, Esq. (I.D. No. 208100)
KAUFMAN, COREN & RESS, P.C.
Two Commerce Square
Suite 3900
2001 Market Street
Philadelphia, PA  3900
Telephone:  (215) 735-8700
Facsimile:  (215) 735-5170
bmather@kcr-law.com
abelli@kcr-law.com

Attorneys for Plaintiff
ANNE FLACCUS

*s/ Joel L. Frank*
Joel L. Frank (I.D. No. 46601)
John J. Cunningham (I.D. No. 70975)
LAMB McERLANE PC
24 East Market Street
P.O. Box 565
West Chester, PA 19381
Telephone:  (610) 430-8000
Facsimile:  (610) 692-0877
jfrank@lambmcerlane.com
jcunningham@lambmcerlane.com

49547778 v1

*s/ Rik S. Tozzi (with consent)*
Rik S. Tozzi (*admitted pro hac vice*)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 32503
Telephone: (205) 458-5152
Facsimile: (205) 458-5100
rtozzi@burr.com

Attorneys for Defendant
ADVANCED DISPOSAL SERVICES, LLC

2

49547778 v1

## **CERTIFICATE OF SERVICE**

  I, Joel L. Frank, Esquire, hereby certify that on December 8, 2022, I caused a true and correct copy of the foregoing Joint Notice of Re-Scheduling Mediation to January 5, 2023 to be served via the Court's CM/ECF system upon all counsel registered to received electronic notices in the above-captioned action.

                *s/ Joel L. Frank*
                JOEL L. FRANK