IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE FLACCUS | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 17-4808 |
| | : | |
| ADVANCED DISPOSAL SERVICES SOUTH, LLC | : : | |

# ORDER

**AND NOW**, this 20th day of January 2023, upon considering the joint Notice of successful mediation and request for stay of case deadlines (ECF Doc. No. 77) confirming the parties reached a settlement in principle and are now diligently gathering the information necessary to jointly move for preliminary approval of settlement, following today's conference with counsel, and finding good cause, it is **ORDERED**:

1. The parties are granted leave to jointly move for preliminary approval, preliminary certification of a settlement class, and setting Notice protocols on or before **February 8, 2023** compliant with our Policies;

2. We will hold a hearing on an anticipated joint Motion for preliminary approval on **February 15, 2023** at **2:30 PM** in Courtroom 6B; and,

3. We **amend** our November 22, 2022 Order (ECF Doc. No. 62) <u>only</u> as to prospective obligations relating to summary judgment. Motions for summary judgment on the named Plaintiff's claims or for class certification in Phase I shall be filed no later than **February 28, 2023**. Responses shall be filed in accord with the Local Rules and this Court's Policies and no later than **March 13, 2023**.

                                                                    _____
                                                                    **KEARNEY, J.**