# Exhibit "3"

**[*Compilation of Service Agreements between ADS and Pennsylvania Customers*]**

03/31/2014  06:14 ████████                                                                    PAGE  02/03

 **Advanced Disposal**

ONE YEAR RENEWAL

SALESPERSON # __JJW__ FEL _X_ REL ____ ROL ____

# SERVICE AGREEMENT

| CUSTOMER # ████ | | SITE # ████ | |
|---|---|---|---|
| New Account ____ | Service Increase ____ | Service Decrease ____ | Cancel ____ |
| Rate Increase ____ | Rate Decrease ____ | Other _X_ | Reason Code _CI_ |

| **CUSTOMER MASTER/BILLING INFORMATION** | **SITE MASTER MAINTENANCE/SERVICE LOCATION** |
|---|---|
| LEGAL NAME: ████ | NAME: same |
| ADDRESS LINE 1: ████ | ADDRESS LINE 1: |
| ADDRESS LINE 2: | ADDRESS LINE 2: |
| CITY: WHITEHALL       STATE: PA | CITY:        STATE: |
| ZIP CODE: 18052  PHONE: ████ | ZIP CODE:   PHONE: ████ |
| FAX: ████ | FAX: |
| EMAIL: ████ | |
| CONTACT NAME: ████ | EFFECTIVE DATE OF AGREEMENT: 4/1/14 |

| | SERV # | SERV TYPE | QTY | CONT. SIZE | COMP. Y/N | ON CALL Y/N | FREQ | EXTRA PICK UP/HAUL RATE | DISPOSAL CHARGE | MONTHLY CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| **NEW** | | | | | | | | | | |
| **OLD** | 1 | FL MSW | 1 | 4YD | N | N | EOW | 40 | | 49.61 |

OTHER CHARGES:                                                                  P.O. # _____
+ Fuel Sur. & Environmental Fee as shown on invoice
$_____ Container Delivery

*FSC 8%, NO OTHER FEES.  RATE LOCK FOR ONE YEAR.
INCREASES CAPPED AFTER AT 3% MAX PER YEAR.*

By execution hereof, Customer agrees that this Service Agreement (the "Agreement") is a legally binding contract, enforceable in accordance with its terms, between Advanced Disposal Services LEHIGH VALLEY , LLC inc ("Advanced") and Customer, and the individual executing this Agreement on behalf of Customer has all power and authority to do so. Customer agrees to accept the services and equipment at the charges and frequency indicated in this Agreement subject to the terms and conditions specified below.

| **ADVANCED** | **CUSTOMER:** |
|---|---|
| By: JACK WENNER | By: ████ |
| Print Name: JACK WENNER | Print Name: ████ |
| Date: _____ | Date: X _3/28/14_ |
| | (Please initial the back page) |

## TERMS AND CONDITIONS

**SERVICES RENDERED.** Customer grants to Advanced the exclusive right to collect and dispose of all of Customer's solid waste materials, including any recyclable materials, and agrees to make the payments as provided for herein, and Advanced agrees to furnish such services and equipment as specified above, all in accordance with the terms and conditions of this Agreement. In the event Advanced is rendered unable to perform its obligations hereunder due to an act, event or condition that is beyond Advanced's control, it shall notify Customer of such event and the obligations of Advanced may be suspended during the continuation of any inability so caused by such event, act or condition. **TERM.** This Agreement is a legally binding contract and shall extend for an initial term of five (5) years from the date hereof (the "Initial Term"), and, except where prohibited by law, shall be automatically renewed for successive 5 year terms (each a "Renewal Term") thereafter, unless either party shall give written notice of non-renewal (via certified mail) to the other at least sixty (60) days but not more than one hundred twenty (120) days prior to the expiration of the Initial Term, or any Renewal Term (together, the "Term"). In the event the Customer should attempt to discontinue or terminate this Agreement other than as provided above, Customer agrees to pay to Advanced as liquidated damages a sum equal to the average of the latest six months invoices sent to the Customer by Advanced multiplied by six (6), or if Customer has not been serviced for six months, an amount equal to Customer's most recent monthly charge multiplied by six. This Agreement includes any recyclable material, non-scheduled or on call service with exclusive rights to Advanced. Advanced agrees that if Customer no longer requires any collection, disposal, or recycling for its materials due solely to the discontinuance of its business or the relocation of its business outside the area in which Advanced provides collection service, Customer may terminate this Agreement upon written notice to Advanced (via certified mail) at least sixty (60) days prior to the date of allocation or termination of Customer's business; provided however, that Customer shall remit all amounts due and owing to Advanced prior to such termination. Notwithstanding the forgoing, Customer agrees that this Agreement applies to any change of location of Customer, and all additional locations of Customer within the area the Contractor provides the services contemplated hereunder. This section shall survive any termination or expiration of this Agreement. **ENCLOSURES.** All solid waste enclosures must meet the enclosure standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Advanced will not be responsible in any manner for any damage to an enclosure or for any costs and expenses arising from such damage to an enclosure. **EQUIPMENT.** The word "equipment" as used herein shall mean all containers, compactors and other equipment used for storage of waste material utilized in the performance of this Agreement. Customer acknowledges that it has the care, custody and control of any equipment furnished to Customer while it is at Customer's premises and accepts sole responsibility, and shall be liable, for all loss and damage, normal wear and tear excepted, to such equipment and for the cleanliness and safekeeping of such equipment. Customer shall not overload any equipment (by weight or volume) and shall use it only for its intended purposes. All enclosures must meet the standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Customer shall not remove or alter, nor authorize the removal or alteration of, any such equipment without the prior written consent of Advanced, nor shall Customer use the equipment for incineration purposes. Customer shall maintain the Equipment and surrounding area in a clean and safe condition and shall secure the Equipment at all times to prevent unauthorized access to or dumping or looting. Customer shall have no authority to subject the equipment to any lien or encumbrance. Customer shall pay an extra yardage/pickup fee on any of the following: (i) waste material not properly contained; (ii) waste material exceeding height or internal capacity of the equipment; and (iii) contaminated recyclables. If Advanced is assessed an overweight fine Advanced shall invoice Customer, and Customer shall pay any expenses or fees relating thereto. **NON-HAZARDOUS WASTE ONLY.** Customer represents and warrants that all solid waste and material delivered to Advanced hereunder will not contain (i) any hazardous, biohazardous, infectious, radioactive, volatile, corrosive, highly flammable, explosive, biomedical, or toxic waste as defined by any applicable federal, state, or local agencies or laws or regulations, or (ii) any other toxins, chemicals, wastes, substances, or materials which pose an unreasonable risk to human health or the environment. Advanced shall not be required to accept such unacceptable materials, and reserves the right to suspend the services to be provided by Advanced as contemplated hereunder. In the event Customer deposits or places for collection such unacceptable waste or materials, Customer shall remove waste or materials that Customer has deposited in Advanced's equipment which are subsequently determined or suspected by Advanced to be unacceptable pursuant to this Agreement. If such waste or materials are not removed by Customer immediately upon

Apr 07 14 10:02p                                                                                           p.1

**Advanced Disposal**

3 yr renewal. Increases capped at
5% per year total..

SALESPERSON # __JJW__  FEL ____  REL ____  ROL ____

# SERVICE AGREEMENT

CUSTOMER #: ▮▮▮▮                          SITE #: ▮▮▮▮

New Account ____   Service Increase __X__   Service Decrease __X__   Cancel ____

Rate Increase ____   Rate Decrease ____   Other ____   Reason Code __IPDP__

## CUSTOMER MASTER/BILLING INFORMATION

LEGAL NAME: ▮▮▮▮

ADDRESS LINE 1: ▮▮▮▮

ADDRESS LINE 2: ▮▮▮▮

CITY: BETHLEHEM          STATE: PA

ZIP CODE: 18017  PHONE: ▮▮▮▮

FAX: (____) ___ - ____

EMAIL: ▮▮▮▮

CONTACT NAME: ▮▮▮▮

## SITE MASTER MAINTENANCE/SERVICE LOCATION

NAME: ▮▮▮▮

ADDRESS LINE 1: ▮▮▮▮

ADDRESS LINE 2: ▮▮▮▮

CITY: EASTON          STATE: PA

ZIP CODE: 18042  PHONE: ▮▮▮▮

FAX: ▮▮▮▮

EFFECTIVE DATE OF AGREEMENT: 4/3/14

| | SERV # | SERV TYPE | QTY | CONT. SIZE | COMP. Y/N | ON CALL Y/N | FREQ | EXTRA PICK UP/HAUL RATE | DISPOSAL CHARGE | MONTHLY CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| NEW | 1 | RL MSW | 1 | 96GAL | N | N | 1XW | 6 | | 36 |
| OLD | 1 | RL MSW | 1 | 50LY | N | N | 1XW | 6 | | 73.32 |

OTHER CHARGES:                                                    P.O. #
+ Fuel Fee & Environmental Fee as shown on invoice   FSC 10%, ENV 6%, NO ADMIN
$ _____ Container Delivery

*By execution hereof, Customer agrees that this Service Agreement (the "Agreement") is a legally binding contract, enforceable in accordance with its terms, between Advanced Disposal Services* LEHIGH VALLEY *, LLC/Inc. ("Advanced") and Customer, and the individual executing this Agreement on behalf of Customer has all power and authority to do so. Customer agrees to accept the services and equipment at the charges and frequency indicated in this Agreement subject to the terms and conditions specified below.*

ADVANCED
By: JACK WENNER
Print Name: JACK WENNER
Date: 4/1/14

CUSTOMER:
By: ▮▮▮▮
Print Name: ▮▮▮▮
Date: ▮▮▮▮
(Please initial the back page)

## TERMS AND CONDITIONS

*SERVICES RENDERED. Customer grants to Advanced the exclusive right to collect and dispose of all of Customer's solid waste materials, including any recyclable materials, and agrees to make the payments as provided for herein, and Advanced agrees to furnish such services and equipment as specified above, all in accordance with the terms and conditions of this Agreement. In the event Advanced is rendered unable to perform its obligations hereunder due to an act, event or condition that is beyond Advanced's control, it shall notify Customer of such event and the obligations of Advanced may be suspended during the continuation of any inability so caused by such event, act or condition.*
*TERM. This Agreement is a legally binding contract and shall extend for an initial term of five (5) years from the date hereof (the "Initial Term"), and, except where prohibited by law, shall be automatically renewed for successive 5 year terms (each a "Renewal Term") thereafter, unless either party shall give written notice of non-renewal (via certified mail) to the other at least sixty (60) days but not more than one hundred twenty (120) days prior to the expiration of the Initial Term, or any Renewal Term (together, the "Term"). In the event the Customer should attempt to discontinue or terminate this Agreement other than as provided above, Customer agrees to pay to Advanced as liquidated damages a sum equal to the average of the latest six months invoices next to the Customer by Advanced multiplied by six (6), or if Customer has not been serviced for six months, an amount equal to Customer's most recent monthly charge multiplied by six. This Agreement includes any recyclable material, non-scheduled or on call service with exclusive rights to Advanced. Advanced agrees that if Customer no longer requires any collection, disposal, or recycling for its materials due solely to the discontinuance of its business or the relocation of its business outside the area in which Advanced provides collection service, provided however, that Customer shall remit all amounts due and owing to Advanced prior to such termination. Notwithstanding the forgoing, Customer agrees that this Agreement applies to any change of location of Customer, and all additional locations of Customer within the area the Contractor provides the services contemplated hereunder. This section shall survive any termination or expiration of the Agreement.*
*ENCLOSURES. All solid waste enclosures must meet the enclosure standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Advanced will not be responsible in any manner for any damage to an enclosure or for any costs and expenses arising from such damage to an enclosure.*
*EQUIPMENT. The word "equipment" as used herein shall mean all containers, compactors and other equipment used for storage of waste material utilized in the performance of this Agreement. Customer acknowledges that it has the care, custody and control of any equipment furnished to Customer while it is at Customer's premises and accepts sole responsibility, and shall be liable, for all loss and damage, normal wear and tear excepted, to such equipment and for the cleanliness and safekeeping of such equipment. Customer shall not overload any equipment (by weight or volume) and shall use it only for its intended purposes. All enclosures must meet the standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Customer shall not remove or alter, nor authorize the removal or alteration of, any such equipment without the prior written consent of Advanced, nor shall Customer use the equipment for incineration purposes. Customer shall maintain the Equipment and surrounding area in a clean and safe condition and shall secure the Equipment at all times to prevent unauthorized access to or dumping or looting. Customer shall have no authority to subject the equipment to any lien or encumbrance. Customer shall pay an extra yardage/pickup fee for any of the following: (i) waste material not properly contained; (ii) waste material exceeding height or rated capacity of the equipment; and (iii) contaminated recyclables. If Advanced is assessed an overweight fine Advanced shall invoice Customer, and Customer shall pay any expenses or fees relating thereto.*
*NON-HAZARDOUS WASTE ONLY. Customer represents and warrants that all solid waste material delivered to Advanced hereunder will not contain (i) any hazardous, biohazardous, infectious, radioactive, volatile, corrosive, highly flammable, explosive, biomedical, or toxic wastes as defined by any applicable federal, state, or local agencies or laws or regulations, or (ii) any other toxins, chemicals, wastes, substances, or materials which pose an unreasonable risk to human health or the environment. Advanced shall not be required to accept such unacceptable materials, and reserves the right to suspend the services to be provided by Advanced as contemplated hereunder, in the event Customer deposits or places for collection such unacceptable waste or materials. Customer shall remove waste or materials that Customer has deposited in Advanced's equipment which are subsequently determined or suspected by Advanced to be unacceptable pursuant to this Agreement. If such waste or materials are not removed by Customer immediately upon*

 **Advanced Disposal**

SALESPERSON # M![redacted]  FEL __X__  REL ____  ROL ____

# SERVICE AGREEMENT

CUSTOMER #: ![redacted]                    SITE #: ![redacted]

New Account _____     Service Increase _____     Service Decrease _____     Cancel _____

Rate Increase _____     Rate Decrease _____     Other  REN     Reason Code  CI

**CUSTOMER MASTER/BILLING INFORMATION**          **SITE MASTER MAINTENANCE/SERVICE LOCATION**

LEGAL NAME: ![redacted]          NAME: SAME

ADDRESS LINE 1: ![redacted]          ADDRESS LINE 1: _____

ADDRESS LINE 2: _____          ADDRESS LINE 2: _____

CITY: NORRISTOWN          STATE: PA          CITY: _____          STATE: _____

ZIP CODE: 19403   PHONE: ![redacted]          ZIP CODE: _____   PHONE: (___) ___ - ____

FAX: (___) ___ - ____

EMAIL: ![redacted]

CONTACT NAME: ![redacted]          EFFECTIVE DATE OF AGREEMENT: 3/18/2015

|  | SERV # | SERV TYPE | QTY | CONT. SIZE | COMP. Y/N | ON CALL Y/N | FREQ | EXTRA PICK UP/HAUL RATE | DISPOSAL CHARGE | MONTHLY CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| **NEW** | 1 | MSW | 1 | 2YD | N | N | WKLY | 80.00 | | 89.25 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **OLD** | 1 | MSW | 1 | 2YD | N | N | WKLY | 0.00 | | 89.25 |
| | | | | | | | | | | |
| | | | | | | | | | | |

OTHER CHARGES: PA GAS TAX. NO ADMIN FEE          P.O. # _____
+ Fuel Fee & Environmental Fee as shown on invoice
$_____ Container Delivery

*By execution hereof, Customer agrees that this Service Agreement (the "Agreement") is a legally binding contract, enforceable in accordance with its terms, between Advanced Disposal Services  SHIPPENSBURG  , LLC/Inc. ("Advanced") and Customer, and the individual executing this Agreement on behalf of Customer has all power and authority to do so. Customer agrees to accept the services and equipment at the charges and frequency indicated in this Agreement subject to the terms and conditions specified below.*

ADVANCED:                                        CUSTOMER:
By: ![signature]                                 By: ![redacted]
Print Name: _____                               Print Name: ![redacted]
Date: _____                                     Date: 4/16/15
                                                 **(Please initial the back page)**

## TERMS AND CONDITIONS

**SERVICES RENDERED.** Customer grants to Advanced the exclusive right to collect and dispose of all of Customer's solid waste materials, including any recyclable materials, and agrees to make the payments as provided for herein, and Advanced agrees to furnish such services and equipment as specified above, all in accordance with the terms and conditions of this Agreement. In the event Advanced is rendered unable to perform its obligations hereunder due to an act, event or condition that is beyond Advanced's control, it shall notify Customer of such event and the obligations of Advanced may be suspended during the continuation of any inability so caused by such event, act or condition. **TERM.** This Agreement is a legally binding contract and shall extend for an initial term of five (5) years from the date hereof (the "Initial Term"), and, except where prohibited by law, shall be automatically renewed for successive 5 year terms (each a "Renewal Term") thereafter, unless either party shall give written notice of non-renewal (via certified mail) to the other at least sixty (60) days but not more than one hundred twenty (120) days prior to the expiration of the Initial Term, or any Renewal Term (together, the "Term"). In the event the Customer should attempt to discontinue or terminate this Agreement other than as provided above, Customer agrees to pay to Advanced as liquidated damages a sum equal to the average of the latest six months invoices sent to the Customer by Advanced multiplied by six (6), or if Customer has not been serviced for six months, an amount equal to Customer's most recent monthly charge multiplied by six. This Agreement includes any recyclable material, non-scheduled or on call service with exclusive rights to Advanced. Advanced agrees that if Customer no longer requires any collection, disposal, or recycling for its materials due solely to the discontinuance of its business or the relocation of its business outside the area in which Advanced provides collection service, Customer may terminate this Agreement upon written notice to Advanced (via certified mail) at least sixty (60) days prior to the date of relocation or termination of Customer's business; provided however, that Customer shall remit all amounts due and owing to Advanced prior to such termination. Notwithstanding the forgoing, Customer agrees that this Agreement applies to any change of location of Customer, and all additional locations of Customer within the area the Contractor provides the services contemplated hereunder. This section shall survive any termination or expiration of the Agreement.
**ENCLOSURES.** All solid waste enclosures must meet the enclosure standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Advanced will not be responsible in any manner for any damage to an enclosure or for any costs and expenses arising from such damage to an enclosure.
**EQUIPMENT.** The word "equipment" as used herein shall mean all containers, compactors and other equipment used for storage of waste material utilized in the performance of this Agreement. Customer acknowledges that it has the care, custody and control of any equipment furnished to Customer while it is at Customer's premises and accepts sole responsibility, and shall be liable, for all loss and damage, normal wear and tear excepted, to such equipment and for the cleanliness and safekeeping of such equipment. Customer shall not overload any equipment (by weight or volume) and shall use it only for its intended purposes. All enclosures must meet the standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Customer shall not remove or alter, nor authorize the removal or alteration of, any such equipment without the prior written consent of Advanced, nor shall Customer use the equipment for incineration purposes. Customer shall maintain the Equipment and surrounding area in a clean and safe condition and shall secure the Equipment at all times to prevent unauthorized access to or dumping or looting. Customer shall have no authority to subject the equipment to any lien or encumbrance. Customer shall pay an extra yardage/ pickup fee for any of the following: (i) waste material not properly contained; (ii) waste material exceeding height or internal capacity of the equipment; and (iii) contaminated recyclables. If Advanced is assessed an overweight fine Advanced shall invoice Customer, and Customer shall pay any expenses or fees relating thereto.
**NON-HAZARDOUS WASTE ONLY.** Customer represents and warrants that all solid waste and material delivered to Advanced hereunder will not contain (i) any hazardous, biohazardous, infectious, radioactive, volatile, corrosive, highly flammable, explosive, biomedical, or toxic waste as defined by any applicable federal, state, or local agencies or laws or regulations, or (ii) any other items, chemicals, wastes, substances, or materials which pose an unreasonable risk to human health or the environment. Advanced shall not be required to accept such unacceptable materials, and reserves the right to suspend the services to be provided by Advanced as contemplated hereunder, in the event Customer deposits or places for collection such unacceptable waste or materials. Customer shall remove waste or materials that Customer has deposited in Advanced's equipment which are subsequently determined or suspected by Advanced to be unacceptable pursuant to this Agreement. If such waste or materials are not removed by Customer immediately upon

**Advanced Disposal**

SALESPERSON # __JW__   FEL __X__   REL ____   ROL ____

# SERVICE AGREEMENT

CUSTOMER #: _New_                          SITE #: ██████████

New Account __X__     Service Increase ____     Service Decrease ____     Cancel ____

Rate Increase ____     Rate Decrease ____     Other ____     Reason Code __NP__

**CUSTOMER MASTER/BILLING INFORMATION**          **SITE MASTER MAINTENANCE/SERVICE LOCATION**

LEGAL NAME: _Same_                              NAME: ██████████

ADDRESS LINE 1: _____                    ADDRESS LINE 1: _____

ADDRESS LINE 2: _____                    ADDRESS LINE 2: ██████████

CITY: _____ STATE: ____                     CITY: _Allentown_ STATE: __PA__

ZIP CODE: _____ PHONE: (___)___-____             ZIP CODE: _____ PHONE: (___)___-____

FAX: (___)___-____                               FAX: (___)___-____

EMAIL: _____

CONTACT NAME: _____                       EFFECTIVE DATE OF AGREEMENT: _2-27-14_ (Ops aware)

| | SERV # | SERV TYPE | QTY | CONT. SIZE | COMP. Y/N | ON CALL Y/N | FREQ | EXTRA P/UP HAUL RATE | DISPOSAL CHARGE | MONTHLY CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| NEW | | FL MSW | 1 | 8YD | N | N | 2xw | 104 | | 312.00 |
| | | FL Recycle | 1 | 8YD | N | N | 1xw | 15 | | 50.00 |
| OLD | | | | | | | | | No Admin Fee | FC 5% / 6% |
| | | | | | | | | | | +360.00 |

OTHER CHARGES: _____    P.O. # _____
+ Fuel Fee & Environmental Fee as shown on invoice
s---0---- Container Delivery

_Fix for a year no more than 4% increase in any given year_

By execution hereof, Customer agrees that this Service Agreement (this "Agreement") is a legally binding contract, enforceable in accordance with its terms, between Advanced Disposal Services _Lehigh Valley_, LLC Inc. ("Advanced") and Customer, and the individual executing this Agreement on behalf of Customer has all power and authority to do so. Customer agrees to accept the services and equipment at the charges and frequency indicated in this Agreement subject to the terms and conditions specified below.

**ADVANCED**                                      **CUSTOMER:** ██████████

By: JACK WENNER                                   By: _____

Print Name: JACK WENNER                           Print Name: _____

Date: 9/5/13                                       Date: _7/26/14_

                                                  (Please initial the back page)

## TERMS AND CONDITIONS

SERVICES RENDERED. Customer grants to Advanced the exclusive right to collect and dispose of all of Customer's solid waste materials, including any recyclable materials, and agrees to make the payments as provided for herein, and Advanced agrees to furnish such services and equipment as specified above, all in accordance with the terms and conditions of this Agreement. In the event Advanced is rendered unable to perform its obligations hereunder due to an act, event or condition that is beyond Advanced's control, it shall notify Customer of such event and the obligations of Advanced may be suspended during the continuation of any inability so caused by such event, act or condition.

TERM. This Agreement is a legally binding contract and shall extend for an initial term of five (5) years from the date hereof (the "Initial Term"), and, except where prohibited by law, shall be automatically renewed for successive 5 year terms (each a "Renewal Term") thereafter, unless either party shall give written notice of non-renewal (via certified mail) to the other at least sixty (60) days but not more than one hundred twenty (120) days prior to the expiration of the Initial Term, or any Renewal Term (together, the "Term"). In the event the Customer should attempt to discontinue or terminate this Agreement other than as provided above, Customer agrees to pay to Advanced as liquidated damages a sum equal to the average of the latest six months invoices sent to the Customer by Advanced multiplied by six (6), or if Customer has not been serviced for six months, an amount equal to Customer's most recent monthly charge multiplied by six. This Agreement includes any recyclable material, non-scheduled or on call service with exclusive rights to Advanced. Advanced agrees that if Customer no longer requires any collection, disposal, or recycling for its materials due solely to the discontinuation of its business or the relocation of its business outside the area in which Advanced provides collection service, Customer may terminate this Agreement upon written notice to Advanced (via certified mail) at least sixty (60) days prior to the date of relocation or termination of Customer's business; provided however, that Customer shall remit all amounts due and owing to Advanced prior to such termination. Notwithstanding the foregoing, Customer agrees that this Agreement applies to any change of location of Customer, and all additional locations of Customer within the area the Contractor provides the services contemplated hereunder. This section shall survive any termination or expiration of the Agreement.

ENCLOSURES. All solid waste enclosures must meet the enclosure standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Advanced will not be responsible in any manner for any damage to an enclosure or for any costs and expenses arising from such damage to an enclosure.

EQUIPMENT. The word "equipment" as used herein shall mean all containers, compactors and other equipment used for storage of waste material utilized in the performance of this Agreement. Customer acknowledges that it has the care, custody and control of any equipment furnished to Customer while it is at Customer's premises and accepts sole responsibility, and shall be liable, for all loss and damage, normal wear and tear excepted, to such equipment and for the cleanliness and safekeeping of such equipment. Customer shall not overload any equipment (by weight or volume) and shall use it only for its intended purposes. All enclosures must meet the standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Customer shall not remove or alter, nor authorize the removal or alteration of, any such equipment without the prior written consent of Advanced, nor shall Customer use the equipment for incineration purposes. Customer shall maintain the Equipment and surrounding area in a clean and safe condition and shall secure the Equipment at all times to prevent unauthorized access to or dumping or looting. Customer shall have no authority to subject the equipment to any lien or encumbrance. Customer shall pay an extra yardage/ pickup fee for any of the following: (i) waste material not properly contained; (ii) waste material exceeding height or internal capacity of the equipment; and (iii) contaminated recyclables. If Advanced is assessed an overweight fine Advanced shall invoice Customer, and Customer shall pay any expenses or fees relating thereto.

NON-HAZARDOUS WASTE ONLY. Customer represents and warrants that all solid waste and material delivered to Advanced hereunder will not contain (i) any hazardous, biohazardous, infectious, radioactive, volatile, corrosive, highly flammable, explosive, biomedical, or toxic waste as defined by any applicable federal, state, or local agencies or laws or regulations, or (ii) any other wastes, chemicals, wastes, substances, or materials which pose an unreasonable risk to human health or the environment. Advanced shall not be required to accept such unacceptable materials, and reserves the right to suspend the services to be provided by Advanced as contemplated hereunder, in the event Customer deposits or places for collection such unacceptable waste or materials. Customer shall remove waste or materials that Customer has deposited in Advanced's equipment which are subsequently determined or suspected by Advanced to be unacceptable pursuant to this Agreement. If such waste or materials are not removed by Customer immediately upon

 **Advanced Disposal**

SALESPERSON # AW  FEL ____  REL X  ROL ____

# SERVICE AGREEMENT

CUSTOMER #: ▓▓▓▓▓▓▓▓           SITE #: 1-263

New Account _____     Service Increase _____     Service Decrease  X      Cancel _____

Rate Increase _____   Rate Decrease _____        Other _____ | RENEWAL |  Reason Code CI/DP

### CUSTOMER MASTER/BILLING INFORMATION

LEGAL NAME: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

ADDRESS LINE 1: ▓▓▓▓▓▓▓▓▓▓▓

ADDRESS LINE 2: _____

CITY: WALNUTPORT          STATE: PA

ZIP CODE: 18088  PHONE: ▓▓▓ - ▓▓▓▓

FAX: (____) ____ - _____

EMAIL: _____

CONTACT NAME ▓▓▓▓▓▓▓

### SITE MASTER MAINTENANCE/SERVICE LOCATION

NAME: _____

ADDRESS LINE 1: _____

ADDRESS LINE 2: _____

CITY: _____  STATE: ____

ZIP CODE: _____  PHONE: (610) - ____ - ____

FAX: (610) - ____ - ____

EFFECTIVE DATE OF AGREEMENT: 7/1/2015

| | SERV # | SERV TYPE | QTY | CONT. SIZE | COMP. Y/N | ON CALL Y/N | FREQ | EXTRA PICK UP/HAUL RATE | DISPOSAL CHARGE | MONTHLY CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| NEW | 3 | RL MSW | 1 | 2YD | N | N | EOW | 100.00 | N/A | 49.50 |
| OLD | 2 | RL MSW | 1 | 2YD | N | N | 1XWK | 24.00 | N/A | 72.00 |

*(handwritten notes:)* X 6% Environmental  X 13% Fuel  X.23 Gas Tax  #60.09 per mo.

OTHER CHARGES: NO ADM FEE, 6% ENVIRO, 13% FUEL, GAS TAX          P.O. # _____
+ Fuel Fee & Environmental Fee as shown on invoice

$ 0.00 _____ Container Delivery

*By execution hereof, Customer agrees that this Service Agreement (the "Agreement") is a legally binding contract, enforceable in accordance with its terms, between Advanced Disposal Services LEHIGH VALLEY , LLC/Inc. ("Advanced") and Customer, and the individual executing this Agreement on behalf of Customer has all power and authority to do so. Customer agrees to accept the services and equipment at the charges and frequency indicated in this Agreement subject to the terms and conditions specified below.*

ADVANCED                                      CUSTOMER:
By: ▓▓▓▓▓▓▓▓▓                                 By: ▓▓▓▓▓▓▓
Print Name: Ariell Wagner  1 year             Print Name: ▓▓▓▓▓▓▓
Date: 8/7/15                                   Date: 8/3/15

(Please initial the back page)

## TERMS AND CONDITIONS

**SERVICES RENDERED.** Customer grants to Advanced the exclusive right to collect and dispose of all of Customer's solid waste materials, including any recyclable materials, and agrees to make the payments as provided for herein, and Advanced agrees to furnish such services and equipment as specified above, all in accordance with the terms and conditions of this Agreement. In the event Advanced is rendered unable to perform its obligations hereunder due to an act, event or condition that is beyond Advanced's control, it shall notify Customer of such event and the obligations of Advanced may be suspended during the continuation of any inability so caused by such event, act or condition.

**TERM. This Agreement is a legally binding contract and shall extend for an initial term of five (5) years from the date hereof (the "Initial Term"), and, except where prohibited by law, shall be automatically renewed for successive 5-year terms (each a "Renewal Term") thereafter, unless either party shall give written notice of non-renewal (via certified mail) to the other at least sixty (60) days but not more than one hundred twenty (120) days prior to the expiration of the Initial Term, or any Renewal Term (together, the "Term").** In the event the Customer should attempt to discontinue or terminate this Agreement other than as provided above, Customer agrees to pay to Advanced as liquidated damages a sum equal to the average of the latest six months invoices sent to the Customer by Advanced multiplied by six (6), or if Customer has not been serviced for six months, an amount equal to Customer's most recent monthly charge multiplied by six. This Agreement includes any recyclable material, non-scheduled or on call service with exclusive rights to Advanced. Advanced agrees that if Customer no longer requires any collection, disposal, or recycling for its materials due solely to the discontinuance of its business or the relocation of its business outside the area in which Advanced provides collection service, Customer may terminate this Agreement upon written notice to Advanced (via certified mail) at least sixty (60) days prior to the date of relocation or termination of Customer's business; provided however, that Customer shall remit all amounts due and owing to Advanced prior to such termination. Notwithstanding the forgoing, Customer agrees that this Agreement applies to any change of location of Customer, and all additional locations of Customer within the area the Contractor provides the services contemplated hereunder. This section shall survive any termination or expiration of the Agreement.

**ENCLOSURES.** All solid waste enclosures must meet the enclosure standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Advanced will not be responsible in any manner for any damage to an enclosure or for any costs and expenses arising from such damage to an enclosure.

**EQUIPMENT.** The word "equipment" as used herein shall mean all containers, compactors and other equipment used for storage of waste material utilized in the performance of this Agreement. Customer acknowledges that it has the care, custody and control of any equipment furnished to Customer while it is at Customer's premises and accepts sole responsibility, and shall be liable, for all loss and damage, normal wear and tear excepted, to such equipment and for the cleanliness and safekeeping of such equipment. Customer shall not overload any equipment (by weight or volume) and shall use it only for its intended purposes. All enclosures must meet the standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Customer shall not remove or alter, nor authorize the removal or alteration of, any such equipment without the prior written consent of Advanced, nor shall Customer use the equipment for incineration purposes. Customer shall maintain the Equipment and surrounding area in a clean and safe condition and shall secure the Equipment at all times to prevent unauthorized access to or dumping or looting. Customer shall have no authority to subject the equipment to any lien or encumbrance. Customer shall pay an extra yardage/ pickup fee for any of the following: (i) waste material not properly contained; (ii) waste material exceeding height or internal capacity of the equipment; and (iii) contaminated recyclables. If Advanced is assessed an overweight fine Advanced shall invoice Customer, and Customer shall pay any expenses or fees relating thereto.

**NON-HAZARDOUS WASTE ONLY.** Customer represents and warrants that all solid waste and material delivered to Advanced hereunder will not contain (i) any hazardous, biohazardous, infectious, radioactive, volatile, corrosive, highly flammable, explosive, biomedical, or toxic waste as defined by any applicable federal, state, or local agencies or laws or regulations, or (ii) any other toxins, chemicals, wastes, substances, or materials which pose an unreasonable risk to human health or the environment. Advanced shall not be required to accept such unacceptable material, and reserves the right to suspend the services to be provided by Advanced as contemplated hereunder, in the event Customer deposits or places for collection such unacceptable waste or materials. Customer shall remove waste or materials that Customer has deposited in Advanced's equipment which are subsequently determined or suspected by Advanced to be unacceptable pursuant to this Agreement. If such waste or materials are not removed by Customer immediately upon

receipt by Customer of notice that such waste or materials are unacceptable, Advanced will arrange for lawful disposal of such waste or materials at the sole cost and expense of Customer. Customer shall indemnify, defend and hold Advanced, and its officers, directors, members, affiliates, parents, subsidiaries, employees, agents and representatives ("Advanced Parties") harmless for any costs or damages resulting from placing or depositing such unacceptable materials in or around Advanced's equipment and shall pay Advanced its reasonable expenses and charges for handling, loading, preparing, transporting, storing and caring for any such unacceptable materials. All title and liability to such unacceptable materials shall at all times remain with Customer, regardless of whether the unacceptable materials are loaded or unloaded. Customer shall at its expense provide any requested chemical characterization of the waste and shall give Advanced prior notice of any changes in the waste characteristics, consistency or the waste generation process. Customer shall be solely responsible for complying with applicable laws mandating pretreatment, source separation or the recycling of any waste stream or any approval from governmental agencies.

**TITLE.** Advanced is vested with title to all acceptable solid waste and materials accepted by Advanced. Any revenue or other value received by Advanced as a result of reclamation, recycling or resource recovery shall be solely for the account of Advanced. All equipment furnished by Advanced for use by the Customer which the Customer has not purchased shall remain the property of Advanced and the Customer shall have no right, title or interest in such equipment.

**INDEMNITY.** Customer agrees to defend, hold harmless and indemnify the Advanced Parties from and against any and all loss, damage, suits, liability and expenses (including, but not limited to, reasonable investigation and legal expenses) arising out of, or in connection with, death or bodily injuries to any person, destruction or damage to any property, contamination of or adverse effects on the environment, or any violation of governmental laws, regulations, or orders resulting from Customer's performance of this Agreement, breach of any representation, warranty, obligation, term or provision of the Agreement, violation of any applicable law, use or operation of any equipment provided to Customer by Advanced, damage to pavement, enclosures or equipment as discussed herein, or by the negligent or willful acts or omissions of Customer its employees or invitees, or its subcontractors in the performance of the Agreement. The provisions of this paragraph shall survive the termination, cancellation or expiration of this Agreement.

**ACCESS.** On collection day, Advanced's vehicle shall have clear access to the equipment. If the equipment is blocked in any way so as to prohibit collection, Customer will be notified and one additional attempt for collection shall be made by Advanced. Any additional collection attempt will be classified as an "extra pick-up" and Advanced shall have the right to charge Customer for the additional pick-up due to Customer's failure to provide clear access to the equipment and Customer agrees to pay such charge. Advanced shall not be liable in any way, and shall not be deemed to be in breach of this Agreement, for the failure to collect any solid waste or materials in the event Advanced did not have or was denied access to the equipment or Customer's premises.

**SERVICE RATE, FEE, AND ASSESSMENT ADJUSTMENTS.** Because disposal, environmental compliance, and fuel costs constitute a portion of the service costs provided by Advanced and its affiliates, Customer understands and agrees Advanced may increase service rates to account for any increase in such costs or to account for any increase in transportation costs due to changes in the location of the disposal facility by showing the amount on the Customer's invoice. Customer agrees Advanced may also increase service rates, without prior notice or consent, to adjust for cost increases or to achieve, among other things, an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may impose and Customer must pay any environmental and fuel fees, and any other fees and assessments such as maintenance or administrative fees, included on Customer's invoice, and that Advanced may increase or decrease these fees or assessments at any time and for any reason by showing the amount on Customer's invoice. Customer understands and agrees that increases in the service rates referenced above, and increases in the environmental and fuel fees, and any other fees and assessments, such as maintenance or administrative fees, may be made at any time and for any reason, including to help recover a portion of overall costs incurred by Advanced or its affiliated entities as may be necessary to achieve an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may pass through to Customers cost increases caused by weights being higher than those estimated. Customer shall pay all federal, state, local, or other taxes, assessments, fees, host charges, or similar charges directly or indirectly related to the transportation, collection, or disposal of solid waste which are imposed on Advanced by law, ordinance, or regulation and/or agreement with a governmental body, whether imposed retroactively or prospectively. In the event of occurrence of an act, event, or condition that is beyond the control of Advanced and that materially or adversely affects the cost of operation or maintenance of Advanced's equipment and facilities, Advanced may increase the applicable service rates, fees, and assessments in this Agreement to the extent necessary to help offset, directly or indirectly, the increase in such costs. Advanced may increase service rates, fees, and assessments for reasons other than those set forth above with the consent of the Customer. Such consent may be evidenced verbally, in or by the actions and practices of the parties, or by payment of the invoice service rates, fees, and assessments. Notwithstanding anything to the contrary, if the Customer does not object, in writing, within 30 days of the invoice date, the Customer shall have conclusively agreed that such invoice is correct in all respects, whether paid or not.

**CHARGES AND PAYMENT; CHANGES.** Customer shall pay Advanced on a monthly basis for the collection and disposal service provided by Advanced (including without limitation all charges for equipment maintenance and other applicable charges and fees as set forth on Customer's invoice). Payments shall be made by Customer within ten (10) days after the date of an invoice from Advanced. In the event that any payment is not made when due, Advanced, at its sole option, may at any time suspend the services to be provided hereunder or terminate the Agreement immediately and recover any equipment on the premises of the Customer. Any non-payment by Customer of any amounts, charges and fees due and owing hereunder shall, at the election of Advanced, be deemed to be a termination of this Agreement by the Customer pursuant to and subject to the terms above. Advanced and Customer agree that Advanced may impose, and Customer will pay, monthly interest on all past due (i.e., over 10 days from invoice date) service related charges, (including the base service rate, fuel fee, environmental fee, etc.). Advanced may assess monthly interest at an interest rate equal to 18% APR, or a minimum of $5.95, unless specifically prohibited by applicable law, in which case interest shall be assessed at the highest rate allowed by applicable law. Any interest charged or received in excess of the maximum amount permitted by applicable law shall be conclusively presumed to be the result of an accident and bona fide error, and shall, to the extent received by Advanced, at the option of Advanced, either be returned to the Customer or applied to reduce the principal amount owed to Advanced. Changes in the fees, rates, charges and surcharges, frequency of collection service, number capacity and type of equipment may be agreed to orally or in writing by the parties. Consent to oral changes shall be evidenced by the actions and practices of the parties.

**DRIVEWAYS AND PARKING AREAS.** Customer represents and warrants that any right-of-way provided by Customer from the equipment location to the most convenient public right-of-way is sufficient to bear the weight of all Advanced's equipment and vehicles reasonably required for the performance of this Agreement. Advanced shall not be responsible for damage, or any costs or expenses arising from such damage, to any pavement curbing, driving surface or accompanying sub-surface resulting from Advanced's performance of this Agreement.

**ATTORNEY'S FEES.** If any legal action or any other proceeding is brought by Advanced for the enforcement of this Agreement, or because of an alleged dispute, breach, default or misrepresentation in connection with this Agreement, Advanced shall be entitled to recover reasonable attorneys' fees, collection fees and other costs (including litigation related costs, costs associated with the engagement of any collection agency, and expert witness fees) leading up to or incurred in that action or proceeding in addition to any other relief to which it may be entitled.

**LIMITATION ON LIABILITY.** Advanced shall not be liable for any indirect, incidental or consequential damages and its aggregate liability, if any, arising out of this Agreement shall not exceed the aggregate fees paid to Advanced by Customer, regardless of whether recovery is sought in contract, tort, statute, strict liability or otherwise. EXCEPT AS EXPRESSLY SET FORTH HEREIN, ADVANCED MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WHICH ARE EXPRESSLY DISCLAIMED.

**ASSIGNMENT AND BENEFIT.** Customer may not assign or transfer its rights or obligations under this Agreement without the prior written consent of Advanced. Advanced may assign this Agreement without the consent of Customer, and Customer acknowledges and agrees that any such assignment by Advanced shall release Advanced from any liability under this Agreement from and after the date of the assignment. Subject to the foregoing, this Agreement shall be binding on the parties and their successors and assigns.

**RIGHT TO COMPETE.** Customer grants Advanced the right to compete with any offer Customer receives or intends to make or accept relating to any waste services to be rendered after termination of this Agreement and shall give Advanced written notice of any such offer and a reasonable opportunity to respond.

**ARBITRATION AGREEMENT, JURY TRIAL WAIVER, AND CLASS ACTION WAIVER CLAUSE.** Except for claims by Advanced for collection of its fees or individual claims by the Customer against Advanced for property damage, the parties knowingly, voluntarily and irrevocably agree that at the election of either party any controversy or claim arising between them (INCLUDING THOSE CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR ANY PRIOR AGREEMENT) shall be resolved by BINDING ARBITRATION under the rules of the American Arbitration Association, which arbitration shall be governed by and enforceable under the Federal Arbitration Act, and judgment on the award may be entered by any court having jurisdiction thereof. WHETHER IN ARBITRATION OR AS OTHERWISE EXCEPTED ABOVE, NO CLAIMS MAY BE BROUGHT AS A CLASS ACTION, ON A CONSOLIDATED BASIS OR ANY OTHER COLLECTIVE OR REPRESENTATIVE PROCEEDING. The parties acknowledge the service Advanced provides Customer impacts and effects interstate commerce and agree that any dispute about the enforceability or scope of the agreement to arbitrate shall be decided by the arbitrator. The parties' mutual promises contained herein, including to arbitrate certain disagreements, rather than litigate them before courts or other bodies, provide consideration for each other for this entire clause. EACH PARTY HERETO HEREBY WAIVES TRIAL BY JURY IN ANY ACTION, PROCEEDING, COUNTERCLAIM OR CROSS-CLAIM BROUGHT BY ANY OF THEM AGAINST THE OTHER AND WAIVES THE RIGHT TO PARTICIPATE AND/OR BE REPRESENTED IN ANY CLASS ACTION. Further, any action (including any arbitration) by Customer against Advanced in connection with this Agreement or any prior Agreement, or arising out of the Agreement or any prior Agreement, must be brought within one (1) year of any alleged breach of contract, tort, violation of statute or other alleged wrongful act. Any proceedings shall be conducted in the location where the services provided by Advanced to the Customer are performed.

**SEVERABILITY.** The provisions of this Agreement are independent and severable, and no provision shall be affected or rendered invalid or unenforceable by virtue of the fact that another provision has been determined to be invalid or unenforceable in whole or in part. If any provision of this Agreement is held to be unenforceable, then this Agreement will be deemed amended to the extent necessary to render the otherwise unenforceable provision, and the rest of the Agreement, valid and enforceable. If a court declines to amend this Agreement as provided herein, the invalidity or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of the remaining provisions, which shall be enforced as if the offending provision had not been included in this Agreement.

**CHANGE OF TERMS.** Except as otherwise agreed herein or as may be prohibited by applicable law, Advanced and Customer agree that Advanced may change the pre-printed terms and conditions of this Agreement in the future.

**MISCELLANEOUS.** Customer acknowledges and agrees that any telephone calls made to Advanced by Customer may be recorded. Customer also agrees to accept any service and promotional information sent by Advanced whether by mail or electronic transmission. If any conflict or differences exist in this Agreement between terms are printed and those which are typed or written, the typed or written language shall govern. In the event that Customer claims that Advanced is in breach or default of any provisions of this Agreement, Customer must notify Advanced in writing of the alleged breach or default and allow Advanced at least ten (10) days to cure same prior to Customer terminating, or attempting to terminate, the Agreement. This Agreement shall be governed by the laws of the state state of Florida without regard to conflicts-of-laws principles that would require the application of any other law and is executed as of the Effective Date specified above. This Agreement constitutes the entire understanding between Advanced and Customer regarding the subject matter hereof and, except as otherwise provided for herein, supersedes all prior negotiations, representations, understandings and agreements, either written or oral, with respect to such subject matter. This Agreement may be executed in one or more counterparts, each of which will be deemed to be an original copy and all of which, when taken together, will be deemed to constitute one and the same agreement. The exchange of copies of this Agreement and of signature pages by facsimile transmission or electronic mail in PDF format will constitute effective execution and delivery of this Agreement as to the parties and may be used in lieu of the original Agreement for all purposes. This is an Agreement for the performance of specific services described herein. Customer's representations, warranties, indemnifications and the arbitration provisions of this Agreement survive termination of this Agreement

**TERMS: NET 10 DAYS**

Customer Name: ███████████                                                                                    Customer Initials: ███

Apr. 24. 2015   4:02PM                                                      No. 2281   P. 3

 **Advanced Disposal**

SALESPERSON # __RT__ FEL _X_ . REL. ____ . ROI. ____

# SERVICE AGREEMENT  263

CUSTOMER # ▮▮▮▮                          SITE #: ▮▮▮▮

New Account ____      Service Increase ____      Service Decrease ____      Cancel ____

Rate Increase ____    Rate Decrease ____        Other _X_ RENEWAL   Reason Code _CT_

**CUSTOMER MASTER/BILLING INFORMATION**          **SITE MASTER MAINTENANCE/SERVICE LOCATION**

LEGAL NAME: ▮▮▮▮                                 NAME: _____

ADDRESS LINE 1: ▮▮▮▮                             ADDRESS LINE 1: _____

ADDRESS LINE 2: _____                         ADDRESS LINE 2: _____

CITY: NEW TRIPOLI    STATE: _PA_                  CITY: _____   STATE: _____

ZIP CODE: 18066   PHONE: (__) - ▮▮▮▮             ZIP CODE: _____ PHONE: ( 610 ) - ____

FAX: (▮) - ____ - ____                            FAX: (__) - ____ - ____

EMAIL: ▮▮▮▮

CONTACT NAME: ▮▮▮▮                               EFFECTIVE DATE OF AGREEMENT: 4/1/2015

|   | SERV # | SERV TYPE | QTY | CONT. SIZE | COMP. Y/N | ON CALL Y/N | FREQ | EXTRA PICK UP/HAUL RATE | DISPOSAL CHARGE | MONTHLY CHARGES |
|---|--------|-----------|-----|------------|-----------|-------------|------|-------------------------|-----------------|-----------------|
| NEW | 1 | F/L MSW | 1 | 4YD | N | N | 1XMO | $80.00 | N/A | $35.40 |
| OLD | 1 | F/L MSW | 1 | 4YD | N | N | 1XMO | $40.00 | N/A | $35.40 |

OTHER CHARGES:  PA GAS TAX                        P.O. # _____
+ Fuel Fee & Environmental Fee as shown on invoice
$. ____    Container Delivery          NO ADMIN FEE

*By execution hereof, Customer agrees that this Service Agreement (the "Agreement") is a legally binding contract, enforceable in accordance with its terms, between Advanced Disposal Services LEHIGH VALLEY _____ , LLC/Inc. ("Advanced") and Customer, and the individual executing this Agreement on behalf of Customer has all power and authority to do so. Customer agrees to accept the services and equipment at the charges and frequency indicated in this Agreement subject to the terms and conditions specified below.*

ADVANCED                                          CU▮▮▮

By: _(signature)_                                 By: _(signature)_

Print Name: _____                              Print Name: _____

Date: __3/6/15__                                  Date: __5-29-15__
                                                  (Please initial the back page)

## TERMS AND CONDITIONS

SERVICES RENDERED. Customer grants to Advanced the exclusive right to collect and dispose of all of Customer's solid waste materials, including any recyclable materials, and agrees to make the payments as provided for herein, and Advanced agrees to furnish such services and equipment as specified above, all in accordance with the terms and conditions of this Agreement. In the event Advanced is rendered unable to perform its obligations hereunder due to an act, event or condition that is beyond Advanced's control, it shall notify Customer of such event and the obligations of Advanced may be suspended during the continuation of any inability so caused by such event, act or condition.
TERM. This Agreement is legally binding contract and shall extend for an initial term of five (5) years from the date hereof (the "Initial Term"), and, except where prohibited by law, shall be automatically renewed for successive 5 year terms (each a "Renewal Term") thereafter, unless either party shall give written notice of non-renewal (via certified mail) to the other at least sixty (60) days but not more than one hundred twenty (120) days prior to the expiration of the Initial Term, or any Renewal Term (together, the "Term"). In the event the Customer should attempt to discontinue or terminate this Agreement other than as provided above, Customer agrees to pay to Advanced as liquidated damages a sum equal to the average of the latest six months invoices sent to the Customer by Advanced multiplied by six (6), or if Customer has not been serviced for six months, an amount equal to Customer's most recent monthly charge multiplied by six. This Agreement includes any recyclable material, non-scheduled or on call service with exclusive rights to Advanced. Advanced agrees that if Customer no longer requires any collection, disposal, or recycling for its materials due solely to the discontinuance of its business or the relocation of its business outside the area in which Advanced provides collection service, Customer may terminate this Agreement upon written notice to Advanced (via certified mail) at least sixty (60) days prior to the date of relocation or termination of Customer's business; provided however, that Customer shall remit all amounts due and owing to Advanced prior to such termination. Notwithstanding the foregoing, Customer agrees that this Agreement applies to any change of location of Customer, and all additional locations of Customer within the area the Contractor provides the services contemplated hereunder. This section shall survive any termination or expiration of the Agreement.
ENCLOSURES. All solid waste enclosures must meet the enclosure standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Advanced will not be responsible in any manner for any damage to an enclosure or for any costs and expenses arising from such damage to an enclosure.
EQUIPMENT. The word "equipment" as used herein shall mean all containers, compactors and other equipment used for storage of waste material utilized in the performance of this Agreement. Customer acknowledges that it has the care, custody and control of any equipment furnished to Customer while it is at Customer's premises and accepts sole responsibility, and shall be liable, for all loss and damage, normal wear and tear excepted, to such equipment and for the cleanliness and safekeeping of such equipment. Customer shall not overload any equipment (by weight or volume) and shall use it only for its intended purposes. All enclosures must meet the standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Customer shall not remove or alter, nor authorize the removal or alteration of, any such equipment without the prior written consent of Advanced, nor shall Customer use the equipment for its intended purposes. Customer shall maintain the Equipment and surrounding area in a clean and safe condition and shall secure the Equipment at all times to prevent unauthorized access to or dumping or looting. Customer shall have no authority to subject the equipment to any lien or encumbrance. Customer shall pay for trash yardage pickup fee for any of the following: (i) waste material not properly contained; (ii) waste material exceeding height or internal capacity of the equipment; and (iii) contaminated recyclables. If Advanced is assessed an overweight fine Advanced shall invoice Customer, and Customer shall pay any expenses or fees relating thereto.
NON-HAZARDOUS WASTE ONLY. Customer represents and warrants that all solid waste and material delivered to Advanced hereunder will not contain (i) any hazardous, biohazardous, infectious, radioactive, volatile, corrosive, highly flammable, explosive, biomedical, or toxic waste as defined by any applicable federal, state, or local agencies or laws or regulations, or (ii) any other toxins, chemicals, wastes, substances, or materials which pose an unreasonable risk to human health or the environment. Advanced shall not be required to accept such unacceptable materials, and reserves the right to suspend the services to be provided by Advanced as contemplated hereunder. In the event Customer deposits or places for collection such unacceptable waste or materials, Customer shall remove waste or materials that Customer has deposited in Advanced's equipment which are subsequently determined or suspected by Advanced to be unacceptable pursuant to this Agreement. If such waste or materials are not removed by Customer immediately upon

receipt by Customer of notice that such waste or materials are unacceptable, Advanced shall arrange for lawful disposal of such waste or materials at the sole cost and expense of Customer. Customer shall indemnify, defend and hold Advanced, and its officers, directors, members, affiliates, parents, subsidiaries, employees, agents and representatives ("Advanced Parties") harmless for any costs or damages resulting from placing or depositing such unacceptable materials in or around Advanced's equipment and shall pay Advanced its reasonable expenses and charges for handling, loading, grooming, transporting, storing and caring for any such unacceptable materials. All title and liability to such unacceptable materials shall at all times remain with Customer, regardless of whether the unacceptable materials are loaded or unloaded. Customer shall at its expense provide any requested chemical characterization of the waste and shall give Advanced prior notice of any changes in the waste characteristics, consistency or the waste generation process. Customer shall be solely responsible for complying with applicable laws mandating pretreatment, source separation or the recycling of any waste stream or any approval from governmental agencies.

**TITLE.** Advanced is vested with title to all acceptable solid waste and materials accepted by Advanced. Any revenue or other value received by Advanced as a result of reclamation, recycling or resource recovery shall be solely for the account of Advanced. All equipment furnished by Advanced for use by the Customer which the Customer has not purchased shall remain the property of Advanced and the Customer shall have no right, title or interest in such equipment.

**INDEMNITY.** Customer agrees to defend, hold harmless and indemnify the Advanced Parties from and against any and all loss, damage, suits, liability and expenses (including, but not limited to, reasonable investigation and legal expenses) arising out of, or in connection with, death or bodily injuries to any person, destruction or damage to any property, contamination of or adverse effects on the environment, or any violation of governmental laws, regulations, or orders resulting from Customer's performance of this Agreement, breach of any representation, warranty, obligation, term or provision of this Agreement, violation of any applicable law, use or operation of any equipment provided to Customer by Advanced, damage to pavement, enclosures or equipment as discussed herein, or by the negligent or willful acts or omissions of Customer its employees or invitees, or its subcontractors in the performance of this Agreement. The provisions of this paragraph shall survive the termination, cancellation or expiration of this Agreement.

**ACCESS.** On collection day, Advanced's vehicle shall have clear access to the equipment. If the equipment is not in a way so as to prohibit collection, Customer will be notified and one additional attempt for collection shall be made by Advanced. Any additional collection attempts will be classified as an "extra pick-up" and Advanced shall have the right to charge Customer for the additional pick-up due to Customer's failure to provide clear access to the equipment and Customer agrees to pay such charge. Advanced shall not be liable in any way, and shall not be deemed to be in breach of this Agreement, for the failure to collect any solid waste or materials in the event Advanced did not have or was denied access to the equipment or Customer's premises.

**SERVICE RATE, FEE, AND ASSESSMENT ADJUSTMENTS.** Because disposal, environmental compliance, and fuel costs constitute a portion of the service costs provided by Advanced and its affiliates, Customer understands and agrees Advanced may increase service rates to account for any increase in such costs or to account for any increase in transportation costs due to changes in the location of the disposal facility by showing the amount on the Customer's invoice. Customer agrees Advanced may also increase service rates, without prior notice or consent, to adjust for cost increases or to achieve, among other things, an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may impose and pay environmental and fuel fees, and any other fees and assessments such as maintenance or administrative fees, included on Customer's invoice, and that Advanced may increase or decrease these fees or assessments at any time and for any reason by showing the amount on Customer's invoice. Customer understands and agrees that increases in the service rates referenced above, and increases in the environmental and fuel fees, and any other fees and assessments, such as maintenance or administrative fees, may be made at any time and for any reason, including, to help recover a portion of overall costs incurred by Advanced or its affiliated entities or may be necessary to achieve an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may pass through to Customer cost increases caused by weights being higher than those estimated. Customer shall pay all federal, state, local, or other taxes, assessments, fees, fees charges, or similar charges directly or indirectly related to the transportation, collection, or disposal of solid waste which are imposed on Advanced by law, ordinance, or regulation under agreement with a governmental body, whether imposed retroactively or prospectively. In the event or occurrence of an act, event, or condition that is beyond the control of Advanced and that materially or adversely affects the cost of operation or continuation of Advanced's equipment and facilities, Advanced may increase the applicable service rates, fees, and assessments in this Agreement to the extent necessary to help offset, directly or indirectly, the increase in such costs. Advanced may increase service rates, fees, and assessments for reasons other than those set forth above with the consent of the Customer. Such consent may be evidenced verbally, in writing by the actions and practices of the parties, or by payment of the invoice service rates, fees, and assessments. Notwithstanding anything to the contrary, if the Customer does not object, in writing, within 30 days of the invoice date, the Customer shall have conclusively agreed that such service is correct in all respects, whether paid or not.

**CHARGES AND PAYMENT; CHANGES.** Customer shall pay Advanced on a monthly basis for the collection and disposal service provided by Advanced (including without limitation all charges for equipment maintenance and other applicable charges and fees as set forth on Customer's invoice). Payments shall be made by Customer within ten (10) days after the date of an invoice. In the event that any payment is not made when due, Advanced, at its sole option, may at any time suspend the services to be provided hereunder or terminate this Agreement immediately and recover any equipment on the premises of the Customer. Any sum payment by Customer of any amounts, charges and fees due and owing hereunder shall, at the election of Advanced, be deemed to be a termination of this Agreement by the Customer pursuant to and subject to the terms above. Advanced and Customer agree that Advanced may impose, and Customer will pay, monthly interest on all past due (i.e., over 10 days from invoice date) service related charges, (including the base service rate, fuel fee, environmental fee, etc.). Advanced may assess monthly interest at an interest rate equal to 18% APR, or a minimum of $5.00, unless specifically prohibited by applicable law, in which case interest shall be assessed at the highest rate allowed by applicable law. Any interest charged or received in excess of the maximum amount permitted by applicable law shall be conclusively presumed to be the result of an accidental and bona fide error, and shall, at the option of Advanced, either be returned to the Customer or applied to reduce the principal amount owed to Advanced. Changes in the fees, rates, charges and surcharges, frequency of collection service, number capacity and type of equipment may be agreed to orally or in writing by the parties. Consent to such changes shall be evidenced by the actions and practices of the parties.

**DRIVEWAYS AND PARKING AREAS.** Customer represents and warrants that any right-of-way provided by Customer from the equipment location to the most convenient public right-of-way is sufficient to bear the weight of all Advanced's equipment and vehicles reasonably required for the performance of this Agreement. Advanced shall not be responsible for damage to any curbs or expenses arising from such damage, to any pavement, curbing, driving surface or accompanying sub-surface resulting from Advanced's performance of this Agreement.

**ATTORNEY'S FEES.** If any legal action or any other proceeding is brought by Advanced for the enforcement of this Agreement, or because of an alleged dispute, breach, default or misrepresentation in connection with this Agreement, Advanced shall be entitled to recover reasonable attorneys' fees, collection fees and other costs (including litigation related costs, costs associated with the enforcement of any collection agency, and expert witness fees) leading up to or incurred in that action or proceeding in addition to any other relief to which it may be entitled.

**LIMITATION ON LIABILITY.** Advanced shall not be liable for any indirect, incidental or consequential damages and its aggregate liability, if any, arising out of this Agreement shall not exceed the aggregate fees paid to Advanced by Customer, regardless of whether recovery is sought in contract, tort, statute, strict liability or otherwise. EXCEPT AS EXPRESSLY SET FORTH HEREIN, ADVANCED MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WHICH ARE EXPRESSLY EXCLUDED.

**ASSIGNMENT AND BENEFIT.** Customer may not assign or transfer its rights or obligations under this Agreement without the prior written consent of Advanced. Advanced may assign this Agreement without the consent of Customer, and Customer acknowledges and agrees that any such assignment by Advanced shall release Advanced from any liability under this Agreement from and after the date of the assignment. Subject to the foregoing, this Agreement shall be binding on the parties and their successors and assigns. RIGHT TO COMPETE. Customer agrees Advanced the right to compete with any offer Customer receives or intends to make or accept relating to any waste services to be rendered after termination of this Agreement and shall give Advanced written notice of any such offer and a reasonable opportunity to respond.

**ARBITRATION AGREEMENT, JURY TRIAL WAIVER, AND CLASS ACTION WAIVER CLAUSE.** Except for claims by Advanced for collection of its fees or individual claims by the Customer against Advanced for property damage, the parties knowingly, voluntarily and irrevocably agree that at the election of either party any controversy or claim arising between them (INCLUDING THOSE CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR ANY PRIOR AGREEMENT) shall be resolved by BINDING ARBITRATION under the rules of the American Arbitration Association, which arbitration shall be governed by and enforceable under the Federal Arbitration Act, and judgment on the award may be entered by any court having jurisdiction thereof. WHETHER IN ARBITRATION OR AS OTHERWISE EXCEPTED ABOVE, NO CLAIMS MAY BE BROUGHT AS A CLASS ACTION, ON A CONSOLIDATED BASIS OR ANY OTHER COLLECTIVE OR REPRESENTATIVE PROCEEDING. The parties acknowledge the service Advanced provides Customer impacts and affects interstate commerce and agree that any dispute about the enforceability or scope of the agreement to arbitrate shall be decided by the arbitrator. The parties further agree that should an individual lawsuit, including to arbitrate certain disagreements, rather than litigate those below courts or other bodies, provide consideration for each other for this entire dispute. EACH PARTY HERETO KNOWINGLY WAIVES TRIAL BY JURY IN ANY ACTION, PROCEEDING, COUNTERCLAIM OR CROSS-CLAIM BROUGHT BY ANY OF THEM AGAINST THE OTHER AND WAIVES THE RIGHT TO PARTICIPATE AND/OR BE REPRESENTED IN ANY CLASS ACTION. Further, any action (including any arbitration) by Customer against Advanced in connection with this Agreement or any prior Agreement, or arising out of the Agreement or any prior Agreement, must be brought within one (1) year of any alleged breach of contract, tort, violation of statute or other alleged wrongful act. Any proceedings shall be conducted in the location where the services provided by Advanced to the Customer are performed.

**SEVERABILITY.** The provisions of this Agreement are independent and severable, and no provision shall be affected or rendered invalid or unenforceable by virtue of the fact that another provision has been determined to be invalid or unenforceable in whole or in part. If any provision of this Agreement is held to be unenforceable, then this Agreement will be deemed amended to the extent necessary to render the otherwise unenforceable provision, and the rest of the Agreement, valid and enforceable. If a court declines to amend this Agreement as provided herein, the invalidity or unenforceability of any provision of this Agreement shall not affect the validity of the remaining provisions, which shall be enforced as if the offending provision had not been included in this Agreement.

**CHANGE OF TERMS.** Except as otherwise agreed herein or as may be prohibited by applicable law, Advanced and Customer agree that Advanced may change the pre-printed terms and conditions of this Agreement in the future.

**MISCELLANEOUS.** Customer acknowledges and agrees that any telephone calls made to Advanced by Customer may be recorded. Customer also agrees to accept any service and promotional information sent by Advanced whether by mail or electronic transmission. If any conflict or differences exist in this Agreement between terms are printed and those which are typed or written, the typed or written language shall govern. In the event that Customer claims that Advanced is in breach or default of any provisions of this Agreement, Customer must notify Advanced in writing of the alleged breach or default and allow Advanced at least ten (10) days to cure same prior to Customer termination, or attempting to terminate, the Agreement. This Agreement shall be governed by the laws of the state of Florida without regard to conflicts of laws principles that would require the application of any other law and is excepted out of the effective time specified above. This Agreement constitutes the entire understanding between Advanced and Customer regarding the subject matter hereof and, except as otherwise provided for herein, supersedes all prior negotiations, representations, understandings and agreements, either written or oral, with respect to such subject matter. This Agreement may be executed in one or more counterparts, each of which will be deemed to be an original copy and all of which, when taken together, will be deemed to constitute one and the same agreement. The exchange of copies of this Agreement and of signature pages by facsimile transmission or electronic mail in PDF format will constitute effective execution and delivery of this Agreement as to the parties and may be used in lieu of the original Agreement for all purposes. This is an Agreement for the performance of specific services described herein, Customer's representations, warranties, indemnifications and the arbitration provisions of this Agreement shall survive termination of this Agreement.

**TERMS: NET 10 DAYS**

Customer Name: ▮▮▮▮▮▮▮▮                                    Customer Initials: ▮▮

 **Advanced Disposal**

SALESPERSON # _DC_  FEL _X_  REL _X_  ROL _____

# SERVICE AGREEMENT

CUSTOMER #: ███████                    SITE #: _____

New Account _____    Service Increase _____    Service Decrease _____    Cancel _____

Rate Increase _____    Rate Decrease _X_    Other _✗ (Renewal)_    Reason Code _RB/C.I_

## CUSTOMER MASTER/BILLING INFORMATION

LEGAL NAME: ███████

ADDRESS LINE 1: ███████

ADDRESS LINE 2: ███████

CITY: Ardmore            STATE: PA

ZIP CODE: 19003   PHONE: (███) ███████

FAX: (___) -_____

EMAIL: ███████

CONTACT NAME: ███████

## SITE MASTER MAINTENANCE/SERVICE LOCATION

NAME: ███████

ADDRESS LINE 1: ███████

ADDRESS LINE 2: _____

CITY: West Chester       STATE: PA

ZIP CODE: 19380   PHONE: (███) ███████

FAX: (___) -_____

EFFECTIVE DATE OF AGREEMENT: _2-1-15_

| | SERV # | SERV TYPE | QTY | CONT. SIZE | COMP. Y/N | ON CALL Y/N | FREQ | EXTRA PICK UP/HAUL RATE | DISPOSAL CHARGE | MONTHLY CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| NEW | FEL | MSW | 1 | 8yd | N | N | 3xwk | $80.00 | | $438.00 |
| | FEL | MSW | 1 | 4yd | N | N | 3xwk | $80.00 | | $179.00 |
| | REL | SST | 4 | 96gal | N | N | 1xwk | $25.00 | | $50.00 |
| OLD | FEL | MSW | 1 | 8yd | N | N | 3xwk | | | $734.27 |
| | FEL | MSW | 1 | 4yd | N | N | 3xwk | | | |
| | FEL | SST | 4 | 96gal | N | N | 1xwk | | | |

OTHER CHARGES:                                    P.O. # _____

+ Fuel Fee & Environmental Fee as shown on invoice      Rate locked for 1 year, 3%

$ N/A    Container Delivery                 increase in year 2 & 3. Flat rate with no ADS fees.

N/A  DC

By execution hereof, Customer agrees that this Service Agreement (the "Agreement") is a legally binding contract, enforceable in accordance with its terms, between Advanced Disposal Services _____, LLC/Inc. ("Advanced") and Customer, and the individual executing this Agreement on behalf of Customer has all power and authority to do so. Customer agrees to accept the services and equipment at the charges and frequency indicated in this Agreement subject to the terms and conditions specified below.

ADVANCED                                  CUSTOMER

By: _[signature]_                         By: _____

Print Name: _Dean Oshana_                 Print Name: _____

Date: _1-16-15_                           Date: _12-23-2014_

(Please initial the back page)

## TERMS AND CONDITIONS

SERVICES RENDERED. Customer grants to Advanced this exclusive right to collect and dispose of all of Customer's solid waste materials, including any recyclable materials, and agrees to make the payments as provided for herein, and Advanced agrees to furnish such services and equipment as specified above, all in accordance with the terms and conditions of this Agreement. In the event Advanced is rendered unable to perform its obligations hereunder due to an occurrence or condition that is beyond Advanced's control, it shall notify Customer of such event and the obligations of Advanced may be suspended during the continuance of such inability as caused by such event, act or condition.

TERM. This Agreement is a legally binding contract and shall extend for an initial term of five (5) years from the date hereof (the "Initial Term"), and, except where prohibited by law, shall be automatically renewed for successive five (5) year terms (each a "Renewal Term") thereafter, unless either party shall give written notice of non-renewal (via certified mail) to the other at least sixty (60) days but not more than one hundred twenty (120) days prior to the expiration of the Initial Term, or any Renewal Term (together, the "Term"). In the event the Customer should attempt to discontinue or terminate this Agreement other than as provided above, Customer agrees to pay to Advanced as liquidated damages a sum equal to the average of the latest six months invoices sent to the Customer by Advanced multiplied by six (6), or if Customer has not being serviced for six months, an amount equal to Customer's most recent monthly charge multiplied by six. This Agreement includes any recyclable material, non-scheduled or on call service with exclusive rights to Advanced. Advanced agrees that if Customer no longer requires any collection, disposal, or recycling for the materials due solely to the discontinuance of its business or the relocation of its business outside the area in which Advanced provides collection service, Customer may terminate this Agreement upon written notice to Advanced (via certified mail) at least sixty (60) days prior to the date of relocation or termination of Customer's business; provided however, that Customer shall remit all amounts due and owing to Advanced prior to such termination. Notwithstanding the foregoing, Customer agrees that this Agreement applies to any change of location of Customer, and all additional locations of Customer within the area the Contractor provides the services contemplated hereunder. This section shall survive any termination or expiration of the Agreement.

ENCLOSURES. All solid waste enclosures must meet the enclosure standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Advanced will not be responsible in any manner for any damage to an enclosure or for any costs and expenses arising from such damages to an enclosure.

EQUIPMENT. The word "equipment" as used herein shall mean all containers, compactors and other equipment used for storage of waste material utilized in the performance of this Agreement. Customer acknowledges that it has the care, custody and control of any equipment furnished to Customer while it is at Customer's premises and accepts sole responsibility, and shall be liable, for all loss and damage, normal wear and tear excepted, to such equipment and for the cleanliness and safekeeping of such equipment. Customer shall not overload any equipment (by weight or volume) and shall use it only for its intended purposes. All enclosures must meet the standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Customer shall not remove or alter, nor authorize the removal or alteration of, any such equipment without the prior written consent of Advanced, nor shall Customer use the equipment for incineration purposes. Customer shall maintain the Equipment and surrounding area in a clean and safe condition and shall secure the Equipment at all times to prevent unauthorized access to or dumping or looting. Customer shall have no authority to subject the equipment to any lien or encumbrance. Customer shall pay an extra yardage/pickup fee for any of the following: (i) waste material not properly contained; (ii) waste material exceeding height of internal capacity of the equipment; and (iii) contaminated recyclables. If Advanced is assessed an overweight fine Advanced shall invoice Customer, and Customer shall pay any expenses or fees relating thereto.

NON-HAZARDOUS WASTE ONLY. Customer represents and warrants that all solid waste and material delivered to Advanced hereunder will not contain (i) any hazardous, biohazardous, infectious, radioactive, volatile, corrosive, highly flammable, explosive, biomedical, or toxic waste as defined by any applicable federal, state, or local agencies or laws or regulations, or (ii) any other toxics, chemicals, wastes, substances, or materials which pose an unreasonable risk to human health or the environment. Advanced shall not be required to accept such unacceptable materials, and reserves the right to suspend the provision of services to be provided by Advanced as contemplated hereunder, in the event Customer deposits or places for collection such unacceptable waste or materials. Customer shall remove waste or materials that Customer has deposited in Advanced's equipment which are subsequently determined or suspected by Advanced to be unacceptable pursuant to this Agreement. If such waste or materials are not removed by Customer immediately upon

receipt by Customer of notice that such waste or materials are unacceptable, Advanced shall arrange for lawful disposal of such waste or materials at the sole cost and expense of Customer. Customer shall indemnify, defend and hold Advanced, and its officers, directors, members, affiliates, patents, subsidiaries, employees, agents and representatives ("Advanced Parties") harmless for any costs or damages resulting from placing or depositing such unacceptable materials in or around Advanced's equipment and shall pay Advanced its reasonable expenses and charges for handling, loading, preparing, transporting, storing and paying for such unacceptable materials. In addition and liability to such unacceptable materials shall at all times remain with Customer, regardless of whether the unacceptable materials are loaded or unloaded. Customer shall at its expense provide any requested chemical characterization of the waste and shall give Advanced prior notice of any changes in the waste characteristics, consistency or the waste generation process. Customer shall be solely responsible for complying with applicable laws mandating pretreatment, source separation or the recycling of any waste stream or any approval from governmental agencies.

**TITLE.** Advanced is vested with title to all acceptable solid waste and materials accepted by Advanced. Any revenue or other value received by Advanced as a result of reclamation, recycling or resource recovery shall be solely for the account of Advanced. All equipment furnished by Advanced for use by the Customer which the Customer has not purchased shall remain the property of Advanced and the Customer shall have no right, title or interest in such equipment.

**INDEMNITY.** Customer agrees to defend, hold harmless and indemnify the Advanced Parties from and against any and all loss, damage, suits, liability and expenses (including, but not limited to, reasonable investigation and legal expenses) arising out of, or in connection with, death or bodily injuries to any person, destruction or damage to any property, contamination of or adverse effects on the environment, or any violation of governmental laws, regulations, or orders resulting from Customer's performance of this Agreement, breach of any representation, warranty, obligation, term or provision of the Agreement, violation of any applicable law, use or operation of any equipment provided to Customer by Advanced, damage to pavement, enclosures or equipment as discussed herein, or by the negligent or willful acts or omissions of Customer its employees or invitees, or its subcontractors in the performance of the Agreement. The provisions of this paragraph shall survive the termination, cancellation or expiration of this Agreement.

**ACCESS.** On collection day, Advanced's vehicle shall have clear access to the equipment. If the equipment is blocked in any way so as to prohibit collection, Customer will be notified and one additional attempt for collection shall be made by Advanced. Any additional collection attempt will be classified as an "extra pick-up" and Advanced shall have the right to charge Customer for the additional pick-up due to Customer's failure to provide clear access to the equipment and Customer agrees to pay such charge. Advanced shall not be liable in any way, and shall not be deemed to be in breach of this Agreement, for the failure to collect any solid waste or materials in the event Advanced did not have or was denied access to the equipment or Customer's premises.

**SERVICE RATE, FEE, AND ASSESSMENT ADJUSTMENTS.** Because disposal, environmental compliance, and fuel costs constitute a portion of the service costs provided by Advanced and its affiliates, Customer understands and agrees Advanced may increase service rates to account for any increase in such costs or to account for any increase in transportation costs due to changes in the location of the disposal facility by showing the amount on the Customer's invoice. Customer agrees Advanced may also increase service rates, without prior notice or consent, to adjust for cost increases or to achieve, among other things, an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may impose and Customer shall pay any environmental and fuel fees, and any other fees and assessments such as maintenance or administrative fees, included on Customer's invoice, and that Advanced may increase or decrease these fees or assessments at any time and for any reason by showing the amount on Customer's invoice. Customer understands and agrees that increases in the service rates referenced above, and increases in the environmental and fuel fees, and any other fees and assessments, such as maintenance or administrative fees, may be made at any time and for any reason, including to help recover a portion of overall costs incurred by Advanced or its affiliated entities as may be necessary to achieve an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may pass through to Customer cost increases caused by weights being higher than those estimated. Customer shall pay all federal, state, local, or other taxes, assessments, fees, host charges, or similar charges directly or indirectly related to the transportation, collection, or disposal of solid waste which are imposed on Advanced by law, ordinance, or regulation and/or adjustment with a governmental body, whether imposed retroactively or prospectively. In the event or occurrence of an act, event, or condition that is beyond the control of Advanced and that materially or adversely affects the cost of operation or maintenance of Advanced's equipment and facilities, Advanced may increase the applicable service rates, fees, and assessments in this Agreement to the extent necessary to help offset, directly or indirectly, the increase in such costs. Advanced may increase service rates, fees, and assessments for reasons other than those set forth above with the consent of the Customer. Such consent may be evidenced verbally, in or by the actions and practices of the parties, or by payment of the invoice service rates, fees, and assessments. Notwithstanding anything to the contrary, if the Customer does not object, in writing, within 30 days of the invoice date, the Customer shall have conclusively agreed that such invoice is correct in all respects, whether paid or not.

**CHARGES AND PAYMENT; CHANGES.** Customer shall pay Advanced on a monthly basis for the collection and disposal services provided by Advanced (including without limitation all charges for equipment maintenance and other applicable charges as set forth on Customer's invoice). Payments shall be made by Customer within ten (10) days after the date of an invoice from Advanced. In the event that any payment is not made when due, Advanced, at its sole option, may at any time suspend the services to be provided hereunder or terminate this Agreement immediately and recover any equipment on the premises of the Customer. Any non-payment by Customer of any amounts, charges and fees due and owing hereunder shall, at the election of Advanced, be deemed to be a termination of this Agreement by the Customer pursuant to and subject to the terms above. Advanced and Customer agree that Advanced may impose, and Customer will pay, monthly interest on all past due (i.e., over 10 days from invoice date) service related charges, (including the base service rate, fuel fee, environmental fee, etc.). Advanced may assess monthly interest at an interest rate equal to 1⅔% APR, or a minimum of $5.00, unless specifically prohibited by applicable law, in which case interest shall be assessed at the highest rate allowed by applicable law. Any interest charged or received in excess of the maximum amount permitted by applicable law shall be conclusively presumed to be the result of an accident and bona fide error, and shall, to the extent received by Advanced, at the option of Advanced, either be returned to the Customer or applied to reduce the principal amount owed to Advanced. Charges in the fees, rates, charges and surcharges, frequency of collection service, number capacity and type of equipment may be agreed to orally or in writing by the parties. Consent to oral changes shall be evidenced by the actions and practices of the parties.

**DRIVEWAYS AND PARKING AREAS.** Customer represents and warrants that any right-of-way provided by Customer from the equipment location to the most convenient public right-of-way is sufficient to bear the weight of all Advanced's equipment and vehicles reasonably required for the performance of this Agreement. Advanced shall not be responsible for damage, or any costs or expenses arising from such damage, to any pavement curbing, driving surface or accompanying sub-surface resulting from Advanced's performance of this Agreement.

**ATTORNEY'S FEES.** If any legal action or any other proceeding is brought by Advanced for the enforcement of this Agreement, or because of an alleged dispute, breach, default or misrepresentation in connection with this Agreement, Advanced shall be entitled to recover reasonable attorneys' fees, collection fees and other costs (including litigation related costs, costs associated with the engagement of any collection agency, and expert witness fees) leading up to or incurred in that action or proceeding in addition to any other relief to which it may be entitled.

**LIMITATION ON LIABILITY.** Advanced shall not be liable for any indirect, incidental or consequential damages and in aggregate liability, if any, arising out of this Agreement shall not exceed the aggregate fees paid to Advanced by Customer, regardless of whether recovery is sought in contract, tort, statute, strict liability or otherwise. EXCEPT AS EXPRESSLY SET FORTH HEREIN, ADVANCED MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WHICH ARE EXPRESSLY DISCLAIMED.

**ASSIGNMENT AND BENEFIT.** Customer may not assign or transfer its rights or obligations under this Agreement without the prior written consent of Advanced. Advanced may assign this Agreement without the consent of Customer, and Customer acknowledges and agrees that any such assignment by Advanced shall release Advanced from any liability under this Agreement from and after the date of the assignment. Subject to the foregoing, this Agreement shall be binding on the parties and their successors and assigns.

**RIGHT TO COMPETE.** Customer grants Advanced the right to compete with any offer Customer receives or intends to make or accept relating to any waste services to be rendered after termination of this Agreement and gives Advanced written notice of any such offer and a reasonable opportunity to respond.

**ARBITRATION AGREEMENT, JURY TRIAL WAIVER, AND CLASS ACTION WAIVER CLAUSE.** Except for claims by Advanced for collection of its fees or individual claims by the Customer against Advanced for property damage, the parties knowingly, voluntarily and irrevocably agree that at the election of either party any controversy or claim arising between them (INCLUDING THOSE CLAIMS ARISING OUT OF THIS AGREEMENT OR ANY OTHER AGREEMENT) shall be resolved by BINDING ARBITRATION under the rules of the American Arbitration Association, which arbitration shall be governed by and enforceable under the Federal Arbitration Act, and judgment on the award may be entered by any court having jurisdiction thereof. WHETHER IN ARBITRATION OR AS OTHERWISE EXCEPTED ABOVE, NO CLAIMS MAY BE BROUGHT AS A CLASS ACTION, ON A CONSOLIDATED BASIS OR ANY OTHER COLLECTIVE OR REPRESENTATIVE PROCEEDING. The parties acknowledge the service Advanced provides Customer impacts and affects interstate commerce and agree that any dispute about the enforceability or scope of the agreement to arbitrate shall be decided by the arbitrator. The parties' mutual promises contained herein, including to arbitrate certain disagreements, rather than litigate them before courts or other bodies, provide consideration for each other for this entire clause. EACH PARTY HEREBY HEREBY WAIVES TRIAL BY JURY IN ANY ACTION, PROCEEDING, COUNTERCLAIM OR CROSS-CLAIM BROUGHT BY ANY OF THEM AGAINST THE OTHER AND WAIVES THE RIGHT TO PARTICIPATE AND/OR BE REPRESENTED IN ANY CLASS ACTION. Further, any action (including any arbitration) by Customer against Advanced in connection with this Agreement or any prior Agreement, or arising out of this Agreement or any prior Agreement, must be brought within one (1) year of any alleged breach of contract, tort, violation of statute or other alleged wrongful act. Any proceedings shall be conducted in the location where the services provided by Advanced under this Agreement are performed.

**SEVERABILITY.** The provisions of this Agreement are independent and severable, and no provision shall be affected or rendered invalid or unenforceable by virtue of the fact that another provision has been determined to be invalid or unenforceable in whole or in part. If any provision of this Agreement is held to be unenforceable, then this Agreement will be deemed amended to the extent necessary to render the otherwise unenforceable provision, and the rest of the Agreement, valid and enforceable. If a court declines to amend this Agreement as provided herein, the invalidity or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of its remaining provisions, which shall be enforced as if the offending provision had not been included in this Agreement.

**CHANGE OF TERMS.** Except as otherwise agreed herein or as may be prohibited by applicable law, Advanced and Customer agree that Advanced may change the pre-printed terms and conditions of this Agreement in the future.

**MISCELLANEOUS.** Customer acknowledges and agrees that any telephone calls made to Advanced by Customer may be recorded. Customer also agrees to accept any service, and promotional information sent by Advanced whether by mail or electronic transmission. If any conflict or differences exist in this Agreement between terms are printed and those which are typed or written; the typed or written language shall govern. In the event that Customer claims that Advanced is in breach or default of any provisions of this Agreement, Customer must notify Advanced in writing of the alleged breach or default and allow Advanced at least ten (10) days to cure same prior to Customer terminating, or attempting to terminate, the Agreement. This Agreement shall be governed by the laws of the state of Florida without regard to conflicts of laws principles that would require the application of any other law and is executed as of the Effective Date specified above. This Agreement constitutes the entire understanding between Advanced and Customer regarding the subject matter hereof and, except as otherwise provided for herein, supersedes all prior negotiations, representations, understandings and agreements, either written or oral, with respect to such subject matter. This Agreement may be executed in one or more counterparts, each of which will be deemed to be an original copy and all of which, when taken together, will be deemed to constitute one and the same agreement. The exchange of copies of this Agreement and of signature pages by facsimile transmission or electronic mail in PDF format shall constitute effective execution and delivery of this Agreement as to the parties and may be used in lieu of the original Agreement for all purposes. This is an Agreement for the performance of specific services described herein. Customer's representations, warranties, indemnifications and the arbitration provisions of this Agreement shall survive termination of this Agreement.

**TERMS: NET 10 DAYS**

Customer Name: _____

Customer I_____

12-23-14

 **Advanced Disposal**

SALESPERSON # DG   FEL ____   REL X   ROU ____

# SERVICE AGREEMENT

**CUSTOMER #:** ▮▮▮▮▮▮                          **SITE #:** ▮▮▮▮▮▮

| | | | |
|---|---|---|---|
| New Account ____ | Service Increase ____ | Service Decrease ____ | Cancel ____ |
| Rate Increase ____ | Rate Decrease ____ | Other ____ | Reason Code ____ |

| **CUSTOMER MASTER/BILLING INFORMATION** | **SITE MASTER MAINTENANCE/SERVICE LOCATION** |
|---|---|
| LEGAL NAME: ▮▮▮▮▮ | NAME: ▮▮▮▮▮ |
| ADDRESS LINE 1: ▮▮▮▮▮ | ADDRESS LINE 1: ▮▮▮▮▮ |
| ADDRESS LINE 2: ▮▮▮▮▮ | ADDRESS LINE 2: |
| CITY: Ardmore     STATE: PA | CITY: West Chester     STATE: PA |
| ZIP CODE: 19003   PHONE: (▮▮) ▮▮ | ZIP CODE: 19382   PHONE: (▮▮) ▮▮ |
| FAX: (  )- | FAX: (  )- |
| EMAIL: ▮▮▮▮▮ | |
| CONTACT NAME: ▮▮▮▮▮ | EFFECTIVE DATE OF AGREEMENT: 2-1-15 |

| | SERV # | SERV TYPE | QTY | CONT. SIZE | COMP. Y/N | ON CALL Y/N | FREQ | EXTRA PICK UP/HAUL RATE | DISPOSAL CHARGE | MONTHLY CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| **NEW** | REL | MSW | 2 | 3yd | N | N | 2xwk | $80.00 | | $260.01 |
| | REL | MSW | 1 | 2yd | N | N | 2xwk | $75.00 | | $69.69 |
| | REL | SST | 2 | 96gal | N | N | 1xwk | $25.00 | | $25.00 |
| **OLD** | REL | MSW | 2 | 2yd | N | N | 2xwk | | | 332.85 |
| | REL | MSW | 1 | 3yd | N | N | 2xwk | | | |
| | REL | SST | 2 | 96gal | N | N | 1xwk | | | |

$354.70

**OTHER CHARGES:** + Fuel Fee & Environmental Fee as shown on invoice        P.O. # ____
$ N/A   Container Delivery

Rate locked for 1 year, 3%
increase in year 2 & 3. Flat rate with no ADS fees.

*By execution hereof, Customer agrees that this Service Agreement (the "Agreement") is a legally binding contract, enforceable in accordance with its terms, between Advanced Disposal Services ▮▮▮▮▮, LLC/Inc. ("Advanced") and Customer, and the individual executing this Agreement on behalf of Customer has all power and authority to do so. Customer agrees to accept the services and equipment at the charges and frequency indicated in this Agreement subject to the terms and conditions specified below.*

| **ADVANCED** | **CUSTOMER** ▮▮▮▮▮ |
|---|---|
| By: ▮▮▮▮▮ | By: |
| Print Name: ▮▮▮▮▮ | Print Name: ▮▮▮▮▮ |
| Date: 1-16-15 | Date: 12-23-2014 |
| | (Please initial the back page) |

## TERMS AND CONDITIONS

**SERVICES RENDERED.** Customer grants to Advanced the exclusive right to collect and dispose of all of Customer's solid waste materials, including any recyclable materials, and agrees to make the payments as provided for herein, and Advanced agrees to furnish such services and equipment as specified above, all in accordance with the terms and conditions of this Agreement. In the event Advanced is rendered unable to perform its obligations hereunder due to an act, event or condition that is beyond Advanced's control, it shall notify Customer of such event and the obligations of Advanced may be suspended during the continuation of any inability so caused by such event, act or condition.

**TERM.** This Agreement is a legally binding contract and shall extend for an initial term of three (3) years from the date hereof (the "Initial Term"), and, except where prohibited by law, shall be automatically renewed for successive three (3) year (each a "Renewal Term") thereafter, unless either party shall give written notice of non-renewal (via certified mail) to the other at least sixty (60) days but not more than one hundred twenty (120) days prior to the expiration of the Initial Term, or any Renewal Term (together, the "Term"). In the event the Customer shall attempt to discontinue or terminate this Agreement other than as provided above, Customer agrees to pay to Advanced as liquidated damages a sum equal to the average of the latest six months invoices sent to the Customer by Advanced multiplied by six (6), or if Customer has not been serviced for six months, an amount equal to Customer's most recent monthly charge multiplied by six. This Agreement includes any recyclable material, non-scheduled or on call service with exclusive rights to Advanced. Advanced reserves its rights to longer requires any collection, disposal, or recycling for its materials due solely to the discontinuance of its business or the relocation of its business outside the area in which Advanced provides collection service, Customer may terminate this Agreement upon written notice to Advanced (via certified mail) at least sixty (60) days prior to the date of relocation or termination of Customer's business; provided however, that Customer shall remit all amounts due and owing to Advanced prior to such termination. Notwithstanding the foregoing, Customer agrees that this Agreement applies to any change of location of Customer, and all additional locations of Customer within the area the Contractor provides the services contemplated hereunder. This section shall survive any termination or expiration of the Agreement.

**ENCLOSURES.** All solid waste enclosures must meet the enclosure standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Advanced will not be responsible in any manner for any damage to an enclosure, or for any costs and expenses arising from such damage to an enclosure.

**EQUIPMENT.** The word "equipment" as used herein shall mean all containers, compactors and other equipment used for storage of waste material utilized in the performance of this Agreement. Customer acknowledges that it has the care, custody and control of any equipment furnished by Advanced to Customer while it is at Customer's premises and accepts sole responsibility, and shall be liable, for all loss and damage, normal wear and tear excepted, to such equipment and for the cleanliness and safekeeping of such equipment. Customer shall not overload any equipment (by weight or volume) and shall use it only for its intended purposes. All enclosures must meet the standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Customer shall not remove or alter, nor authorize the removal or alteration of, any such equipment without the prior written consent of Advanced, nor shall Customer use the equipment for incineration purposes. Customer shall maintain the Equipment and surrounding area in a clean and safe condition and shall secure the Equipment at all times to prevent unauthorized access to or dumping or looting. Customer shall have an authority to subject the equipment to any lien or encumbrance. Customer shall pay an extra yardage/ pickup fee for any of the following: (i) waste material not properly contained; (ii) waste material exceeding height of internal capacity of the equipment; and (iii) contaminated recyclables. If Advanced is assessed an overnight fine Advanced shall invoice Customer, and Customer shall pay any expense or fees relating thereto.

**NON-HAZARDOUS WASTE ONLY.** Customer represents and warrants that all solid waste and material delivered to Advanced hereunder will not contain (i) any hazardous, biohazardous, infectious, radioactive, volatile, corrosive, highly flammable, explosive, biomedical, or toxic waste as defined by any applicable federal, state, or local agencies or laws or regulations, or (ii) any other toxics, chemicals, wastes, substances, or materials which pose an unreasonable risk to human health or the environment. Advanced shall not be required to accept such unacceptable materials, and reserves the right to suspend the services to be provided by Advanced as contemplated hereunder, in the event Customer deposits or places for collection such unacceptable waste or materials. Customer shall remove waste or materials that Customer has deposited in Advanced's equipment which are subsequently determined or suspected by Advanced to be unacceptable pursuant to this Agreement. If such waste or materials are not removed by Customer immediately upon

receipt by Customer of notice that such waste or materials are unacceptable, Advanced shall arrange for lawful disposal of such waste or materials at the sole cost and expense of Customer. Customer shall indemnify, defend and hold Advanced, and its officers, directors, members, affiliates, parents, subsidiaries, employees, agents and representatives ("Advanced Parties") harmless for any costs or damages resulting from placing or depositing such unacceptable materials in or around Advanced's equipment and shall pay Advanced its reasonable expenses and charges for handling, loading, preparing, transporting, storing and caring for any such unacceptable materials. All title and liability to such unacceptable materials shall at all times remain with Customer, regardless of whether the unacceptable materials are loaded or unloaded. Customer shall at its expense provide any requested chemical characterization of the waste and shall give Advanced prior notice of any changes in the waste characteristics, consistency or the waste generation process. Customer shall be solely responsible for complying with applicable laws mandating pretreatment, source separation or the recycling of any waste stream or any approval from governmental agencies.

**TITLE.** Advanced is vested with title to all acceptable solid waste and materials accepted by Advanced. Any revenue or other value received by Advanced as a result of reclamation, recycling or resource recovery shall be solely for the account of Advanced. All equipment furnished by Advanced (or by the Customer which the Customer has not purchased) shall remain the property of Advanced and the Customer shall have no right, title or interest in such equipment.

**INDEMNITY.** Customer agrees to defend, hold harmless and indemnify the Advanced Parties from and against any and all loss, damage, suits, liability and expenses (including, but not limited to, reasonable investigation and legal expenses) arising out of, or in connection with, death or bodily injuries to any person, destruction or damage to any property, contamination of or adverse effects on the environment, or any violation of governmental laws, regulations, or orders resulting from Customer's performance of this Agreement, breach of any representation, warranty, obligation, term or provision of the Agreement, violation of law or operation of any equipment provided to Customer by Advanced, damage to pavement, enclosures or equipment as discussed herein, or by the negligent or willful acts or omissions of Customer its employees or invitees, or its subcontractors in the performance of the Agreement. The provisions of this paragraph shall survive the termination, cancellation or expiration of this Agreement.

**ACCESS.** On collection day, Advanced's vehicle shall have clear access to the equipment. If the equipment is blocked in any way so as to prohibit collection, Customer will be notified and can additional attempt for collection shall be made by Advanced. Any additional collection attempt will be classified as an "extra pick-up" and Advanced shall have the right to charge Customer for the additional pick-up due to Customer's failure to provide clear access to the equipment and Customer agrees to pay such charge. Advanced shall not be liable in any way, and shall not be deemed to be in breach of this Agreement, for the failure to collect any solid waste or materials in the event Advanced did not have or was denied access to the equipment or Customer's premises.

**SERVICE RATE, FEE, AND ASSESSMENT ADJUSTMENTS.** Because disposal, environmental compliance, and fuel costs constitute a portion of the service costs provided by Advanced and its affiliates, Customer understands and agrees Advanced may increase service rates to account for any increase in such costs or to account for any increase in transportation costs due to changes in the location of the disposal facility by showing the amount on the Customer's invoice. Customer agrees Advanced may also increase service rates, without prior notice or consent, to adjust for cost increases or to achieve, among other things, an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may impose and Customer must pay any environmental and fuel fees, and any other fees and assessments such as maintenance or administrative fees, included on Customer's invoice, and that Advanced may increase or decrease these fees or assessments at any time and for any reason by showing the amount on Customer's invoice. Customer understands and agrees that increases in the service rates referenced above, and increases in the environmental and fuel fees, and any other fees and assessments, such as maintenance or administrative fees, may be made at any time and for any reason, including to help recover a portion of overall costs incurred by Advanced or its affiliated entities as may be necessary to achieve an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may pass through to Customer cost increases caused by weights being higher than those estimated. Customer shall pay all federal, state, local, or other taxes, assessments, fees, host charges, or similar charges directly or indirectly related to the transportation, collection, or disposal of solid waste which are imposed on Advanced by law, ordinance, or regulation and/or agreement with a governmental body, whether imposed retroactively or prospectively. In the event or circumstance of an act, event, or condition that is beyond the control of Advanced and that materially or adversely affects the cost of operation or maintenance of Advanced's equipment and facilities, Advanced may increase the applicable service rates, fees, and assessments in this Agreement to the extent necessary to help offset, directly or indirectly, the increase in such costs. Advanced may increase service rates, fees, and assessments for reasons other than those set forth above with the consent of the Customer. Such consent may be evidenced verbally, in or by the actions and practices of the parties, or by payment of the invoice service rates, fees, and assessments. Notwithstanding anything to the contrary, if the Customer does not object, in writing, within 30 days of the invoice date, the Customer shall have conclusively agreed that such invoice is correct in all respects, whether paid or not.

**CHARGES AND PAYMENT CHANGES.** Customer shall pay Advanced on a monthly basis for the collection and disposal service provided by Advanced (including without limitation all charges for equipment maintenance and other applicable charges and fees as set forth on Customer's invoice). Payments shall be made by Customer within ten (10) days after the date of an invoice from Advanced. In the event that any payment is not made when due, Advanced, at its sole option, may at any time suspend the services to be provided hereunder or terminate the Agreement immediately and recover any equipment on the premises of the Customer. Any non-payment by Customer of any amounts, charges and fees due and owing hereunder shall, at the election of Advanced, be deemed to be a termination of this Agreement by the Customer pursuant to and subject to the terms above, (including the base service rate, fuel fee, environmental fee, etc.). Advanced may assess monthly interest at an interest rate equal to 18% APR, or a minimum of $5.95, unless specifically prohibited by applicable law, in which case interest shall be assessed at the highest rate allowed by applicable law. Any interest charged or received in excess of the maximum amount permitted by applicable law shall be conclusively presumed to be the result of an accident and bona fide error, and shall, to the extent received by Advanced, at the option of Advanced, either be returned to the Customer or applied to reduce the principal amount owed to Advanced. Charges in the fees, rates, charges and surcharges, frequency of collection service, number capacity and type of equipment may be agreed to orally or in writing by the parties. Consent to oral changes shall be evidenced by the actions and practices of the parties.

**DRIVEWAYS AND PARKING AREAS.** Customer represents and warrants that any right-of-way provided by Customer from the equipment location to the most convenient public right-of-way is sufficient to bear the weight of all Advanced's equipment and vehicles reasonably required for the performance of this Agreement. Advanced shall not be responsible for any costs or expenses arising from such damage, to any pavement curbing, driving surface or accompanying sub-surface resulting from Advanced's performance of this Agreement.

**ATTORNEY'S FEES.** If any legal action or any other proceeding is brought by Advanced for the enforcement of this Agreement, or because of an alleged dispute, breach, default or misrepresentation in connection with this Agreement, Advanced shall be entitled to recover reasonable attorneys' fees, collection fees and other costs (including litigation related costs, costs associated with the engagement of any collection agency, and expert witness fees) leading up to or incurred in that action or proceeding in addition to any other relief to which it may be entitled.

**LIMITATION ON LIABILITY.** Advanced shall not be liable for any indirect, incidental or consequential damages and its aggregate liability, if any, arising out of this Agreement shall not exceed the aggregate fees paid to Advanced by Customer, regardless of whether recovery is sought in contract, tort, statute, strict liability or otherwise. EXCEPT AS EXPRESSLY SET FORTH HEREIN, ADVANCED MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WHICH ARE EXPRESSLY DISCLAIMED.

**ASSIGNMENT AND BENEFIT.** Customer may not assign or transfer its rights or obligations under this Agreement without the prior written consent of Advanced. Advanced may assign this Agreement without the consent of Customer, and Customer acknowledges and agrees that any such assignment by Advanced shall release Advanced from any liability under this Agreement from and after the date of the assignment. Subject to, the foregoing, this Agreement shall be binding on the parties and their successors and assigns.

**RIGHT TO COMPETE.** Customer grants Advanced the right to compete with any offer Customer receives or intends to make or accept relating to any waste services to be rendered after termination of this Agreement and shall give Advanced written notice of any such offer and a reasonable opportunity to respond.

**ARBITRATION AGREEMENT, JURY TRIAL WAIVER, AND CLASS ACTION WAIVER CLAUSE.** Except for claims by Advanced for collection of its fees or individual claims by the Customer against Advanced for property damage, the parties knowingly, voluntarily and irrevocably agree that at the election of either party any controversy or claim arising between them (INCLUDING THOSE CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR ANY PRIOR AGREEMENT) shall be resolved by BINDING ARBITRATION under the rules of the American Arbitration Association, which arbitration shall be governed by and enforceable under the Federal Arbitration Act, and judgment on the award may be entered by any court having jurisdiction thereof. WHETHER IN ARBITRATION OR AS OTHERWISE EXCEPTED ABOVE, NO CLAIMS MAY BE BROUGHT AS A CLASS ACTION, ON A CONSOLIDATED BASIS OR ANY OTHER COLLECTIVE OR REPRESENTATIVE PROCEEDING. The parties acknowledge the service Advanced provides Customer impacts and effects interstate commerce and agree that any dispute about the enforceability or scope of the agreement to arbitrate shall be decided by the arbitrator. The parties' mutual promises contained herein, including to arbitrate certain disagreements, rather than litigate them before courts or other bodies, provide consideration for each other for this entire clause. EACH PARTY HERETO HEREBY WAIVES TRIAL BY JURY IN ANY ACTION, PROCEEDING, COUNTERCLAIM OR CROSS-CLAIM BROUGHT BY ANY OF THEM AGAINST THE OTHER AND WAIVES THE RIGHT TO PARTICIPATE AND/OR BE REPRESENTED IN ANY CLASS ACTION. Further, any action (including any arbitration) by Customer against Advanced in connection with this Agreement or any prior Agreement, or arising out of the Agreement or any prior Agreement, must be brought within one (1) year of any alleged breach of contract, tort, violation of statute or other alleged wrongful act. Any proceedings shall be conducted in the location where the services provided by Advanced to the Customer are performed.

**SEVERABILITY.** The provisions of this Agreement are independent and severable, and no provision shall be affected or rendered invalid or unenforceable by virtue of the fact that another provision has been determined to be invalid or unenforceable in whole or in part. If any provision of this Agreement is held to be unenforceable, then this Agreement will be deemed amended to the extent necessary to render the otherwise unenforceable provision, and the rest of the Agreement, valid and enforceable. If a court declines to amend this Agreement as provided herein, the invalidity or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of the remaining provisions, which shall be enforced as if the offending provision had not been included in this Agreement.

**CHANGE OF TERMS.** Except as otherwise agreed herein or as may be prohibited by applicable law, Advanced and Customer agree that Advanced may change the pre-printed terms and conditions of this Agreement in the future.

**MISCELLANEOUS.** Customer acknowledges and agrees that any telephone calls made to Advanced by Customer may be recorded. Customer also agrees to accept any service and promotional information sent by Advanced whether by mail or electronic transmission. If any conflict or differences exist in this Agreement between terms are printed and those which are typed or written, the typed or written language shall govern. In the event that Customer claims that Advanced is in breach or default of any provisions of this Agreement, Customer must notify Advanced in writing of the alleged breach or default and allow Advanced at least ten (10) days to cure same prior to Customer terminating, or attempting to terminate, the Agreement. This Agreement shall be governed by the laws of the state of Florida without regard to conflicts-of-laws principles that would require the application of any other law and is executed as of the Effective Date specified above. This Agreement represents the entire understanding between Advanced and Customer regarding the subject matter hereof and, except as otherwise provided for herein, supersedes all prior negotiations, representations, understandings, agreements, either written or oral, with respect to such subject matter. This Agreement may be executed in one or more counterparts, each of which will be deemed to be an original copy and all of which, when taken together, will be deemed to constitute one and the same agreement. The exchange of copies of this Agreement and of signature pages by facsimile transmission or electronic email in PDF format will constitute effective execution and delivery of this Agreement as to the parties and may be used in lieu of the original Agreement for all purposes. This is an Agreement for the performance of specific services described herein. Customer's representations, warranties, indemnifications and the arbitration provisions of this Agreement shall survive termination of this Agreement

**TERMS: NET 10 DAYS**

Customer Name: _____

Customer _____

12-23-2014

 **Advanced Disposal**

SALESPERSON # __DG__ FEL __X__ REL ____ ROL ____

# SERVICE AGREEMENT

| | |
|---|---|
| CUSTOMER #: ▮ | SITE #: ▮ |
| New Account ____ | Service Decrease ____ | Cancel ____ |
| Rate Increase __X__ | Rate Decrease ____ | Other (_Renewal_) | Reason Code _PI/CI_ |

| CUSTOMER MASTER/BILLING INFORMATION | SITE MASTER MAINTENANCE/SERVICE LOCATION |
|---|---|
| LEGAL NAME: ▮ | NAME: ▮ |
| ADDRESS LINE 1: ▮ | ADDRESS LINE 1: ▮ |
| ADDRESS LINE 2: | ADDRESS LINE 2: |
| CITY: Ardmore   STATE: PA | CITY: West Chester   STATE: PA |
| ZIP CODE: 19003   PHONE: ▮ | ZIP CODE: 19380   PHONE: (▮) |
| FAX: (___) - | FAX: (___) - |
| EMAIL: ▮ | |
| CONTACT NAME: ▮ | EFFECTIVE DATE OF AGREEMENT: 2-1-15 |

| | SERV # | SERV TYPE | QTY | CONT. SIZE | COMP. Y/N | ON CALL Y/N | FREQ | EXTRA PICK UP/HAUL RATE | DISPOSAL CHARGE | MONTHLY CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| NEW | FEL | MSW | 2 | 2yd | N | N | 3xwk | $75.00 | | $218.06 |
| | REL | MSW | 1 | 6yd | N | N | 3xwk | $80.00 | | $365.67 |
| | REL | SST | 4 | 96gal | N | N | 1xwk | $25.00 | | $55.00 |
| OLD | FEL | MSW | 2 | 2yd | N | N | 3xwk | | | 632.84 |
| | FEL | MSW | 1 | 6yd | N | N | 3xwk | | | |
| | REL | SST | 4 | 96gal | N | N | 1xwk | | | |

$638.73

N/A → AR
S N/A → DG

OTHER CHARGES:
+ Fuel Fee & Environmental Fee as shown on invoice
$ N/A     Container Delivery

P.O. # Rate locked for 1 year, 3%
increase in year 2 & 3. Flat rate with no
ADS fees.

By execution hereof, Customer agrees that this Service Agreement (the "Agreement") is a legally binding contract, enforceable in accordance with its terms, between Advanced Disposal Services ▮, LLC/Inc. ("Advanced") and Customer, and the individual executing this Agreement on behalf of Customer has all power and authority to do so. Customer agrees to accept the services and equipment at the charges and frequency indicated in this Agreement subject to the terms and conditions specified below.

| ADVANCED | CUSTOMER |
|---|---|
| By: _[signature]_ | By: ▮ |
| Print Name: _Jay Gray_ | Print Name: ▮ |
| Date: _1-16-15_ | Date: _12-23-2014_ |
| | (Please initial the back page) |

## TERMS AND CONDITIONS

**SERVICES RENDERED.** Customer grants to Advanced the exclusive right to collect and dispose of all of Customer's solid waste materials, including any recyclable materials, and agrees to make the payments as provided for herein, and Advanced agrees to furnish such services and equipment as specified above, all in accordance with the terms and conditions of this Agreement. In the event Advanced is rendered unable to perform its obligations hereunder due to any act, event or condition that is beyond Advanced's control, it shall notify Customer of such event and the obligations of Advanced may be suspended during the continuance of any inability to so caused by such event, act or condition.

**TERM.** This Agreement is a legally binding contract and shall extend for an initial term of three (3) years from the date hereof (the "Initial Term"), and, except where prohibited by law, shall be automatically renewed for successive three (3) year periods (each a "Renewal Term") thereafter, unless either party shall give written notice of non-renewal (via certified mail) to the other at least sixty (60) days but not more than one hundred twenty (120) days prior to the expiration of the Initial Term, or any Renewal Term (together, the "Term"). In the event the Customer should attempt to discontinue or terminate this Agreement other than as provided above, Customer agrees to pay to Advanced as liquidated damages a sum equal to the average of the latest six months invoices sent to the Customer by Advanced multiplied by six (6), or if Customer has not been serviced for six months, an amount equal to Customer's most recent monthly charge multiplied by six. This Agreement includes any recyclable material, non-scheduled or on call service with exclusive rights to Advanced. Advanced agrees that if Customer no longer requires any collection, disposal, or recycling for its materials due solely to the discontinuance of its business or the relocation of its business outside the area in which Advanced provides collection service, Customer may terminate this Agreement upon written notice to Advanced (via certified mail) at least sixty (60) days prior to the date of relocation or termination of Customer's business; provided however, that Customer shall remit all amounts due and owing to Advanced prior to such termination. Notwithstanding the foregoing, Customer agrees that this Agreement applies to any change of location of Customer, and all additional locations of Customer within the area the Contractor provides the services contemplated hereunder. This section shall survive any termination or expiration of the Agreement.

**ENCLOSURES.** All solid waste enclosures shall meet the enclosure standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Advanced will not be responsible in any manner for any damage to an enclosure or for any costs and expenses arising from such damage to an enclosure.

**EQUIPMENT.** The word "equipment" as used herein shall mean all containers, compactors and other equipment used for storage of waste material utilized in the performance of this Agreement. Customer acknowledges that it has the care, custody and control of any equipment furnished to Customer while it is at Customer's premises and accepts sole responsibility, and shall be liable, for all loss and damage, normal wear and tear excepted, to such equipment and for the cleanliness and safekeeping of such equipment. Customer shall not overload any equipment (by weight or volume) and shall use it only for its intended purposes. All enclosures must meet the standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Customer shall not alter nor authorize the removal or alteration of, any such equipment without the prior written consent of Advanced, nor shall Customer use the equipment for incineration purposes. Customer shall maintain the Equipment and surrounding area in a clean and safe condition and shall secure the Equipment at all times to prevent unauthorized access to or dumping or looting. Customer shall have no authority to subject the equipment to any lien or encumbrance. Customer shall pay an extra yardage/ pickup fee for any of the following: (i) waste material not properly contained, (ii) waste material exceeding height or internal capacity of the equipment, and (iii) contaminated recyclables. If Advanced is assessed an overweight fine Advanced shall invoice Customer, and Customer shall pay any expenses or fees relating thereto.

**NON-HAZARDOUS WASTE ONLY.** Customer represents and warrants that all solid waste and material delivered to Advanced hereunder will not contain (i) any hazardous, biohazardous, infectious, radioactive, volatile, corrosive, highly flammable, explosive, biomedical, or toxic waste as defined by any applicable federal, state, or local agencies or laws or regulations, or (ii) any other toxins, chemicals, wastes, substances, or materials which pose an unreasonable risk to human health or the environment. Advanced shall not be required to accept such unacceptable materials, and reserves the right to suspend the services to be provided by Advanced as contemplated hereunder, in the event Customer deposits or places for collection such unacceptable waste or materials. Customer shall remove waste or materials that Customer has deposited in Advanced's equipment which are subsequently determined or suspected by Advanced to be unacceptable pursuant to this Agreement. If such waste or materials are not removed by Customer immediately upon

receipt of Customer of notice that such waste or materials are unacceptable, Advanced shall arrange for lawful disposal of such waste or materials at the sole cost and expense of Customer. Customer shall indemnify, defend and hold Advanced, and its officers, directors, members, affiliates, parents, subsidiaries, employees, agents and representatives ("Advanced Parties") harmless for any costs or damages resulting from placing or disposing such unacceptable materials in or around Advanced's equipment and shall pay Advanced its reasonable expenses and charges for handling, loading, preparing, transporting, storing and caring for any such unacceptable materials. All title and liability to such unacceptable materials shall at all times remain with Customer, regardless of whether the unacceptable materials are loaded or unloaded. Customer shall at its expense provide any required chemical characterization of the waste and shall give Advanced prior notice of any changes in the waste characteristics, consistency or the waste generation process. Customer shall be solely responsible for complying with applicable laws mandating pretreatment, source separation or the recycling of any waste stream or any approval from governmental agencies.

**TITLE.** Advanced is vested with title to all acceptable solid waste and materials accepted by Advanced. Any scrap or other value received by Advanced as a result of reclamation, recycling or resource recovery shall be solely for the account of Advanced. All equipment furnished by Advanced for use by the Customer which the Customer has not purchased shall remain the property of Advanced and the Customer shall have no right, title or interest in such equipment.

**INDEMNITY.** Customer agrees to defend, hold harmless and indemnify the Advanced Parties from and against any and all loss, damage, suits, liability and expenses (including, but not limited to, reasonable investigation and legal expenses) arising out of, or in connection with, death or bodily injuries to any person, destruction or damage to any property, contamination of or adverse effects on the environment, or any violation of governmental laws, regulations, or orders resulting from Customer's performance of this Agreement, breach of any representation, warranty, obligation, term or provision of the Agreement, violation of any applicable law, use or operation of any equipment provided to Customer by Advanced, damage to pavement, enclosures or equipment as discussed herein, or by the negligent or willful acts or omissions of Customer, its employees or invitees, or its subcontractors in the performance of the Agreement. The provisions of this paragraph shall survive the termination, cancellation or expiration of this Agreement.

**ACCESS.** On collection day, Advanced's vehicle shall have clear access to the equipment. If the equipment is blocked in any way so as to prohibit collection, Customer will be notified and one additional attempt for collection shall be made by Advanced. Any additional collection attempt will be classified as an "extra pick-up" and Advanced shall have the right to charge Customer for the additional pick-up due to Customer's failure to provide clear access to the equipment and Customer agrees to pay such charge. Advanced shall not be liable in any way, and shall not be deemed to be in breach of this Agreement, for the failure to collect any solid waste or materials in the event Advanced did not have or was denied access to the equipment or Customer's premises.

**SERVICE RATE, FEE, AND ASSESSMENT ADJUSTMENTS.** Because disposal, environmental compliance, and fuel costs constitute a portion of the service costs provided by Advanced and its affiliates, Customer understands and agrees Advanced may increase service rates to account for any increase in such costs, or to account for any increase in transportation costs due to changes in the location of the disposal facility by showing the amount on the Customer's invoice. Customer agrees Advanced may also increase service rates, without prior notice or consent, to adjust for cost increases or to achieve, among other things, an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may impose and Customer must pay any environmental and fuel fees, and any other fees and assessments such as maintenance or administrative fees, included on Customer's invoice, and that Advanced may increase or decrease those fees or assessments at any time and for any reason by showing the amount on Customer's invoice. Customer understands and agrees that increases in the service rates referenced above, and increases in the environmental and fuel fees, and any other fees and assessments, such as maintenance or administrative fees, may be made at any time and for any reason, including to help recover a portion of overall costs incurred by Advanced or its affiliated entities as may be necessary to achieve an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may pass through to Customer cost increases caused by weights being higher than those estimated. Customer shall pay all federal, state, local, or other taxes, assessments, fees, host charges, or similar charges directly or indirectly related to the transportation, collection, or disposal of solid waste which are imposed on Advanced, by ordinance, or regulation and/or agreement with a governmental body, whether imposed retroactively or prospectively. In the event or occurrence of an act, event, or condition that is beyond the control of Advanced and that materially or adversely affects the cost of operation or maintenance of Advanced's equipment and facilities, Advanced may increase the applicable service rates, fees, and assessments in this Agreement to set forth above with the consent of the Customer. Such consent may be evidenced verbally, in or by the actions and practices of the parties, or by payment of the invoice service rates, fees, and assessments. Notwithstanding anything to the contrary, if the Customer does not object, in writing, within 30 days of the invoice date, the Customer shall have conclusively agreed that such invoice is correct in all respects, whether paid or not.

**CHARGES AND PAYMENT CHANGES.** Customer shall pay Advanced on a monthly basis for the collection and disposal service provided by Advanced (including without limitation all charges for equipment maintenance and other applicable charges and fees as set forth on Customer's invoice). Payments shall be made by Customer within ten (10) days after the date of an invoice from Advanced. In the event that any payment is not made when due, Advanced, at its sole option, may at any time suspend the services to be provided hereunder or terminate the Agreement immediately and recover any equipment on the premises of the Customer. Any non-payment by Customer of any amounts, charges and fees due and owing hereunder shall, at the election of Advanced, be deemed to be a termination of this Agreement by the Customer pursuant to and subject to the terms above. Advanced and Customer agree that Advanced may impose, and Customer will pay, monthly interest on all past due (i.e., over 10 days from invoice date) service related charges, (including the basic service rate, fuel fee, environmental fee, etc.). Advanced may assess monthly interest at an interest rate equal to 1.8% APR, or a minimum of $5.95, unless specifically prohibited by applicable law, in which case interest shall be assessed at the highest rate allowed by applicable law. Any interest charged or received in excess of the maximum amount permitted by applicable law shall be conclusively presumed to be the result of an accident and bona fide error; and shall, to the extent received by Advanced, at the option of Advanced, either be returned to the Customer or applied to reduce the principal amount owed to Advanced. Changes in the fees, rates, charges and surcharges, frequency of collection service, number capacity and type of equipment may be agreed to orally or in writing by the parties. Consent to oral changes shall be evidenced by the actions and practices of the parties.

**DRIVEWAYS AND PARKING AREAS.** Customer represents and warrants that any right-of-way provided by Customer from the equipment location to the most convenient public right-of-way is sufficient to bear the weight of all Advanced's equipment and vehicles reasonably required for the performance of this Agreement. Advanced shall not be responsible for damage, or any costs or expenses arising from such damage, to any pavement surface, driving surface or accompanying sub-surface resulting from Advanced's performance of this Agreement.

**ATTORNEY'S FEES.** If any legal action or any other proceeding is brought by Advanced for the enforcement of this Agreement, or because of an alleged dispute, breach, default or misrepresentation in connection with this Agreement, Advanced shall be entitled to recover reasonable attorneys' fees, collection fees and other costs (including litigation related costs, costs associated with the engagement of any collection agency, and expert witness fees) incurred in that action or proceeding in addition to any other relief to which it may be entitled.

**LIMITATION ON LIABILITY.** Advanced shall not be liable for any indirect, incidental or consequential damages and its aggregate liability, if any, arising out of this Agreement shall not exceed the aggregate fees paid to Advanced by Customer, regardless of whether recovery is sought in contract, tort, statute, strict liability or otherwise. EXCEPT AS EXPRESSLY SET FORTH HEREIN, ADVANCED MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WHICH ARE EXPRESSLY DISCLAIMED.

**ASSIGNMENT AND BENEFIT.** Customer may not assign or transfer its rights or obligations under this Agreement without the prior written consent of Advanced. Advanced may assign this Agreement without the consent of Customer, and Customer acknowledges and agrees that any such assignment by Advanced shall release Advanced from any liability under this Agreement from and after the date of the assignment. Subject to the foregoing, this Agreement shall be binding on the parties and their successors and assigns.

**RIGHT TO COMPETE.** Customer grants Advanced the right to compete with any offer Customer receives or intends to make or accept relating to any waste services to be rendered after termination of this Agreement and shall give Advanced a thirty (30) day notice of any such offer and a reasonable opportunity to respond.

**ARBITRATION AGREEMENT, JURY TRIAL WAIVER, and CLASS ACTION WAIVER CLAUSE.** Except for claims by Advanced for collection of its fees or individual claims by the Customer against Advanced for property damage, the parties knowingly, voluntarily and irrevocably agree that at the election of either party any controversy or claim arising between them (INCLUDING THOSE CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR ANY PRIOR AGREEMENT) shall be resolved by BINDING ARBITRATION under the rules of the American Arbitration Association, which arbitration shall be governed by and enforceable under the Federal Arbitration Act, and judgment on the award may be entered by any court having jurisdiction thereof. WHETHER IN ARBITRATION AS OTHERWISE EXCEPTED ABOVE, NO CLAIMS MAY BE BROUGHT AS A CLASS ACTION, ON A CONSOLIDATED BASIS OR ANY OTHER COLLECTIVE OR REPRESENTATIVE PROCEEDING. The parties acknowledge the service Advanced provides Customer affects interstate commerce and agree that any dispute about the enforceability or scope of the agreement to arbitrate shall be decided by the arbitrator. The parties' mutual promises contained herein, including to arbitrate certain disagreements, rather than litigate them before courts or other bodies, provide consideration for each other for this entire clause. EACH PARTY HERETO HEREBY WAIVES TRIAL BY JURY IN ANY ACTION, PROCEEDING, COUNTERCLAIM OR CROSS-CLAIM BROUGHT BY ANY OF THEM AGAINST THE OTHER AND WAIVES THE RIGHT TO PARTICIPATE AND/OR BE REPRESENTED IN ANY CLASS ACTION. Further, any action (including any arbitration) by Customer against Advanced in connection with this Agreement or any prior Agreement, or arising out of the Agreement or any prior Agreement, must be brought within one (1) year of any alleged breach of contract, tort, violation of statute or other alleged wrongful act. Any proceedings shall be conducted in the location where the services provided by Advanced to the Customer are performed.

**SEVERABILITY.** The provisions of this Agreement are independent and severable, and no provision shall be affected or rendered invalid or unenforceable by virtue of the fact that another provision has been determined to be invalid or unenforceable in whole or in part. If any provision of this Agreement is held to be unenforceable, then this Agreement will be deemed amended to the extent necessary to render the otherwise unenforceable provision, and the rest of the Agreement, valid and enforceable. If a court declines to amend this Agreement as provided herein, the invalidity or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of the remaining provisions, which shall be enforced as if the offending provision had not been included in this Agreement.

**CHANGE OF TERMS.** Except as otherwise agreed herein or as may be prohibited by applicable law, Advanced and Customer agree that change the prohibited terms and conditions of this Agreement in the future.

**MISCELLANEOUS.** Customer acknowledges and agrees that any telephone calls made to Advanced by Customer may be recorded. Customer also agrees to accept any service and promotional information sent by Advanced whether by mail or electronic transmission. If any conflict or differences exist in this Agreement between terms are printed and those which are typed or written, the typed or written language shall govern. In the event that Customer claims that Advanced is in breach or default of any provisions of this Agreement, Customer must notify Advanced in writing of the alleged breach of default and allow Advanced at least ten (10) days to cure same prior to Customer terminating, or attempting to terminate, the Agreement. This Agreement shall be governed by the laws of the state of Florida without regard to conflicts of laws principles that would require the application of any other law and is executed as of the Effective Date specified above. This Agreement constitutes the entire understanding between Advanced and Customer regarding the subject matter hereof and, except as otherwise provided for herein, supersedes all prior negotiations, representations, understandings and agreements, either written or oral, with respect to such subject matter. This Agreement may be executed in one or more counterparts, each of which will be deemed to be an original copy and all of which, when taken together, will be deemed to constitute one and the same agreement. The exchange of copies of this Agreement and of signature pages by facsimile transmission or electronic mail in PDF format shall constitute effective execution and delivery of this Agreement as to the parties and may be used in lieu of the original Agreement for all purposes. This is an Agreement for the performance of specific services described herein. Customer's representations, warranties, indemnifications and the arbitration provisions of this Agreement shall survive termination of this Agreement.

**TERMS: NET 10 DAYS**

Customer Name: ▮▮▮▮

Customer Initials: ▮▮▮▮

12-23-2014

 **Advanced Disposal**

SALESPERSON # ds  FEL _____  REL X  ROU _____

# SERVICE AGREEMENT

CUSTOMER # ▓▓▓▓▓▓▓                         SITE #: ▓▓▓▓▓▓▓

New Account _____        Service Increase _____     Service Decrease _____     Cancel _____

Rate Increase _____      Rate Decrease _____        Other  renew                Reason Code  CI

## CUSTOMER MASTER/BILLING INFORMATION

LEGAL NAME: ▓▓▓▓▓▓▓

ADDRESS LINE 1: ▓▓▓▓▓▓▓

ADDRESS LINE 2:

CITY: BETHLEHEM        STATE: PA

ZIP CODE: 18020  PHONE: (   ) ▓ - ▓▓▓▓

FAX: ▓▓▓▓

EMAIL: ▓▓▓▓

CONTACT NAME: ▓▓▓▓

## SITE MASTER MAINTENANCE/SERVICE LOCATION

NAME: ▓▓▓▓

ADDRESS LINE 1: ▓▓▓▓

ADDRESS LINE 2:

CITY: BETHLEHEM        STATE: 18017

ZIP CODE: 18017  PHONE: (   ) ▓ - ▓▓▓▓

FAX: ▓ - ▓▓▓▓

EFFECTIVE DATE OF AGREEMENT: 4/16/15

|   | SERV # | SERV TYPE | QTY | CONT. SIZE | COMP. Y/N | ON CALL Y/N | FREQ | EXTRA PICK UP/HAUL RATE | DISPOSAL CHARGE | MONTHLY CHARGES |
|---|--------|-----------|-----|------------|-----------|-------------|------|--------------------------|------------------|------------------|
| NEW | 1 | RL/MSW | 1 | .50 | N | N | 1WK | 80.00 | N/A | 95.99 |
| OLD | 1 | RL/MSW | 1 | .50 | N | N | 1WK | 6.00 | N/A | 95.99 |

OTHER CHARGES:   NO ADMIN FEES                          P.O. # _____
+ Fuel Fee & Environmental Fee as shown on invoice   + PA GAS TAX
$ 0.00      Customer Delivery

*By execution hereof, Customer agrees that this Service Agreement (the "Agreement") is a legally binding contract, enforceable in accordance with its terms, between Advanced Disposal LEHIGH VALLEY _____, LLC/Inc. ("Advanced") and Customer, and the individual executing this Agreement on behalf of Customer has all power and authority to do so. Customer agrees t. accept the services and equipment at the charges and frequency indicated in this Agreement subject to the terms and conditions specified below.*

ADVANCED                                       CUSTOMER: ▓▓▓▓
By: ▓▓▓▓                                        By: ▓▓▓▓
Print Name: Glenn Smyth                        Print Name: ▓▓▓▓
Date: 8-10-15                                   Date: 8-10-15
                                                (Please initial the back page)

## TERMS AND CONDITIONS

**SERVICES RENDERED.** Customer grants to Advanced the exclusive right to collect and dispose of all of Customer's solid waste materials, including any recyclable materials, and agrees to make the payments as provided for herein, and Advanced agrees to furnish such services and equipment as specified above, all in accordance with the terms and conditions of this Agreement. In the event Advanced is rendered unable to perform its obligations under due to an act, event or condition that is beyond Advanced's control, it shall notify Customer of such event and the obligations of Advanced may be suspended during the continuation of any inability so caused by such event, act or condition.
**TERM.** This Agreement is a legally binding contract and shall extend for an initial term of one (1) years from the date hereof (the "Initial Term"), and, except where prohibited by law, shall be automatically renewed for successive 5 year terms (each a "Renewal Term") thereafter, unless either party shall give written notice of non-renewal (via certified mail) to the other at least sixty (60) days but not more than one hundred twenty (120) days prior to the expiration of the Initial Term, or any Renewal Term (together, the "Term"). In the event the Customer should attempt to discontinue or terminate this Agreement other than as provided above, Customer agrees to pay to Advanced as liquidated damages a sum equal to the average of the latest six months invoices sent to the Customer by Advanced multiplied by six (6), or if Customer has not been serviced for six months, an amount equal to Customer's most recent monthly charge multiplied by six. This Agreement includes any recyclable material, non-scheduled or on call service with exclusive rights to Advanced. Advanced agrees that if Customer no longer requires any collection, disposal, or recycling for its materials due solely to the discontinuance of its business or the relocation of its business outside the area in which Advanced provides collection service, Customer may terminate this Agreement upon written notice to Advanced (via certified mail) at least sixty (60) days prior to the date of relocation or termination of Customer's business; provided however, that Customer shall remit all amounts due and owing to Advanced prior to such termination. Notwithstanding the forgoing, Customer agrees that this Agreement applies to any change of location of Customer, and all additional locations of Customer within the area the Contractor provides the services contemplated hereunder. This section shall survive any termination or expiration of the Agreement.
**ENCLOSURES.** All solid waste enclosures must meet the enclosure standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon reque. Advanced will not be responsible in any manner for any damage to an enclosure or for any costs and expenses arising therefrom damage to an enclosure.
**EQUIPMENT.** The word "equipment" as used herein shall mean all containers, compactors and other equipment used for storage of waste materials utilized in the performance of this Agreement. Customer acknowledges that it has the care, custody and control of any equipment furnished to Customer while it is at Customer's premises and accepts sole responsibility, and shall be liable, for all loss and damage, normal wear and tear excepted, to such equipment and for the cleanliness and safekeeping of such equipment. Customer shall not overload any equipment (by weight or volume) and shall use it only for its intended purposes. All enclosures must meet the standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Customer shall not remove or alter, nor authorize the removal or alteration of, any such equipment without the prior written consent of Advanced, nor shall Customer use the equipment for incineration purposes. Customer shall maintain the Equipment and surrounding area in a clean and safe condition and shall secure the Equipment at all times to prevent unauthorized access to or dumping or looting. Customer shall have no authority to subject the equipment to any lien or encumbrances. Customer shall pay an extra yardage/ pickup fee for any of the following: (i) waste material not properly contained; (ii) waste material exceeding height or normal capacity of the equipment; and (iii) contaminated recyclables. If Advanced is assessed an overweight fine by/over Customer, then Customer shall pay any expenses or fees relating thereto.
**NON-HAZARDOUS WASTE ONLY.** Customer represents and warrants that all solid waste and material delivered to Advanced hereunder will not contain (i) any hazardous, biohazardous, infectious, radioactive, volatile, corrosive, highly flammable, explosive, biomedical, or other waste as defined by any applicable federal, state, or local agencies or laws or regulations, or (ii) any other waste as defined, chemicals, wastes, substances, or materials which pose an unreasonable risk to human health or the environment. Advanced shall not be required to accept such unacceptable materials, and reserves the right to suspend the services to be provided by Advanced as contemplated hereunder, in the event Customer deposits or places for collection such unacceptable waste or materials. Customer shall remove waste or materials that Customer has deposited in Advanced's equipment which are subsequently determined or suspected by Advanced to be unacceptable pursuant to this Agreement. If such waste or materials are not removed by Customer immediately upon

receipt by Customer of notice that such waste or materials are unacceptable, Advanced shall arrange for lawful disposal of such waste or materials at the sole cost and expense of Customer. Customer shall indemnify, defend and hold Advanced, and its officers, directors, members, affiliates, parents, subsidiaries, employees, agents and representatives ("Advanced Parties") harmless for any costs or damages resulting from placing or depositing such unacceptable materials in or around Advanced's equipment and shall pay Advanced its reasonable expenses and charges for handling, loading, preparing, transporting, storing and caring for any such unacceptable materials. All title and liability to such unacceptable materials shall at all times remain with Customer, regardless of whether the unacceptable materials are loaded or unloaded. Customer shall at its expense provide any requested chemical characterization of the waste and shall give Advanced prior notice of any changes in the waste characteristics, consistency or the waste generation process. Customer shall be solely responsible for complying with applicable laws mandating pretreatment, source separation or the recycling of any waste stream or any approval from governmental agencies.

**TITLE.** Advanced is vested with title to all acceptable solid waste and materials accepted by Advanced. Any revenue or other value received by Advanced as a result of reclamation, recycling or resource recovery shall be solely for the account of Advanced. All equipment furnished by Advanced for use by this Customer which the Customer has not purchased shall remain the property of Advanced and the Customer shall have no right, title or interest in such equipment.

**INDEMNITY.** Customer agrees to defend, hold harmless and indemnify the Advanced Parties from and against any and all loss, damage, suits, liability and expenses (including, but not limited to, reasonable investigation and legal expenses) arising out of, or in connection with, death or bodily injuries to any person, destruction or damage to any property, contamination of or adverse effects on the environment, or any violation of governmental laws, regulations, or orders resulting from Customer's performance of this Agreement, breach of any representation, warranty, obligation, term or provision of this Agreement, violation of any applicable law, use or operation of any equipment provided to Customer by Advanced, damage to pavement, enclosures or equipment as discussed herein, or by that ... ligent or wilful acts or omissions of Customer its employees or invitees, or its subcontractors in the performance of this Agreement. The provisions of this paragraph shall survive the termination, cancellation or expiration of this Agreement.

**ACCESS.** On collection day, Advanced's vehicle shall have clear access to the equipment. If the equipment is blocked in any way so as to prohibit collection, Customer will be notified and can additional attempt for collection shall be made by Advanced. Any additional collection attempt will be classified as an "extra pick-up" and Advanced shall have the right to charge Customer for the additional pick-up due to Customer's failure to provide clear access to the equipment and Customer agrees to pay such charge. Advanced shall not be liable in any way, and shall not be deemed to be in breach of this Agreement, for the failure to collect any solid waste or materials in the event Advanced did not have or was denied access to the equipment or Customer's premises.

**SERVICE RATE, FEE, AND ASSESSMENT ADJUSTMENTS.** Because disposal, environmental compliance, and fuel costs constitute a portion of the service costs provided by Advanced and its affiliates, Customer understands and agrees Advanced may increase service rates to account for any increase in such costs or to account for any increase in transportation costs due to changes in the location of the disposal facility by showing the amount on the Customer's invoice. Customer agrees Advanced may also increase service rates, without prior notice or consent, to adjust for cost increases or to achieve, among other things, an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may impose and Customer must pay any environmental and fuel fees, and any other fees and assessments such as maintenance or administrative fees, included on Customer's invoice, and that Advanced may increase or decrease these fees (or assessments at any time and for any reason by showing the amount on Customer's invoice. Customer understands and agrees that increases in the service rates referenced above, and increases in the environmental and fuel fees, and any other fees and assessments, such as maintenance or administrative fees, may be made at any time and for any reason, including to help recover a portion of overall costs incurred by Advanced or its affiliated entities as may be necessary to achieve an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may pass through to Customer cost increases caused by weights being higher than those estimated. Customer shall pay all federal, state, local, or other taxes, assessments, fees, host charges, or similar charges directly or indirectly related to the transportation, collection, or disposal of solid waste which are imposed on Advanced by law, ordinance, or regulation and/or agreement with a governmental body, whether imposed retroactively or prospectively. In the event or occurrence of an act, event, or condition that is beyond the control of Advanced and that materially or adversely affects the cost of operation or maintenance of Advanced's equipment and facilities, Advanced may increase the applicable service rates, fees, and assessments in this Agreement to the extent necessary to help offset, directly or indirectly, the increase in such costs. Advanced may increase service rates, fees, and assessments for reasons other than those set forth above with the consent of the Customer. Such consent may be evidenced verbally, in or by the actions and practices of the parties, or by payment of the invoice service rates, fees, and assessments. Notwithstanding anything to the contrary, if the Customer does not object, in writing, within 30 days of the invoice date, the Customer shall have conclusively agreed that such invoice is correct in all respects, whether paid or not.

**CHARGES AND PAYMENT; CHANGES.** Customer shall pay Advanced on a monthly basis for the collection and disposal service provided by Advanced (including without limitation all charges for equipment maintenance and other applicable charges and fees as set forth on Customer's invoice). Payments shall be made by Customer within ten (10) days after the date of an invoice from Advanced. In the event that any payment is due to Advanced, at its sole option, may at any time suspend the services to be provided hereunder or terminate this Agreement immediately and recover any equipment on the premises of the Customer. Any non-payment by Customer of any amounts, charges and fees due and owing hereunder shall, at the election of Advanced, be deemed to be a termination of this Agreement by the Customer pursuant to and subject to the terms above. Advanced and Customer agree that Advanced may impose, and Customer will pay, moni  interest on all past due (i.e., over 10 days from invoice date) service related charges, (including the late service rate, fuel fee, environmental fee, etc.). Advanced may assess monthly interest at an interest rate equal to 18% APR, or a minimum of $5.95, unless specifically prohibited by applicable law, in which case interest shall be assessed at the highest rate allowed by applicable law. Any interest charged or received in excess of the maximum amount permitted by applicable law shall be conclusively presumed to be the result of an accident and bona fide error, and shall, to the extent received by Advanced, at the option of Advanced, either be returned to the Customer or applied to reduce the principal amount owed to Advanced. Changes in the fees, rates, charges and surcharges, frequency of collection service, number capacity and type of equipment may be agreed to orally or in writing by the parties. Consent to oral changes shall be evidenced by the actions and practices of the parties.

**DRIVEWAYS AND PARKING AREAS.** Customer represents and warrants that any right-of-way provided by Customer from the equipment location to the most convenient public right-of-way is sufficient to bear the weight of all Advanced's equipment and vehicles reasonably required for the performance of this Agreement. Advanced shall not be responsible for damage, or any costs or expenses arising from such damage, to any pavement surfacing, driving surface or accompanying sub-surface resulting from Advanced's performance of this Agreement.

**ATTORNEY'S FEES.** If any legal action or any other proceeding is brought by Advanced for the enforcement of this Agreement, or because of an alleged dispute, breach, default or misrepresentation in connection with this Agreement, Advanced shall be entitled to recover reasonable attorneys' fees, collection fees and other court costs (including litigation related costs, costs associated with the engagement of any collection agency, and expert witness fees) leading up to or incurred in that action or proceeding in addition to any other relief to which it may be entitled.

**LIMITATION ON LIABILITY.** Advanced shall not be liable for any indirect, incidental or consequential damages and its aggregate liability, if any, arising out of this Agreement shall not exceed the aggregate fees paid to Advanced by Customer, regardless of whether recovery is sought in contract, tort, statute, strict liability or otherwise. EXCEPT AS EXPRESSLY SET FORTH HEREIN, ADVANCED MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WHICH ARE EXPRESSLY DISCLAIMED.

**ASSIGNMENT AND BENEFIT.** Customer may not assign or transfer its rights or obligations under this Agreement without the prior written consent of Advanced. Advanced may assign this Agreement without the consent of Customer, and Customer acknowledges and agrees that any such assignment by Advanced shall release Advanced from any liability under this Agreement from and after the date of the assignment. Subject to the forgoing, this Agreement shall be binding on the parties and their successors and assigns.

**RIGHT TO COMPETE.** Customer grants Advanced the right to compete with any offer Customer receives or intends to make or accept relating to any waste services to be rendered after termination of this Agreement and shall give Advanced written notice of any such offer and a reasonable opportunity to respond.

**ARBITRATION AGREEMENT, JURY TRIAL WAIVER, and CLASS ACTION WAIVER CLAUSE.** Except for claims by Advanced for collection of its fees or individual claims by the Customer against Advanced for property damage, the parties knowingly, voluntarily and irrevocably agree that at the election of either party any controversy or claim arising between them (INCLUDING THOSE CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR ANY PRIOR AGREEMENT) shall be resolved by BINDING ARBITRATION under the rules of the American Arbitration Association, which arbitration shall be governed by and enforceable under the Federal Arbitration Act, and judgment on the award may be entered by any court having jurisdiction thereof. WHETHER IN ARBITRATION OR AS OTHERWISE EXCEPTED ABOVE, NO CLAIMS MAY BE BROUGHT AS A CLASS ACTION, ON A CONSOL  TED BASIS OR ANY OTHER COLLECTIVE OR REPRESENTATIVE PROCEEDING. The parties acknowledge the service Advanced provides Customer impacts and affects interstate commerce and agree that any dispute about the enforceability or scope of this agreement to arbitrate shall be decided by the arbitrator. The parties' mutual promises contained herein, including to arbitrate certain disagreements, rather than litigate them before courts or other bodies, provide consideration for each other for this entire clause. EACH PARTY HEREBY WAIVES TRIAL BY JURY IN ANY ACTION, PROCEEDING, COUNTERCLAIM OR CROSS-CLAIM BROUGHT BY ANY OF THEM AGAINST THE OTHER AND WAIVES THE RIGHT TO PARTICIPATE AND/OR BE REPRESENTED IN ANY CLASS ACTION. Further, any action (including any arbitration) by Customer against Advanced in connection with this Agreement or any prior Agreement, or arising out of the Agreement or any prior Agreement, must be brought within one (1) year of any alleged breach of contract, tort, violation of statute or other alleged wrongful act. Any proceedings shall be conducted in the location where the services provided by Advanced to the Customer are performed.

**SEVERABILITY.** The provisions of this Agreement are independent and severable, and no provision shall be affected or rendered invalid or unenforceable by virtue of the fact that another provision has been determined to be invalid or unenforceable in whole or in part. If any provision of this Agreement is held to be unenforceable, then this Agreement will be deemed amended to the extent necessary to render the otherwise unenforceable provision, and the rest of the Agreement, valid and enforceable. If a court declines to amend this Agreement as provided herein, the invalidity or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of the remaining provisions, which shall be enforced as if the offending provision had not been included in this Agreement.

**CHANGE OF TERMS.** Except as otherwise agreed herein or as may be prohibited by applicable law, Advanced and Customer agree that Advanced may change the pre-printed terms and conditions of this Agreement in the future.

**MISCELLANEOUS.** Customer acknowledges and agrees that any telephone calls made to Advanced by Customer may be recorded. Customer also agrees to accept any service and promotional information sent by Advanced whether by mail or electronic transmission. If any conflict or differences exist in this Agreement between terms are printed and those which are typed or written, the typed or written language shall govern. In the event that Customer claims that Advanced is in breach or default of any provision of this Agreement, Customer must notify Advanced in writing of the alleged breach or default and allow Advanced at least ten (10) days to cure same prior to Customer terminating, or attempting to terminate, the Agreement. This Agreement shall be governed by the laws of the state of Florida without regard to conflicts-of-laws principles that would require the application of any other law and is executed as of the Effective Date specified above. This Agreement constitutes the entire understanding between Advanced and Customer regarding the subject matter hereof and, except as otherwise provided for herein, supersedes all prior negotiations, representations, understandings and agreements, either written or oral, with respect to such subject matter. This Agreement may be executed in one or more counterparts, each of which will be deemed to be an original copy and all of which, when taken together, will be deemed to constitute one and the same agreement. The exchange of copies of this Agreement and of signature pages by facsimile transmission or electronic mail in PDF format will constitute effective execution and delivery of this Agreement as to the parties and may be used in lieu of the original Agreement for all purposes. This is an Agreement for the performance of specific services described herein. Customer's representations, warranties, indemnifications and the arbitration provisions of this Agreement shall survive termination of this Agreement

**TERMS:** NET 10 DAYS

Customer Name: _____     Customer Initials [ ]

*As Per.   I was Allowed*
*To change year's locked in t ___ said would not change Pg rate*

 **Advanced Disposal**

SALESPERSON # DG   FEL X   REL ____   ROL ____

# SERVICE AGREEMENT

CUSTOMER #: ███████████   SITE #: ████████

New Account  X    Service Increase ____    Service Decrease ____    Cancel ____
Rate Increase ____    Rate Decrease ____    Other ____    Reason Code NP

## CUSTOMER MASTER/BILLING INFORMATION

LEGAL NAME: ████████████
ADDRESS LINE 1: ███████████
ADDRESS LINE 2: _____
CITY: Line Lexington    STATE: PA
ZIP CODE: 18932   PHONE: ( ███ )- ____ - ____
FAX: ( ____ )- ____ - ____
EMAIL: ██████████████
CONTACT NAME: ███████

## SITE MASTER MAINTENANCE/SERVICE LOCATION

NAME: ██████████
ADDRESS LINE 1: ████████████
ADDRESS LINE 2: _____
CITY: Jenkintown    STATE: PA
ZIP CODE: 19046   PHONE: ( ███ )- ____ - ____
FAX: ( ____ )- ____ - ____
EFFECTIVE DATE OF AGREEMENT: 2/13/15

| | SERV # | SERV TYPE | QTY | CONT. SIZE | COMP. Y/N | ON CALL Y/N | FREQ | EXTRA PICK UP/HAUL RATE | DISPOSAL CHARGE | MONTHLY CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| NEW | FEL | MSW | 1 | 8yd | N | N | 1xwk | $80.00 | | $176.00 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| OLD | | | | | | | | | | |
| | | | | | | | | | | |

OTHER CHARGES:    P.O. # Flat rate with no fees
+ Fuel Fee & Environmental Fee as shown on invoice
$ 50.00 ___ Container Delivery

remove 8yd from their Line Lexington
office and deliver to this location

*By execution hereof, Customer agrees that this Service Agreement (the "Agreement") is a legally binding contract, enforceable in accordance with its terms, between Advanced Disposal Services Shippensburg _____, LLC/Inc. ("Advanced") and Customer, and the individual executing this Agreement on behalf of Customer has all power and authority to do so. Customer agrees to accept the services and equipment at the charges and frequency indicated in this Agreement subject to the terms and conditions specified below.*

ADVANCED                                        CUSTOMER: ███████████
By: _[signature]_                                By: _____
Print Name: Dan Grant                            Print Name: ███████████
Date: 2-12-15                                    Date: 02/12/2015
                                                 (Please initial the back page)

## TERMS AND CONDITIONS

**SERVICES RENDERED.** Customer grants to Advanced the exclusive right to collect and dispose of all of Customer's solid waste materials, including any recyclable materials, and agrees to make the payments as provided for herein, and Advanced agrees to furnish such services and equipment as specified above, all in accordance with the terms and conditions of this Agreement. In the event Advanced is rendered unable to perform its obligations hereunder due to an act, event or condition that is beyond Advanced's control, it shall notify Customer of such event and the obligations of Advanced may be suspended during the continuation of any inability so caused by such event, act or condition.
**TERM. This Agreement is a legally binding contract and shall extend for an initial term of five (5) years from the date hereof (the "Initial Term"), and, except where prohibited by law, shall be automatically renewed for successive 5 year terms (each a "Renewal Term") thereafter, unless either party shall give written notice of non-renewal (via certified mail) to the other at least sixty (60) days but not more than one hundred twenty (120) days prior to the expiration of the Initial Term, or any Renewal Term (together, the "Term").** In the event the Customer should attempt to discontinue or terminate this Agreement other than as provided above, Customer agrees to pay to Advanced as liquidated damages a sum equal to the average of the latest six months invoices sent to the Customer by Advanced multiplied by six (6), or if Customer has not been serviced for six months, an amount equal to Customer's most recent monthly charge multiplied by six. This Agreement includes any recyclable material, non-scheduled or on call service with exclusive rights to Advanced. Advanced agrees that if Customer no longer requires any collection, disposal, or recycling for its materials due solely to the discontinuance of its business or the relocation of its business outside the area in which Advanced provides collection service, Customer may terminate this Agreement upon written notice to Advanced (via certified mail) at least sixty (60) days prior to the date of relocation or termination of Customer's business; provided however, that Customer shall remit all amounts due and owing to Advanced prior to such termination. Notwithstanding the forgoing, Customer agrees that this Agreement applies to any change of location of Customer, and all additional locations of Customer within the area the Contractor provides the services contemplated hereunder. This section shall survive any termination or expiration of the Agreement.
**ENCLOSURES.** All solid waste enclosures must meet the enclosure standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Advanced will not be responsible in any manner for any damage to an enclosure or for any costs and expenses arising from such damage to an enclosure.
**EQUIPMENT.** The word "equipment" as used herein shall mean all containers, compactors and other equipment used for storage of waste material utilized in the performance of this Agreement. Customer acknowledges that it has the care, custody and control of any equipment furnished to Customer while it is at Customer's premises and accepts sole responsibility, and shall be liable, for all loss and damage, normal wear and tear excepted, to such equipment and for the cleanliness and safekeeping of such equipment. Customer shall not overload any equipment (by weight or volume) and shall use it only for its intended purposes. All enclosures must meet the standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Customer shall not remove or alter, nor authorize the removal or alteration of, any such equipment without the prior written consent of Advanced, nor shall Customer use the equipment for incineration purposes. Customer shall maintain the Equipment and surrounding area in a clean and safe condition and shall secure the Equipment at all times to prevent unauthorized access to or dumping or looting. Customer shall have no authority to subject the equipment to any lien or encumbrance. Customer shall pay an extra yardage/ pickup fee for any of the following: (i) waste material not properly contained; (ii) waste material exceeding height or internal capacity of the equipment; and (iii) contaminated recyclables. If Advanced is assessed an overweight fine Advanced shall invoice Customer, and Customer shall pay any expenses or fees relating thereto.
**NON-HAZARDOUS WASTE ONLY.** Customer represents and warrants that all solid waste and material delivered to Advanced hereunder will not contain (i) any hazardous, biohazardous, infectious, radioactive, volatile, corrosive, highly flammable, explosive, biomedical, or toxic waste as defined by any applicable federal, state, or local agencies or laws or regulations, or (ii) any other toxins, chemicals, wastes, substances, or materials which pose an unreasonable risk to human health or the environment. Advanced shall not be required to accept such unacceptable materials, and reserves the right to suspend the services to be provided by Advanced as contemplated hereunder, in the event Customer deposits or places for collection such unacceptable waste or materials. Customer shall remove waste or materials that Customer has deposited in Advanced's equipment which are subsequently determined or suspected by Advanced to be unacceptable pursuant to this Agreement. If such waste or materials are not removed by Customer immediately upon

receipt by Customer of notice that such waste or materials are unacceptable, Advanced shall arrange for lawful disposal of such waste or materials at the sole cost and expense of Customer. Customer shall indemnify, defend and hold Advanced, and its officers, directors, members, affiliates, parents, subsidiaries, employees, agents and representatives ("Advanced Parties") harmless for any costs or damages resulting from placing or depositing such unacceptable materials in or around Advanced's equipment and shall pay Advanced its reasonable expenses and charges for handling, loading, preparing, transporting, storing and caring for any such unacceptable materials. All title and liability to such unacceptable materials shall at all times remain with Customer, regardless of whether the unacceptable materials are loaded or unloaded. Customer shall at its expense provide any requested chemical characterization of the waste and shall give Advanced prior notice of any changes in the waste characteristics, consistency or the waste generation process. Customer shall be solely responsible for complying with applicable laws mandating pretreatment, source separation or the recycling of any waste stream or any disposal away from governmental agencies.

**TITLE.** Advanced is vested with title to all acceptable solid waste and materials accepted by Advanced. Any revenue or other value received by Advanced as a result of reclamation, recycling or resource recovery shall be solely for the account of Advanced. All equipment furnished by Advanced for use by the Customer which the Customer has not purchased shall remain the property of Advanced and the Customer shall have no right, title or interest in such equipment.

**INDEMNITY.** Customer agrees to defend, hold harmless and indemnify the Advanced Parties from and against any and all loss, damage, suits, liability and expenses (including, but not limited to, reasonable investigation and legal expenses) arising out of, or in connection with, death or bodily injuries to any person, destruction or damage to any property, contamination of or adverse effects on the environment, or any violation of governmental laws, regulations, or orders resulting from Customer's performance of this Agreement, breach of any representation, warranty, obligation, term or provision of the Agreement, violation of any applicable law, use or operation of any equipment provided to Customer by Advanced, damage to pavement, enclosures or equipment as discussed herein, or by the negligent or willful acts or omissions of Customer its employees or invitees, or its subcontractors in the performance of the Agreement. The provisions of this paragraph shall survive the termination, cancellation or expiration of this Agreement.

**ACCESS.** On collection day, Advanced's vehicle shall have clear access to the equipment. If the equipment is blocked in any way so as to prohibit collection, Customer will be notified and one additional attempt for collection shall be made by Advanced. Any additional collection attempt will be classified as an "extra pick-up" and Advanced shall have the right to charge Customer for the additional pick-up due to Customer's failure to provide clear access to the equipment and Customer agrees to pay such charge. Advanced shall not be liable in any way, and shall not be deemed to be in breach of this Agreement, for the failure to collect any solid waste or materials in the event Advanced did not have or was denied access to the equipment or Customer's premises.

**SERVICE RATE, FEE, AND ASSESSMENT ADJUSTMENTS.** Because disposal, environmental compliance, and fuel costs constitute a portion of the service costs provided by Advanced and its affiliates, Customer understands and agrees Advanced may increase service rates to account for any increase in such costs or to account for any increase in transportation costs due to changes in the location of the disposal facility by showing the amount on the Customer's invoice. Customer agrees Advanced may also increase service rates, without prior notice or consent, to adjust for cost increases or to achieve, among other things, an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may impose and Customer must pay any environmental and fuel fees, and any other fees and assessments such as maintenance or administrative fees, included on Customer's invoice, and that Advanced may increase or decrease these fees or assessments at any time and for any reason by showing the amount on Customer's invoice. Customer understands and agrees that increases in the service rates referenced above, and increases in the environmental and fuel fees, and any other fees and assessments, such as maintenance or administrative fees, may be made at any time and for any reason, including to help recover a portion of overall costs incurred by Advanced or its affiliated entities as may be necessary to achieve an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may pass through to Customer cost increases caused by weights being higher than those estimated. Customer shall pay all federal, state, local, or other taxes, assessments, fees, host charges, or similar charges directly or indirectly related to the transportation, collection, or disposal of solid waste which are imposed on Advanced by law, ordinance, or regulation and/or agreement with a governmental body, whether imposed retroactively or prospectively. In the event or occurrence of an act, event, or condition that is beyond the control of Advanced and that materially or adversely affects the cost of operation or maintenance of Advanced's equipment and facilities, Advanced may increase the applicable service rates, fees, and assessments in this Agreement to the extent necessary to help offset, directly or indirectly, the increase in such costs. Advanced may increase service rates, fees, and assessments for reasons other than those set forth above with the consent of the Customer. Such consent may be evidenced verbally, in or by the actions and practices of the parties, or by payment of the invoice service rates, fees, and assessments. Notwithstanding anything to the contrary, if the Customer does not object, in writing, within 30 days of the invoice date, the Customer shall have conclusively agreed that such invoice is correct in all respects, whether paid or not.

**CHARGES AND PAYMENT; CHANGES.** Customer shall pay Advanced on a monthly basis for the collection and disposal service provided by Advanced (including without limitation all charges for equipment maintenance and other applicable charges and fees as set forth on Customer's invoice). Payments shall be made by Customer within ten (10) days after the date of an invoice from Advanced. In the event that any payment is not made when due, Advanced, at its sole option, may at any time suspend the services to be provided hereunder or terminate the Agreement immediately and recover any equipment on the premises of the Customer. Any non-payment by Customer of any amounts, charges and fees due and owing hereunder shall, at the election of Advanced, be deemed to be a termination of this Agreement by the Customer pursuant to and subject to the terms above. Advanced and Customer agree that Advanced may impose, and Customer will pay, monthly interest on all past due (i.e., over 10 days from invoice date) service related charges, (including the base service rate, fuel fee, environmental fee, etc.). Advanced may assess monthly interest at an interest rate equal to 18% APR, or a minimum of $5.95, unless specifically prohibited by applicable law, in which case interest shall be assessed at the highest rate allowed by applicable law. Any interest charged or received in excess of the maximum amount permitted by applicable law shall be conclusively presumed to be the result of an accident and bona fide error, and shall, to the extent received by Advanced, at the option of Advanced, either be returned to the Customer or applied to reduce the principal amount owed to Advanced. Changes in the fees, rates, charges and surcharges, frequency of collection service, number capacity and type of equipment may be agreed to orally or in writing by the parties. Consent to oral changes shall be evidenced by the actions and practices of the parties.

**DRIVEWAYS AND PARKING AREAS.** Customer represents and warrants that any right-of-way provided by Customer from the equipment location to the most convenient public right-of-way is sufficient to bear the weight of all Advanced's equipment and vehicles reasonably required for the performance of this Agreement. Advanced shall not be responsible for damage, or any costs or expenses arising from such damage, to any pavement curbing, driving surface or accompanying sub-surface resulting from Advanced's performance of this Agreement.

**ATTORNEY'S FEES.** If any legal action or any other proceeding is brought by Advanced for the enforcement of this Agreement, or because of an alleged dispute, breach, default or misrepresentation in connection with this Agreement, Advanced shall be entitled to recover reasonable attorneys' fees, collection fees and other costs (including litigation related costs, costs associated with the engagement of any collection agency, and expert witness fees) leading up to or incurred in that action or proceeding in addition to any other relief to which it may be entitled.

**LIMITATION ON LIABILITY.** Advanced shall not be liable for any indirect, incidental or consequential damages and its aggregate liability, if any, arising out of this Agreement shall not exceed the aggregate fees paid to Advanced by Customer, regardless of whether recovery is sought in contract, tort, statute, strict liability or otherwise. EXCEPT AS EXPRESSLY SET FORTH HEREIN, ADVANCED MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WHICH ARE EXPRESSLY DISCLAIMED.

**ASSIGNMENT AND BENEFIT.** Customer may not assign or transfer its rights or obligations under this Agreement without the prior written consent of Advanced. Advanced may assign this Agreement without the consent of Customer, and Customer acknowledges and agrees that any such assignment by Advanced shall release Advanced from any liability under this Agreement from and after the date of the assignment. Subject, to the forgoing, this Agreement shall be binding on the parties and their successors and assigns.

**RIGHT TO COMPETE.** Customer grants Advanced the right to compete with any offer Customer receives or intends to make or accept relating to any waste services to be rendered after termination of this Agreement and shall give Advanced written notice of any such offer and a reasonable opportunity to respond.

**ARBITRATION AGREEMENT, JURY TRIAL WAIVER, AND CLASS ACTION WAIVER CLAUSE.** Except for claims by Advanced for collection of its fees or individual claims by the Customer against Advanced for property damage, the parties knowingly, voluntarily and irrevocably agree that at the election of either party any controversy or claim arising between them (INCLUDING THOSE CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR ANY PRIOR AGREEMENT) shall be resolved by BINDING ARBITRATION under the rules of the American Arbitration Association, which arbitration shall be governed by and enforceable under the Federal Arbitration Act, and judgment on the award may be entered by any court having jurisdiction thereof. WHETHER IN ARBITRATION OR AS OTHERWISE EXCEPTED ABOVE, NO CLAIMS MAY BE BROUGHT AS A CLASS ACTION, ON A CONSOLIDATED BASIS OR ANY OTHER COLLECTIVE OR REPRESENTATIVE PROCEEDING. The parties acknowledge the service Advanced provides Customer impacts and effects interstate commerce and agree that any dispute about the enforceability or scope of the agreement to arbitrate shall be decided by the arbitrator. The parties' mutual promises contained herein, including to arbitrate certain disagreements, rather than litigate them before courts or other bodies, provide consideration for each other for this entire clause. EACH PARTY HERETO HEREBY WAIVES TRIAL BY JURY IN ANY ACTION, PROCEEDING, COUNTERCLAIM OR CROSS-CLAIM BROUGHT BY ANY OF THEM AGAINST THE OTHER AND WAIVES THE RIGHT TO PARTICIPATE AND/OR BE REPRESENTED IN ANY CLASS ACTION. Further, any action (including any arbitration) by Customer against Advanced in connection with this Agreement or any prior Agreement, or arising out of the Agreement or any prior Agreement, must be brought within one (1) year of any alleged breach of contract, tort, violation of statute or other alleged wrongful act. Any proceedings shall be conducted in the location where the services provided by Advanced to the Customer are performed.

**SEVERABILITY.** The provisions of this Agreement are independent and severable, and no provision shall be affected or rendered invalid or unenforceable by virtue of the fact that another provision has been determined to be invalid or unenforceable in whole or in part. If any provision of this Agreement is held to be unenforceable, then this Agreement will be deemed amended to the extent necessary to render the otherwise unenforceable provision, and the rest of the Agreement, valid and enforceable. If a court declines to amend this Agreement as provided herein, the invalidity or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of the remaining provisions, which shall be enforced as if the offending provision had not been included in this Agreement.

**CHANGE OF TERMS.** Except as otherwise agreed herein or as may be prohibited by applicable law, Advanced and Customer agree that Advanced may change the pre-printed terms and conditions of this Agreement in the future.

**MISCELLANEOUS.** Customer acknowledges and agrees that any telephone calls made to Advanced by Customer may be recorded. Customer also agrees to accept any service and promotional information sent by Advanced whether by mail or electronic transmission. If any conflict or differences exist in this Agreement between terms are printed and those which are typed or written, the typed or written language shall govern. In the event that Customer claims that Advanced is in breach or default of any provisions of this Agreement, Customer must notify Advanced in writing of the alleged breach or default and allow Advanced at least ten (10) days to cure same prior to Customer terminating, or attempting to terminate, the Agreement. This Agreement shall be governed by the laws of the state of Florida without regard to conflicts-of-laws principles that would require the application of any other law and is executed as of the Effective Date specified above. This Agreement constitutes the entire understanding between Advanced and Customer regarding the subject matter hereof and, except as otherwise provided for herein, supersedes all prior negotiations, representations, understandings and agreements, either written or oral, with respect to such subject matter. This Agreement may be executed in one or more counterparts, each of which will be deemed to be an original copy and all of which, when taken together, will be deemed to constitute one and the same agreement. The exchange of copies of this Agreement and of signature pages by facsimile transmission or electronic mail in PDF format will constitute effective execution and delivery of this Agreement as to the parties and may be used in lieu of the original Agreement for all purposes. This is an Agreement for the performance of specific services described herein. Customer's representations, warranties, indemnifications and the arbitration provisions of this Agreement shall survive termination of this Agreement.

**TERMS: NET 10 DAYS**

Customer Name: ████████████                                                                  Customer Initials: ████

Front Loading Pricing MSW1



## Advanced Disposal

Rep Prepared by:
Company:
Address

Jenkintown, PA 19046

### Frontload Pricing Sheet

County of Origin: E Mont Co (Covanta Plymouth-in district)

Disposal Cost: $55.00

Industry: Construction Company

Lbs/Yard: 90

Commission Level: High

Ebit Percentage: 25%

Service per week - - - - - - >

| | EOW | 1x | 2x | 3x | 4x | 5x | 6x |
|---|---|---|---|---|---|---|---|
| 2yd | $41.71 | $83.42 | $166.85 | $250.27 | $333.70 | $417.12 | $500.55 |
| 3yd | $48.86 | $97.71 | $195.43 | $293.14 | $390.85 | $488.57 | $586.28 |
| 4yd | $56.00 | $112.00 | $224.01 | $336.01 | $448.01 | $560.01 | $672.02 |
| 6yd | $70.29 | $140.58 | $281.16 | $421.74 | $562.32 | $702.90 | $843.48 |
| 8yd | $84.58 | $169.16 | $338.32 | $507.48 | $676.63 | $845.79 | $1,014.95 |

Additional Container(s)

Service per week - - - - - - >

| | EOW | 1x | 2x | 3x | 4x | 5x | 6x |
|---|---|---|---|---|---|---|---|
| 2yd | $21.14 | $42.29 | $84.58 | $126.87 | $169.16 | $211.45 | $253.74 |
| 3yd | $28.29 | $56.58 | $113.16 | $169.74 | $226.31 | $282.89 | $339.47 |
| 4yd | $35.43 | $70.87 | $141.74 | $212.60 | $283.47 | $354.34 | $425.21 |
| 6yd | $49.72 | $99.45 | $198.89 | $298.34 | $397.78 | $497.23 | $596.67 |
| 8yd | $64.01 | $128.02 | $256.05 | $384.07 | $512.09 | $640.12 | $768.14 |

Extra Pickup

| | Extra Charge | Per Yard |
|---|---|---|
| 2yd | $28.90 | $14.45 |
| 3yd | $33.85 | $11.28 |
| 4yd | $38.80 | $9.70 |
| 6yd | $48.70 | $8.12 |
| 8yd | $58.60 | $7.33 |

Per Yard

Service per week - - - - - - >

| | EOW | 1x | 2x | 3x | 4x | 5x | 6x |
|---|---|---|---|---|---|---|---|
| 2yd | $9.63 | $9.63 | $9.63 | $9.63 | $9.63 | $9.63 | $9.63 |
| 3yd | $7.52 | $7.52 | $7.52 | $7.52 | $7.52 | $7.52 | $7.52 |
| 4yd | $6.47 | $6.47 | $6.47 | $6.47 | $6.47 | $6.47 | $6.47 |
| 6yd | $5.41 | $5.41 | $5.41 | $5.41 | $5.41 | $5.41 | $5.41 |
| 8yd | $4.88 | $4.88 | $4.88 | $4.88 | $4.88 | $4.88 | $4.88 |

**This information is confidential and proprietary for use by company employees only.**

Pricing Model ADS Feb 2014.xlsx Version: 072013A

2/12/2015 2:08 PM

 **Advanced Disposal**

SALESPERSON #: 354 Stever  FEL. _____  REL. _____  ROL ✗

## SERVICE AGREEMENT

CUSTOMER # ▋▋▋  SITE # ▋▋▋

New Account _____ Service Increase  X _____  Service Decrease _____  Cancel _____

Rate Increase _____ Rate Decrease _____  Other _____  Reason Code  IP

**CUSTOMER MASTER/BILLING INFORMATION**   **SITE MASTER MAINTENANCE/SERVICE LOCATION**

LEGAL NAME: ▋▋▋  NAME: ▋▋▋

ADDRESS LINE 1: ▋▋▋  ADDRESS LINE 1: ▋▋▋

ADDRESS LINE 2: _____  ADDRESS LINE 2: _____

CITY: Allentown  STATE: Pa  CITY: Allentown  STATE: Pa

ZIP CODE: 18104  PHONE: ▋▋▋  ZIP CODE: 18104  PHONE: ▋▋▋

FAX: (   )-   .  FAX: (   )-   .

EMAIL: _____

CONTACT NAME: ▋▋▋  EFFECTIVE DATE OF AGREEMENT: 9/1/2015 to 10/31/2016

|  | SERV # | SERV TYPE | QTY | CONT. SIZE | ON CALL (Y/N) | FREQ | EXTRA PICKUP / HAUL RATE | DISPOSAL CHARGE | MONTHLY CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| **NEW** |  | ROL Compactor | 1 | 35 self contain | Yes | On Call | 170.00 | 60.00 |  |
|  |  | FEL Recycle | 1 | 8yd VIP | No | 3x | 15.00 |  | 105.00 |
|  |  | ROL OT | 1 | 30yd | Yes | On Call | 119.00 | 59.00 |  |
| **OLD** |  | FEL Recycle | 1 | 8yd VIP | No | 3x | 15.00 |  | 105.00 |
|  |  | ROL OT | 1 | 30yd | Yes | On Call | 119.00 | 59.00 |  |

OTHER CHARGES: $No   • Fuel Fee & Environmental Fee as shown on invoice   $No   Containers Delivery   P.O # _____

By executing hereof, Customer agrees that this Service Agreement (the "Agreement") is a legally binding contract, enforceable in accordance with its terms, between Advanced Disposal Services _____, LLC/Inc. ("Advanced") and Customer, and the individual executing this Agreement on behalf of Customer has all power and authority to do so. Customer agrees to accept the services and equipment at the charges and frequency indicated in this Agreement subject to the terms and conditions specified below.

ADVANCED   By: _____   CU_____

Print Name: Tim Stever   Print Name: _____

Date: 6/30/2015   Date: 8/5/15

(Please initial the back page)

*Customer own VIP compactor and 35yd self contain compactor 14 month agreement later guaranteed for 14 month No fee o*

*Option for additional 1 or 2 year 2$ more per year PL*

**TERMS AND CONDITIONS**

SERVICES RENDERED. Customer grants to Advanced the exclusive right to collect and dispose of all of Customer's solid waste materials, including any recyclable materials, and agrees to make the payments as provided for herein, and Advanced agrees to furnish such services and equipment as specified above, all in accordance with the terms and conditions of this Agreement. In the event Advanced is rendered unable to perform its obligations hereunder due to an act, event or condition that is beyond Advanced's control, it shall notify Customer of such event and the obligations of Advanced may be suspended during the continuation of any inability so caused by such event, act or condition.

TERM. This Agreement is a legally binding contract [and shall extend for an initial term of ten (8) years from the date hereof (the "Initial Term") and, except where prohibited by law, shall be automatically renewed for successive 5 year terms (each a "Renewal Term")] thereafter, unless either party shall give written notice of non-renewal (via certified mail) to the other at least sixty (60) days but not more than one hundred twenty (120) days prior to the expiration of the Initial Term or any Renewal Term (together the "Term"). In the event the Customer should attempt to discontinue or terminate this Agreement other than as provided above, Customer agrees to pay to Advanced as liquidated damages a sum equal to the average of the latest six months invoices sent to the Customer by Advanced multiplied by six (6), or if Customer has not been serviced for six months, an amount equal to Customer's most recent monthly charge multiplied by six. This Agreement includes any recyclable material, non-scheduled or on call service with exclusive rights to Advanced. Advanced agrees that if Customer no longer requires any collection, disposal, or recycling for its materials due solely to the discontinuance of its business or the relocation of its business outside the area in which Advanced provides collection service, Customer may terminate this Agreement upon written notice to Advanced (via certified mail) at least sixty (60) days prior to the date of relocation or termination of Customer's business, provided however, that Customer shall waive all amounts due and owing to Advanced prior to such termination. Notwithstanding the forgoing, Customer agrees that this Agreement applies to any change of location of Customer, and all additional locations of Customer within the area the Contractor provides the services contemplated hereunder. This section shall survive any termination or expiration of the Agreement.

ENCLOSURES. All solid waste enclosures must meet the enclosure standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Advanced will not be responsible in any manner for any damage to an enclosure or for any costs and expenses arising from such damage to an enclosure.

EQUIPMENT. The word "equipment" as used herein shall mean all containers, compactors and other equipment used for storage of waste material utilized in the performance of this Agreement. Customer acknowledges that it has the care, custody and control of any equipment furnished to Customer while it is at Customer's premises and accepts sole responsibility, and shall be liable, for all loss and damage, normal wear and tear excepted, to such equipment and for the cleanliness and safekeeping of such equipment. Customer shall not overload any equipment (by weight or volume) and shall use it only for its intended purposes. All enclosures must meet the standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Customer shall not remove or alter, nor authorize the removal or alteration of, any such equipment without the prior written consent of Advanced, nor shall Customer use the equipment for incineration purposes. Customer shall maintain the Equipment and surrounding area in a clean and safe condition and shall secure the Equipment at all times to prevent unauthorized access to or dumping or fouling. Customer shall have no authority to subject the equipment to any lien or encumbrance. Customer shall pay an extra yardage/ pickup fee for any of the following: (i) waste material not properly contained, (ii) waste material exceeding height or internal capacity of the equipment; and (iii) contaminated recyclables. If Advanced is assessed an overweight fine Advanced shall invoice Customer, and Customer shall pay any expenses or fees relating thereto.

NON-HAZARDOUS WASTE ONLY. Customer represents and warrants that all solid waste and material delivered to Advanced hereunder will not contain (i) any hazardous, biohazardous, infectious, radioactive, volatile, corrosive, highly flammable, explosive, biomedical, or toxic waste as defined by any applicable federal, state, or local agencies or laws or regulations, or (ii) any other wastes, chemicals, wastes, substances, or materials which pose an unreasonable risk to human health or the environment. Advanced shall not be required to accept such unacceptable materials, and reserves the right to impose the services to be provided by Advanced under this Agreement hereunder, in the event Customer deposits or places for collection such unacceptable waste or materials. Customer shall remove waste or materials that Customer has deposited in Advanced's equipment which are subsequently determined or suspected by Advanced to be unacceptable pursuant to this Agreement. If such waste or materials are not removed by Customer immediately upon receipt by Customer of notice that such waste or materials are unacceptable, Advanced shall arrange for lawful disposal of such waste or materials at the sole cost and expense of Customer. Customer shall indemnify, defend and hold Advanced, and its officers, directors, members, affiliates, parents, subsidiaries, employees, agents and representatives ("Advanced Parties") harmless for any costs or damages resulting from placing or depositing such unacceptable materials in or around Advanced's equipment and shall pay Advanced its reasonable expenses and charges for handling, loading, preparing, transporting, storing

ADVANCED  ROL

ADVANCED ___

**SERVICE RATES AND ASSESSMENT ADJUSTMENTS.** ...

**CHARGES AND PAYMENT) CHANGES.** ...

**DRIVEWAYS AND PARKING AREAS.** ...

**ATTORNEY'S FEES.** ...

**LIMITATION ON LIABILITY.** ...

**ASSIGNMENT AND BENEFIT.** ...

**RIGHT TO COMPETE.** ...

ADVANCED ___

**ARBITRATION AGREEMENT, JURY TRIAL WAIVER, AND CLASS ACTION WAIVER CLAUSE.** ...

**SEVERABILITY.** ...

**CHANGE OF TERMS.** ...

**MISCELLANEOUS.** ...

**EQUAL EMPLOYMENT OPPORTUNITY.** ...

**TERMS: NET 10 DAYS**

Customer Name _____

Customer Initials _____

ADVANCED ___

 **Advanced Disposal**

SALESPERSON # RT   FEL X   REL ____   ROL ____

# SERVICE AGREEMENT

CUSTOMER #: ██████████ 　　　　SITE #: ██

| New Account ____ | Service Increase ____ | Service Decrease ____ | Cancel ____ |
| Rate Increase ____ | Rate Decrease ____ | Other X | Reason Code EM |

| **CUSTOMER MASTER/BILLING INFORMATION** | **SITE MASTER MAINTENANCE/SERVICE LOCATION** |
|---|---|
| LEGAL NAME: ████ | NAME: ____ |
| ADDRESS LINE 1: ██████ | ADDRESS LINE 1: ██████ |
| ADDRESS LINE 2: ____ | ADDRESS LINE 2: ____ |
| CITY: OREFIELD   STATE: PA | CITY: OREFIELD   STATE: PA |
| ZIP CODE: 18069   PHONE: ██ ██ ██ | ZIP CODE: 18069   PHONE: ██ ( ) - ██ |
| FAX: ( ) ██ - ██ | FAX: ██ ( ) - ██ |
| EMAIL: ████████ | |
| CONTACT NAME: ____ | EFFECTIVE DATE OF AGREEMENT: 12/31/2014 |

| | SERV # | SERV TYPE | QTY | CONT. SIZE | COMP. Y/N | ON CALL Y/N | FREQ | EXTRA PICK UP/HAUL RATE | DISPOSAL CHARGE | MONTHLY CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| NEW | 1 | MSW | 1 | 4YD | N | N | 1XWK | $80.00 | | $80.00 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| OLD | | | | | | | | | | |
| | | | | | | | | | | |

**OTHER CHARGES:** PA GAS TAX   EXEMPT FROM ADM FEE   P.O. # ____
+ ~~Fuel Fee & Environmental Fee~~ as shown on invoice
$ ___0___ Container Delivery

CALL DON WHEN ON THE WAY 484-894-0710 FOR PLACEMENT, IT IS A LARGE PARKING LOT AND HE NEEDS IT AT A SPECIFIC LOCATION

*By execution hereof, Customer agrees that this Service Agreement (the "Agreement") is a legally binding contract, enforceable in accordance with its terms, between Advanced Disposal Services* LEHIGH VALLEY *, LLC/Inc. ("Advanced") and Customer, and the individual executing this Agreement on behalf of Customer has all power and authority to do so. Customer agrees to accept the services and equipment at the charges and frequency indicated in this Agreement subject to the terms and conditions specified below.*

| ADVANCED | CUSTOMER ██████ |
|---|---|
| By: [signature] | By: ██████ |
| Print Name: ____ | Print Name: ██████ |
| Date: 12/29/14 | Date: 12/29/14 |
| | (Please initial the back page) |

## TERMS AND CONDITIONS

**SERVICES RENDERED.** Customer grants to Advanced the exclusive right to collect and dispose of all of Customer's solid waste materials, including any recyclable materials, and agrees to make the payments as provided for herein, and Advanced agrees to furnish such services and equipment as specified above, all in accordance with the terms and conditions of this Agreement. In the event Advanced is rendered unable to perform its obligations hereunder due to an act, event or condition that is beyond Advanced's control, it shall notify Customer of such event and the obligations of Advanced may be suspended during the continuation of any inability so caused by such event, act or condition.
**TERM.** This Agreement is a legally binding contract and shall extend for an initial term of five (5) years from the date hereof (the "Initial Term"), and, except where prohibited by law, shall be automatically renewed for successive 5 year terms (each a "Renewal Term") thereafter, unless either party shall give written notice of non-renewal (via certified mail) to the other at least sixty (60) days but not more than one hundred twenty (120) days prior to the expiration of the Initial Term, or any Renewal Term (together, the "Term"). In the event the Customer should attempt to discontinue or terminate this Agreement other than as provided above, Customer agrees to pay to Advanced as liquidated damages a sum equal to the average of its last six months invoices sent to the Customer by Advanced multiplied by six (6), or if Customer has not been serviced for six months, an amount equal to Customer's most recent monthly charge multiplied by six. This Agreement includes any recyclable material, non-scheduled or on call service with exclusive rights to Advanced. Advanced agrees that if Customer no longer requires any collection, disposal, or recycling for its materials due solely to the discontinuance of its business or the relocation of its business outside the area in which Advanced provides collection service, Customer may terminate this Agreement upon written notice to Advanced (via certified mail) at least sixty (60) days prior to the date of relocation or termination of Customer's business; provided however, that Customer shall remit all amounts due and owing to Advanced prior to such termination. Notwithstanding the forgoing, Customer agrees that this Agreement applies to any change of location of Customer, and all additional locations of Customer within the area the Contractor provides the services contemplated hereunder. This section shall survive any termination or expiration of the Agreement.
**ENCLOSURES.** All solid waste enclosures must meet the enclosure standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Advanced will not be responsible in any manner for any damage to an enclosure or for any costs and expenses arising from such damage to an enclosure.
**EQUIPMENT.** The word "equipment" as used herein shall mean all containers, compactors and other equipment used for storage of waste material utilized in the performance of this Agreement. Customer acknowledges that it has the care, custody and control of any equipment furnished to Customer while it is at Customer's premises and accepts sole responsibility, and shall be liable, for all loss and damage, normal wear and tear excepted, to such equipment and for the cleanliness and safekeeping of such equipment. Customer shall not overload any equipment (by weight or volume) and shall use it only for its intended purposes. All enclosures must meet the standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Customer shall not remove or alter, nor authorize the removal or alteration of, any such equipment without the prior written consent of Advanced, nor shall Customer use the equipment for incineration purposes. Customer shall maintain the Equipment and surrounding area in a clean and safe condition and shall secure the Equipment at all times to prevent unauthorized access to or dumping or looting. Customer shall have no authority to subject the equipment to any lien or encumbrance. Customer shall pay an extra yardage/ pickup fee for any of the following: (i) waste material not properly contained; (ii) waste material exceeding height or internal capacity of the equipment; and (iii) contaminated recyclables. If Advanced is assessed an overweight fine Advanced shall invoice Customer, and Customer shall pay any expenses or fees relating thereto.
**NON-HAZARDOUS WASTE ONLY.** Customer represents and warrants that all solid waste and material delivered to Advanced hereunder will not contain (i) any hazardous, biohazardous, infectious, radioactive, volatile, corrosive, highly flammable, explosive, biomedical, or toxic waste as defined by any applicable federal, state, or local agencies or laws or regulations, or (ii) any other toxins, chemicals, wastes, substances, or materials which pose an unreasonable risk to human health or the environment. Advanced shall not be required to accept such unacceptable materials, and reserves the right to suspend the services to be provided by Advanced as contemplated hereunder, in the event Customer deposits or places for collection such unacceptable waste or materials. Customer shall remove waste or materials that Customer has deposited in Advanced's equipment which are subsequently determined or suspected by Advanced to be unacceptable pursuant to this Agreement. If such waste or materials are not removed by Customer immediately upon

receipt by Customer of notice that such waste or materials are unacceptable, Advanced shall arrange for lawful disposal of such waste or materials at the sole cost and expense of Customer. Customer shall indemnify, defend and hold Advanced, and its officers, directors, members, affiliates, parents, subsidiaries, employees, agents and representatives ("Advanced Parties") harmless for any costs or damages resulting from placing or depositing such unacceptable materials in or around Advanced's equipment and shall pay Advanced its reasonable expenses and charges for handling, loading, preparing, transporting, storing and caring for any such unacceptable materials. All title and liability to such unacceptable materials shall at all times remain with Customer, regardless of whether the unacceptable materials are loaded or unloaded. Customer shall at its expense provide any requested chemical characterization of the waste and shall give Advanced prior notice of any changes in the waste characteristics, consistency or the waste generation process. Customer shall be solely responsible for complying with applicable laws mandating pretreatment, source separation or the recycling of any waste stream or any approval from governmental agencies.

**TITLE.** Advanced is vested with title to all acceptable solid waste and materials accepted by Advanced. Any revenue or other value received by Advanced as a result of reclamation, recycling or resource recovery shall be solely for the account of Advanced. All equipment furnished by Advanced for use by the Customer which the Customer has not purchased shall remain the property of Advanced and the Customer shall have no right, title or interest in such equipment.

**INDEMNITY.** Customer agrees to defend, hold harmless and indemnify the Advanced Parties from and against any and all loss, damage, suits, liability and expenses (including, but not limited to, reasonable investigation and legal expenses) arising out of, or in connection with, death or bodily injuries to any person, destruction or damage to any property, contamination of or adverse effects on the environment, or any violation of governmental laws, regulations, or orders resulting from Customer's performance of this Agreement, breach of any representation, warranty, obligation, term or provision of the Agreement, violation of any applicable law, use or operation of any equipment provided to Customer by Advanced, damage to pavement, enclosures or equipment as discussed herein, or by the negligent or willful acts or omissions of Customer its employees or invitees, or its subcontractors in the performance of the Agreement. The provisions of this paragraph shall survive the termination, cancellation or expiration of this Agreement.

**ACCESS.** On collection day, Advanced's vehicle shall have clear access to the equipment. If the equipment is blocked in any way so as to prohibit collection, Customer will be notified and one additional attempt for collection shall be made by Advanced. Any additional collection attempt will be classified as an "extra pick-up" and Advanced shall have the right to charge Customer for the additional pick-up due to Customer's failure to provide clear access to the equipment and Customer agrees to pay such charge. Advanced shall not be liable in any way, and shall not be deemed to be in breach of this Agreement, for the failure to collect any solid waste or materials in the event Advanced did not have or was denied access to the equipment or Customer's premises.

**SERVICE RATE, FEE, AND ASSESSMENT ADJUSTMENTS.** Because disposal, environmental compliance, and fuel costs constitute a portion of the service costs provided by Advanced and its affiliates, Customer understands and agrees Advanced may increase service rates to account for any increase in such costs or to account for any increase in transportation costs due to changes in the location of the disposal facility by showing the amount on the Customer's invoice. Customer agrees Advanced may also increase service rates, without prior notice or consent, to adjust for cost increases or to achieve, among other things, an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may impose and Customer must pay any environmental and fuel fees, and any other fees and assessments such as maintenance or administrative fees, included on Customer's invoice, and that Advanced may increase or decrease these fees or assessments at any time and for any reason by showing the amount on Customer's invoice. Customer understands and agrees that increases in the service rates referenced above, and increases in the environmental and fuel fees, and any other fees and assessments, such as maintenance or administrative fees, may be made at any time and for any reason, including to help recover a portion of overall costs incurred by Advanced or its affiliated entities as may be necessary to achieve an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may pass through to Customer cost increases caused by weights being higher than those estimated. Customer shall pay all federal, state, local, or other taxes, assessments, fees, host charges, or similar charges directly or indirectly related to the transportation, collection, or disposal of solid waste which are imposed on Advanced by law, ordinance, or regulation and/or agreement with a governmental body, whether imposed retroactively or prospectively. In the event or occurrence of an act, error, or condition that is beyond the control of Advanced and that materially or adversely affects the cost of operation or maintenance of Advanced's equipment and facilities, Advanced may increase the applicable service rates, fees, and assessments in this Agreement to the extent necessary to help offset, directly or indirectly, the increase in such costs. Advanced may increase service rates, fees, and assessments for reasons other than those set forth above with the consent of the Customer. Such consent may be evidenced verbally, in or by the actions and practices of the parties, or by payment of the invoice service rates, fees, and assessments. Notwithstanding anything to the contrary, if the Customer does not object, in writing, within 30 days of the invoice date, the Customer shall have conclusively agreed that such invoice is correct in all respects, whether paid or not.

**CHARGES AND PAYMENT; CHANGES.** Customer shall pay Advanced on a monthly basis for the collection and disposal service provided by Advanced (including without limitation all charges for equipment maintenance and other applicable charges and fees as set forth on Customer's invoice). Payments shall be made by Customer within ten (10) days after the date of an invoice from Advanced. In the event that any payment is not made when due, Advanced, at its sole option, may at any time suspend the services to be provided hereunder or terminate the Agreement immediately and recover any equipment on the premises of the Customer. Any non-payment by Customer of any amounts, charges and fees due and owing hereunder shall, at the election of Advanced, be deemed to be a termination of this Agreement by the Customer pursuant to and subject to the terms above. Advanced and Customer agree that Advanced may impose, and Customer will pay, monthly interest on all past due (i.e., over 10 days from invoice date) service related charges, (including the base service rate, fuel fee, environmental fee, etc.). Advanced may assess monthly interest at an interest rate equal to 18% APR, or a minimum of $5.95, unless specifically prohibited by applicable law, in which case interest shall be assessed at the highest rate allowed by applicable law. Any interest charged or received in excess of the maximum amount permitted by applicable law shall be conclusively presumed to be the result of an accident and bona fide error, and shall, to the extent received by Advanced, at the option of Advanced, either be returned to the Customer or applied to reduce the principal amount owed to Advanced. Changes in the fees, rates, charges and surcharges, frequency of collection service, number capacity and type of equipment may be agreed to orally or in writing by the parties. Consent to such changes shall be evidenced by the actions and practices of the parties.

**DRIVEWAYS AND PARKING AREAS.** Customer represents and warrants that any right-of-way provided by Customer from the equipment location to the most convenient public right-of-way is sufficient to bear the weight of all Advanced's equipment and vehicles reasonably required for the performance of this Agreement. Advanced shall not be responsible for damage, or any costs or expenses arising from such damage, to any pavement surfacing, driving surface or accompanying sub-surface resulting from Advanced's performance of this Agreement.

**ATTORNEY'S FEES.** If any legal action or any other proceeding is brought by Advanced for the enforcement of this Agreement, or because of an alleged dispute, breach, default or misrepresentation in connection with this Agreement, Advanced shall be entitled to recover reasonable attorneys' fees, collection fees and other costs (including litigation related costs, costs associated with the engagement of any collection agency, and expert witness fees) leading up to or incurred in that action or proceeding in addition to any other relief to which it may be entitled.

**LIMITATION ON LIABILITY.** Advanced shall not be liable for any indirect, incidental or consequential damages and its aggregate liability, if any, arising out of this Agreement shall not exceed the aggregate fees paid to Advanced by Customer, regardless of whether recovery is sought in contract, tort, statute, strict liability or otherwise. EXCEPT AS EXPRESSLY SET FORTH HEREIN, ADVANCED MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WHICH ARE EXPRESSLY DISCLAIMED.

**ASSIGNMENT AND BENEFIT.** Customer may not assign or transfer its rights or obligations under this Agreement without the prior written consent of Advanced. Advanced may assign this Agreement without the consent of Customer, and Customer acknowledges and agrees that any such assignment by Advanced shall release Advanced from any liability under this Agreement from and after the date of the assignment. Subject, to the forgoing, this Agreement shall be binding on the parties and their successors and assigns.

**RIGHT TO COMPETE.** Customer grants Advanced the right to compete with any offer Customer receives or intends to make or accept relating to any waste services to be rendered after termination of this Agreement and shall give Advanced written notice of any such offer and a reasonable opportunity to respond.

**ARBITRATION AGREEMENT, JURY TRIAL WAIVER, AND CLASS ACTION WAIVER CLAUSE.** Except for claims by Advanced for collection of its fees or individual claims by the Customer against Advanced for property damage, the parties knowingly, voluntarily and irrevocably agree that at the election of either party any controversy or claim arising between them (INCLUDING THOSE CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR ANY PRIOR AGREEMENT) shall be resolved by BINDING ARBITRATION under the rules of the American Arbitration Association, which arbitration shall be governed by and enforceable under the Federal Arbitration Act, and judgment on the award may be entered by any court having jurisdiction thereof. WHETHER IN ARBITRATION OR OTHERWISE EXCEPTED ABOVE, NO CLAIMS MAY BE BROUGHT AS A CLASS ACTION, ON A CONSOLIDATED BASIS OR ANY OTHER COLLECTIVE OR REPRESENTATIVE PROCEEDING. The parties acknowledge the service Advanced provides Customer impacts and effects interstate commerce and agree that any dispute about the enforceability or scope of the agreement to arbitrate shall be decided by the arbitrator. The parties' mutual promises contained herein, including to arbitrate certain disagreements, rather than litigate them before courts or other bodies, provide consideration for each other for this entire clause. EACH PARTY HEREBY WAIVES TRIAL BY JURY IN ANY ACTION, PROCEEDING, COUNTERCLAIM OR CROSS-CLAIM BROUGHT BY ANY OF THEM AGAINST THE OTHER AND WAIVES THE RIGHT TO PARTICIPATE AND/OR BE REPRESENTED IN ANY CLASS ACTION. Further, any action (including any arbitration) by Customer against Advanced in connection with this Agreement or any prior Agreement, or arising out of the Agreement or any prior Agreement, must be brought within one (1) year of any alleged breach of contract, tort, violation of statute or other alleged wrongful act. Any proceedings shall be conducted in the location where the services provided by Advanced to the Customer are performed.

**SEVERABILITY.** The provisions of this Agreement are independent and severable, and no provision shall be affected or rendered invalid or unenforceable by virtue of the fact that another provision has been determined to be invalid or unenforceable in whole or in part. If any provision of this Agreement is held to be unenforceable, then this Agreement will be deemed amended to the extent necessary to render the otherwise unenforceable provision, and the rest of the Agreement, valid and enforceable. If a court declines to amend this Agreement as provided herein, the invalidity or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of the remaining provisions, which shall be enforced as if the offending provision had not been included in this Agreement.

**CHANGE OF TERMS.** Except as otherwise agreed herein or as may be prohibited by applicable law, Customer and Advanced agree that Advanced may change the pre-printed terms and conditions of this Agreement in the future.

**MISCELLANEOUS.** Customer acknowledges and agrees that any telephone calls made to Advanced by Customer may be recorded. Customer also agrees to accept any service and promotional information sent by Advanced whether by mail or electronic transmission. If any conflict or differences exist in this Agreement between terms are printed and those which are typed or written, the typed or written language shall govern. In the event that Customer claims that Advanced is in breach or default of any provisions of this Agreement, Customer must notify Advanced in writing of the alleged breach or default and allow Advanced at least ten (10) days to cure same prior to Customer terminating, or attempting to terminate, the Agreement. This Agreement shall be governed by the laws of the state of Florida without regard to conflicts-of-laws principles that would require the application of any other law and is executed as of the Effective Date specified above. This Agreement constitutes the entire understanding between Advanced and Customer regarding the subject matter hereof and, except as otherwise provided for herein, supersedes all prior negotiations, representations, understandings and agreements, either written or oral, with respect to such subject matter. This Agreement may be executed in one or more counterparts, each of which will be deemed to be an original copy and all of which, when taken together, will be deemed to constitute one and the same agreement. The exchange of copies of this Agreement and of signature pages by facsimile transmission or electronic mail in PDF format will constitute effective execution and delivery of this Agreement as to the parties and may be used in lieu of the original Agreement for all purposes. This is an Agreement for the performance of specific services described herein. Customer's representations, warranties, indemnifications and the arbitration provisions of this Agreement shall survive termination of this Agreement

**TERMS: NET 10 DAYS**

Customer Name ███████████████         Customer Ini███

ENTERED 3/31/14

 **Advanced Disposal**

SALESPERSON #: BM   FEL X   REL ___   ROL ___

# SERVICE AGREEMENT

CUSTOMER #: _____     SITE #: _____

New Account ____ Service Increase ____      Service Decrease ____      Cancel ____

Rate Increase ____ Rate Decrease X      Other ____ Reason Code RB/CI

**CUSTOMER MASTER/BILLING INFORMATION** | **SITE MASTER MAINTENANCE/SERVICE LOCATION**

LEGAL NAME: _____     NAME: _____

ADDRESS LINE 1: _____     ADDRESS LINE 1: _____

ADDRESS LINE 2: _____     ADDRESS LINE 2: _____

CITY: Schwenksville   STATE: PA     CITY: Pennsburg   STATE: PA

ZIP CODE: 19473  PHONE: ( )- -     ZIP CODE: 18073  PHONE: _____

FAX: ( )- -     FAX: ( )- -

EMAIL: _____

CONTACT NAME: _____     (*) RENEWAL (*)

EFFECTIVE DATE OF AGREEMENT: 3/1/2014

| | SERV # | SERV TYPE | QTY | CONT. SIZE | ON CALL (Y/N) | FREQ | EXTRA PICKUP / HAUL RATE | DISPOSAL CHARGE | MONTHLY CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| NEW | 1 | FL-TRASH | 1 | 6 YD | N | EOW | $60.00 | N/A | $85.00 |
| NEW | 2 | FL-Recycle | 1 | 6 YD | N | EOW | $15.00 | N/A | $30.00 |
| OLD | 1 | FL-Trash | 1 | 6 YD | N | EOW | $60 75 | N/A | $125.00 138.00 |
| OLD | 2 | FL-Recycle | 1 | 6 YD | N | EOW | $15.00 30 | N/A | $0.00 |

OTHER CHARGES: $_____ + Fuel Fee & Environmental Fee as shown on invoice   $_____ Container Delivery   P.O. #: _____

Rate Guaranteed year 1+2. Maximum Pi 2% each additional year.

*By execution hereof, Customer agrees that this Service Agreement (the "Agreement") is a legally binding contract, enforceable in accordance with its terms, between Advanced Disposal Services _____, LLC/Inc. ("Advanced") and Customer, and the individual executing this Agreement on behalf of Customer has all power and authority to do so. Customer agrees to accept the services and equipment at the charges and frequency indicated in this Agreement subject to the terms and conditions specified below.*

ADVANCED   CUSTOMER:     All Fees included
By: _____   By: _____     except PA Fuel Tax
Print Name: Bob McCartney   Print Name: _____
Date: 3/24/2014   Date: 3/29/14
   (Please initial the back page)

## TERMS AND CONDITIONS

**SERVICES RENDERED.** Customer grants to Advanced the exclusive right to collect and dispose of all of Customer's solid waste materials, including any recyclable materials, and agrees to make the payments as provided for herein, and Advanced agrees to furnish such services and equipment as specified above, all in accordance with the terms and conditions of this Agreement. In the event Advanced is rendered unable to perform its obligations hereunder due to an act, event or condition that is beyond Advanced's control, it shall notify Customer of such event and the obligations of Advanced may be suspended during the continuation of any inability so caused by such event, act or condition.

**TERM.** This Agreement is a legally binding contract and shall extend for an initial term of five (5) years from the date hereof (the "Initial Term"), and, except where prohibited by law, shall be automatically renewed for successive 5 year terms (each a "Renewal Term") thereafter, unless either party shall give written notice of non-renewal (via certified mail) to the other at least sixty (60) days but not more than one hundred twenty (120) days prior to the expiration of the Initial Term, or any Renewal Term (together, the "Term"). In the event the Customer should attempt to discontinue or terminate this Agreement other than as provided above, Customer agrees to pay to Advanced as liquidated damages a sum equal to the average of the latest six months Invoices sent to the Customer by Advanced multiplied by six (6), or if Customer has not been serviced for six months, an amount equal to Customer's most recent monthly charge multiplied by six. This Agreement includes any recyclable material, non-scheduled or on call service with exclusive rights to Advanced. Advanced agrees that if Customer no longer requires any collection, disposal, or recycling for its materials due solely to the discontinuance of its business or the relocation of its business outside the area in which Advanced provides collection service, Customer may terminate this Agreement upon written notice to Advanced (via certified mail) at least sixty (60) days prior to the date of relocation or termination of Customer's business; provided however, that Customer shall remit all amounts due and owing to Advanced prior to such termination. Notwithstanding the foregoing, Customer agrees that this Agreement applies to any change of location of Customer, and all additional locations of Customer within the area the Contractor provides the services contemplated hereunder. This section shall survive any termination or expiration of the Agreement

**ENCLOSURES.** All solid waste enclosures must meet the enclosure standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Advanced will not be responsible in any manner for any damage to an enclosure or for any costs and expenses arising from such damage to an enclosure.

**EQUIPMENT.** The word "equipment" as used herein shall mean all containers, compactors and other equipment used for storage of waste material utilized in the performance of this Agreement. Customer acknowledges that it has the care, custody and control of any equipment furnished to Customer while it is at Customer's premises and accepts sole responsibility, and shall be liable, for all loss and damage, normal wear and tear excepted, to such equipment and for the cleanliness and safekeeping of such equipment. Customer shall not overload any equipment (by weight or volume) and shall use it only for its intended purposes. All enclosures must meet the standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Customer shall not remove or alter, nor authorize the removal or alteration of, any such equipment without the prior written consent of Advanced, nor shall Customer use the equipment for incineration purposes. Customer shall maintain the Equipment and surrounding area in a clean and safe condition and shall secure the Equipment at all times to prevent unauthorized access to or dumping or loading. Customer shall have no authority to subject the equipment to any lien or encumbrance. Customer shall pay an extra yardage/ pickup fee for any of the following: (i) waste material not properly contained; (ii) waste material exceeding height or internal capacity of the equipment; and (iii) contaminated recyclables. If Advanced is assessed an overweight fine Advanced shall invoice Customer, and Customer shall pay any expenses or fees relating thereto.

**NON-HAZARDOUS WASTE ONLY.** Customer represents and warrants that all solid waste and material delivered to Advanced hereunder will not contain (i) any hazardous, biohazardous, infectious, radioactive, volatile, corrosive, highly flammable, explosive, biomedical, or toxic waste as defined by any applicable federal, state, or local agencies or laws or regulations, or (ii) any other toxins, chemicals, wastes, substances, or materials which pose an unreasonable risk to human health or the environment. Advanced shall not be required to accept such unacceptable materials, and reserves the right to suspend the services to be provided by Advanced as contemplated hereunder, in the event Customer deposits or places for collection such unacceptable waste or materials. Customer shall remove waste or materials that Customer has deposited in Advanced's equipment which are subsequently determined or inspected by Advanced to be unacceptable pursuant to this Agreement. If such waste or materials are not removed by Customer immediately upon receipt by Customer of notice that such waste or materials are unacceptable, Advanced shall arrange for lawful disposal of such waste or materials at the sole cost and expense of Customer. Customer shall indemnify, defend and hold Advanced, and its officers, directors, members, affiliates, parents, subsidiaries, employees, agents and representatives ("Advanced Parties") harmless for any costs or damages resulting from placing or depositing such unacceptable materials in or around Advanced's equipment and shall pay Advanced its reasonable expenses and charges for handling, loading, preparing, transporting, storing

and caring for any such unacceptable materials. All title and liability to such unacceptable materials shall at all times remain with Customer, regardless of whether the unacceptable materials are loaded or unloaded. Customer shall at its expense provide any requested chemical characterization of the waste and shall give Advanced prior notice of any changes in the waste characteristics, consistency or the waste generation process. Customer shall be solely responsible for complying with applicable laws mandating pretreatment, source separation or the recycling of any waste stream or any approval from governmental agencies.

TITLE. Advanced is vested with title to all acceptable solid waste and materials accepted by Advanced. Any revenue or other value received by Advanced as a result of reclamation, recycling or resource recovery shall be solely for the account of Advanced. All equipment furnished by Advanced for use by the Customer which the Customer has not purchased shall remain the property of Advanced and the Customer shall have no right, title or interest in such equipment.

INDEMNITY. Customer agrees to defend, hold harmless and indemnify the Advanced Parties from and against any and all loss, damage, suits, liability and expenses (including, but not limited to, reasonable investigation and legal expenses) arising out of, or in connection with, death or bodily injuries to any person, destruction or damage to any property, contamination of or adverse effects on the environment, or any violation of governmental laws, regulations, or orders resulting from Customer's performance of this Agreement, breach of any representation, warranty, obligation, term or provision of this Agreement, violation of any applicable law, use or operation of any equipment provided to Customer by Advanced, damage to pavement, enclosures or equipment as discussed herein, or by the negligent or willful acts or omissions of Customer its employees or invitees, or its subcontractors in the performance of the Agreement. The provisions of this paragraph shall survive the termination, cancellation or expiration of this Agreement.

ACCESS. On collection day, Advanced's vehicle shall have clear access to the equipment. If the equipment is blocked in any way so as to prohibit collection, Customer will be notified and one additional attempt for collection shall be made by Advanced. Any additional collection attempt will be classified as an "extra pick-up" and Advanced shall have the right to charge Customer for the additional pick-up due to Customer's failure to provide clear access to the equipment and Customer agrees to pay such charge. Advanced shall not be liable in any way, and shall not be deemed to be in breach of this Agreement, for the failure to collect any solid waste or materials in the event Advanced did not have or was denied access to the equipment or Customer's premises.

SERVICE RATE, FEE, AND ASSESSMENT ADJUSTMENTS. Because disposal, environmental compliance, and fuel costs constitute a portion of the service costs provided by Advanced and its affiliates, Customer understands and agrees Advanced may increase service rates to account for any increase in such costs or to account for any increase in transportation costs due to changes in the location of the disposal facility by showing the amount on the Customer's invoice. Customer agrees Advanced may also increase service rates, without prior notice or consent, to adjust for cost increases or to achieve, among other things, an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may impose and Customer must pay any environmental and fuel fees, and any other fees and assessments such as maintenance or administrative fees, included on Customer's invoice, and that Advanced may increase or decrease these fees or assessments at any time and for any reason by showing the amount on Customer's invoice. Customer understands and agrees that increases in the service rates referenced above, and increases in the environmental and fuel fees, and any other fees and assessments, such as maintenance or administrative fees, may be made at any time and for any reason, including to help recover a portion of overall costs incurred by Advanced or its affiliated entities as may be necessary to achieve an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may pass through to Customer cost increases caused by weights being higher than those estimated. Customer shall pay all federal, state, local, or other taxes, assessments, fees, host charges, or similar charges directly or indirectly related to the transportation, collection, or disposal of solid waste which are imposed on Advanced by law, ordinance, or regulation and/or agreement with a governmental body, whether imposed retroactively or prospectively. In the event or occurrence of an act, event, or condition that is beyond the control of Advanced and that materially or adversely affects the cost of operation or maintenance of Advanced's equipment and facilities, Advanced may increase the applicable service rates, fees, and assessments in this Agreement to the extent necessary to help offset, directly or indirectly, the increase in such costs. Advanced may increase service rates, fees, and assessments for reasons other than those set forth above with the consent of the Customer. Such consent may be evidenced verbally, in or by the actions and practices of the parties, or by payment of the invoice service rates, fees, and assessments. Notwithstanding anything to the contrary, if the Customer does not object, in writing, within 30 days of the invoice date, the Customer shall have conclusively agreed that such invoice is correct in all respects, whether paid or not.

CHARGES AND PAYMENT; CHANGES. Customer shall pay Advanced on a monthly basis for the collection and disposal service provided by Advanced (including without limitation all charges for equipment maintenance and other applicable charges and fees as set forth on Customer's invoice). Payments shall be made by Customer within ten (10) days after the date of an invoice from Advanced. In the event that any payment is not made when due, Advanced, at its sole option, may at any time suspend the services to be provided hereunder or terminate the Agreement immediately and recover any equipment on the premises of the Customer. Any non-payment by Customer of any amounts, charges and fees due and owing hereunder shall, at the election of Advanced, be deemed to be a termination of this Agreement by the Customer pursuant to and subject to the terms above. Advanced and Customer agree that Advanced may impose, and Customer will pay, monthly interest on all past dues (i.e., over 10 days from invoice date) service related charges, (including the base service rate, fuel fee, environmental fee, etc.). Advanced may assess monthly interest at an interest rate equal to 18% APR, or a minimum of $5.95, unless specifically prohibited by applicable law, in which case interest shall be assessed at the highest rate allowed by applicable law. Any interest charged or received in excess of the maximum amount permitted by applicable law shall be conclusively presumed to be the result of an accident and bona fide error, and shall, to the extent received by Advanced, at the option of Advanced, either be returned to the Customer or applied to reduce the principal amount owed to Advanced. Charges in the fees, rates, charges and surcharges, frequency of collection service, number capacity and type of equipment may be agreed to orally or in writing by the parties. Consent to oral changes shall be evidenced by the actions and practices of the parties.

DRIVEWAYS AND PARKING AREAS. Customer represents and warrants that any right-of-way provided by Customer from the equipment location to the most convenient public right-of-way is sufficient to bear the weight of all Advanced's equipment and vehicles reasonably required for the performance of this Agreement. Advanced shall not be responsible for damage, or any costs or expenses arising from such damage, to any pavement, curbing, driving surface or accompanying sub-surface resulting from Advanced's performance of this Agreement.

ATTORNEY'S FEES. If any legal action or any other proceeding is brought by Advanced for the enforcement of this Agreement, or because of an alleged dispute, breach, default or misrepresentation in connection with this Agreement, Advanced shall be entitled to recover reasonable attorneys' fees, collection fees and other costs (including litigation related costs, costs associated with the engagement of any collection agency, and expert witness fees) leading up to or incurred in that action or proceeding in addition to any other relief to which it may be entitled

LIMITATION ON LIABILITY. Advanced shall not be liable for any indirect, incidental or consequential damages and its aggregate liability, if any, arising out of this Agreement shall not exceed the aggregate fees paid to Advanced by Customer, regardless of whether recovery is sought in contract, tort, statute, strict liability or otherwise. EXCEPT AS EXPRESSLY SET FORTH HEREIN, ADVANCED MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WHICH ARE EXPRESSLY DISCLAIMED.

ASSIGNMENT AND BENEFIT. Customer may not assign or transfer its rights or obligations under this Agreement without the prior written consent of Advanced. Advanced may assign this Agreement without the consent of Customer, and Customer acknowledges and agrees that any such assignment by Advanced shall release Advanced from any liability under this Agreement from and after the date of the assignment. Subject, to the forgoing, this Agreement shall be binding on the parties and their successors and assigns.

RIGHT TO COMPETE. Customer grants Advanced the right to compete with any offer Customer receives or intends to make or accept relating to any waste services to be rendered after termination of this Agreement and shall give Advanced written notice of any such offer and a reasonable opportunity to respond.

ARBITRATION AGREEMENT, JURY TRIAL WAIVER, and CLASS ACTION WAIVER CLAUSE. Except for claims by Advanced for collection of its fees or individual claims by the Customer against Advanced for property damage, the parties knowingly, voluntarily and irrevocably agree that at the election of either party any controversy or claim arising between them (INCLUDING THOSE CLAIMS ARISING OUT OF THIS AGREEMENT OR ANY PRIOR AGREEMENT) shall be resolved by BINDING ARBITRATION under the rules of the American Arbitration Association, which arbitration shall be governed by and enforceable under the Federal Arbitration Act, and judgment on the award may be entered by any court having jurisdiction thereof. WHETHER IN ARBITRATION OR AS OTHERWISE EXECUTED ABOVE, NO CLAIMS MAY BE BROUGHT AS A CLASS ACTION, ON A CONSOLIDATED BASIS OR ANY OTHER COLLECTIVE OR REPRESENTATIVE PROCEEDING. The parties acknowledge the service Advanced provides Customer impacts and effects interstate commerce and agree that any dispute about the enforceability or scope of the agreement to arbitrate shall be decided by the arbitrator. The parties' mutual promises contained herein, including to arbitrate certain disagreements, rather than litigate them before courts or other bodies, provide consideration for each other for this entire clause. EACH PARTY HERETO HEREBY WAIVES TRIAL BY JURY IN ANY ACTION, PROCEEDING, COUNTERCLAIM OR CROSS-CLAIM BROUGHT BY ANY OF THEM AGAINST THE OTHER AND WAIVES THE RIGHT TO PARTICIPATE AND/OR BE REPRESENTED IN ANY CLASS ACTION. Further, any action (including any arbitration) by Customer against Advanced in connection with this Agreement or any prior Agreement, or arising out of the Agreement or any prior Agreement, must be brought within one (1) year of any alleged breach of contract, tort, violation of statute or other alleged wrongful act. Any proceedings shall be conducted in the location where the services provided by Advanced to the Customer are performed.

SEVERABILITY. The provisions of this Agreement are independent and severable, and no provision shall be affected or rendered invalid or unenforceable by virtue of the fact that any other provision has been determined to be invalid or unenforceable in whole or in part. If any provision of this Agreement is held to be unenforceable, then this Agreement will be deemed amended to the extent necessary to render the otherwise unenforceable provision, and the rest of the Agreement, valid and enforceable. If a court declines to amend this Agreement as provided herein, the invalidity or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of the remaining provisions, which shall be enforced as if the offending provision had not been included in this Agreement.

CHANGE OF TERMS. Except as otherwise agreed herein or as may be prohibited by applicable law, Advanced and Customer agree that Advanced may change the pre-printed terms and conditions of this Agreement in the future.

MISCELLANEOUS. Customer acknowledges and agrees that any telephone calls made to Advanced by Customer may be recorded. Customer also agrees to accept any service and promotional information sent by Advanced whether by mail or electronic transmission. If any conflict or differences exist in this Agreement between terms are printed and those which are typed or written, the typed or written language shall govern. In the event that Customer claims that Advanced is in breach or default of any provision of this Agreement, Customer must notify Advanced in writing of the alleged breach or default and allow Advanced at least ten (10) days to cure same prior to Customer terminating, or attempting to terminate, the Agreement. This Agreement shall be governed by the laws of the state of Florida without regard to conflicts-of-laws principles that would require the application of any other law and is executed as of the Effective Date specified above. This Agreement constitutes the entire understanding between Advanced and Customer regarding the subject matter hereof and, except as otherwise provided for herein, supersedes all prior negotiations, representations, understandings and agreements, either written or oral, with respect to such subject matter. This Agreement may be executed in one or more counterparts, each of which will be deemed to be an original copy and all of which, when taken together, will be deemed to constitute one and the same agreement. The exchange of copies of this Agreement and of signature pages by facsimile transmission or electronic mail in PDF format will constitute effective execution and delivery of this Agreement as to the parties and may be used in lieu of the original Agreement for all purposes. This is an Agreement for the performance of specific services described herein. Customer's representations, warranties, indemnifications and the obligations of this Agreement shall survive termination of this Agreement.

EQUAL EMPLOYMENT OPPORTUNITY. Executive Order 11246, as amended, Sec. 402 of the Vietnam Era Veterans Readjustment Act of 1974, as amended, Sec. 503 of the Rehabilitation Act of 1973, as amended, and Sec. 61-250.10 and 61-300 (Vets-100A Reporting), Executive Order 13496, and Public Law 95-507 contain required contract clauses relative to equal employment opportunity and are incorporated herein by specific reference. The contractor further agrees to comply with the provisions of 29 CFR part 471. Additionally, this contractor and subcontractor shall abide by the requirements of 41 CFR 60-741.5(a). This regulation prohibits discrimination against qualified individuals on the basis of disability, and requires affirmative action by covered prime contractors and subcontractors to employ and advance in employment qualified individuals with disabilities.

TERMS: NET 10 DAYS

Customer Name: _____

Customer Initial: _____

Front Loading Pricing MSW1



## Advanced Disposal

Rep Prepared by:
Company:
Address

Pennsburg, PA 18073

**Frontload Pricing Sheet**

| County of Origin | E Mont Co (Covanta Plymouth-out district) |
| Disposal Cost | $52.00 |
| Industry | Fast Food |
| Lbs/Yard | 100 |
| Commission Level | High |
| Ebit Percentage | 18% |

| Service per week - - - - - - > | EOW | 1x | 2x | 3x | 4x | 5x | 6x |
|---|---|---|---|---|---|---|---|
| | 0.5 | 1 | 2 | 3 | 4 | 5 | 6 |
| 2 yd | $38.81 | $77.62 | $155.25 | $232.87 | $310.49 | $388.12 | $465.74 |
| 3 yd | $45.68 | $91.35 | $182.70 | $274.06 | $365.41 | $456.76 | $548.11 |
| 4 yd | $52.54 | $105.08 | $210.16 | $315.25 | $420.33 | $525.41 | $630.49 |
| 6 yd | $66.27 | $132.54 | $265.08 | $397.62 | $530.16 | $662.70 | $795.24 |
| 8 yd | $80.00 | $160.00 | $320.00 | $480.00 | $640.00 | $799.99 | $959.99 |

**Additional Container(s)**

| Service per week - - - - - - > | EOW | 1x | 2x | 3x | 4x | 5x | 6x |
|---|---|---|---|---|---|---|---|
| 2 yd | $20.00 | $40.00 | $80.00 | $120.00 | $160.00 | $200.00 | $240.00 |
| 3 yd | $26.86 | $53.73 | $107.46 | $161.19 | $214.92 | $268.64 | $322.37 |
| 4 yd | $33.73 | $67.46 | $134.32 | $202.37 | $269.83 | $337.29 | $404.75 |
| 6 yd | $47.46 | $94.92 | $189.83 | $284.75 | $379.67 | $474.58 | $569.50 |
| 8 yd | $61.19 | $122.38 | $244.75 | $367.13 | $489.50 | $611.88 | $734.25 |

**Extra Pickup**

| | Extra Charge | Per Yard |
|---|---|---|
| 2 yd | $29.40 | $14.70 |
| 3 yd | $34.60 | $11.53 |
| 4 yd | $39.80 | $9.95 |
| 6 yd | $50.20 | $8.37 |
| 8 yd | $60.60 | $7.58 |

**Per Yard**

| Service per week - - - - - - > | EOW | 1x | 2x | 3x | 4x | 5x | 6x |
|---|---|---|---|---|---|---|---|
| 2 yd | $8.96 | $8.96 | $8.96 | $8.96 | $8.96 | $8.96 | $8.96 |
| 3 yd | $7.03 | $7.03 | $7.03 | $7.03 | $7.03 | $7.03 | $7.03 |
| 4 yd | $6.07 | $6.07 | $6.07 | $6.07 | $6.07 | $6.07 | $6.07 |
| 6 yd | $5.10 | $5.10 | $5.10 | $5.10 | $5.10 | $5.10 | $5.10 |
| 8 yd | $4.62 | $4.62 | $4.62 | $4.62 | $4.62 | $4.62 | $4.62 |

This information is confidential and proprietary for use by company employees only.

2014 ADS Pricing Version: 072013A

3/31/2014 1:41:17 PM



Rep Prepared by:
Company:
Address
Pennsburg, PA 18073

## Frontload Pricing Sheet

| | |
|---|---|
| County of Origin | SST |
| Disposal Cost | $9.00 |
| Industry | Fast Food |
| Lbs/Yard | 100 |
| Commission Level | High |
| Ebit Percentage | 18% |

Service per week ------>

| | EOW | 1x | 2x | 3x | 4x | 5x | 6x |
|---|---|---|---|---|---|---|---|
| | 0.5 | 1 | 2 | 3 | 4 | 5 | 6 |
| 2 yd | $25.08 | $50.16 | $100.33 | $150.49 | $200.66 | $250.82 | $300.99 |
| 3 yd | $25.08 | $50.16 | $100.33 | $150.49 | $200.66 | $250.82 | $300.99 |
| 4 yd | $25.08 | $50.16 | $100.33 | $150.49 | $200.66 | $250.82 | $300.99 |
| 6 yd | $25.08 | $50.16 | $100.33 | $150.49 | $200.66 | $250.82 | $300.99 |
| 8 yd | $25.08 | $50.16 | $100.33 | $150.49 | $200.66 | $250.82 | $300.99 |

### Additional Container(s)

Service per week ------>

| | EOW | 1x | 2x | 3x | 4x | 5x | 6x |
|---|---|---|---|---|---|---|---|
| 2 yd | $6.27 | $12.54 | $25.08 | $37.62 | $50.16 | $62.71 | $75.25 |
| 3 yd | $6.27 | $12.54 | $25.08 | $37.62 | $50.16 | $62.71 | $75.25 |
| 4 yd | $6.27 | $12.54 | $25.08 | $37.62 | $50.16 | $62.71 | $75.25 |
| 6 yd | $6.27 | $12.54 | $25.08 | $37.62 | $50.16 | $62.71 | $75.25 |
| 8 yd | $6.27 | $12.54 | $25.08 | $37.62 | $50.16 | $62.71 | $75.25 |

### Extra Pickup

| | Extra Charge | Per Yard |
|---|---|---|
| 2 yd | $19.00 | $9.50 |
| 3 yd | $19.00 | $6.33 |
| 4 yd | $19.00 | $4.75 |
| 6 yd | $19.00 | $3.17 |
| 8 yd | $19.00 | $2.38 |

### Per Yard

Service per week ------>

| | EOW | 1x | 2x | 3x | 4x | 5x | 6x |
|---|---|---|---|---|---|---|---|
| 2 yd | $5.79 | $5.79 | $5.79 | $5.79 | $5.79 | $5.79 | $5.79 |
| 3 yd | $3.86 | $3.86 | $3.86 | $3.86 | $3.86 | $3.86 | $3.86 |
| 4 yd | $2.90 | $2.90 | $2.90 | $2.90 | $2.90 | $2.90 | $2.90 |
| 6 yd | $1.93 | $1.93 | $1.93 | $1.93 | $1.93 | $1.93 | $1.93 |
| 8 yd | $1.45 | $1.45 | $1.45 | $1.45 | $1.45 | $1.45 | $1.45 |

Front Loading Pricing MSW1

This information is confidential and proprietary for use by company employees only.

2014 ADS Pricing Version: 072013A

3/31/2014 1:17 PM


**Advanced Disposal**

SALESPERSON # __DG__ FEL __X__ REL _____ ROL _____

# SERVICE AGREEMENT

CUSTOMER #: ████████                SITE #: _____

New Account _____    Service Increase _____    Service Decrease _____    Cancel _____

Rate Increase _____  Rate Decrease __X__    Other _____    Reason Code __RB__

**CUSTOMER MASTER/BILLING INFORMATION**          **SITE MASTER MAINTENANCE/SERVICE LOCATION**

LEGAL NAME: ████████                NAME: ████████

ADDRESS LINE 1: ████████            ADDRESS LINE 1: _____

ADDRESS LINE 2: _____    ADDRESS LINE 2: _____

CITY: Malvern    STATE: PA          CITY: _____    STATE: _____

ZIP CODE: 19355  PHONE: (███) ████   ZIP CODE: _____  PHONE: (____) - ____ - ____

FAX: (____) - ____ - ____            FAX: (____) - ____ - ____

EMAIL: ████████

CONTACT NAME: ████████              EFFECTIVE DATE OF AGREEMENT: 2/1/15

| | SERV # | SERV TYPE | QTY | CONT. SIZE | COMP. Y/N | ON CALL Y/N | FREQ | EXTRA PICK UP/HAUL RATE | DISPOSAL CHARGE | MONTHLY CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| NEW | FEL | MSW | 1 | 4yd | N | N | 1xwk | $50.00 | | $110.00 |
| | | | | | | | | | | |
| OLD | FEL | MSW | 1 | 4yd | N | N | 1xwk | $50.00 | | $115.50 |

OTHER CHARGES:                        P.O. # As per their agreement $110/month
+ Fuel Fee & Environmental Fee as shown on invoice
$_____ Container Delivery          Rollback Env. fee to 10% and Fuel to 5%

*By execution hereof, Customer agrees that this Service Agreement (the "Agreement") is a legally binding contract, enforceable in accordance with its terms, between Advanced Disposal Services* Shippensburg *, LLC/Inc. ("Advanced") and Customer, and the individual executing this Agreement on behalf of Customer has all power and authority to do so. Customer agrees to accept the services and equipment at the charges and frequency indicated in this Agreement subject to the terms and conditions specified below.*

ADVANCED                              CUSTOMER: _____

By: _____                  By: _____

Print Name: ____(Dan Clark?)____     Print Name: _____

Date: __2-2-15__                     Date: _____

                                     (Please initial the back page)

## TERMS AND CONDITIONS

**SERVICES RENDERED.** Customer grants to Advanced the exclusive right to collect and dispose of all of Customer's solid waste materials, including any recyclable materials, and agrees to make the payments as provided for herein, and Advanced agrees to furnish such services and equipment as specified above, all in accordance with the terms and conditions of this Agreement. In the event Advanced is rendered unable to perform its obligations hereunder due to an act, event or condition that is beyond Advanced's control, it shall notify Customer of such event and the obligations of Advanced may be suspended during the continuation of any inability so caused by such event, act or condition.

**TERM.** This Agreement is a legally binding contract and shall extend for an initial term of five (5) years from the date hereof (the "Initial Term"), and, except where prohibited by law, shall be automatically renewed for successive 5 year terms (each a "Renewal Term") thereafter, unless either party shall give written notice of non-renewal (via certified mail) to the other at least sixty (60) days but not more than one hundred twenty (120) days prior to the expiration of the Initial Term, or any Renewal Term (together, the "Term"). In the event the Customer should attempt to discontinue or terminate this Agreement other than as provided above, Customer agrees to pay to Advanced as liquidated damages a sum equal to the average of the latest six months invoices sent to the Customer by Advanced multiplied by six (6), or if Customer has not been serviced for six months, an amount equal to Customer's most recent monthly charge multiplied by six. This Agreement includes any recyclable material, non-scheduled or on call service with exclusive rights to Advanced. Advanced agrees that if Customer no longer requires any collection, disposal, or recycling for its materials due solely to the discontinuance of its business or the relocation of its business outside the area in which Advanced provides collection service, Customer may terminate this Agreement upon written notice to Advanced (via certified mail) at least sixty (60) days prior to the date of relocation or termination of Customer's business; provided however, that Customer shall remit all amounts due and owing to Advanced prior to such termination. Notwithstanding the foregoing, Customer agrees that this Agreement applies to any change of location of Customer, and all additional locations of Customer within the area the Contractor provides the services contemplated hereunder. This section shall survive any termination or expiration of the Agreement.

**ENCLOSURES.** All solid waste enclosures must meet the enclosure standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Advanced will not be responsible in any manner for any damage to an enclosure or for any costs and expenses arising from such damage to an enclosure.

**EQUIPMENT.** The word "equipment" as used herein shall mean all containers, compactors and other equipment used for storage of waste material utilized in the performance of this Agreement. Customer acknowledges that it has the care, custody and control of any equipment furnished to Customer while it is at Customer's premises and accepts sole responsibility, and shall be liable, for all loss and damage, normal wear and tear excepted, to such equipment and for the cleanliness and safekeeping of such equipment. Customer shall not overload any equipment (by weight or volume) and shall use it only for its intended purposes. All enclosures must meet the standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Customer shall not remove or alter, nor authorize the removal or alteration of, any such equipment without the prior written consent of Advanced, nor shall Customer use the equipment for incineration purposes. Customer shall maintain the Equipment and surrounding area in a clean and safe condition and shall secure the Equipment at all times to prevent unauthorized access to or dumping or looting. Customer shall have no authority to subject the equipment to any lien or encumbrance. Customer shall pay an extra yardage/ pickup fee for any of the following: (i) waste material not properly contained; (ii) waste material exceeding height or internal capacity of the equipment; and (iii) contaminated recyclables. If Advanced is assessed an overweight fine Advanced shall invoice Customer, and Customer shall pay any expenses or fees relating thereto.

**NON-HAZARDOUS WASTE ONLY.** Customer represents and warrants that all solid waste and material delivered to Advanced hereunder will not contain (i) any hazardous, biohazardous, infectious, radioactive, volatile, corrosive, highly flammable, explosive, biomedical, or toxic waste as defined by any applicable federal, state, or local agencies or laws or regulations, or (ii) any other toxics, chemicals, wastes, substances, or materials which pose an unreasonable risk to human health or the environment. Advanced shall not be required to accept such unacceptable materials, and reserves the right to suspend the services to be provided by Advanced as contemplated hereunder, in the event Customer deposits or places for collection such unacceptable waste or materials. Customer shall remove waste or materials that Customer has deposited in Advanced's equipment which are subsequently determined or suspected by Advanced to be unacceptable pursuant to this Agreement. If such waste or materials are not removed by Customer immediately upon

receipt by Customer of notice that such waste or materials are unacceptable, Advanced shall arrange for lawful disposal of such waste or materials at the sole cost and expense of Customer. Customer shall indemnify, defend and hold Advanced, and its officers, directors, members, affiliates, parents, subsidiaries, employees, agents and representatives ("Advanced Parties") harmless for any costs or damages resulting from placing or depositing such unacceptable materials in or around Advanced's equipment and shall pay Advanced its reasonable expenses and charges for handling, loading, preparing, transporting, storing and caring for any such unacceptable materials. All title and liability to such unacceptable materials shall at all times remain with Customer, regardless of whether the unacceptable materials are loaded or unloaded. Customer shall at its expense provide any requested chemical characterization of the waste and shall give Advanced prior notice of any changes in the waste characteristics, consistency or the waste generation process. Customer shall be solely responsible for complying with applicable laws mandating pretreatment, source separation or the recycling of any waste stream or any approval from governmental agencies.

**TITLE.** Advanced is vested with title to all acceptable solid waste and materials accepted by Advanced. Any revenue or other value received by Advanced as a result of reclamation, recycling or resource recovery shall be solely for the account of Advanced. All equipment furnished by Advanced for use by the Customer which the Customer has not purchased shall remain the property of Advanced and the Customer shall have no right, title or interest in such equipment.

**INDEMNITY.** Customer agrees to defend, hold harmless and indemnify the Advanced Parties from and against any and all loss, damage, suits, liability and expenses (including, but not limited to, reasonable investigation and legal expenses) arising out of, or in connection with, death or bodily injuries to any person, destruction or damage to any property, contamination of or adverse effects on the environment, or any violation of governmental laws, regulations, or orders resulting from Customer's performance of this Agreement, breach of any representation, warranty, obligation, term or provision of the Agreement, violation of any applicable law, use or operation of any equipment provided to Customer by Advanced, damage to pavement, enclosures or equipment as discussed herein, or by the negligent or willful acts or omissions of Customer its employees or invitees, or its subcontractors in the performance of the Agreement. The provisions of this paragraph shall survive the termination, cancellation or expiration of this Agreement.

**ACCESS.** On collection day, Advanced's vehicle shall have clear access to the equipment. If the equipment is blocked in any way so as to prohibit collection, Customer will be notified and one additional attempt for collection shall be made by Advanced. Any additional collection attempt will be classified as an "extra pick-up" and Advanced shall have the right to charge Customer for the additional pick-up due to Customer's failure to provide clear access to the equipment and Customer agrees to pay such charge. Advanced shall not be liable in any way, and shall not be deemed to be in breach of this Agreement, for the failure to collect any solid waste or materials in the event Advanced did not have or was denied access to the equipment or Customer's premises.

**SERVICE RATE, FEE, AND ASSESSMENT ADJUSTMENTS.** Because disposal, environmental compliance, and fuel costs constitute a portion of the service costs provided by Advanced and its affiliates, Customer understands and agrees Advanced may increase service rates to account for any increase in such costs or to account for any increase in transportation costs due to changes in the location of the disposal facility by showing the amount on the Customer's invoice. Customer agrees Advanced may also increase service rates, without prior notice or consent, to adjust for cost increases or to achieve, among other things, an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may impose and Customer must pay any environmental and fuel fees, and any other fees and assessments such as maintenance or administrative fees, included on Customer's invoice, and that Advanced may increase or decrease these fees or assessments at any time and from any reason by showing the amount on Customer's invoice. Customer understands and agrees that increases in the service rates referenced above, and increases in the environmental and fuel fees, and any other fees and assessments, such as maintenance or administrative fees, may be made at any time and for any reason, including to help recover a portion of overall costs incurred by Advanced or its affiliated entities as may be necessary to achieve an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may pass through to Customer cost increases caused by weights being higher than those estimated. Customer shall pay all federal, state, local, or other taxes, assessments, fees, host charges, or similar charges directly or indirectly related to the transportation, collection, or disposal of solid waste which are imposed on Advanced by law, ordinance, or regulation and/or agreement with a governmental body, whether imposed retroactively or prospectively. In the event or occurrence of an act, event, or condition that is beyond the control of Advanced and that materially or adversely affects the cost of operation or maintenance of Advanced's equipment and facilities, Advanced may increase the applicable service rates, fees, and assessments in this Agreement to the extent necessary to help offset, directly or indirectly, the increase in such costs. Advanced may increase service rates, fees, and assessments for reasons other than those set forth above with the consent of the Customer. Such consent may be evidenced verbally, in or by the actions and practices of the parties, or by payment of the invoice service rates, fees, and assessments. Notwithstanding anything to the contrary, if the Customer does not object, in writing, within 30 days of the invoice date, the Customer shall have conclusively agreed that such invoice is correct in all respects, whether paid or not.

**CHARGES AND PAYMENT; CHANGES.** Customer shall pay Advanced on a monthly basis for the collection and disposal service provided by Advanced (including without limitation all charges for equipment maintenance and other applicable charges and fees as set forth on Customer's invoice). Payments shall be made by Customer within ten (10) days after the date of an invoice from Advanced. In the event that any payment is not made when due, Advanced, at its sole option, may at any time suspend the services to be provided hereunder or terminate the Agreement immediately and recover any equipment on the premises of the Customer. Any non-payment by Customer of any amounts, charges and fees due and owing hereunder shall, at the election of Advanced, be deemed to be a termination of this Agreement by the Customer pursuant to and subject to the terms above. Advanced and Customer agree that Advanced may impose, and Customer will pay, monthly interest on all past due (i.e., over 10 days from invoice date) service related charges, (including the base service rate, fuel fee, environmental fee, etc.). Advanced may assess monthly interest at an interest rate equal to 18% APR, or a maximum of $5.95, unless specifically prohibited by applicable law, in which case interest shall be assessed at the highest rate allowed by applicable law. Any interest charged or received in excess of the maximum amount permitted by applicable law shall be conclusively presumed to be the result of an accident and bona fide error, and shall, to the extent received by Advanced, at the option of Advanced, either be returned to the Customer or applied to reduce the principal amount owed to Advanced. Changes in the fees, rates, charges and surcharges, frequency of collection service, number capacity and type of equipment may be agreed to orally or in writing by the parties. Consent to oral changes shall be evidenced by the actions and practices of the parties.

**DRIVEWAYS AND PARKING AREAS.** Customer represents and warrants that any right-of-way provided by Customer from the equipment location to the most convenient public right-of-way is sufficient to bear the weight of all Advanced's equipment and vehicles reasonably required for the performance of this Agreement. Advanced shall not be responsible for damage, or any costs or expenses arising from such damage, to any pavement curbing, driving surface or accompanying sub-surface resulting from Advanced's performance of this Agreement.

**ATTORNEY'S FEES.** If any legal action or any other proceeding is brought by Advanced for the enforcement of this Agreement, or because of an alleged dispute, breach, default or misrepresentation in connection with this Agreement, Advanced shall be entitled to recover reasonable attorneys' fees, collection fees and other costs (including litigation related costs, costs associated with the engagement of any collection agency, and expert witness fees) leading up to or incurred in that action or proceeding in addition to any other relief to which it may be entitled.

**LIMITATION ON LIABILITY.** Advanced shall not be liable for any indirect, incidental or consequential damages and its aggregate liability, if any, arising out of this Agreement shall not exceed the aggregate fees paid to Advanced by Customer, regardless of whether recovery is sought in contract, tort, statute, strict liability or otherwise. EXCEPT AS EXPRESSLY SET FORTH HEREIN, ADVANCED MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WHICH ARE EXPRESSLY DISCLAIMED.

**ASSIGNMENT AND BENEFIT.** Customer may not assign or transfer its rights or obligations under this Agreement without the prior written consent of Advanced. Advanced may assign this Agreement without the consent of Customer, and Customer acknowledges and agrees that any such assignment by Advanced shall release Advanced from any liability under this Agreement from and after the date of the assignment. Subject, to the forgoing, this Agreement shall be binding on the parties and their successors and assigns.

**RIGHT TO COMPETE.** Customer grants Advanced the right to compete with any other Customer receives or intends to make or accept relating to any waste services to be rendered after termination of this Agreement and shall give Advanced written notice of any such offer and a reasonable opportunity to respond.

**ARBITRATION AGREEMENT, JURY TRIAL WAIVER, AND CLASS ACTION WAIVER CLAUSE.** Except for claims by Advanced for collection of its fees or individual claims by the Customer against Advanced for property damage, the parties knowingly, voluntarily and irrevocably agree that at the election of either party any controversy or claim arising between them (INCLUDING THOSE CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR ANY PRIOR AGREEMENT) shall be resolved by BINDING ARBITRATION under the rules of the American Arbitration Association, which arbitration shall be governed by and enforceable under the Federal Arbitration Act, and judgment on the award may be entered by any court having jurisdiction thereof. WHETHER IN ARBITRATION OR AS OTHERWISE EXCEPTED ABOVE, NO CLAIMS MAY BE BROUGHT AS A CLASS ACTION, ON A CONSOLIDATED BASIS OR ANY OTHER COLLECTIVE OR REPRESENTATIVE PROCEEDING. The parties acknowledge the service Advanced provides Customer impacts and effects interstate commerce and agree that any dispute about the enforceability or scope of the agreement to arbitrate shall be decided by the arbitrator. The parties' mutual promises contained herein, including to arbitrate certain disagreements, rather than litigate them before courts or either bodies, provide consideration for each other for this entire clause. EACH PARTY HERETO HEREBY WAIVES TRIAL BY JURY IN ANY ACTION, PROCEEDING, COUNTERCLAIM OR CROSS-CLAIM BROUGHT BY ANY OF THEM AGAINST THE OTHER AND WAIVES THE RIGHT TO PARTICIPATE AND/OR BE REPRESENTED IN ANY CLASS ACTION. Further, any action (including any arbitration) by Customer against Advanced in connection with this Agreement or any prior Agreement, or arising out of the Agreement or any prior Agreement, must be brought within one (1) year of any alleged breach of contract, tort, violation of statute or other alleged wrongful act. Any proceedings shall be conducted in the location where the services provided by Advanced to the Customer are performed.

**SEVERABILITY.** The provisions of this Agreement are independent and severable, and no provision shall be affected or rendered invalid or unenforceable by virtue of the fact that another provision has been determined to be invalid or unenforceable in whole or in part. If any provision of this Agreement is held to be unenforceable, then this Agreement will be deemed amended to the extent necessary to render the otherwise unenforceable provision, and the rest of the Agreement, valid and enforceable. If a court declines to amend this Agreement as provided herein, the invalidity or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of the remaining provisions, which shall be enforced as if the offending provision had not been included in this Agreement.

**CHANGE OF TERMS.** Except as otherwise agreed herein or as may be prohibited by applicable law, Advanced and Customer agree that Advanced may change the pre-printed terms and conditions of this Agreement in the future.

**MISCELLANEOUS.** Customer acknowledges and agrees that any telephone calls made to Advanced by Customer may be recorded. Customer also agrees to accept any service and promotional information sent by Advanced whether by mail or electronic transmission. If any conflict or differences exist in this Agreement between terms are printed and those which are typed or written, the typed or written language shall govern. In the event that Customer claims that Advanced is in breach or default of any provisions of this Agreement, Customer must notify Advanced in writing of the alleged breach or default and allow Advanced at least ten (10) days to cure same prior to Customer terminating, or attempting to terminate, the Agreement. This Agreement shall be governed by the laws of the state of Florida without regard to conflicts-of-laws principles that would require the application of any other law and is executed as of the Effective Date specified above. This Agreement constitutes the entire understanding between Advanced and Customer regarding the subject matter hereof and, except as otherwise provided for herein, supersedes all prior negotiations, representations, understandings and agreements, either written or oral, with respect to such subject matter. This Agreement may be executed in one or more counterparts, each of which will be deemed to be an original copy and all of which, when taken together, will be deemed to constitute one and the same agreement. The exchange of copies of this Agreement and of signature pages by facsimile transmission or electronic mail in PDF format will constitute effective execution and delivery of this Agreement as to the parties and may be used in lieu of the original Agreement for all purposes. This is an Agreement for the performance of specific services described herein. Customer's representations, warranties, indemnifications and the arbitration provisions of this Agreement shall survive termination of this Agreement

**TERMS: NET 10 DAYS**

Customer Name: _____    Customer Initials: _____



RECEIVED APR 1 7 2014

SALESPERSON #: AMD261  FEL  X  REL ___ ROL ___

# SERVICE AGREEMENT

CUSTOMER #: ███████████               SITE #: ███

New Account _____  Service Increase _____      Service Decrease _____                    Cancel _____
Rate Increase _____  Rate Decrease  X           Other  *Renewal*        Reason Code  RBCI ___

**CUSTOMER MASTER/BILLING INFORMATION**        **SITE MASTER MAINTENANCE/SERVICE LOCATION**

LEGAL NAME: ████████████              NAME:  SAME
ADDRESS LINE 1: ███████████████      ADDRESS LINE 1: _____
ADDRESS LINE 2: _____  ADDRESS LINE 2: _____
CITY:  Malvern          STATE:  Pa     CITY: _____ STATE: _____
ZIP CODE:  19355    PHONE: (███)███████  ZIP CODE: _____ PHONE: (____)_____
FAX: (____)_____                FAX: (____)_____

EMAIL: ████████████████

CONTACT NAME: ███████████           EFFECTIVE DATE OF AGREEMENT:  4-1-14

| | SERV # | SERV TYPE | QTY | CONT. SIZE | ON CALL (Y/N) | FREQ | EXTRA PICKUP/ HAUL RATE | DISPOSAL CHARGE | MONTHLY CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| **NEW** | MSW | FEL | 1 | 4yd | N | 1xwk | $50.00 | | $110.00 |
| **OLD** | MSW | FEL | 1 | 4yd | N | 1xwk | $48.00 | | $133.40 |
| | | | | | | NOTE: | 10% cap environmental | 5% cap fuel | no other fees |

OTHER CHARGES: $_____ + Fuel Fee & Environmental Fee as shown on invoice    $_____ Container Delivery    P.O. #: _____

*By execution hereof, Customer agrees that this Service Agreement (the "Agreement") is a legally binding contract, enforceable in accordance with its terms, between Advanced Disposal Services _____, LLC/Inc. ("Advanced") and Customer, and the individual executing this Agreement on behalf of Customer has all power and authority to do so. Customer agrees to accept the services and equipment at the charges and frontages indicated in this Agreement subject to the terms and conditions specified below.*

ADVANCED:                              CUSTOMER:
By: _____               By: ███████████████
Print Name:  Ann M Davis for Dan Grael   Print Name: ███████████
Date: _____             Date: _____
                                      *(Please initial the back page)*

## TERMS AND CONDITIONS

**SERVICES RENDERED.** Customer grants to Advanced the exclusive right to collect and dispose of all of Customer's solid waste materials, including any recyclable materials, and agrees to make the payments as provided for herein, and Advanced agrees to furnish such services and equipment as specified above, all in accordance with this terms and conditions of this Agreement. In the event Advanced is rendered unable to perform its obligations hereunder due to an act, event or condition that is beyond Advanced's control, it shall notify Customer of such event and its obligations of Advanced may be suspended during the continuation of any inability so caused by such event, act or condition.
**TERM.** This Agreement is a legally binding contract and shall extend for an initial term of five (5) years from the date hereof (the "Initial Term"), and, except where prohibited by law, shall be automatically renewed for successive 5 year terms (each a "Renewal Term") thereafter, unless either party shall give written notice of non-renewal (via certified mail) to the other at least sixty (60) days but not more than one hundred twenty (120) days prior to the expiration of the Initial Term, or any Renewal Term (together, the "Term"). In the event the Customer should attempt to discontinue or terminate this Agreement either than as provided above, Customer agrees to pay to Advanced as liquidated damages a sum equal to the average of the latest six month's invoices sent to the Customer by Advanced multiplied by six (6), or if Customer has not been serviced for six months, an amount equal to Customer's most recent monthly charge multiplied by six. This Agreement includes any recyclable material, non-scheduled or on call service with exclusive rights to Advanced. Advanced agrees that if Customer requires any collection, disposal, or recycling for its materials due solely to the discontinuance of its business or the relocation of its business outside the area in which Advanced provides collection service, Customer may terminate this Agreement upon written notice to Advanced (via certified mail) at least sixty (60) days prior to the date of relocation or termination of Customer's business; provided however, that Customer shall remit all amounts due and owing to Advanced prior to such termination. Notwithstanding the foregoing, Customer agrees that this Agreement applies to any change of location of Customer, and all additional locations of Customer within the area the Contractor provides the services contemplated hereunder. This section shall survive any termination or expiration of this Agreement.
**ENCLOSURES.** All solid waste enclosures must meet the enclosure standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Advanced will not be responsible in any manner for any damage to an enclosure or for any costs and expenses arising from such damage to an enclosure.
**EQUIPMENT.** The word "equipment" as used herein shall mean all containers, compactors and other equipment used for storage of waste material utilized in the performance of this Agreement. Customer acknowledges that it has the care, custody and control of any equipment furnished to Customer while it is at Customer's premises and accepts sole responsibility, and shall be liable, for all loss and damage, normal wear and tear excepted, to such equipment and for the cleanliness and safekeeping of such equipment. Customer shall not overload any equipment (by weight or volume) and shall use it only for its intended purposes. All enclosures must meet the standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Customer shall not remove or alter, nor authorize the removal or alteration of, any such equipment without the prior written consent of Advanced, nor shall Customer use the equipment for incineration purposes. Customer shall maintain the Equipment and surrounding area on a clean and safe condition and shall restore the Equipment at all times to prevent unauthorized access to or dumping or loading. Customer shall have no authority to subject the equipment to any lien or encumbrance. Customer shall pay an extra yardage pickup fee for any of the following: (i) waste material not properly contained; (ii) waste material exceeding height or internal capacity of the equipment; and (iii) contaminated recyclables. If Advanced is assessed an overweight fine Advanced shall invoice Customer and Customer shall pay any expense or fees relating thereto.
**NON-HAZARDOUS WASTE ONLY.** Customer represents and warrants that all solid waste and material delivered to Advanced hereunder will not contain (i) any hazardous, biohazardous, infectious, radioactive, volatile, excessive, highly flammable, explosive, biomedical, or toxic waste as defined by any applicable federal, state, or local agencies or laws or regulations, or (ii) any other toxins, chemicals, wastes, substances, or materials which pose an unreasonable risk to human health or the environment. Advanced shall not be required to accept such unacceptable materials, and reserves the right to suspend its services to be provided by Advanced under this Agreement in the event Customer deposits or places for collection such unacceptable waste or materials. Customer shall remove waste or materials that Customer has deposited in Advanced's equipment which are subsequently determined or suspected by Advanced to be unacceptable pursuant to this Agreement. If such waste or materials are not removed by Customer immediately upon receipt by Customer of notice that such waste or materials are unacceptable, Advanced shall arrange for lawful disposal of such waste or materials at the sole cost and expense of Customer. Customer shall indemnify, defend and hold Advanced, and its officers, directors, members, affiliates, parents, subsidiaries, employees, agents and representatives ("Advanced Parties") harmless for any costs or damages resulting from placing or depositing such unacceptable materials in or around Advanced's equipment and shall pay Advanced its reasonable expenses and charges for handling, loading, preparing, transporting, storing

# Advanced Disposal

SALESPERSON # RT  FEL ____ REL X ROL ____

# SERVICE AGREEMENT

**CUSTOMER #:** ▮▮▮▮                                        **SITE #:** ▮▮

New Account ____    Service Increase ____     Service Decrease ____    Cancel ____

Rate Increase ____    Rate Decrease ____     Other X  RENEWAL   Reason Code RB

## CUSTOMER MASTER/BILLING INFORMATION          ## SITE MASTER MAINTENANCE/SERVICE LOCATION

LEGAL NAME ▮▮▮▮▮▮▮▮▮▮▮▮         NAME: ____

ADDRESS LINE 1: ▮▮▮▮▮▮▮▮         ADDRESS LINE 1: ____

ADDRESS LINE 2: ____             ADDRESS LINE 2: ____

CITY: NEW HOPE        STATE: PA    CITY: ____        STATE: ____

ZIP CODE: 18938  PHONE: ▮▮ - ▮▮    ZIP CODE: ____  PHONE: ( ) ___ - ____

FAX: ( 215 ) 862 _ 2819           FAX: ▮▮ ) - ____

EMAIL: ▮▮▮▮▮▮▮▮

CONTACT NAME: ▮▮▮▮▮▮      EFFECTIVE DATE OF AGREEMENT: 1/1/2015

|   | SERV # | SERV TYPE | QTY | CONT. SIZE | COMP. Y/N | ON CALL Y/N | FREQ | EXTRA PICK UP/HAUL RATE | DISPOSAL CHARGE | MONTHLY CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| NEW | 1 | MSW | 1 | .50 | N | N | 1XWK | $80.00 | N/A | $50.42 |
| NEW | 2 | SST | 1 | .50 | N | N | 1XWK | $75.00 | N/A | $0.00 |
| OLD | 1 | MSW | 1 | .50 | N | N | 1XWK | N/A | N/A | $74.55 |
| OLD | 2 | SST | 1 | .50 | N | N | 1XWK | N/A | N/A | $0.00 |

**OTHER CHARGES:** PA GAS TAX AND ADMIN FEE

+ Fuel Fee & Environmental Fee as shown on invoice          **P.O. #** ____

$ 0.00 ____ Container Delivery

*By execution hereof, Customer agrees that this Service Agreement (the "Agreement") is a legally binding contract, enforceable in accordance with its terms, between Advanced Disposal Services SHIPPENSBURG ____ , LLC/Inc. ("Advanced") and Customer, and the individual executing this Agreement on behalf of Customer has all power and authority to do so. Customer agrees to accept the services and equipment at the charges and frequency indicated in this Agreement subject to the terms and conditions specified below.*

**ADVANCED**                              **CUSTOMER:** ▮▮▮▮

By: *Vic Lance*                           By: ____

Print Name: VIC LANCE                     Print Name: ▮▮▮▮

Date: 12/23/14                            Date: 12/26/14

                                          (Please initial the back page)

## TERMS AND CONDITIONS

**SERVICES RENDERED.** Customer grants to Advanced the exclusive right to collect and dispose of all of Customer's solid waste materials, including any recyclable materials, and agrees to make the payments as provided for herein, and Advanced agrees to furnish such services and equipment as specified above, all in accordance with the terms and conditions of this Agreement. In the event Advanced is rendered unable to perform its obligations hereunder due to an act, event or condition that is beyond Advanced's control, it shall notify Customer of such event and the obligations of Advanced may be suspended during the continuation of any inability so caused by such event, act or condition.

**TERM.** This Agreement is a legally binding contract and shall extend for an initial term of five (5) years from the date hereof (the "Initial Term"), and, except where prohibited by law, shall be automatically renewed for successive 5 year terms (each a "Renewal Term") thereafter, unless either party shall give written notice of non-renewal (via certified mail) to the other at least sixty (60) days but not more than one hundred twenty (120) days prior to the expiration of the Initial Term, or any Renewal Term (together, the "Term"). In the event the Customer should attempt to discontinue or terminate this Agreement other than as provided above, Customer agrees to pay to Advanced as liquidated damages a sum equal to the average of the latest six months invoices sent to the Customer by Advanced multiplied by six (6), or if Customer has not been serviced for six months, an amount equal to Customer's most recent monthly charge multiplied by six. This Agreement includes any recyclable material, non-scheduled or on call service with exclusive rights to Advanced. Advanced agrees that if Customer no longer requires any collection, disposal, or recycling for its materials due solely to the discontinuance of its business or the relocation of its business outside the area in which Advanced provides collection service, Customer may terminate this Agreement upon written notice to Advanced (via certified mail) at least sixty (60) days prior to the date of relocation or termination of Customer's business; provided however, that Customer shall remit all amounts due and owing to Advanced prior to such termination. Notwithstanding the foregoing, Customer agrees that this Agreement applies to any change of location of Customer, and all additional locations of Customer within the area the Contractor provides the services contemplated hereunder. This section shall survive any termination or expiration of the Agreement.

**ENCLOSURES.** All solid waste enclosures must meet the enclosure standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Advanced will not be responsible in any manner for any damage to an enclosure or for any costs and expenses arising from such damage to an enclosure.

**EQUIPMENT.** The word "equipment" as used herein shall mean all containers, compactors and other equipment used for storage of waste material utilized in the performance of this Agreement. Customer acknowledges that it has the care, custody and control of any equipment furnished to Customer while it is at Customer's premises and accepts sole responsibility, and shall be liable, for all loss and damage, normal wear and tear excepted, to such equipment and for the cleanliness and safekeeping of such equipment. Customer shall not overload any equipment (by weight or volume) and shall use it only for its intended purposes. All enclosures must meet the standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Customer shall not remove or alter, nor authorize the removal or alteration of, any such equipment without the prior written consent of Advanced, nor shall Customer use the equipment for incineration purposes. Customer shall maintain the Equipment and surrounding area in a clean and safe condition and shall secure the Equipment at all times to prevent unauthorized access to or dumping or looting. Customer shall have no authority to subject the equipment to any lien or encumbrance. Customer shall pay an extra yardage/ pickup fee for any of the following: (i) waste material not properly contained; (ii) waste material exceeding height of internal capacity of the equipment; and (iii) contaminated recyclables. If Advanced is assessed an overweight fine Advanced shall invoice Customer, and Customer shall pay any expenses or fees relating thereto.

**NON-HAZARDOUS WASTE ONLY.** Customer represents and warrants that all solid waste and material delivered to Advanced hereunder will not contain (i) any hazardous, biohazardous, infectious, radioactive, volatile, corrosive, highly flammable, explosive, biomedical, or toxic waste as defined by any applicable federal, state, or local agencies or laws or regulations, or (ii) any other toxins, chemicals, wastes, substances, or materials which pose an unreasonable risk to human health or the environment. Advanced shall not be required to accept such unacceptable materials, and reserves the right to suspend the services to be provided by Advanced as contemplated hereunder, in the event Customer deposits or places for collection such unacceptable waste or materials. Customer shall remove waste or materials that Customer has deposited in Advanced's equipment which are subsequently determined or suspected by Advanced to be unacceptable pursuant to this Agreement. If such waste or materials are not removed by Customer immediately upon

receipt by Customer of notice that such waste or materials are unacceptable, Advanced shall arrange for lawful disposal of such waste or materials at the sole cost and expense of Customer. Customer shall indemnify, defend and hold Advanced, and its officers, directors, members, affiliates, parents, subsidiaries, employees, agents and representatives ("Advanced Parties") harmless for any costs or damages resulting from placing or depositing such unacceptable materials in or around Advanced's equipment and shall pay Advanced its reasonable expenses and charges for handling, loading, preparing, transporting, storing and caring for any such unacceptable materials. All title and liability to such unacceptable materials shall at all times remain with Customer, regardless of whether the unacceptable materials are loaded or unloaded. Customer shall at its expense provide any requested chemical characterization of the waste and shall give Advanced prior notice of any changes in the waste characteristics, consistency or the waste generation process. Customer shall be solely responsible for complying with applicable laws mandating pretreatment, source separation or the recycling of any waste stream or any approval from governmental agencies.

**TITLE.** Advanced is vested with title to all acceptable solid waste and materials accepted by Advanced. Any revenue or other value received by Advanced as a result of reclamation, recycling or resource recovery shall be solely for the account of Advanced. All equipment furnished by Advanced for use by the Customer which the Customer has not purchased shall remain the property of Advanced and the Customer shall have no right, title or interest in such equipment.

**INDEMNITY.** Customer agrees to defend, hold harmless and indemnify the Advanced Parties from and against any and all loss, damage, suit, liability and expenses (including, but not limited to, reasonable investigation and legal expenses) arising out of, or in connection with, death or bodily injuries to any person, destruction or damage to any property, contamination of or adverse effects on the environment, or any violation of governmental laws, regulations, or orders resulting from Customer's performance of this Agreement, breach of any representation, warranty, obligation, term or provision of the Agreement, violation of any applicable law, use or operation of any equipment provided to Customer by Advanced, damage to pavement, enclosures or equipment as discussed herein, or by the negligent or willful acts or omissions of Customer its employees or invitees, or its subcontractors in the performance of the Agreement. The provisions of this paragraph shall survive the termination, cancellation or expiration of this Agreement.

**ACCESS.** On collection day, Advanced's vehicle shall have clear access to the equipment. If the equipment is blocked in any way so as to prohibit collection, Customer will be notified and one additional attempt for collection shall be made by Advanced. Any additional collection attempt will be classified as an "extra pick-up" and Advanced shall have the right to charge Customer for the additional pick-up due to Customer's failure to provide clear access to the equipment and Customer agrees to pay such charge. Advanced shall not be liable in any way, and shall not be deemed to be in breach of this Agreement, for the failure to collect any solid waste or materials in the event Advanced did not have or was denied access to the equipment or Customer's premises.

**SERVICE RATE, FEE, AND ASSESSMENT ADJUSTMENTS.** Because disposal, environmental compliance, and fuel costs constitute a portion of the service costs provided by Advanced and its affiliates, Customer understands and agrees Advanced may increase service rates to account for any increase in such costs or to account for any increase in transportation costs due to changes in the location of the disposal facility by showing the amount on the Customer's invoice. Customer agrees Advanced may also increase service rates, without prior notice or consent, to adjust for cost increases or to achieve, among other things, an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may impose and Customer must pay any environmental and fuel fees, and any other fees and assessments such as maintenance or administrative fees, included on Customer's invoice, and that Advanced may increase or decrease these fees or assessments at any time and for any reason by showing the amount on Customer's invoice. Customer understands and agrees that increases in the service rates referenced above, and increases in the environmental and fuel fees, and any other fees and assessments, such as maintenance or administrative fees, may be made at any time and for any reason, including to help recover a portion of overall costs incurred by Advanced or its affiliated entities as may be necessary to achieve an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may pass through to Customer cost increases caused by weights being higher than those estimated. Customer shall pay all federal, state, local, or other taxes, assessments, fees, host charges, or similar charges directly or indirectly related to the transportation, collection, or disposal of solid waste which are imposed on Advanced by law, ordinance, or regulation and/or agreement with a governmental body, whether imposed retroactively or prospectively. In the event of occurrence of an act, event, or condition that is beyond the control of Advanced and that materially or adversely affects the cost of operation or maintenance of Advanced's equipment and facilities, Advanced may increase the applicable service rates, fees, and assessments in this Agreement to the extent necessary to help offset, directly or indirectly, the increase in such costs. Advanced may increase service rates, fees, and assessments for reasons other than those set forth above with the consent of the Customer. Such consent may be evidenced verbally, in or by the actions and practices of the parties, or by payment of the invoice service rates, fees, and assessments. Notwithstanding anything to the contrary, if the Customer does not object, in writing, within 30 days of the invoice date, the Customer shall have conclusively agreed that such invoice is correct in all respects, whether paid or not.

**CHARGES AND PAYMENT; CHANGES.** Customer shall pay Advanced on a monthly basis for the collection and disposal services provided by Advanced (including without limitation all charges for equipment maintenance and other applicable charges and fees as set forth on Customer's invoice). Payments shall be made by Customer within ten (10) days after the date of an invoice from Advanced. In the event that any payment is not made when due, Advanced, at its sole option, may at any time suspend the services to be provided hereunder or terminate the Agreement immediately and recover any equipment on the premises of the Customer. Any non-payment by Customer of any amounts, charges and fees due and owing hereunder shall, at the election of Advanced, be deemed to be a termination of this Agreement by the Customer pursuant to and subject to the terms above Advanced and Customer agree that Advanced may impose, and Customer will pay, monthly interest on all past due (i.e., over 10 days from invoice date) service related charges (including the base service rate, fuel fee, environmental fee, etc.). Advanced may assess monthly interest at an interest rate equal to 18% APR, or a minimum of $5.95, unless specifically prohibited by applicable law, in which case interest shall be assessed at the highest rate allowed by applicable law. Any interest charged or received in excess of the maximum amount permitted by applicable law shall be conclusively presumed to be the result of an accident and bona fide error, and shall, to the extent received by Advanced, at the option of Advanced, either be returned to the Customer or applied to reduce the principal amount owed to Advanced. Changes in the fees, rates, charges and surcharges, frequency of collection service, number capacity and type of equipment may be agreed to orally or in writing by the parties. Consent to oral changes shall be evidenced by the actions and practices of the parties.

**DRIVEWAYS AND PARKING AREAS.** Customer represents and warrants that any right-of-way provided by Customer from the equipment location to the most convenient public right-of-way is sufficient to bear the weight of all Advanced's equipment and vehicles reasonably required for the performance of this Agreement. Advanced shall not be responsible for damage, or any costs or expenses arising from such damage, to any pavement curbing, driving surface or accompanying sub-surface resulting from Advanced's performance of this Agreement.

**ATTORNEY'S FEES.** If any legal action or any other proceeding is brought by Advanced for the enforcement of this Agreement, or because of an alleged dispute, breach, default or misrepresentation in connection with this Agreement, Advanced shall be entitled to recover reasonable attorneys' fees, collection fees and other costs (including litigation related costs, costs associated with the engagement of any collection agency, and expert witness fees) leading up to or incurred in that action or proceeding in addition to any other relief to which it may be entitled.

**LIMITATION ON LIABILITY.** Advanced shall not be liable for any indirect, incidental or consequential damages and its aggregate liability, if any, arising out of this Agreement shall not exceed the aggregate fees paid to Advanced by Customer, regardless of whether recovery is sought in contract, tort, statute, strict liability or otherwise. EXCEPT AS EXPRESSLY SET FORTH HEREIN, ADVANCED MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WHICH ARE EXPRESSLY DISCLAIMED.

**ASSIGNMENT AND BENEFIT.** Customer may not assign or transfer its rights or obligations under this Agreement without the prior written consent of Advanced. Advanced may assign this Agreement without the consent of Customer, and Customer acknowledges and agrees that any such assignment by Advanced shall release Advanced from any liability under this Agreement from and after the date of the assignment. Subject, to the forgoing, this Agreement shall be binding on the parties and their successors and assigns.

**RIGHT TO COMPETE.** Customer grants Advanced the right to compete with any other Customer receives or intends to make or accept relating to any waste services to be rendered after termination of this Agreement and shall give Advanced written notice of any such offer and a reasonable opportunity to respond.

**ARBITRATION AGREEMENT; JURY TRIAL WAIVER, and CLASS ACTION WAIVER CLAUSE.** Except for claims by Advanced for collection of its fees or individual claims by the Customer against Advanced for property damage, the parties knowingly, voluntarily and irrevocably agree that at the election of either party any controversy or claim arising between them (INCLUDING THOSE CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR ANY PRIOR AGREEMENT) shall be resolved by BINDING ARBITRATION under the rules of the American Arbitration Association, which arbitration shall be governed by and enforceable under the Federal Arbitration Act, and judgment on the award may be entered by any court having jurisdiction thereof. WHETHER IN ARBITRATION OR AS OTHERWISE EXCEPTED ABOVE, NO CLAIMS MAY BE BROUGHT AS A CLASS ACTION, ON A CONSOLIDATED BASIS OR ANY OTHER COLLECTIVE OR REPRESENTATIVE PROCEEDING. The parties acknowledge the service Advanced provides Customer impacts and effects interstate commerce and agree that any dispute about the enforceability or scope of the agreement to arbitrate shall be decided by the arbitrator. The parties' mutual promises contained herein, including to arbitrate certain disagreements, rather than litigate them before courts or other bodies, provide consideration for each other for this entire clause. EACH PARTY HERETO HEREBY WAIVES TRIAL BY JURY IN ANY ACTION, PROCEEDING, COUNTERCLAIM OR CROSS-CLAIM BROUGHT BY ANY OF THEM AGAINST THE OTHER AND WAIVES THE RIGHT TO PARTICIPATE AND/OR BE REPRESENTED IN ANY CLASS ACTION. Further, any action (including any arbitration) by Customer against Advanced in connection with this Agreement or any prior Agreement, or arising out of the Agreement or any prior Agreement, must be brought within one (1) year of any alleged breach of contract, tort, violation of statute or other alleged wrongful act. Any proceedings shall be conducted in the location where the services provided by Advanced to the Customer are performed.

**SEVERABILITY.** The provisions of this Agreement are independent and severable, and no provision shall be affected or rendered invalid or unenforceable by virtue of the fact that another provision has been determined to be invalid or unenforceable in whole or in part. If any provision of this Agreement is held to be unenforceable, then this Agreement will be deemed amended to the extent necessary to render the otherwise unenforceable provision, and the rest of the Agreement, valid and enforceable. If a court declines to amend this Agreement as provided herein, the invalidity or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of the remaining provisions, which shall be enforced as if the offending provision had not been included in this Agreement.

**CHANGE OF TERMS.** Except as otherwise agreed herein or as may be prohibited by applicable law, Advanced and Customer agree that Advanced may change the pre-printed terms and conditions of this Agreement in the future.

**MISCELLANEOUS.** Customer acknowledges and agrees that any telephone calls made to Advanced by Customer may be recorded. Customer also agrees to accept any service and promotional information sent by Advanced whether by mail or electronic transmission. If any conflict or differences exist in this Agreement between terms are printed and those which are typed or written, the typed or written language shall govern. In the event that Customer claims that Advanced is in breach or default of any provisions of this Agreement, Customer must notify Advanced in writing of the alleged breach or default and allow Advanced at least ten (10) days to cure same prior to Customer terminating, or attempting to terminate, the Agreement. This Agreement shall be governed by the laws of the state of Florida without regard to conflicts-of-laws principles that would require the application of any other law and is executed as of the Effective Date specified above. This Agreement constitutes the entire understanding between Advanced and Customer regarding the subject matter hereof and, except as otherwise provided for herein, supersedes all prior negotiations, representations, understandings and agreements, either written or oral, with respect to such subject matter. This Agreement may be executed in one or more counterparts, each of which will be deemed to be an original copy and all of which, when taken together, will be deemed to constitute one and the same agreement. The exchange of copies of this Agreement and of signature pages by facsimile transmission or electronic mail in PDF format will constitute effective execution and delivery of this Agreement as to the parties and may be used in lieu of the original Agreement for all purposes. This is an Agreement for the performance of specific services described herein. Customer's representations, warranties, indemnifications and the arbitration provisions of this Agreement shall survive termination of this Agreement

**TERMS: NET 10 DAYS**

Customer Name: ▮▮▮▮▮                       Customer Initial ▮

 **Advanced Disposal**

SALESPERSON # RT   FEL X   REL ____   ROL ____

# SERVICE AGREEMENT

**CUSTOMER #:** ▇▇▇▇           **SITE #** ▇▇▇

New Account ____           Service Increase ____           Service Decrease ____           Cancel ____

Rate Increase ____           Rate Decrease ____           Other X  RENEWAL           Reason Code CI/DS

| **CUSTOMER MASTER/BILLING INFORMATION** | **SITE MASTER MAINTENANCE/SERVICE LOCATION** |
|---|---|
| LEGAL NAME: ▇▇▇ | NAME: ▇▇▇ |
| ADDRESS LINE 1: ▇▇▇ | ADDRESS LINE 1: ____ |
| ADDRESS LINE 2: ____ | ADDRESS LINE 2: ____ |
| CITY: POTTSTOWN  STATE: PA | CITY: ____  STATE: ____ |
| ZIP CODE: 19464  PHONE: (___) ___ - ▇▇ | ZIP CODE: ____  PHONE: ▇▇ - ____ - ____ |
| FAX: (▇▇) - ▇▇ | FAX: (▇▇) - ____ - ____ |
| EMAIL: ▇▇▇ | EFFECTIVE DATE OF AGREEMENT: 12/15/2014 |
| CONTACT NAME: ▇▇▇ | |

|  | SERV # | SERV TYPE | QTY | CONT. SIZE | COMP. Y/N | ON CALL Y/N | FREQ | EXTRA PICK UP/HAUL RATE | DISPOSAL CHARGE | MONTHLY CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| **NEW** | 2 | MSW | 1 | 2YD | N | N | 1XMO | $80.00 | N/A | $40.00 |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
| **OLD** | 1 | MSW | 1 | 2YD | N | N | EOW | N/A | N/A | $57.75 |

**OTHER CHARGES:** PA GAS TAX AND ADMIN FEE           **P.O. #** ____

+ ~~Fuel Fee~~ & Environmental Fee as shown on invoice

$ 0.00 ____ Container Delivery

*By execution hereof, Customer agrees that this Service Agreement (the "Agreement") is a legally binding contract, enforceable in accordance with its terms, between Advanced Disposal Services SHIPPENSBURG , LLC/Inc. ("Advanced") and Customer, and the individual executing this Agreement on behalf of Customer has all power and authority to do so. Customer agrees to accept the services and equipment at the charges and frequency indicated in this Agreement subject to the terms and conditions specified below.*

**ADVANCED**
By: _[signature]_
Print Name: Rose Thompson
Date: 12/26/14

**CUSTOMER:** ▇▇▇
By: ____
Print Name: ▇▇▇
Date: 12-17-14
(Please initial the back page)

## TERMS AND CONDITIONS

**SERVICES RENDERED.** Customer grants to Advanced the exclusive right to collect and dispose of all of Customer's solid waste material, including any recyclable materials, and agrees to make the payments as provided for herein, and Advanced agrees to furnish such services and equipment as specified above, all in accordance with the terms and conditions of this Agreement. In the event Advanced is rendered unable to perform its obligations hereunder due to an act, event or condition that is beyond Advanced's control, it shall notify Customer of such event and the obligations of Advanced may be suspended during the continuation of any inability so caused by such event, act or condition. **TERM.** This Agreement is a legally binding contract and shall extend for an initial term of five (5) years from the date hereof (the "Initial Term"), and, except where prohibited by law, shall be automatically renewed for successive 5 year terms (each a "Renewal Term") thereafter, unless either party shall give written notice of non-renewal (via certified mail) to the other at least sixty (60) days but not more than one hundred twenty (120) days prior to the expiration of the Initial Term, or any Renewal Term (together, the "Term"). In the event the Customer should attempt to discontinue or terminate this Agreement other than as provided above, Customer agrees to pay to Advanced as liquidated damages a sum equal to the average of the latest six months invoices sent to the Customer by Advanced multiplied by six (6), or if Customer has not been serviced for six months, an amount equal to Customer's most recent monthly charge multiplied by six. This Agreement includes any recyclable material, non-scheduled or on call service with exclusive rights to Advanced. Advanced agrees that if Customer no longer requires any collection, disposal, or recycling for its materials due solely to the discontinuance of its business or the relocation of its business outside the area in which Advanced provides collection service, Customer may terminate this Agreement upon written notice to Advanced (via certified mail) at least sixty (60) days prior to the date of relocation or termination of Customer's business; provided however, that Customer shall remit all amounts due and owing to Advanced prior to such termination. Notwithstanding the forgoing, Customer agrees that this Agreement applies to any change of location of Customer, and all additional locations of Customer within the area the Contractor provides the services contemplated hereunder. This section shall survive any termination or expiration of the Agreement.

**ENCLOSURES.** All solid waste enclosures must meet the enclosure standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Advanced will not be responsible in any manner for any damage to an enclosure or for any costs and expenses arising from such damage to any enclosure.

**EQUIPMENT.** The word "equipment" as used herein shall mean all containers, compactors and other equipment used for storage of waste material utilized in the performance of this Agreement. Customer acknowledges that it has the care, custody and control of any equipment furnished to Customer while it is at Customer's premises and accepts sole responsibility, and shall be liable, for all loss and damage, normal wear and tear excepted, to such equipment and for the cleanliness and safekeeping of such equipment. Customer shall not overload any equipment (by weight or volume) and shall use it only for its intended purposes. All enclosures must meet the standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Customer shall not remove or alter, nor authorize the removal or alteration of, any such equipment without the prior written consent of Advanced; nor shall Customer use the equipment for incineration purposes. Customer shall maintain the Equipment and surrounding area in a clean and safe condition and shall secure the Equipment at all times to prevent unauthorized access to or dumping or fouling. Customer shall have no authority to subject the equipment to any lien or encumbrance. Customer shall pay an extra yardage/ pickup fee for any of the following: (i) waste material not properly contained; (ii) waste material exceeding height or internal capacity of the equipment; and (iii) contaminated recyclables. If Advanced is assessed an overweight fine Advanced shall invoice Customer, and Customer shall pay any expenses or fees relating thereto.

**NON-HAZARDOUS WASTE ONLY.** Customer represents and warrants that all solid waste and material delivered to Advanced hereunder will not contain (i) any hazardous, biohazardous, infectious, radioactive, volatile, corrosive, highly flammable, explosive, biomedical, or toxic waste as defined by any applicable federal, state, or local agencies or laws or regulations, or (ii) any other toxins, chemicals, wastes, substances, or materials which pose an unreasonable risk to human health or the environment. Advanced shall not be required to accept such unacceptable materials, and reserves the right to suspend the services to be provided by Advanced as contemplated hereunder, in the event Customer deposits or places for collection such unacceptable waste or materials. Customer shall remove waste or materials that Customer has deposited in Advanced's equipment which are subsequently determined or suspected by Advanced to be unacceptable pursuant to this Agreement. If such waste or materials are not removed by Customer immediately upon

receipt by Customer of notice that such waste or materials are unacceptable, Advanced shall arrange for lawful disposal of such waste or materials at the sole cost and expense of Customer. Customer shall indemnify, defend and hold Advanced, and its officers, directors, members, affiliates, parents, subsidiaries, employees, agents and representatives ("Advanced Parties") harmless for any costs or damages resulting from placing or depositing such unacceptable materials in or around Advanced's equipment and shall pay Advanced its reasonable expenses and charges for handling, loading, preparing, transporting, storing and caring for any such unacceptable materials. All title and liability to such unacceptable materials shall at all times remain with Customer, regardless of whether the unacceptable materials are loaded or unloaded. Customer shall at its expense provide any requested chemical characterization of the waste and shall give Advanced prior notice of any changes in the waste characteristics, consistency or the waste generation process. Customer shall be solely responsible for complying with applicable laws mandating pretreatment, source separation or the recycling of any waste stream or any approval from governmental agencies.

**TITLE.** Advanced is vested with title to all acceptable solid waste and materials accepted by Advanced. Any revenue or other value received by Advanced as a result of reclamation, recycling or resource recovery shall be solely for the account of Advanced. All equipment furnished by Advanced (or use by the Customer which the Customer has not purchased shall remain the property of Advanced and the Customer shall have no right, title or interest in such equipment.

**INDEMNITY.** Customer agrees to defend, hold harmless and indemnify the Advanced Parties from and against any and all loss, damage, suits, liability and expenses (including, but not limited to, reasonable investigation and legal expenses) arising out of, or in connection with, death or bodily injuries to any person, destruction or damage to any property, contamination of or adverse effects on the environment, or any violation of governmental laws, regulations, or orders resulting from Customer's performance of this Agreement, breach of any representation, warranty, obligation, term or provision of the Agreement, violation of any applicable law, use or operation of equipment provided to Customer by Advanced, damage to pavement, enclosures or equipment as discussed herein, or by the negligent or willful acts or omissions of Customer its employees or invitees, or its subcontractors in the performance of the Agreement. The provisions of this paragraph shall survive the termination, cancellation or expiration of this Agreement.

**ACCESS.** On collection day, Advanced's vehicle shall have clear access to the equipment. If the equipment is blocked in any way so as to prohibit collection, Customer will be notified and one additional attempt for collection shall be made by Advanced. Any additional collection attempt will be classified as an "extra pick-up" and Advanced shall have the right to charge Customer for the additional pick-up due to Customer's failure to provide clear access to the equipment and Customer agrees to pay such charge. Advanced shall not be liable in any way, and shall not be deemed to be in breach of this Agreement, for the failure to collect any solid waste or materials in the event Advanced did not have or was denied access to the equipment or Customer's premises.

**SERVICE RATE, FEE, AND ASSESSMENT ADJUSTMENTS.** Because disposal, environmental compliance, and fuel costs constitute a portion of the service costs provided by Advanced and its affiliates, Customer understands and agrees Advanced may increase service rates to account for any increase in such costs or to account for any increase in transportation costs due to changes in the location of the disposal facility by showing the amount on the Customer's invoice. Customer agrees Advanced may also increase service rates, without prior notice or consent, to adjust for cost increases or to achieve, among other things, an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may impose and Customer must pay any environmental and fuel fees, and any other fees and assessments such as maintenance or administrative fees, included on Customer's invoice, and that Advanced may increase or decrease these fees or assessments at any time and for any reason by showing the amount on Customer's invoice. Customer understands and agrees that increases in the service rates referenced above, and increases in the environmental and fuel fees, and any other fees and assessments, such as maintenance or administrative fees, may be made at any time and for any reason, including to help recover a portion of overall costs incurred by Advanced or its affiliated entities as may be necessary to achieve an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may pass through to Customer cost increases caused by weights being higher than those estimated. Customer shall pay all federal, state, local, or other taxes, assessments, fees, host charges, or similar charges directly or indirectly related to the transportation, collection, or disposal of solid waste which are imposed on Advanced by law, ordinance, or regulation and/or agreement with a governmental body, whether imposed retroactively or prospectively. In the event or occurrence of an act, event, or condition that is beyond the control of Advanced and that materially or adversely affects the cost of operation or maintenance of Advanced's equipment and facilities, Advanced may increase the applicable service rates, fees, and assessments in this Agreement to the extent necessary to help offset, directly or indirectly, the increase in such costs. Advanced may increase service rates, fees, and assessments for reasons other than those set forth above with the consent of the Customer. Such consent may be evidenced verbally, in or by the actions and practices of the parties, or by payment of the invoice service rates, fees, and assessments. Notwithstanding anything to the contrary, if the Customer does not object, in writing, within 30 days of the invoice date, the Customer shall have conclusively agreed that such invoice is correct in all respects, whether paid or not.

**CHARGES AND PAYMENT; CHANGES.** Customer shall pay Advanced on a monthly basis for the collection and disposal service provided by Advanced (including without limitation all charges for equipment maintenance and other applicable charges and fees as set forth on Customer's invoice). Payments shall be made by Customer within ten (10) days after the date of an invoice from Advanced. In the event that any payment is not made when due, Advanced, at its sole option, may at any time suspend the services to be provided hereunder or terminate the Agreement immediately and recover any equipment on the premises of the Customer. Any non-payment by Customer of any amounts, charges and fees due and owing hereunder shall, at the election of Advanced, be deemed to be a termination of this Agreement by the Customer without the necessity of notice to the Customer. Advanced and Customer agree that Advanced may impose, and Customer will pay, monthly interest on all past due (i.e., over 10 days from invoice date) service related charges, (including the base service rate, fuel fee, environmental fee, etc.). Advanced may assess monthly interest at an interest rate equal to 18% APR, or a minimum of $5.95, unless specifically prohibited by applicable law, in which case interest shall be assessed at the highest rate allowed by applicable law. Any interest charged or received in excess of the maximum amount permitted by applicable law shall be conclusively presumed to be the result of an accident and bona fide error, and shall, to the extent received by Advanced, at the option of Advanced, either be returned to the Customer or applied to reduce the principal amount owed to Advanced. Changes in the fees, rates, charges and surcharges, frequency of collection service, number capacity and type of equipment may be agreed to orally or in writing by the parties. Consent to oral changes shall be evidenced by the actions and practices of the parties.

**DRIVEWAYS AND PARKING AREAS.** Customer represents and warrants that any right-of-way provided by Customer from the equipment location to the most convenient public right-of-way is sufficient to bear the weight of all Advanced's equipment and vehicles reasonably required for the performance of this Agreement. Advanced shall not be responsible for damage, or any costs or expenses arising from such damage, to any pavement curbing, driving surface or accompanying sub-surface resulting from Advanced's performance of this Agreement.

**ATTORNEY'S FEES.** If any legal action or any other proceeding is brought by Advanced for the enforcement of this Agreement, or because of an alleged dispute, breach, default or misrepresentation in connection with this Agreement, Advanced shall be entitled to recover reasonable attorneys' fees, collection fees and other costs (including litigation related costs, costs associated with the engagement of any collection agency, and expert witness fees) leading up to or incurred in that action or proceeding in addition to any other relief to which it may be entitled.

**LIMITATION ON LIABILITY.** Advanced shall not be liable for any indirect, incidental or consequential damages and its aggregate liability, if any, arising out of this Agreement shall not exceed the aggregate fees paid to Advanced by Customer, regardless of whether recovery is sought in contract, tort, statute, strict liability or otherwise. EXCEPT AS EXPRESSLY SET FORTH HEREIN, ADVANCED MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WHICH ARE EXPRESSLY DISCLAIMED.

**ASSIGNMENT AND BENEFIT.** Customer may not assign or transfer its rights or obligations under this Agreement without the prior written consent of Advanced. Advanced may assign this Agreement without the consent of Customer, and Customer acknowledges and agrees that any such assignment by Advanced shall release Advanced from any liability under this Agreement from and after the date of the assignment. Subject, to the forgoing, this Agreement shall be binding on the parties and their successors and assigns.

**RIGHT TO COMPETE.** Customer grants Advanced the right to compete with any offer Customer receives or intends to make or accept relating to any waste services to be rendered after termination of this Agreement and shall give Advanced written notice of any such offer and a reasonable opportunity to respond.

**ARBITRATION AGREEMENT, JURY TRIAL WAIVER, and CLASS ACTION WAIVER CLAUSE.** Except for claims by Advanced for collection of its fees or individual claims by the Customer against Advanced for property damage, the parties knowingly, voluntarily and irrevocably agree that at the election of either party any controversy or claim arising between them (INCLUDING THOSE CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR ANY PRIOR AGREEMENT) shall be resolved by BINDING ARBITRATION under the rules of the American Arbitration Association, which arbitration shall be governed by and enforceable under the Federal Arbitration Act, and judgment on the award may be entered by any court having jurisdiction thereof. WHETHER IN ARBITRATION OR AS OTHERWISE EXCEPTED ABOVE, NO CLAIMS MAY BE BROUGHT AS A CLASS ACTION, ON A CONSOLIDATED BASIS OR ANY OTHER COLLECTIVE OR REPRESENTATIVE PROCEEDING. The parties acknowledge the service Advanced provides Customer impacts and effects interstate commerce and agree that any dispute about the enforceability or scope of the agreement to arbitrate shall be decided by the arbitrator. The parties' mutual promises contained herein, including to arbitrate certain disagreements, rather than litigate them before courts or other bodies, provide consideration for each other for this entire clause. EACH PARTY HERETO HEREBY WAIVES TRIAL BY JURY IN ANY ACTION, PROCEEDING, COUNTERCLAIM OR CROSS-CLAIM BROUGHT BY ANY OF THEM AGAINST THE OTHER AND WAIVES THE RIGHT TO PARTICIPATE AND/OR BE REPRESENTED IN ANY CLASS ACTION. Further, any action (including any arbitration) by Customer against Advanced in connection with this Agreement or any prior Agreement, or arising out of the Agreement or any prior Agreement, must be brought within one (1) year of any alleged breach of contract, tort, violation of statute or other alleged wrongful act. Any proceedings shall be conducted in the location where the services provided by Advanced to the Customer are performed.

**SEVERABILITY.** The provisions of this Agreement are independent and severable, and no provision shall be affected or rendered invalid or unenforceable by virtue of the fact that another provision has been determined to be invalid or unenforceable in whole or in part. If any provision of this Agreement is held to be unenforceable, then this Agreement will be deemed amended to the extent necessary to render the otherwise unenforceable provision, and the rest of the Agreement, valid and enforceable. If a court declines to amend this Agreement as provided herein, the invalidity or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of the remaining provisions, which shall be enforced as if the offending provision had not been included in this Agreement.

**CHANGE OF TERMS.** Except as otherwise agreed herein or as may be prohibited by applicable law, Advanced and Customer agree that Advanced may change the pre-printed terms and conditions of this Agreement in the future.

**MISCELLANEOUS.** Customer acknowledges and agrees that any telephone calls made to Advanced by Customer may be recorded. Customer also agrees to accept any service and promotional information sent by Advanced whether by mail or electronic transmission. If any conflict or differences exist in this Agreement between terms are printed and those which are typed or written, the typed or written, the typed or written language shall govern. In the event that Customer claims that Advanced is in breach or default of any provisions of this Agreement, Customer must notify Advanced in writing of the alleged breach or default and allow Advanced at least ten (10) days to cure same prior to Customer terminating, or attempting to terminate, the Agreement. This Agreement shall be governed by the laws of the state of Florida without regard to conflicts-of-laws principles that would require the application of any other law and is executed as of the Effective Date specified above. This Agreement constitutes the entire understanding between Advanced and Customer regarding the subject matter hereof and, except as otherwise provided for herein, supersedes all prior negotiations, representations, understandings and agreements, either written or oral, with respect to such subject matter. This Agreement may be executed in one or more counterparts, each of which will be deemed to be an original copy and all of which, when taken together, will be deemed to constitute one and the same agreement. The exchange of copies of this Agreement and of signature pages by facsimile transmission or electronic mail in PDF format will constitute effective execution and delivery of this Agreement as to the parties and may be used in lieu of the original Agreement for all purposes. This is an Agreement for the performance of specific services described herein. Customer's representations, warranties, indemnifications and the arbitration provisions of this Agreement shall survive termination of this Agreement.

**TERMS: NET 10 DAYS**

Customer Name: ███████████                                         Customer Initials ████████

 **Advanced Disposal**

SALESPERSON # RT   FEL X   REL ____ ROL ____

# SERVICE AGREEMENT

**CUSTOMER #:** [redacted]

| New Account ____ | Service Increase ____ |
|---|---|
| Rate Increase ____ | Rate Decrease ____ |

**SITE #:** [redacted]

| Service Decrease X | Cancel ____ |
|---|---|
| Other X  RENEWAL | Reason Code DP/CI |

## CUSTOMER MASTER/BILLING INFORMATION

LEGAL NAME: [redacted]

ADDRESS LINE 1: [redacted]

ADDRESS LINE 2: ____

CITY: WHITEHALL   STATE: PA

ZIP CODE: 18052   PHONE: ( [redacted] ) - ____ - ____

FAX: ( [redacted] ) - ____ - ____

EMAIL: [redacted]

CONTACT NAME: [redacted]

## SITE MASTER MAINTENANCE/SERVICE LOCATION

NAME: [redacted]

ADDRESS LINE 1: [redacted]

ADDRESS LINE 2: ____

CITY: WHITEHALL   STATE: PA

ZIP CODE: 18052   PHONE: ( [redacted] )

FAX: ( [redacted] ) - ____ - ____

EFFECTIVE DATE OF AGREEMENT: 3/30/2015

| | SERV # | SERV TYPE | QTY | CONT. SIZE | COMP. Y/N | ON CALL Y/N | FREQ | EXTRA PICK UP/HAUL RATE | DISPOSAL CHARGE | MONTHLY CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| NEW | 1 | F/L MSW | 1 | 2YD | N | N | EOW | $80.00 | | $40.00 |
| OLD | 1 | F/L MSW | 1 | 2YD | N | N | 1XWK | $80.00 | | $65.00 |

OTHER CHARGES: ONLY PA GAS TAX

+ Fuel Fee & Environmental Fee as shown on invoice

P.O. # ____

$ ____  Container Delivery

*By execution hereof, Customer agrees that this Service Agreement (the "Agreement") is a legally binding contract, enforceable in accordance with its terms, between Advanced Disposal Services LEHIGH VALLEY , LLC/Inc. ("Advanced") and Customer, and the individual executing this Agreement on behalf of Customer has all power and authority to do so. Customer agrees to accept the services and equipment at the charges and frequency indicated in this Agreement subject to the terms and conditions specified below.*

ADVANCED:
By: [signature]
Print Name: Rose Thompson
Date: 3/25/15

C[redacted]
By: [signature]
Print Name: [redacted]
Date: 3/30/2015
(Please initial the back page)

## TERMS AND CONDITIONS

**SERVICES RENDERED.** Customer grants to Advanced the exclusive right to collect and dispose of all of Customer's solid waste materials, including any recyclable materials, and agrees to make the payments as provided for herein, and Advanced agrees to furnish such services and equipment as specified above, all in accordance with the terms and conditions of this Agreement. In the event Advanced is rendered unable to perform its obligations hereunder due to an act, event or condition that is beyond Advanced's control, it shall notify Customer of such event and the obligations of Advanced may be suspended during the continuation of any inability so caused by such event, act or condition.
**TERM. This Agreement is a legally binding contract and shall extend for an initial term of five (5) years from the date hereof (the "Initial Term"), and, except where prohibited by law, shall be automatically renewed for successive 5 year terms (each a "Renewal Term") thereafter, unless either party shall give written notice of non-renewal (via certified mail) to the other at least sixty (60) days but not more than one hundred twenty (120) days prior to the expiration of the Initial Term, or any Renewal Term (together, the "Term").** In the event the Customer should attempt to discontinue or terminate this Agreement other than as provided above, Customer agrees to pay to Advanced as liquidated damages a sum equal to the average of the latest six months invoices sent to the Customer by Advanced multiplied by six (6), or if Customer has not been serviced for six months, an amount equal to Customer's most recent monthly charge multiplied by six. This Agreement includes any recyclable material, non-scheduled or on call service with exclusive rights to Advanced. Advanced agrees that if Customer no longer requires any collection, disposal, or recycling for its materials due solely to the discontinuance of its business or the relocation of its business outside the area in which Advanced provides collection service, Customer may terminate this Agreement upon written notice to Advanced (via certified mail) at least sixty (60) days prior to the date of relocation or termination of Customer's business; provided however, that Customer shall remit all amounts due and owing to Advanced prior to such termination. Notwithstanding the forgoing, Customer agrees that this Agreement applies to any change of location of Customer, and all additional locations of Customer within the area the Contractor provides the services contemplated hereunder. This section shall survive any termination or expiration of the Agreement.
**ENCLOSURES.** All solid waste enclosures must meet the enclosure standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Advanced will not be responsible in any manner for any damage to an enclosure or for any costs and expenses arising from such damage to an enclosure.
**EQUIPMENT.** The word "equipment" as used herein shall mean all containers, compactors and other equipment used for storage of waste material utilized in the performance of this Agreement. Customer acknowledges that it has the care, custody and control of any equipment furnished to Customer while it is at Customer's premises and accepts sole responsibility, and shall be liable, for all less and damage, normal wear and tear excepted, to such equipment and for the cleanliness and safekeeping of such equipment. Customer shall not overload any equipment (by weight or volume) and shall use it only for its intended purposes. All enclosures must meet the standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Customer shall not remove or alter, nor authorize the removal or alteration of, any such equipment without the prior written consent of Advanced, nor shall Customer use the equipment for incineration purposes. Customer shall maintain the Equipment and surrounding area in a clean and safe condition and shall secure the Equipment at all times to prevent unauthorized access to or dumping or looting. Customer shall have no authority to subject the equipment to any lien or encumbrance. Customer shall pay an extra yardage/ pickup fee for any of the following: (i) waste material not properly contained; (ii) waste material exceeding height or internal capacity of the equipment; and (iii) contaminated recyclables. If Advanced is assessed an overweight fine Advanced shall invoice Customer, and Customer shall pay any expenses or fees relating thereto.
**NON-HAZARDOUS WASTE ONLY.** Customer represents and warrants that all solid waste and material delivered to Advanced hereunder will not contain (i) any hazardous, biohazardous, infectious, radioactive, volatile, corrosive, highly flammable, explosive, biomedical, or toxic waste as defined by any applicable federal, state, or local agencies or laws or regulations, or (ii) any other toxins, chemicals, wastes, substances, or materials which pose an unreasonable risk to human health or the environment. Advanced agrees that it will be required to accept such unacceptable materials, and reserves the right to suspend the services to be provided by Advanced as contemplated hereunder, in the event Customer deposits or places for collection such unacceptable waste or materials. Customer shall remove waste or materials that Customer has deposited in Advanced's equipment which are subsequently determined or suspected by Advanced to be unacceptable pursuant to this Agreement. If such waste or materials are not removed by Customer immediately upon

receipt by Customer of notice that such waste or materials are unacceptable, Advanced shall arrange for lawful disposal of such waste or materials at the sole cost and expense of Customer. Customer shall indemnify, defend and hold Advanced, and its officers, directors, members, affiliates, parents, subsidiaries, employees, agents and representatives ("Advanced Parties") harmless for any costs or damages resulting from placing or depositing such unacceptable materials in or around Advanced's equipment and shall pay Advanced its reasonable expenses and charges for handling, loading, preparing, transporting, storing and caring for any such unacceptable materials. All title and liability to such unacceptable materials shall at all times remain with Customer, regardless of whether the unacceptable materials are loaded or unloaded. Customer shall at its expense provide any requested chemical characterization of the waste and shall give Advanced prior notice of any changes in the waste characteristics, consistency or the waste generation process. Customer shall be solely responsible for complying with applicable laws mandating pretreatment, source separation or the recycling of any waste stream or any approval from governmental agencies.

**TITLE.** Advanced is vested with title to all acceptable solid waste and materials accepted by Advanced. Any revenue or other value received by Advanced as a result of reclamation, recycling or resource recovery shall be solely for the account of Advanced. All equipment furnished by Advanced for use by the Customer which the Customer has not purchased shall remain the property of Advanced and the Customer shall have no right, title or interest in such equipment.

**INDEMNITY.** Customer agrees to defend, hold harmless and indemnify the Advanced Parties from and against any and all loss, damage, suits, liability and expenses (including, but not limited to, reasonable investigation and legal expenses) arising out of, or in connection with, death or bodily injuries to any person, destruction or damage to any property, contamination of or adverse effects on the environment, or any violation of governmental laws, regulations, or orders resulting from Customer's performance of this Agreement, breach of any representation, warranty, obligation, term or provision of the Agreement, violation of any applicable law, use or operation of any equipment provided to Customer by Advanced, damage to pavement, enclosures or equipment as discussed herein, or by the negligent or willful acts or omissions of Customer its employees or invitees, or its subcontractors in the performance of the Agreement. The provisions of this paragraph shall survive the termination, cancellation or expiration of this Agreement.

**ACCESS.** On collection day, Advanced's vehicle shall have clear access to the equipment. If the equipment is blocked in any way so as to prohibit collection, Customer will be notified and one additional attempt for collection shall be made by Advanced. Any additional collection attempt will be classified as an "extra pick-up" and Advanced shall have the right to charge Customer for the additional pick-up due to Customer's failure to provide clear access to the equipment and Customer agrees to pay such charge. Advanced shall not be liable in any way, and shall not be deemed to be in breach of this Agreement, for the failure to collect any solid waste or materials in the event Advanced did not have or was denied access to the equipment or Customer's premises.

**SERVICE RATE, FEE, AND ASSESSMENT ADJUSTMENTS.** Because disposal, environmental compliance, and fuel costs constitute a portion of the service costs provided by Advanced and its affiliates, Customer understands and agrees Advanced may increase service rates to account for any increase in such costs or to account for any increase in transportation costs due to changes in the location of the disposal facility by showing the amount on the Customer's invoice. Customer agrees Advanced may also increase service rates, without prior notice or consent, to adjust for cost increases or to achieve, among other things, an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may impose and Customer must pay any environmental and fuel fees, and any other fees and assessments such as maintenance or administrative fees, included on Customer's invoice, and that Advanced may increase or decrease these fees or assessments at any time and for any reason by showing the amount on Customer's invoice. Customer understands and agrees that increases in the service rates referenced above, and increases in the environmental and fuel fees, and any other fees and assessments, such as maintenance or administrative fees, may be made at any time and for any reason, including to help recover a portion of overall costs incurred by Advanced or its affiliated entities as may be necessary to achieve an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may pass through to Customer cost increases caused by weights being higher than those estimated. Customer shall pay all federal, state, local, or other taxes, assessments, fees, host charges, or similar charges directly or indirectly related to the transportation, collection, or disposal of solid waste which are imposed on Advanced by law, ordinance, or regulation and/or agreement with a governmental body, whether imposed retroactively or prospectively. In the event or occurrence of an act, event, or condition that is beyond the control of Advanced and that materially or adversely affects the cost of operation or maintenance of Advanced's equipment and facilities, Advanced may increase the applicable service rates, fees, and assessments in this Agreement to the extent necessary to help offset, directly or indirectly, the increase in such costs. Advanced may increase service rates, fees, and assessments for reasons other than those set forth above with the consent of the Customer. Such consent may be evidenced verbally, in or by the actions and practices of the parties, or by payment of the invoice service rates, fees, and assessments. Notwithstanding anything to the contrary, if the Customer does not object, in writing, within 30 days of the invoice date, the Customer shall have conclusively agreed that such invoice is correct in all respects, whether paid or not.

**CHARGES AND PAYMENT; CHANGES.** Customer shall pay Advanced on a monthly basis for the collection and disposal service provided by Advanced (including without limitation all charges for equipment maintenance and other applicable charges and fees as set forth on Customer's invoice). Payments shall be made by Customer within ten (10) days after the date of an invoice from Advanced. In the event that any payment is not made when due, Advanced, at its sole option, may at any time suspend the services to be provided hereunder or terminate this Agreement immediately and recover any equipment on the premises of the Customer. Any non-payment by Customer of any amounts, charges and fees due and owing hereunder shall, at the election of Advanced, be deemed to be a termination of this Agreement by the Customer pursuant to and subject to the terms above. Advanced and Customer agree that Advanced may impose, and Customer will pay, monthly interest on all past due (i.e., over 10 days from invoice date) service related charges, (including the base service rate, fuel fee, environmental fee, etc.). Advanced may assess monthly interest at an interest rate equal to 18% APR, or a minimum of $5.95, unless specifically prohibited by applicable law, in which case interest shall be assessed at the highest rate allowed by applicable law. Any interest charged or received in excess of the maximum amount permitted by applicable law shall be conclusively presumed to be the result of an accident and bona fide error, and shall, to the extent received by Advanced, at the option of Advanced, either be returned to the Customer or applied to reduce the principal amount owed to Advanced. Changes in the fees, rates, charges and surcharges, frequency of collection service, number capacity and type of equipment may be agreed to orally or in writing by the parties. Consent to oral changes shall be evidenced by the actions and practices of the parties.

**DRIVEWAYS AND PARKING AREAS.** Customer represents and warrants that any right-of-way provided by Customer from the equipment location to the most convenient public right-of-way is sufficient to bear the weight of all Advanced's equipment and vehicles reasonably required for the performance of this Agreement. Advanced shall not be responsible for damage, or any costs or expenses arising from such damage, to any pavement curbing, driving surface or accompanying sub-surface resulting from Advanced's performance of this Agreement.

**ATTORNEY'S FEES.** If any legal action or any other proceeding is brought by Advanced for the enforcement of this Agreement, or because of an alleged dispute, breach, default or misrepresentation in connection with this Agreement, Advanced shall be entitled to recover reasonable attorneys' fees, collection fees and other costs (including litigation related costs, costs associated with the engagement of any collection agency, and expert witness fees) leading up to or incurred in that action or proceeding in addition to any other relief to which it may be entitled.

**LIMITATION ON LIABILITY.** Advanced shall not be liable for any indirect, incidental or consequential damages and its aggregate liability, if any, arising out of this Agreement shall not exceed the aggregate fees paid to Advanced by Customer, regardless of whether recovery is sought in contract, tort, statute, strict liability or otherwise. EXCEPT AS EXPRESSLY SET FORTH HEREIN, ADVANCED MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WHICH ARE EXPRESSLY DISCLAIMED.

**ASSIGNMENT AND BENEFIT.** Customer may not assign or transfer its rights or obligations under this Agreement without the prior written consent of Advanced. Advanced may assign this Agreement without the consent of Customer, and Customer acknowledges and agrees that any such assignment by Advanced shall release Advanced from any liability under this Agreement from and after the date of the assignment. Subject to the forgoing, this Agreement shall be binding on the parties and their successors and assigns.

**RIGHT TO COMPETE.** Customer grants Advanced the right to compete with any offer Customer receives or intends to make or accept relating to any waste services to be rendered after termination of this Agreement and shall give Advanced written notice of any such offer and a reasonable opportunity to respond.

**ARBITRATION AGREEMENT, JURY TRIAL WAIVER, AND CLASS ACTION WAIVER CLAUSE.** Except for claims by Advanced for collection of its fees or individual claims by the Customer against Advanced for property damage, the parties knowingly, voluntarily and irrevocably agree that at the election of either party any controversy or claim arising between them (INCLUDING THOSE CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR ANY PRIOR AGREEMENT) shall be resolved by BINDING ARBITRATION under the rules of the American Arbitration Association, which arbitration shall be governed by and enforceable under the Federal Arbitration Act, and judgment on the award may be entered by any court having jurisdiction thereof. WHETHER IN ARBITRATION OR AS OTHERWISE EXCEPTED ABOVE, NO CLAIMS MAY BE BROUGHT AS A CLASS ACTION, ON A CONSOLIDATED BASIS OR ANY OTHER COLLECTIVE OR REPRESENTATIVE PROCEEDING. The parties acknowledge the service Advanced provides Customer impacts and effects interstate commerce and agree that any dispute about the enforceability or scope of the agreement to arbitrate shall be decided by the arbitrator. The parties' mutual promises contained herein, including to arbitrate certain disagreements, rather than litigate them before courts or other bodies, provide consideration for each other for this entire clause. EACH PARTY HERETO HEREBY WAIVES TRIAL BY JURY IN ANY ACTION, PROCEEDING, COUNTERCLAIM OR CROSS-CLAIM BROUGHT BY ANY OF THEM AGAINST THE OTHER AND WAIVES THE RIGHT TO PARTICIPATE AND/OR BE REPRESENTED IN ANY CLASS ACTION. Further, any action (including any arbitration) by Customer against Advanced in connection with this Agreement or any prior Agreement, or arising out of the Agreement or any prior Agreement, must be brought within one (1) year of any alleged breach of contract, tort, violation of statute or other alleged wrongful act. Any proceedings shall be conducted in the location where the services provided by Advanced to the Customer are performed.

**SEVERABILITY.** The provisions of this Agreement are independent and severable, and no provision shall be affected or rendered invalid or unenforceable by virtue of the fact that another provision has been determined to be invalid or unenforceable in whole or in part. If any provision of this Agreement is held to be unenforceable, then this Agreement will be deemed amended to the extent necessary to render the otherwise unenforceable provision, and the rest of the Agreement, valid and enforceable. If a court declines to amend this Agreement as provided herein, the invalidity or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of the remaining provisions, which shall be enforced as if the offending provision had not been included in this Agreement.

**CHANGE OF TERMS.** Except as otherwise agreed herein or as may be prohibited by applicable law, Advanced and Customer agree that Advanced may change the pre-printed terms and conditions of this Agreement in the future.

**MISCELLANEOUS.** Customer acknowledges and agrees that any telephone calls made to Advanced by Customer may be recorded. Customer also agrees to accept any service and promotional information sent by Advanced whether by mail or electronic transmission. If any conflict or differences exist in this Agreement between terms are printed and those which are typed or written, the typed or written language shall govern. In the event that Customer claims that Advanced is in breach or default of any provisions of this Agreement, Customer must notify Advanced in writing of the alleged breach or default and allow Advanced at least ten (10) days to cure same prior to Customer terminating, or attempting to terminate, this Agreement. This Agreement shall be governed by the laws of the state of Florida without regard to conflicts-of-laws principles that would require the application of any other law and is executed as of the Effective Date specified above. This Agreement constitutes the entire understanding between Advanced and Customer regarding the subject matter hereof and, except as otherwise provided for herein, supersedes all prior negotiations, representations, understandings and agreements, either written or oral, with respect to such subject matter. This Agreement may be executed in one or more counterparts, each of which will be deemed to be an original copy and all of which, when taken together, will be deemed to constitute one and the same agreement. The exchange of copies of this Agreement and of signature pages by facsimile transmission or electronic mail in PDF format will constitute effective execution and delivery of this Agreement as to the parties and may be used in lieu of the original Agreement for all purposes. This is an Agreement for the performance of specific services described herein. Customer's representations, warranties, indemnifications and the arbitration provisions of this Agreement shall survive termination of this Agreement

TERMS: NET 10 DAYS

Customer Name: ████████████████████                                    Customer Initi ████

**Advanced Disposal**

SALESPERSON # AW   FEL X   REL ____   ROL ____

# SERVICE AGREEMENT

CUSTOMER #: ▮▮▮▮▮▮      SITE #: ▮▮▮▮

New Account ____    Service Increase ____      Service Decrease ____    Cancel ____

Rate Increase ____    Rate Decrease ____      Other REN    Reason Code CI

**CUSTOMER MASTER/BILLING INFORMATION**

LEGAL NAME: ▮▮▮▮▮▮▮▮▮▮▮▮

ADDRESS LINE 1: ▮▮▮▮▮▮▮▮

ADDRESS LINE 2:

CITY: ALLENTOWN    STATE: PA

ZIP CODE: 18102    PHONE: ( ▮▮ ) ▮▮ - ____

FAX: ( ____ ) - ____

EMAIL: ▮▮▮▮▮▮▮▮

CONTACT NAME: ▮▮▮▮▮

**SITE MASTER MAINTENANCE/SERVICE LOCATION**

NAME: SAME

ADDRESS LINE 1: ____

ADDRESS LINE 2: ____

CITY: ____    STATE: ____

ZIP CODE: ____    PHONE: ( ____ ) - ____

FAX: ( ____ ) - ____

EFFECTIVE DATE OF AGREEMENT: 1/9/2015

| | SERV # | SERV TYPE | QTY | CONT. SIZE | COMP. Y/N | ON CALL Y/N | FREQ | EXTRA PICK UP/HAUL RATE | DISPOSAL CHARGE | MONTHLY CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| NEW | 2 | FL MSW | 1 | 2YD | N | N | 1XWK | 80.00 | N/A | 76.47 |
| OLD | 1 | FL MSW | 1 | 2YD | N | N | 1XWK | 24.00 | N/A | 44.10 |

OTHER CHARGES:   15% FUEL (AN)   NO ADMIN     P.O. # ____
+ Fuel Fee & Environmental Fee as shown on invoice + PA GAS   ???
$0.00   Container Delivery    TAX

*By execution hereof, Customer agrees that this Service Agreement (the "Agreement") is a legally binding contract, enforceable in accordance with its terms, between Advanced Disposal Services LEHIGH VALLEY ____ , LLC/Inc. ("Advanced") and Customer, and the individual executing this Agreement on behalf of Customer has all power and authority to do so. Customer agrees to accept the services and equipment at the charges and frequency indicated in this Agreement subject to the terms and conditions specified below.*

ADVANCED:                CUSTOMER: ▮▮▮▮▮

By: *Arielle Wagner*        By: ▮▮▮▮▮

Print Name: Arielle Wagner    Print Name: ▮▮▮▮▮

Date: 1/13/15        Date: ▮▮▮▮

(Please initial the back page)

## TERMS AND CONDITIONS

**SERVICES RENDERED.** Customer grants to Advanced the exclusive right to collect and dispose of all of Customer's solid waste material, including any recyclable materials, and agrees to make the payments as provided for herein, and Advanced agrees to furnish such services and equipment as specified above, all in accordance with the terms and conditions of this Agreement. In the event Advanced is rendered unable to perform its obligations hereunder due to an act, event or condition that is beyond Advanced's control, it shall notify Customer of such event and the obligations of Advanced may be suspended during the continuation of any inability so caused by such event, act or condition.
**TERM.** This Agreement is a legally binding contract and shall extend for an initial term of five (5) years from the date hereof (the "Initial Term"), and, except where prohibited by law, shall be automatically renewed for successive 5 year terms (each a "Renewal Term") thereafter, unless either party shall give written notice of non-renewal (via certified mail) to the other at least sixty (60) days but not more than one hundred twenty (120) days prior to the expiration of the Initial Term, or any Renewal Term (together, the "Term"). In the event the Customer should attempt to discontinue or terminate this Agreement other than as provided above, Customer agrees to pay to Advanced as liquidated damages a sum equal to the average of the latest six months invoices sent to the Customer by Advanced multiplied by six (6), or if Customer has not been serviced for six months, an amount equal to Customer's most recent monthly charge multiplied by six. This Agreement includes any recyclable material, non-scheduled or on call service with exclusive rights to Advanced. Advanced agrees that if Customer no longer requires any collection, disposal, or recycling for its materials due solely to the discontinuance of its business or the relocation of its business outside the area in which Advanced provides collection service, Customer may terminate this Agreement upon written notice to Advanced (via certified mail) at least sixty (60) days prior to the date of relocation or termination of Customer's business; provided however, that Customer shall remit all amounts due and owing to Advanced prior to such termination. Notwithstanding the forgoing, Customer agrees that this Agreement applies to any change of location of Customer, and all additional locations of Customer within the area the Contractor provides the services contemplated hereunder. This section shall survive any termination or expiration of the Agreement.
**ENCLOSURES.** All solid waste enclosures must meet the enclosure standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Advanced will not be responsible in any manner for any damage to an enclosure or for any costs and expenses arising from such damage to an enclosure.
**EQUIPMENT.** The word "equipment" as used herein shall mean all containers, compactors and other equipment used for storage of waste material utilized in the performance of this Agreement. Customer acknowledges that it has the care, custody and control of any equipment furnished to Customer while it is at Customer's premises and accepts sole responsibility, and shall be liable, for all loss and damage, normal wear and tear excepted, to such equipment and for the cleanliness and safekeeping of such equipment. Customer shall not overload any equipment (by weight or volume) and shall use it only for its intended purposes. All enclosures must meet the standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Customer shall not remove or alter, nor authorize the removal or alteration of, any such equipment without the prior written consent of Advanced, nor shall Customer use the equipment for incineration purposes. Customer shall maintain the Equipment and surrounding area in a clean and safe condition and shall secure the Equipment at all times to prevent unauthorized access to or dumping or looting. Customer shall have no responsibility with regard to repairs of any lien or encumbrance. Customer shall pay an extra yardage/pickup fee for any of the following: (i) waste material not properly contained; (ii) waste material exceeding height or internal capacity of the equipment; and (iii) contaminated recyclables. If Advanced is assessed an overweight fine Advanced shall invoice Customer, and Customer shall pay any expenses or fees relating thereto.
**NON-HAZARDOUS WASTE ONLY.** Customer represents and warrants that all solid waste and material delivered to Advanced hereunder will not contain (i) any hazardous, biohazardous, infectious, radioactive, volatile, corrosive, highly flammable, explosive, biomedical, or toxic waste as defined by any applicable federal, state, or local agencies or laws or regulations, or (ii) any other toxins, chemicals, wastes, substances, or materials which pose an unreasonable risk to human health or the environment. Advanced shall not be required to accept such unacceptable materials, and reserves the right to suspend the services to be provided by Advanced as contemplated hereunder, in the event Customer deposits or places for collection such unacceptable waste or materials. Customer shall remove waste or materials that Customer has deposited in Advanced's equipment which are subsequently determined or suspected by Advanced to be unacceptable pursuant to this Agreement. If such waste or materials are not removed by Customer immediately upon

receipt by Customer of notice that such waste or materials are unacceptable, Advanced shall arrange for lawful disposal of such waste or materials at the sole cost and expense of Customer. Customer shall indemnify, defend and hold Advanced, and its officers, directors, members, affiliates, parents, subsidiaries, employees, agents and representatives ("Advanced Parties") harmless for any costs or damages resulting from placing or depositing such unacceptable materials in or around Advanced's equipment and shall pay Advanced its reasonable expenses and charges for handling, loading, preparing, transporting, storing and caring for any such unacceptable materials. All title and liability to such unacceptable materials shall at all times remain with Customer, regardless of whether the unacceptable materials are loaded or unloaded. Customer shall at its expense provide any requested chemical characterization of the waste and shall give Advanced prior notice of any changes in the waste characteristics, consistency or the waste generation process. Customer shall be solely responsible for complying with applicable laws mandating pretreatment, source separation or the recycling of any waste stream or any approval from governmental agencies.

**TITLE.** Advanced is vested with title to all acceptable solid waste and materials accepted by Advanced. Any revenue or other value received by Advanced as a result of reclamation, recycling or resource recovery shall be solely for the account of Advanced. All equipment furnished by Advanced for use by the Customer which the Customer has not purchased shall remain the property of Advanced and the Customer shall have no right, title or interest in such equipment.

**INDEMNITY.** Customer agrees to defend, hold harmless and indemnify the Advanced Parties from and against any and all loss, damage, suits, liability and expenses (including, but not limited to, reasonable investigation and legal expenses) arising out of, or in connection with, death or bodily injuries to any person, destruction or damage to any property, contamination of or adverse effects on the environment, or any violation of governmental laws, regulations, or orders resulting from Customer's performance of this Agreement, breach of any representation, warranty, obligation, term or provision of the Agreement, violation of any applicable law, use or operation of any equipment provided to Customer by Advanced, damage to pavement, endeavors or equipment as discussed herein, or by the negligent or willful acts or omissions of Customer its employees or invitees, or its subcontractors in the performance of the Agreement. The provisions of this paragraph shall survive the termination, cancellation or expiration of this Agreement.

**ACCESS.** On collection day, Advanced's vehicle shall have clear access to the equipment. If the equipment is blocked in any way so as to prohibit collection, Customer will be notified and one additional attempt for collection shall be made by Advanced. Any additional collection attempt will be classified as an "extra pick-up" and Advanced shall have the right to charge Customer for the additional pick-up due to Customer's failure to provide clear access to the equipment and Customer agrees to pay such charge. Advanced shall not be liable in any way, and shall not be deemed to be in breach of this Agreement, for the failure to collect any solid waste or materials in the event Advanced did not have or was denied access to the equipment or Customer's premises.

**SERVICE RATE, FEE, AND ASSESSMENT ADJUSTMENTS.** Because disposal, environmental compliance, and fuel costs constitute a portion of the service costs provided by Advanced and its affiliates, Customer understands and agrees Advanced may increase service rates to account for any increase in such costs or to account for any increase in transportation costs due to changes in the location of the disposal facility by showing the amount on the Customer's invoice. Customer agrees Advanced may also increase service rates, without prior notice or consent, to adjust for cost increases or to achieve, among other things, an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may impose and Customer must pay any environmental and fuel fees, and any other fees and assessments such as maintenance or administrative fees, included on Customer's invoice, and that Advanced may increase or decrease these fees or assessments at any time and for any reason by showing the amount on Customer's invoice. Customer understands and agrees that increases in the service rates referenced above, and increases in the environmental and fuel fees, and any other fees and assessments, such as maintenance or administrative fees, may be made at any time and for any reason, including to help recover a portion of overall costs incurred by Advanced or its affiliated entities as may be necessary to achieve an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may pass through to Customer cost increases caused by weights being higher than those estimated. Customer shall pay all federal, state, local, or other taxes, assessments, fees, host charges, or similar charges directly or indirectly related to the transportation, collection, or disposal of solid waste which are imposed on Advanced by law, ordinance, or regulation and/or agreement with a governmental body, whether imposed retroactively or prospectively. In the event of occurrence of an act, event, or condition that is beyond the control of Advanced and that materially or adversely affects the cost of operation or maintenance of Advanced's equipment and facilities, Advanced may increase the applicable service rates, fees, and assessments in this Agreement to the extent necessary to help offset, directly or indirectly, the increase in such costs. Advanced may increase service rates, fees, and assessments for reasons other than those set forth above with the consent of the Customer. Such consent may be evidenced verbally, in or by the actions and practices of the parties, or by payment of the invoice service rates, fees, and assessments. Notwithstanding anything to the contrary, if the Customer does not object, in writing, within 30 days of the invoice date, the Customer shall have conclusively agreed that such invoice is correct in all respects, whether paid or not.

**CHARGES AND PAYMENT; CHANGES.** Customer shall pay Advanced on a monthly basis for the collection and disposal service provided by Advanced (including without limitation all charges for equipment maintenance and other applicable charges and fees as set forth on Customer's invoice). Payments shall be made by Customer within ten (10) days after the date of an invoice from Advanced. In the event that any payment is not made when due, Advanced, at its sole option, may at any time suspend the services to be provided hereunder or terminate the Agreement immediately and recover any equipment on the premises of the Customer. Any non-payment by Customer of any amounts, charges and fees due and owing hereunder shall, at the election of Advanced, be deemed to be a termination of this Agreement by the Customer pursuant to and subject to the terms above. Advanced and Customer agree that Advanced may impose, and Customer will pay, monthly interest on all past due (i.e., over 10 days from invoice date) service related charges, (including the base service rate, fuel fee, environmental fee, etc.). Advanced may assess monthly interest at an interest rate equal to 18% APR, or a minimum of $5.95, unless specifically prohibited by applicable law, in which case interest shall be assessed at the highest rate allowed by applicable law. Any interest charged or received in excess of the maximum amount permitted by applicable law shall be conclusively presumed to be the result of an accident and bona fide error, and shall, to the extent received by Advanced, at the option of Advanced, either be returned to the Customer or applied to reduce the principal amount owed to Advanced. Changes in the fees, rates, charges and surcharges, frequency of collection service, number capacity and type of equipment may be agreed to orally or in writing by the parties. Consent to oral changes shall be evidenced by the actions and practices of the parties.

**DRIVEWAYS AND PARKING AREAS.** Customer represents and warrants that any right-of-way provided by Customer from the equipment location to the most convenient public right-of-way is sufficient to bear the weight of all Advanced's equipment and vehicles reasonably required for the performance of this Agreement. Advanced shall not be responsible for damage, or any costs or expenses arising from such damage, to any pavement curbing, driving surface or accompanying sub-surface resulting from Advanced's performance of this Agreement.

**ATTORNEY'S FEES.** If any legal action or any other proceeding is brought by Advanced for the enforcement of this Agreement, or because of an alleged dispute, breach, default or misrepresentation in connection with this Agreement, Advanced shall be entitled to recover reasonable attorneys' fees, collection fees and other costs (including litigation related costs, costs associated with the engagement of any collection agency, and expert witness fees) leading up to or incurred in that action or proceeding in addition to any other relief to which it may be entitled.

**LIMITATION ON LIABILITY.** Advanced shall not be liable for any indirect, incidental or consequential damages and its aggregate liability, if any, arising out of this Agreement shall not exceed the aggregate fees paid to Advanced by Customer, regardless of whether recovery is sought in contract, tort, statute, strict liability or otherwise. EXCEPT AS EXPRESSLY SET FORTH HEREIN, ADVANCED MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WHICH ARE EXPRESSLY DISCLAIMED.

**ASSIGNMENT AND BENEFIT.** Customer may not assign or transfer its rights or obligations under this Agreement without the prior written consent of Advanced. Advanced may assign this Agreement without the consent of Customer, and Customer acknowledges and agrees that any such assignment by Advanced shall release Advanced from any liability under this Agreement from and after the date of the assignment. Subject to the forgoing, this Agreement shall be binding on the parties and their successors and assigns.

**RIGHT TO COMPETE.** Customer grants Advanced the right to compete with any offer Customer receives or intends to make or accept relating to any waste services to be rendered after termination of this Agreement and shall give Advanced written notice of any such offer and a reasonable opportunity to respond.

**ARBITRATION AGREEMENT, JURY TRIAL WAIVER, and CLASS ACTION WAIVER CLAUSE.** Except for claims by Advanced for collection of its fees or individual claims by the Customer against Advanced for property damage, the parties knowingly, voluntarily and irrevocably agree that at the election of either party any controversy or claim arising between them (INCLUDING THOSE CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR ANY PRIOR AGREEMENT) shall be resolved by BINDING ARBITRATION under the rules of the American Arbitration Association, which arbitration shall be governed by and enforceable under the Federal Arbitration Act, and judgment on the award may be entered by any court having jurisdiction thereof. WHETHER IN ARBITRATION OR AS OTHERWISE EXCEPTED ABOVE, NO CLAIMS MAY BE BROUGHT AS A CLASS ACTION, ON A CONSOLIDATED BASIS OR ANY OTHER COLLECTIVE OR REPRESENTATIVE PROCEEDING. The parties acknowledge the service Advanced provides Customer impacts interstate commerce and agree that any dispute about the enforceability or scope of the agreement to arbitrate shall be decided by the arbitrator. The parties' mutual promises contained herein, including to arbitrate certain disagreements, rather than litigate them before courts or other bodies, provide consideration for each other for this entire clause. EACH PARTY HERETO HEREBY WAIVES TRIAL BY JURY IN ANY ACTION, PROCEEDING, COUNTERCLAIM OR CROSS-CLAIM BROUGHT BY ANY OF THEM AGAINST THE OTHER AND WAIVES THE RIGHT TO PARTICIPATE AND/OR BE REPRESENTED IN ANY CLASS ACTION. Further, any action (including any arbitration) by Customer against Advanced in connection with this Agreement or any prior Agreement, or arising out of the Agreement or any prior Agreement, must be brought within one (1) year of any alleged breach of contract, tort, violation of statute or other alleged wrongful act. Any proceedings shall be conducted in the location where the services provided by Advanced to the Customer are performed.

**SEVERABILITY.** The provisions of this Agreement are independent and severable, and no provision shall be affected or rendered invalid or unenforceable by virtue of the fact that another provision has been determined to be invalid or unenforceable in whole or in part. If any provision of this Agreement is held to be unenforceable, then this Agreement will be deemed amended to the extent necessary to render the otherwise unenforceable provision, and the rest of the Agreement, valid and enforceable. If a court declines to amend this Agreement as provided herein, the invalidity or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of the remaining provisions, which shall be enforced as if the offending provision had not been included in this Agreement.

**CHANGE OF TERMS.** Except as otherwise agreed herein or as may be prohibited by applicable law, Advanced and Customer agree that Advanced may change the pre-printed terms and conditions of this Agreement in the future.

**MISCELLANEOUS.** Customer acknowledges and agrees that any telephone calls made to Advanced by Customer may be recorded. Customer also agrees to accept any service and promotional information sent by Advanced whether by mail or electronic transmission. If any conflict or differences exist in this Agreement between terms as printed and those which are typed or written, the typed or written language shall govern. In the event that Customer claims that Advanced is in breach or default of any provisions of this Agreement, Customer must notify Advanced in writing of the alleged breach or default and allow Advanced at least ten (10) days to cure same prior to Customer terminating, or attempting to terminate, the Agreement. This Agreement shall be governed by the laws of the state of Florida without regard to conflict-of-laws principles that would require the application of any other law and is executed as of the Effective Date specified above. This Agreement constitutes the entire understanding between Advanced and Customer regarding the subject matter hereof and, except as otherwise provided for herein, supersedes all prior negotiations, representations, understandings and agreements, either written or oral, with respect to such subject matter. This Agreement may be executed in one or more counterparts, each of which will be deemed to be an original copy and all of which, when taken together, will be deemed to constitute one and the same agreement. The exchange of copies of this Agreement and of signature pages by facsimile transmission or electronic mail in PDF format will constitute effective execution and delivery of this Agreement as to the parties and may be used in lieu of the original Agreement for all purposes. This is an Agreement for the performance of specific services described herein. Customer's representations, warranties, indemnifications and the arbitration provisions of this Agreement shall survive termination of this Agreement.

**TERMS: NET 10 DAYS**

Customer Name: ▇▇▇▇▇▇▇▇▇                                                                Customer Initial ▇▇▇



SALESPERSON # RT   FEL _____ REL X _____ ROL _____

# SERVICE AGREEMENT

**CUSTOMER #:** ▉▉▉▉▉▉

New Account _____   Service Increase _____

Rate Increase _____   Rate Decrease _____

## CUSTOMER MASTER/BILLING INFORMATION

LEGAL NAME: ▉▉▉▉▉▉▉▉▉▉

ADDRESS LINE 1 ▉▉▉▉▉▉▉▉

ADDRESS LINE 2: _____

CITY: POTTSTOWN        STATE: PA

ZIP CODE: 19465   PHONE: ▉▉▉ - ▉▉ - ▉▉▉

FAX: ( 610 ) - _____ - _____

EMAIL: ▉▉▉▉▉▉▉▉▉▉▉

CONTACT NAME: ▉▉▉▉▉▉▉▉

**SITE #:** ▉▉▉▉▉▉

Service Decrease X   Cancel _____

Other X   RENEWAL   Reason Code CI/DP

## SITE MASTER MAINTENANCE/SERVICE LOCATION

NAME: SAME

ADDRESS LINE 1: _____

ADDRESS LINE 2: _____

CITY: _____ STATE: _____

ZIP CODE: _____ PHONE: ( 610 ) - _____ - _____

FAX: ( 610 ) - _____ - _____

EFFECTIVE DATE OF AGREEMENT: 6/22/2015

| | SERV # | SERV TYPE | QTY | CONT. SIZE | COMP. Y/N | ON CALL Y/N | FREQ | EXTRA PICK UP/HAUL RATE | DISPOSAL CHARGE | MONTHLY CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| NEW | 1 | R/L MSW | 1 | 2YD | N | N | EOW | $80.00 | 0 | $49.00 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| OLD | 1 | R/L MSW | 1 | 2YD | N | N | 1XWK | 0 | 0 | $94.93 |
| | | | | | | | | | | |

**OTHER CHARGES:** ALL ADS FEES
+ Fuel Fee & Environmental Fee as shown on invoice

$_____ Container Delivery

P.O. # _____

*By execution hereof, Customer agrees that this* Service Agreement (the "Agreement") is a legally binding contract, enforceable in accordance with its terms, between Advanced Disposal Services SHIPPENSBURG , LLC/Inc. ("Advanced") and Customer, and the individual executing *this Agreement on behalf of Customer has all power and authority to do so. Customer agrees to accept the services and equipment at the charges and frequency indicated in this Agreement subject to the terms and conditions specified below.*

**ADVANCED**
By: _R. Thomp▉_
Print Name: _____
Date: __6/9/15__

**CUSTOMER** ▉▉▉▉▉▉▉▉
By: ▉▉▉▉▉▉▉▉
Print Name: ▉▉▉▉▉▉▉▉
Date: 6/21/2015
(Please initial the back page)

## TERMS AND CONDITIONS

**SERVICES RENDERED.** Customer grants to Advanced the exclusive right to collect and dispose of all of Customer's solid waste materials, including any recyclable materials, and agrees to make the payments as provided for herein, and Advanced agrees to furnish such services and equipment as specified above, all in accordance with the terms and conditions of this Agreement. In the event Advanced is rendered unable to perform its obligations hereunder due to an act, event or condition that is beyond Advanced' control, it shall notify Customer of such event and the obligations of Advanced may be suspended during the continuation of any inability so caused by such event, act or condition. **TERM. This Agreement is a legally binding contract and shall extend for an initial term of five (5) years from the date hereof (the "Initial Term")**, and, except where prohibited by law, shall be automatically renewed for successive 5 year terms (each a "Renewal Term") thereafter, unless either party shall give written notice of non-renewal (via certified mail) to the other at least sixty (60) days but not more than one hundred twenty (120) days prior to the expiration of the Initial Term, or any Renewal Term (together, the "Term"). In the event the Customer should attempt to discontinue or terminate this Agreement other than as provided above, Customer agrees to pay to Advanced as liquidated damages a sum equal to the average of the latest six months invoices sent to the Customer by Advanced multiplied by six (6), or if Customer has not been serviced for six months, an amount equal to Customer's most recent monthly charge multiplied by six. This Agreement includes any recyclable material, non-scheduled or on call service with exclusive rights to Advanced. Advanced agrees that if Customer no longer requires any collection, disposal, or recycling for its materials due solely to the discontinuance of its business or the relocation of its business outside the area in which Advanced provides collection service, Customer may terminate this Agreement upon written notice to Advanced (via certified mail) at least sixty (60) days prior to the date of relocation or termination of Customer's business; provided however, that Customer shall remit all amounts due and owing to Advanced prior to such termination. Notwithstanding the forgoing, Customer agrees that this Agreement applies to any change of location of Customer, and all additional locations of Customer within the area the Contractor provides the services contemplated hereunder. This section shall survive any termination or expiration of the Agreement.

receipt by Customer of notice that such waste or materials are unacceptable, Advanced shall arrange for lawful disposal of such waste or materials at the sole cost and expense of Customer. Customer shall indemnify, defend and hold Advanced, and its officers, directors, members, affiliates, parents, subsidiaries, employees, agents and representatives ("Advanced Parties") harmless for any costs or damages resulting from placing or depositing such unacceptable materials in or around Advanced's equipment and shall pay Advanced its reasonable expenses and charges for handling, loading, preparing, transporting, storing and caring for any such unacceptable materials. All title and liability to such unacceptable materials shall at all times remain with Customer, regardless of whether the unacceptable materials are loaded or unloaded. Customer shall at its expense provide any requested chemical characterization of the waste and shall give Advanced prior notice of any changes in the waste characteristics, consistency or the waste generation process. Customer shall be solely responsible for complying with applicable laws mandating pretreatment, source separation or the recycling of any waste stream or any approval from governmental agencies.

**TITLE.** Advanced is vested with title to all acceptable solid waste and materials accepted by Advanced. Any revenue or other value received by Advanced as a result of reclamation, recycling or resource recovery shall be solely for the account of Advanced. All equipment furnished by Advanced for use by the Customer which the Customer has not purchased shall remain the property of Advanced and the Customer shall have no right, title or interest in such equipment.

**INDEMNITY.** Customer agrees to defend, hold harmless and indemnify the Advanced Parties from and against any and all loss, damage, suits, liability and expenses (including, but not limited to, reasonable investigation and legal expenses) arising out of, or in connection with, death or bodily injuries to any person, destruction or damage to any property, contamination of or adverse effects on the environment, or any violation of governmental laws, regulations, or orders resulting from Customer's performance of this Agreement, breach of any representation, warranty, obligation, term or provision of the Agreement, violation of any applicable law, use or operation of any equipment provided to Customer by Advanced, damage to pavement, enclosures or equipment as discussed herein, or by the negligent or willful acts or omissions of Customer its employees or invitees, or its subcontractors in the performance of the Agreement. The provisions of this paragraph shall survive the termination, cancellation or expiration of this Agreement.

**ACCESS.** On collection day, Advanced's vehicle shall have clear access to the equipment. If the equipment is blocked in any way so as to prohibit collection, Customer will be notified and one additional attempt for collection shall be made by Advanced. Any additional collection attempt will be classified as an "extra pick-up" and Advanced shall have the right to charge Customer for the additional pick-up due to Customer's failure to provide clear access to the equipment and Customer agrees to pay such charge. Advanced shall not be liable in any way, and shall not be deemed to be in breach of this Agreement, for the failure to collect any solid waste or materials in the event Advanced did not have or was denied access to the equipment or Customer's premises.

**SERVICE RATE, FEE, AND ASSESSMENT ADJUSTMENTS.** Because disposal, environmental compliance, and fuel costs constitute a portion of the service costs provided by Advanced and its affiliates, Customer understands and agrees Advanced may increase service rates to account for any increase in such costs or to account for any increase in transportation costs due to changes in the location of the disposal facility by showing the amount on the Customer's invoice. Customer agrees Advanced may also increase service rates, without prior notice or consent, to adjust for cost increases or to achieve, among other things, an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may impose and Customer must pay any environmental and fuel fees, and any other fees and assessments such as maintenance or administrative fees, included on Customer's invoice, and that Advanced may increase or decrease these fees or assessments at any time and for any reason by showing the amount on Customer's invoice. Customer understands and agrees that increases in the service rates referenced above, and increases in the environmental and fuel fees, and any other fees and assessments, such as maintenance or administrative fees, may be made at any time and for any reason, including to help recover a portion of overall costs incurred by Advanced or its affiliated entities as may be necessary to achieve an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may pass through Customer cost increases caused by weights being higher than those estimated. Customer shall pay all federal, state, local, or other taxes, assessments, fees, host charges, or similar charges directly or indirectly related to the transportation, collection, or disposal of solid waste which are imposed on Advanced by law, ordinance, or regulation and/or agreement with a governmental body, whether imposed retroactively or prospectively. In the event or occurrence of an act, event, or condition that is beyond the control of Advanced and that materially or adversely affects the cost of operation or maintenance of Advanced's equipment and facilities, Advanced may increase the applicable service rates, fees, and assessments in this Agreement to the extent necessary to help offset, directly or indirectly, the increase in such costs. Advanced may increase service rates, fees, and assessments for reasons other than those set forth above with the consent of the Customer. Such consent may be evidenced verbally, in or by the actions and practices of the parties, or by payment of the invoice service rates, fees, and assessments. Notwithstanding anything to the contrary, if the Customer does not object, in writing, within 30 days of the invoice date, the Customer shall have conclusively agreed that such invoice is correct in all respects, whether paid or not.

**CHARGES AND PAYMENT; CHANGES.** Customer shall pay Advanced on a monthly basis for the collection and disposal service provided by Advanced (including without limitation all charges for equipment maintenance and other applicable charges and fees as set forth on Customer's invoice). Payments shall be made by Customer within ten (10) days after the date of an invoice from Advanced. In the event that any payment is not made when due, Advanced, at its sole option, may at any time suspend the services to be provided hereunder or terminate the Agreement immediately and recover any equipment on the premises of the Customer. Any non-payment by Customer of any amounts, charges and fees due and owing hereunder shall, at the election of Advanced, be deemed to be a termination of this Agreement by the Customer pursuant to and subject to the terms above. Advanced and Customer agree that Advanced may impose, and Customer shall pay, monthly interest on all past due (i.e., over 10 days from invoice date) service related charges, (including the base service rate, fuel fee, environmental fee, etc.). Advanced may assess monthly interest at an interest rate equal to 18% APR, or a minimum of $5.95, unless specifically prohibited by applicable law, in which case interest shall be assessed at the highest rate allowed by applicable law. Any interest charged or received in excess of the maximum amount permitted by applicable law shall be conclusively presumed to be the result of an accident and bona fide error, and shall, to the extent received by Advanced, at the option of Advanced, either be returned to the Customer or applied to reduce the principal amount owed to Advanced. Changes in the fees, rates, charges and surcharges, frequency of collection service, number capacity and type of equipment may be agreed to orally or in writing by the parties. Consent to oral changes shall be evidenced by the actions and practices of the parties.

**DRIVEWAYS AND PARKING AREAS.** Customer represents and warrants that any right-of-way provided by Customer from the equipment location to the most convenient public right-of-way is sufficient to bear the weight of all Advanced's equipment and vehicles reasonably required for the performance of this Agreement. Advanced shall not be responsible for damage, or any costs or expenses arising from such damage, to any pavement curbing, driving surface or accompanying sub-surface resulting from Advanced's performance of this Agreement.

**ATTORNEY'S FEES.** If any legal action or any other proceeding is brought by Advanced for the enforcement of this Agreement, or because of an alleged dispute, breach, default or misrepresentation in connection with this Agreement, Advanced shall be entitled to recover reasonable attorneys' fees, collection fees and other costs (including litigation related costs, costs associated with the engagement of any collection agency, and expert witness fees) leading up to or incurred in that action or proceeding in addition to any other relief to which it may be entitled.

**LIMITATION ON LIABILITY.** Advanced shall not be liable for any indirect, incidental or consequential damages and its aggregate liability, if any, arising out of this Agreement shall not exceed the aggregate fees paid to Advanced by Customer, regardless of whether recovery is sought in contract, tort, statute, strict liability or otherwise. EXCEPT AS EXPRESSLY SET FORTH HEREIN, ADVANCED MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WHICH ARE EXPRESSLY DISCLAIMED.

**ASSIGNMENT AND BENEFIT.** Customer may not assign or transfer its rights or obligations under this Agreement without the prior written consent of Advanced. Advanced may assign this Agreement without the consent of Customer, and Customer acknowledges and agrees that any such assignment by Advanced shall release Advanced from any liability under this Agreement from and after the date of the assignment. Subject, to the forgoing, this Agreement shall be binding on the parties and their successors and assigns.

**RIGHT TO COMPETE.** Customer grants Advanced the right to compete with any offer Customer receives or intends to make or accept relating to any waste services to be rendered after termination of this Agreement and shall give Advanced written notice of any such offer and a reasonable opportunity to respond.

**ARBITRATION AGREEMENT, JURY TRIAL WAIVER, and CLASS ACTION WAIVER CLAUSE.** Except for claims by Advanced for collection of its fees or individual claims by the Customer against Advanced for property damage, the parties knowingly, voluntarily and irrevocably agree that at the election of either party any controversy or claim arising between them (INCLUDING THOSE CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR ANY PRIOR AGREEMENT) shall be resolved by BINDING ARBITRATION under the rules of the American Arbitration Association, which arbitration shall be governed by and enforceable under the Federal Arbitration Act, and judgment on the award may be entered by any court having jurisdiction thereof. WHETHER IN ARBITRATION OR AS OTHERWISE EXCEPTED ABOVE, NO CLAIMS MAY BE BROUGHT AS A CLASS ACTION, ON A CONSOLIDATED BASIS OR ANY OTHER COLLECTIVE OR REPRESENTATIVE PROCEEDING. The parties acknowledge the service Advanced provides Customer impacts and effects interstate commerce and agree that any dispute about the enforceability or scope of the agreement to arbitrate shall be decided by the arbitrator. The parties' mutual promises contained herein, including to arbitrate certain disagreements, rather than litigate them before courts or other bodies, provide consideration for each other for this entire clause. EACH PARTY HERETO HEREBY WAIVES TRIAL BY JURY IN ANY ACTION, PROCEEDING, COUNTERCLAIM OR CROSS-CLAIM BROUGHT BY ANY OF THEM AGAINST THE OTHER AND WAIVES THE RIGHT TO PARTICIPATE AND/OR BE REPRESENTED IN ANY CLASS ACTION. Further, any action (including any arbitration) by Customer against Advanced in connection with this Agreement or any prior Agreement, or arising out of the Agreement or any prior Agreement, must be brought within one (1) year of any alleged breach of contract, tort, violation of statute or other alleged wrongful act. Any proceedings shall be conducted in the location where the services provided by Advanced to the Customer are performed.

**SEVERABILITY.** The provisions of this Agreement are independent and severable, and no provision shall be affected or rendered invalid or unenforceable by virtue of the fact that another provision has been determined to be invalid or unenforceable in whole or in part. If any provision of this Agreement is held to be unenforceable, then this Agreement will be deemed amended to the extent necessary to render the otherwise unenforceable provision, and the rest of the Agreement, valid and enforceable. If a court declines to amend

**Advanced Disposal**

SALESPERSON # ds   FEL X   REL ____   ROL ____

# SERVICE AGREEMENT

| CUSTOMER #: ███ | SITE #: ███ |
|---|---|
| New Account ____   Service Increase X | Service Decrease ____   Cancel ____ |
| Rate Increase ____   Rate Decrease ____ | Other ____   Reason Code IP |

| **CUSTOMER MASTER/BILLING INFORMATION** | **SITE MASTER MAINTENANCE/SERVICE LOCATION** |
|---|---|
| LEGAL NAME: ███ | NAME: ███ |
| ADDRESS LINE 1: ███ | ADDRESS LINE 1: ███ |
| ADDRESS LINE 2: | ADDRESS LINE 2: ███ |
| CITY: TELFORD   STATE: PA | CITY: BALLY   STATE: PA |
| ZIP CODE: 18969   PHONE: (███) ███ | ZIP CODE: 19503   PHONE: (███) - ███ |
| FAX: (____) - ____ - ███ | FAX: (____) - ____ - |
| EMAIL: | |
| CONTACT NAME: ███ | EFFECTIVE DATE OF AGREEMENT: 8/1/15 |

| | SERV # | SERV TYPE | QTY | CONT. SIZE | COMP. Y/N | ON CALL Y/N | FREQ | EXTRA PICK UP/HAUL RATE | DISPOSAL CHARGE | MONTHLY CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| NEW | 1 | FL/MSW | 1 | 2YD | N | N | 1XWK | 125.00 | N/A | 150.00 |
| | | | | | | | | | | |
| OLD | 1 | FL/MSW | 1 | 2YD | N | N | EOW | 125.00 | N/A | 104.19 |

OTHER CHARGES: ALL FEES
+ Fuel Fee & Environmental Fee as shown on invoice

P.O. # _____

$ 0.00 ____ Container Delivery

*By execution hereof, Customer agrees that this Service Agreement (the "Agreement") is a legally binding contract, enforceable in accordance with its terms, between Advanced Disposal Services SHIPPENSBURG_____, LLC/Inc. ("Advanced") and Customer, and the individual executing this Agreement on behalf of Customer has all power and authority to do so. Customer agrees to accept the services and equipment at the charges and frequency indicated in this Agreement subject to the terms and conditions specified below.*

| ADVANCED | CUSTOMER: ███ |
|---|---|
| By: | By: ███ |
| Print Name: Dawn Snyder | Print Name: ███ |
| Date: 8-6-15 | Date: 8-6-15 |
| | (Please initial the back page) |

## TERMS AND CONDITIONS

**SERVICES RENDERED.** Customer grants to Advanced the exclusive right to collect and dispose of all of Customer's solid waste materials, including any recyclable materials, and agrees to make the payments as provided for herein, and Advanced agrees to furnish such services and equipment as specified above, all in accordance with the terms and conditions of this Agreement. In the event Advanced is rendered unable to perform its obligations hereunder due to an act, event or condition that is beyond Advanced's control, it shall notify Customer of such event and the obligations of Advanced may be suspended during the continuation of any inability so caused by such event, act or condition. **TERM.** This Agreement is a legally binding contract and shall extend for an initial term of five (5) years from the date hereof (the "Initial Term"), and, except where prohibited by law, shall be automatically renewed for successive 5 year terms (each a "Renewal Term") thereafter, unless either party shall give written notice of non-renewal (via certified mail) to the other at least sixty (60) days prior to the expiration of the Initial Term, or any one hundred twenty (120) days prior to the expiration of the Initial Term, or any Renewal Term (together, the "Term"). In the event the Customer should attempt to discontinue or terminate this Agreement other than as provided above, Customer agrees to pay to Advanced as liquidated damages a sum equal to the average of the latest six months invoices sent to the Customer by Advanced multiplied by six (6), or if Customer has not been serviced for six months, an amount equal to Customer's most recent monthly charge multiplied by six. This Agreement includes any recyclable material, non-scheduled or on call service with exclusive rights to Advanced. Advanced agrees that if Customer no longer requires any collection, disposal, or recycling for its materials due solely to the discontinuance of its business or the relocation of its business outside the area in which Advanced provides collection service, Customer may terminate this Agreement upon written notice to Advanced (via certified mail) at least sixty (60) days prior to the date of relocation or termination of Customer's business; provided however, that Customer shall remit all amounts due and owing to Advanced prior to such termination. Notwithstanding the forgoing, Customer agrees that this Agreement applies to any change of location of Customer, and all additional locations of Customer within the area the Contractor provides the services contemplated hereunder. This section shall survive any termination or expiration of the Agreement.
**ENCLOSURES.** All solid waste enclosures must meet the enclosure standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Advanced will not be responsible in any manner for any damage to an enclosure or for any costs and expenses arising from such damage to an enclosure.
**EQUIPMENT.** The word "equipment" as used herein shall mean all containers, compactors and other equipment used for storage of waste material utilized in the performance of this Agreement. Customer acknowledges that it has the care, custody and control of any equipment furnished to Customer while it is at Customer's premises and accepts sole responsibility, and shall be liable, for all loss and damage, normal wear and tear excepted, to such equipment and for the cleanliness and safekeeping of such equipment. Customer shall not overload any equipment (by weight or volume) and shall use it only for its intended purposes. All enclosures must meet the standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Customer shall not remove or alter, nor authorize the removal or alteration of, any such equipment without the prior written consent of Advanced, nor shall Customer use the equipment for incineration purposes. Customer shall maintain the Equipment and surrounding area in a clean and safe condition and shall secure the Equipment at all times to prevent unauthorized access to or dumping or looting. Customer shall have no authority to subject the equipment to any lien or encumbrance. Customer shall pay an extra yardage/ pickup fee for any of the following: (i) waste material not properly contained; (ii) waste material exceeding height or internal capacity of the equipment; and (iii) contaminated recyclables. If Advanced is assessed an overweight fine Advanced shall invoice Customer, and Customer shall pay any expenses or fees relating thereto.
**NON-HAZARDOUS WASTE ONLY.** Customer represents and warrants that all solid waste and material delivered to Advanced hereunder will not contain (i) any hazardous, biohazardous, infectious, radioactive, volatile, corrosive, highly flammable, explosive, biomedical, or toxic waste as defined by any applicable federal, state, or local agencies or laws or regulations, or (ii) any other toxins, chemicals, wastes, substances, or materials which pose an unreasonable risk to human health or the environment. Advanced shall not be required to accept such unacceptable materials, and reserves the right to suspend the services to be provided by Advanced as contemplated hereunder, in the event Customer deposits or places for collection such unacceptable waste or materials. Customer shall remove waste or materials that Customer has deposited in Advanced's equipment which are subsequently determined or suspected by Advanced to be unacceptable pursuant to this Agreement. If such waste or materials are not removed by Customer immediately upon

receipt by Customer of notice that such waste or materials are unacceptable, Advanced shall arrange for lawful disposal of such waste or materials at the sole cost and expense of Customer. Customer shall indemnify, defend and hold Advanced, and its officers, directors, members, affiliates, parents, subsidiaries, employees, agents and representatives ("Advanced Parties") harmless for any costs or damages resulting from placing or depositing such unacceptable materials in or around Advanced's equipment and shall pay Advanced its reasonable expenses and charges for handling, loading, preparing, transporting, storing and caring for any such unacceptable materials. All title and liability to such unacceptable materials shall at all times remain with Customer, regardless of whether the unacceptable materials are loaded or unloaded. Customer shall at its expense provide any requested chemical characterization of the waste and shall give Advanced prior notice of any changes in the waste characteristics, consistency or the waste generation process. Customer shall be solely responsible for complying with applicable laws mandating pretreatment, source separation or the recycling of any waste stream or any approval from governmental agencies.

**TITLE.** Advanced is vested with title to all acceptable solid waste and materials accepted by Advanced. Any revenue or other value received by Advanced as a result of reclamation, recycling or resource recovery shall be solely for the account of Advanced. All equipment furnished by Advanced for use by the Customer which the Customer has not purchased shall remain the property of Advanced and the Customer shall have no right, title or interest in such equipment.

**INDEMNITY.** Customer agrees to defend, hold harmless and indemnify the Advanced Parties from and against any and all loss, damage, suits, liability and expenses (including, but not limited to, reasonable investigation and legal expenses) arising out of, or in connection with, death or bodily injuries to any person, destruction or damage to any property, contamination of or adverse effects on the environment, or any violation of governmental laws, regulations, or orders resulting from Customer's performance of this Agreement, breach of any representation, warranty, obligation, term or provision of the Agreement, violation of any applicable law, use or operation of any equipment provided to Customer by Advanced, damage to pavement, enclosures or equipment as discussed herein, or by the negligent or willful acts or omissions of Customer its employees or invitees, or its subcontractors in the performance of the Agreement. The provisions of this paragraph shall survive the termination, cancellation or expiration of this Agreement.

**ACCESS.** On collection day, Advanced's vehicle shall have clear access to the equipment. If the equipment is blocked in any way so as to prohibit collection, Customer will be notified and one additional attempt for collection shall be made by Advanced. Any additional collection attempt will be classified as an "extra pick-up" and Advanced shall have the right to charge Customer for the additional pick-up due to Customer's failure to provide clear access to the equipment and Customer agrees to pay such charge. Advanced shall not be liable in any way, and shall not be deemed to be in breach of this Agreement, for the failure to collect any solid waste or materials in the event Advanced did not have or was denied access to the equipment or Customer's premises.

**SERVICE RATE, FEE, AND ASSESSMENT ADJUSTMENTS.** Because disposal, environmental, compliance, and fuel costs constitute a portion of the service costs provided by Advanced and its affiliates, Customer understands and agrees Advanced may increase service rates to account for any increase in such costs or to account for any increase in transportation costs due to changes in the location of the disposal facility by showing the amount on the Customer's invoice. Customer agrees Advanced may also increase service rates, without prior notice or consent, to adjust for cost increases or to achieve, among other things, an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may impose and Customer must pay any environmental and fuel fees, and any other fees and assessments such as maintenance or administrative fees, included on Customer's invoice, and that Advanced may increase or decrease these fees or assessments at any time and for any reason by showing the amount on Customer's invoice. Customer understands and agrees that increases in the service rates referenced above, and increases in the environmental and fuel fees, and any other fees and assessments, such as maintenance or administrative fees, may be made at any time and for any reason, including to help recover a portion of overall costs incurred by Advanced or its affiliated entities as may be necessary to achieve an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may pass through to Customer cost increases caused by weights being higher than those estimated. Customer shall pay all federal, state, local, or other taxes, assessments, fees, host charges, or similar charges directly or indirectly related to the transportation, collection, or disposal of solid waste which are imposed on Advanced by law, ordinance, or regulation and/or agreement with a governmental body, whether imposed retroactively or prospectively. In the event or occurrence of an act, event, or condition that is beyond the control of Advanced and that materially or adversely affects the cost of operation or maintenance of Advanced's equipment and facilities, Advanced may increase the applicable service rates, fees, and assessments in this Agreement to the extent necessary to help offset, directly or indirectly, the increase in such costs. Advanced may increase service rates, fees, and assessments for reasons other than those set forth above with the consent of the Customer. Such consent may be evidenced verbally, in or by the actions and practices of the parties, or by payment of the invoice service rates, fees, and assessments. Notwithstanding anything to the contrary, if the Customer does not object, in writing, within 30 days of the invoice date, the Customer shall have conclusively agreed that such invoice is correct in all respects, whether paid or not.

**CHARGES AND PAYMENT; CHANGES.** Customer shall pay Advanced on a monthly basis for the collection and disposal service provided by Advanced (including without limitation all charges for equipment maintenance and other applicable charges and fees as set forth on Customer's invoice). Payments shall be made by Customer within ten (10) days after the date of an invoice from Advanced. In the event that any payment is not made when due, Advanced, at its sole option, may at any time suspend the services to be provided hereunder or terminate the Agreement immediately and recover any equipment on the premises of the Customer. Any non-payment by Customer of any amounts, charges and fees due and owing hereunder shall, at the election of Advanced, be deemed to be a termination of this Agreement by the Customer pursuant to and subject to the terms above. Advanced and Customer agree that Advanced may impose, and Customer will pay, monthly interest on all past due (i.e., over 10 days from invoice date) service related charges, (including the base service rate, fuel fee, environmental fee, etc.). Advanced may assess monthly interest at an interest rate equal to 18% APR, or a minimum of $5.95, unless specifically prohibited by applicable law, in which case interest shall be assessed at the highest rate allowed by applicable law. Any interest charged or received in excess of the maximum amount permitted by applicable law shall be conclusively presumed to be the result of an accident and bona fide error, and shall, to the extent received by Advanced, at the option of Advanced, either be returned to the Customer or applied to reduce the principal amount owed to Advanced. Changes in the fees, rates, charges and surcharges, frequency of collection service, number capacity and type of equipment may be agreed to orally or in writing by the parties. Consent to oral changes shall be evidenced by the actions and practices of the parties.

**DRIVEWAYS AND PARKING AREAS.** Customer represents and warrants that any right-of-way provided by Customer from the equipment location to the most convenient public right-of-way is sufficient to bear the weight of all Advanced's equipment and vehicles reasonably required for the performance of this Agreement. Advanced shall not be responsible for damage, or any costs or expenses arising from such damage, to any pavement curbing, driving surface or accompanying sub-surface resulting from Advanced's performance of this Agreement.

**ATTORNEY'S FEES.** If any legal action or any other proceeding is brought by Advanced for the enforcement of this Agreement, or because of an alleged dispute, breach, default or misrepresentation in connection with this Agreement, Advanced shall be entitled to recover reasonable attorneys' fees, collection fees and other costs (including litigation related costs, costs associated with the engagement of any collection agency, and expert witness fees) leading up to or incurred in that action or proceeding in addition to any other relief to which it may be entitled.

**LIMITATION ON LIABILITY.** Advanced shall not be liable for any indirect, incidental or consequential damages and its aggregate liability, if any, arising out of this Agreement shall not exceed the aggregate fees paid to Advanced by Customer, regardless of whether recovery is sought in contract, tort, statute, strict liability or otherwise. EXCEPT AS EXPRESSLY SET FORTH HEREIN, ADVANCED MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WHICH ARE EXPRESSLY DISCLAIMED.

**ASSIGNMENT AND BENEFIT.** Customer may not assign or transfer its rights or obligations under this Agreement without the prior written consent of Advanced. Advanced may assign this Agreement without the consent of Customer, and Customer acknowledges and agrees that any such assignment by Advanced shall release Advanced from any liability under this Agreement from and after the date of the assignment. Subject to the forgoing, this Agreement shall be binding on the parties and their successors and assigns. **RIGHT TO COMPETE.** Customer grants Advanced the right to compete with any offer Customer receives or intends to make or accept relating to any waste services to be rendered after termination of this Agreement and shall give Advanced written notice of any such offer and a reasonable opportunity to respond.

**ARBITRATION AGREEMENT, JURY TRIAL WAIVER, AND CLASS ACTION WAIVER CLAUSE.** Except for claims by Advanced for collection of its fees or individual claims by the Customer against Advanced for property damage, the parties knowingly, voluntarily and irrevocably agree that at the election of either party any controversy or claim arising between them (INCLUDING THOSE CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR ANY PRIOR AGREEMENT) shall be resolved by BINDING ARBITRATION under the rules of the American Arbitration Association, which arbitration shall be governed by and enforceable under the Federal Arbitration Act, and judgment on the award may be entered by any court having jurisdiction thereof. WHETHER IN ARBITRATION OR AS OTHERWISE EXCEPTED ABOVE, NO CLAIMS MAY BE BROUGHT AS A CLASS ACTION, ON A CONSOLIDATED BASIS OR ANY OTHER COLLECTIVE OR REPRESENTATIVE PROCEEDING. The parties acknowledge the service Advanced provides Customer impacts and effects interstate commerce and agree that any dispute about the enforceability or scope of the agreement to arbitrate shall be decided by the arbitrator. The parties' mutual promises contained herein, including to arbitrate certain disagreements, rather than litigate them before courts or other bodies, provide consideration for each other for this entire clause. EACH PARTY HERETO HEREBY WAIVES TRIAL BY JURY IN ANY ACTION, PROCEEDING, COUNTERCLAIM OR CROSS-CLAIM BROUGHT BY ANY OF THEM AGAINST THE OTHER AND WAIVES THE RIGHT TO PARTICIPATE AND/OR BE REPRESENTED IN ANY CLASS ACTION. Further, any action (including any arbitration) by Customer against Advanced in connection with this Agreement or any prior Agreement, or arising out of the Agreement or any prior Agreement, must be brought within one (1) year of any alleged breach of contract, tort, violation of statute or other alleged wrongful act. Any proceedings shall be conducted in the location where the services provided by Advanced to the Customer are performed.

**SEVERABILITY.** The provisions of this Agreement are independent and severable, and no provision shall be affected or rendered invalid or unenforceable by virtue of the fact that another provision has been determined to be invalid or unenforceable in whole or in part. If any provision of this Agreement is held to be unenforceable, then this Agreement will be deemed amended to the extent necessary to render the otherwise unenforceable provision, and the rest of the Agreement, valid and enforceable. If a court declines to amend this Agreement as provided herein, the invalidity or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of the remaining provisions, which shall be enforced as if the offending provision had not been included in this Agreement.

**CHANGE OF TERMS.** Except as otherwise agreed herein or as may be prohibited by applicable law, Advanced and Customer agree that Advanced may change the pre-printed terms and conditions of this Agreement in the future.

**MISCELLANEOUS.** Customer acknowledges and agrees that any telephone calls made to Advanced by Customer may be recorded. Customer also agrees to accept any service and promotional information sent by Advanced whether by mail or electronic transmission. If any conflict or differences exist in this Agreement between terms are printed and those which are typed or written, the typed or written language shall govern. In the event that Customer claims that Advanced is in breach or default of any provisions of this Agreement, Customer must notify Advanced in writing of the alleged breach or default and allow Advanced at least ten (10) days to cure same prior to Customer terminating, or attempting to terminate, the Agreement. This Agreement shall be governed by the laws of the state of Florida without regard to conflicts-of-laws principles that would require the application of any other law and is executed as of the Effective Date specified above. This Agreement constitutes the entire understanding between Advanced and Customer regarding the subject matter hereof and, except as otherwise provided for herein, supersedes all prior negotiations, representations, understandings and agreements, either written or oral, with respect to such subject matter. This Agreement may be executed in one or more counterparts, each of which will be deemed to be an original copy and all of which, when taken together, will be deemed to constitute one and the same agreement. The exchange of copies of this Agreement and of signature pages by facsimile transmission or electronic mail in PDF format will constitute effective execution and delivery of this Agreement as to the parties and may be used in lieu of the original Agreement for all purposes. This is an Agreement for the performance of specific services described herein. Customer's representations, warranties, indemnifications and the arbitration provisions of this Agreement shall survive termination of this Agreement

**TERMS:** NET 10 DAYS

Customer Name: ███████

Customer Initials ███

 **Advanced Disposal**

SALESPERSON #: 263 Stover  FEL ____  REL xx  ROL ____

## SERVICE AGREEMENT

CUSTOMER #: _____     SITE #: _____

New Account  X ____ Service Increase _____     Service Decrease _____     Cancel _____

Rate Increase _____  Rate Decrease _____     Other _____     Reason Code  NP

**CUSTOMER MASTER/BILLING INFORMATION**     **SITE MASTER MAINTENANCE/SERVICE LOCATION**

LEGAL NAME: ████     NAME: ████

ADDRESS LINE 1: ████     ADDRESS LINE 1: ████

ADDRESS LINE 2: ████     ADDRESS LINE 2: _____

CITY: Mt Laurel ____ STATE: NJ     CITY: Nazareth ____ STATE: Pa

ZIP CODE: 08054  PHONE: ████     ZIP CODE: 18064  PHONE: _____

FAX: (____)____-_____     FAX: (____)____-_____

EMAIL: _____

CONTACT NAME: ████     EFFECTIVE DATE OF AGREEMENT: 7-1-15

|   | SERV # | SERV TYPE | QTY | CONT. SIZE | ON CALL (Y/N) | FREQ | EXTRA PICKUP / HAUL RATE | DISPOSAL CHARGE | MONTHLY CHARGES |
|---|--------|-----------|-----|------------|---------------|------|--------------------------|-----------------|-----------------|
| NEW |  | REL  MSW | 1 | ..05 96 gallon tot | N | 1x | 80.00 |  | 50.00 |
| NEW |  | REL  SST | 1 | .05 96 gallon tot | N | EOW |  |  |  |
| OLD |  |  |  |  |  |  |  |  |  |
| OLD |  |  |  |  |  |  |  |  |  |

OTHER CHARGES: 3 Hr ____ + Fuel Fee & Environmental Fee as shown on invoice     $20.00 __ Container Delivery     P.O. #: ____

CONTRACT END DATE 3/30/2018  . No additional monthly fees.

By execution hereof, Customer agrees that this Service Agreement (the "Agreement") is a legally binding contract, enforceable in accordance with its terms, between Advanced Disposal Services _Shippensburg_ , LLC/Inc. ("Advanced") and Customer, and the individual executing this Agreement on behalf of Customer has all power and authority to do so. Customer agrees to accept the services and equipment at the charges and frequency indicated in this Agreement subject to the terms and conditions specified below.

ADVANCED     CUSTOMER:

By: _____     By: ____████____

Print Name: Tim Stover     Print Name: ████

Date: 6/28/2015     Date: 7-9-15

month-to-month     (Please initial the back page)

1 st year fixed
2nd  2⁸ increase
3rd  2⁹ increase

X ████
Advanced

### TERMS AND CONDITIONS

SERVICES RENDERED. Customer grants to Advanced the exclusive right to collect and dispose of all of Customer's solid waste materials, including any recyclable materials, and agrees to make the payments as provided for herein, and Advanced agrees to furnish such services and equipment as specified above, all in accordance with the terms and conditions of this Agreement. In the event Advanced is rendered unable to perform its obligations hereunder due to an act, event or condition that is beyond Advanced's control, it shall notify Customer of such event and the obligations of Advanced may be suspended during the continuation of any inability as caused by such event, act or condition.

TERM. This Agreement is a legally binding contract and shall extend for an initial term of five (5) years from the date hereof (the "Initial Term"), and, except where prohibited by law, shall be automatically renewed for successive 5 year terms (each a "Renewal Term") thereafter, unless either party shall give written notice of non-renewal (via certified mail) to the other at least sixty (60) days but not more than one hundred twenty (120) days prior to the expiration of the Initial Term, or any Renewal Term (together, the "Term"). In the event the Customer should attempt to discontinue or terminate this Agreement other than as provided above, Customer agrees to pay to Advanced as liquidated damages a sum equal to the average of the latest six months invoices sent to the Customer by Advanced multiplied by six (6), or if Customer has not been serviced for six months, an amount equal to Customer's most recent monthly charge multiplied by six. This Agreement includes any recyclable material, non-scheduled or on call service with exclusive rights to Advanced. Customer agrees that if Customer no longer requires any collection, disposal, or recycling for its materials due solely to the discontinuance of its business or the relocation of its business outside the area in which Advanced provides collection service, Customer may terminate this Agreement upon written notice to Advanced (via certified mail) at least sixty (60) days prior to the date of relocation or termination of Customer's business; provided however, that Customer shall remit all amounts due and owing to Advanced prior to such termination. Notwithstanding the foregoing, Customer agrees that this Agreement applies to any change of location of Customer, and all additional locations of Customer within the area the Contractor provides the services contemplated hereunder. This section shall survive any termination or expiration of the Agreement.

ENCLOSURES. All solid waste enclosures must meet the enclosure standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Advanced will not be responsible in any manner for any damage to an enclosure or for any costs and expenses arising from such damage to an enclosure.

EQUIPMENT. The word "equipment" as used herein shall mean all containers, compactors and other equipment used for storage of waste material utilized in the performance of this Agreement. Customer acknowledges that it has the care, custody and control of any equipment furnished to Customer while it is at Customer's premises and accepts sole responsibility, and shall be liable, for all loss and damage, normal wear and tear excepted, to the equipment and for the cleanliness and safekeeping of such equipment. Customer shall not overload any equipment (by weight or volume) and shall use it only for its intended purposes. All enclosures must meet the standards (including, but not limited to, width, height, depth, concrete strength, gate mechanisms, and maintenance and upkeep) of Advanced which shall be provided to Customer upon request. Customer shall not remove or alter, or authorize the removal or alteration of, any such equipment without the prior written consent of Advanced, nor shall Customer use the equipment for incineration purposes. Customer shall maintain the Equipment and surrounding area in a clean and safe condition and shall secure the Equipment at all times to prevent unauthorized access to or dumping or looting. Customer shall have no authority to subject the equipment to any lien or encumbrance. Customer shall pay an extra yardage/ pickup fee for any of the following: (i) waste material not properly contained; (ii) waste material exceeding height or internal capacity of the equipment; and (iii) contaminated recyclables. If Advanced is assessed an overweight fine Advanced shall invoice Customer, and Customer shall pay any expenses or fees relating thereto.

NON-HAZARDOUS WASTE ONLY. Customer represents and warrants that all solid waste and material delivered to Advanced hereunder will not contain (i) any hazardous, biohazardous, infectious, radioactive, volatile, corrosive, highly flammable, explosive, biomedical, or toxic waste as defined by any applicable federal, state, or local agencies or laws or regulations, or (ii) any other toxins, chemicals, wastes, substances, or materials which pose an unreasonable risk to human health or the environment. Advanced shall not be required to accept such unacceptable materials, and reserves the right to suspend the services to be provided by Advanced as contemplated hereunder, in the event Customer deposits or places for collection such unacceptable waste or materials. Customer shall remove waste or materials that Customer has deposited in Advanced's equipment which are subsequently determined or suspected by Advanced to be unacceptable pursuant to this Agreement. If such waste or materials are not removed by Customer immediately upon receipt by Customer of notice that such waste or materials are unacceptable, Advanced shall arrange for lawful disposal of such waste or materials at the sole cost and expense of Customer. Customer shall indemnify, defend and hold Advanced, and its officers, directors, members, affiliates, parents, subsidiaries, employees, agents and representatives ("Advanced Parties") harmless for any costs or damages resulting from placing or depositing such unacceptable materials in or around Advanced's equipment and shall pay Advanced its reasonable expenses and charges for handling, loading, preparing, transporting, storing

and curing for any such unacceptable materials. All title and liability to such unacceptable materials shall at all times remain with Customer, regardless of whether the unacceptable materials are loaded or unloaded. Customer shall at its expense provide any requested chemical characterization of the waste and shall give Advanced prior notice of any changes in the waste characteristics, consistency or the waste generation process. Customer shall be solely responsible for complying with applicable laws mandating pretreatment, source separation or the recycling of any waste stream or any approval from governmental agencies.

TITLE. Advanced is vested with title to all acceptable solid waste and materials accepted by Advanced. Any revenue or other value received by Advanced as a result of reclamation, recycling or resource recovery shall be solely for the account of Advanced. All equipment furnished by Advanced for use by the Customer which the Customer has not purchased shall remain the property of Advanced and the Customer shall have no right, title or interest in such equipment.

INDEMNITY. Customer agrees to defend, hold harmless and indemnify the Advanced Parties from and against any and all loss, damage, costs, liability and expenses (including, but not limited to, reasonable investigation and legal expenses) arising out of, or in connection with, death or bodily injuries to any person, destruction or damage to any property, contamination of or adverse effects on the environment, or any violation of governmental laws, regulations, or orders resulting from Customer's performance of this Agreement, breach of any representation, warranty, obligation, term or provision of the Agreement, violation of any applicable law, use or operation of any equipment provided to Customer by Advanced, damage to pavement, enclosures or equipment as discussed herein, or by the negligent or willful acts or omissions of Customer its employees or invitees, or its subcontractors in the performance of the Agreement. The provisions of this paragraph shall survive the termination, cancellation or expiration of this Agreement.

ACCESS. On collection day, Advanced's vehicle shall have clear access to the equipment. If the equipment is blocked in any way so as to prohibit collection, Customer will be notified and one additional attempt for collection shall be made by Advanced. Any additional collection attempt will be classified as an "extra pick-up" and Advanced shall have the right to charge Customer for the additional pick-up due to Customer's failure to provide clear access to the equipment and Customer agrees to pay such charge. Advanced shall not be liable in any way, and shall not be deemed to be in breach of this Agreement, for the failure to collect any solid waste or materials in the event Advanced did not have or was denied access to the equipment or Customer's premises.

SERVICE RATE, FEE, AND ASSESSMENT ADJUSTMENTS. ~~Because disposal, environmental compliance, and fuel costs constitute a portion of the service costs provided by Advanced and its affiliates, Customer understands and agrees Advanced may increase service rates to account for any increase in such costs or to account for any increase in transportation costs due to changes in the location of the disposal facility by changing the amount on the Customer's invoice. Customer agrees Advanced may also increase service rates, without prior notice or consent, to adjust for cost increases or to achieve, among other things, an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may impose and Customer must pay any environmental or other fees and assessments such as maintenance or administrative fees, included on Customer's invoice, and that Advanced may increase or decrease from fees or assessments along time and for any reason by showing the amount on Customer's invoice. Customer understands and agrees that increases in the service rates referenced herein and increases to the environmental and fuel fees and any other fees and assessments, such as maintenance and administrative fees, may be made at any time and for any reason, including to help preserve a portion of overall costs incurred by Advanced or its affiliated entities as may be necessary to achieve an operating margin acceptable to Advanced and its affiliates. Customer agrees Advanced may pass through to Customer cost increases caused by weights being higher than those estimated. Customer shall pay all federal, state, local, or other taxes, assessments, fees, charges, or similar charges directly or indirectly related to the transportation, collection, or disposal of solid waste which are imposed on Advanced by law, ordinance, or regulation and for agreement with a governmental body, whether imposed retroactively or prospectively, for the term or occurrence of an event or condition that is beyond the control of Advanced and that materially or adversely affects the cost of operation or continuance of Advanced's equipment and facilities. Advanced may increase the applicable service rate, fees, and assessments in this Agreement to the extent necessary to fully offset, directly or indirectly, the increase in such costs. Advanced may increase rates or rates, fees, and assessments for reasons other than those set forth above with the consent of the Customer. Such consent may be evidenced verbally, in or by the actions and practices of the parties, or by payment of the invoice service rates, fees, and assessments. Notwithstanding anything to the contrary, if the Customer does not agree with any of the increases in the invoice rates, the Customer shall have conclusively agreed that such invoice is correct in all respects, whether paid or not.~~

CHARGES AND PAYMENT; CHANGES. Customer shall pay Advanced on a monthly basis for the collection and disposal service provided by Advanced (including without limitation all charges for equipment maintenance and other applicable charges and fees as set forth on Customer's invoice). Payments shall be made by Customer within ten (10) days after the date of an invoice from Advanced. In the event that any payment is not made when due, Advanced, at its sole option, may at any time suspend the services to be provided hereunder or terminate the Agreement immediately and recover any equipment on the premises of the Customer. Any non-payment by Customer of any amounts, charges and fees due and owing hereunder shall, at the election of Advanced, be deemed to be a termination of this Agreement by the Customer pursuant to and subject to the term above. Advanced and Customer agree that Advanced may impose, and Customer will pay, monthly interest on all past due (i.e., over 10 days from invoice date) service related charges, (including the base service rate, fuel fee, environmental fee, etc.). Advanced may assess monthly interest at an interest rate equal to 18% APR, or a minimum of $3.95, unless specifically prohibited by applicable law, in which case interest shall be assessed at the highest rate allowed by applicable law. Any interest charged or received in excess of the maximum amount permitted by applicable law shall be conclusively presumed to be the result of an accident and bona fide error, and shall, to the extent received by Advanced, at the option of Advanced, either be returned to the Customer or be applied to reduce the principal amount owed to Advanced. Changes in the fees, rates, charges and surcharges, frequency of collection service, number capacity and type of equipment may be agreed to verbally or in writing by the parties. ~~Consent to such changes shall be evidenced by the actions and practices of the parties.~~

DRIVEWAYS AND PARKING AREAS. Customer represents and warrants that any right-of-way provided by Customer from the equipment location to the most convenient public right-of-way is sufficient to bear the weight of all Advanced's equipment and vehicles reasonably required for the performance of this Agreement. Advanced shall not be responsible for damage, or any costs or expenses arising from such damage, to any pavement, curbing, driving surface or accompanying sub-surface resulting from Advanced's performance of this Agreement.

ATTORNEY'S FEES. If any legal action or any other proceeding is brought by Advanced for the enforcement of this Agreement, or because of an alleged dispute, breach, default or misrepresentation in connection with this Agreement, Advanced shall be entitled to recover reasonable attorneys' fees, collection fees and other costs (including litigation related costs, costs associated with the engagement of any collection agency, and expert witness fees) leading up to or incurred in that action or proceeding in addition to any other relief to which it may be entitled.

LIMITATION ON LIABILITY. Advanced shall not be liable for any indirect, incidental or consequential damages and its aggregate liability, if any, arising out of this Agreement shall not exceed the aggregate fees paid to Advanced by Customer, regardless of whether recovery is sought in contract, tort, statute, strict liability or otherwise. EXCEPT AS EXPRESSLY SET FORTH HEREIN, ADVANCED MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WHICH ARE EXPRESSLY DISCLAIMED.

ASSIGNMENT AND BENEFIT. Customer may not assign or transfer its rights or obligations under this Agreement without the prior written consent of Advanced. Advanced may assign this Agreement without the consent of Customer. Customer acknowledges and agrees that any such assignment by Advanced shall release Advanced from any liability under this Agreement from and after the date of the assignment. Subject, to the forgoing, this Agreement shall be binding on the parties and their successors and assigns.

RIGHT TO COMPETE. ~~Customer gives Advanced the right to compete with any offer Customer receives or intends to make or accept relating to any waste services to be rendered after a change of this Agreement and shall give Advanced written notice of any such offer and a reasonable opportunity to respond.~~

ARBITRATION AGREEMENT, JURY TRIAL WAIVER, and CLASS ACTION WAIVER CLAUSE. Except for claims by Advanced for collection of its fees or individual claims by the Customer against Advanced for property damage, the parties knowingly, voluntarily and irrevocably agree that at the election of either party any controversy or claim arising between them (INCLUDING THOSE CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR ANY PRIOR AGREEMENT) shall be resolved by BINDING ARBITRATION under the rules of the American Arbitration Association, which arbitration shall be governed by and enforceable under the Federal Arbitration Act, and judgment on the award may be entered by any court having jurisdiction thereof. WHETHER IN ARBITRATION OR AS OTHERWISE EXCEPTED ABOVE, NO CLAIMS MAY BE BROUGHT AS A CLASS ACTION, ON A CONSOLIDATED BASIS OR ANY OTHER COLLECTIVE OR REPRESENTATIVE PROCEEDING. The parties acknowledge the service Advanced provides Customer impacts and effects interstate commerce and agree that any dispute about the enforceability or scope of the agreement to arbitrate shall be decided by the arbitrator. The partial mutual promises contained herein, including to arbitrate certain disagreements, rather than litigate them before courts or other bodies, provide consideration for each other for this entire clause. EACH PARTY HERETO HEREBY WAIVES TRIAL BY JURY IN ANY ACTION, PROCEEDING, COUNTERCLAIM OR CROSS-CLAIM BROUGHT BY ANY OF THEM AGAINST THE OTHER AND WAIVES THE RIGHT TO PARTICIPATE UNDER BE REPRESENTED IN ANY CLASS ACTION. Further, any action (including any arbitration) by Customer against Advanced in connection with this Agreement or any prior Agreement, or arising out of the Agreement or any prior Agreement, must be brought within one (1) year of any alleged breach of contract, tort, violation of statute or other alleged wrongful act. Any proceedings shall be conducted in the location where the services provided by Advanced to the Customer are performed.

SEVERABILITY. The provisions of this Agreement are independent and severable, and no provision shall be affected or rendered invalid or unenforceable by virtue of the fact that another provision has been determined to be invalid or unenforceable in whole or in part. If any provision of this Agreement is held to be unenforceable, then this Agreement will be deemed amended to the extent necessary to render the otherwise unenforceable provision, and the rest of the Agreement, valid and enforceable. If a court declines to amend this Agreement as provided herein, the invalidity or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of the remaining provisions, which shall be enforced as if the offending provision had not been included in this Agreement.

CHANGE OF TERMS. Except as otherwise agreed herein or as may be prohibited by applicable law, Advanced and Customer agree that Advanced may change the pre-printed terms and conditions of this Agreement in the future.

MISCELLANEOUS. Customer acknowledges and agrees that any telephone calls made to Advanced by Customer may be recorded. Customer also agrees to accept any service and promotional information sent by Advanced whether by mail or electronic transmission. If any conflict or differences exist in this Agreement between terms are printed and those which are typed or written, the typed or written language shall govern. In the event that Customer claims that Advanced is in breach or default of any provisions of this Agreement, Customer must notify Advanced in writing of the alleged breach or default and allow Advanced at least ten (10) days to cure same prior to Customer terminating, or attempting to terminate, the Agreement. This Agreement shall be governed by the laws of the state of Florida without regard to conflict-of-laws principles that would require the application of any other law and is executed as of the Effective Date specified above. This Agreement constitutes the entire understanding between Advanced and Customer regarding the subject matter hereof and, except as otherwise provided for herein, supersedes all prior negotiations, representations, understandings and agreements, either written or oral, with respect to such subject matter. This Agreement may be executed in one or more counterparts, each of which will be deemed to be an original copy and all of which, when taken together, will be deemed to constitute one and the same agreement. The exchange of copies of this Agreement and of signature pages by facsimile transmission or electronic mail in PDF format will constitute effective execution and delivery of this Agreement as to the parties and may be used in lieu of the original Agreement for all purposes. Title is an Agreement for the performance of specific services described herein. Customer's representations, warranties, indemnifications and the arbitration provisions of this Agreement shall survive termination of this Agreement.

EQUAL EMPLOYMENT OPPORTUNITY. Executive Order 11246, as amended, Sec. 402 of the Vietnam Era Veterans Readjustment Act of 1974, as amended, Sec. 503 of the Rehabilitation Act of 1973, as amended, and Sec. 61-250.10 and 61-300 (Vets-100A Reporting), Executive Order 13496, and Public Law 95-507 contain required contract clauses relative to equal employment opportunity and are incorporated herein by specific reference. The contractor further agrees to comply with the provisions of 29 CFR part 471. Additionally, this contractor and subcontractor shall abide by the requirements of 41 CFR 60-741.5(a). This regulation prohibits discrimination against qualified individuals on the basis of disability, and requires affirmative action by covered prime contractors and subcontractors to employ and advance in employment qualified individuals with disabilities.

**TERMS: NET 10 DAYS**

Customer Name: [redacted]

X __Advanced__

→ 30 days

X __Advanced__

X __Advanced__