# Exhibit "4"

[*Interstate Waste Services Call Notes for Plaintiff's Account with IWS*]

# Note Listing



| CustID/Site ID | Date | Time | Type | Note | Caller | Category | User |
|---|---|---|---|---|---|---|---|
| 107090 - 0001 | 6/1/2011 | 12:00 am | Conversion | 12/20/2007 8:23:59 AM: change the rate of fuel to 6% Instead of no fuel......customer doesnt understand why fuel jumped so high....talk to joe.....call customer with info.....sjg | 014 | Service Related | CONVERSION |
| 107090 - 0001 | 6/1/2011 | 12:00 am | Conversion | 1-11-06, LM FOR KARI. KR | 007 | Service Related | CONVERSION |
| 107090 - 0001 | 6/1/2011 | 12:00 am | Conversion | 1-16-06, LM FOR ANNE FLACCUS TO CALL ME BACK. KR | 008 | Service Related | CONVERSION |
| 107090 - 0001 | 6/1/2011 | 12:00 am | Conversion | 7/9/2008 7:14:37 AM: backhoe blocking driveway - mlg | 016 | Service Related | CONVERSION |
| 107090 - 0001 | 6/1/2011 | 12:00 am | Conversion | 12/19/2007 2:13:28 PM: returned call to customer on the account......sjg | 013 | Service Related | CONVERSION |
| 107090 - 0001 | 6/1/2011 | 12:00 am | Conversion | 10/20/06 xpu - mlg  $45 | 010 | Service Related | CONVERSION |
| 107090 - 0001 | 6/1/2011 | 12:00 am | Conversion | 10/19/05 need plug in can - mlg | 005 | Service Related | CONVERSION |
| 107090 - 0001 | 6/1/2011 | 12:00 am | Conversion | 11/2/05 STILL NEEDS PLUG!! mlg | 006 | Service Related | CONVERSION |
| 107090 - 0001 | 6/1/2011 | 12:00 am | Conversion | 9/1/7 xpu 690 - mlg $45 | 012 | Service Related | CONVERSION |
| 107090 - 0001 | 6/1/2011 | 12:00 am | Conversion | 3/10/7  xpu - mlg  $45 | 011 | Service Related | CONVERSION |
| 107090 - 0001 | 6/1/2011 | 12:00 am | Conversion | 11/30/04- NEEDS A PLUG IN THE DUMPSTER--HH | 003 | Service Related | CONVERSION |
| 107090 - 0001 | 6/1/2011 | 12:00 am | Conversion | 3/17/2008 3:43:38 PM: SENT CUST LETTER AND CONTRACT TO SIGN..MM | 015 | Service Related | CONVERSION |
| 107090 - 0001 | 6/1/2011 | 12:00 am | Conversion | 2/2/2011 10:55:07 AM:  called her about an suv blocking but got vx mail - mlg | 017 | Service Related | CONVERSION |
| 107090 - 0001 | 6/1/2011 | 12:00 am | Conversion | BILLS , AND THEY WILL MAKE PMT. JB | 002 | Service Related | CONVERSION |
| 107090 - 0001 | 6/1/2011 | 12:00 am | Conversion | 1-19-06, VM MSG ANNE FLACCUS FOR PAYMENT OF DEC & JAN. KR | 009 | Service Related | CONVERSION |
| 107090 - 0001 | 6/1/2011 | 12:00 am | Conversion | 11/30/04- CALLED IN AND WOULD LIKE THE BILL FOR KARI'S CAFE TO BE PUT IN ANNE FLACCUS'S NAME.-HH | 004 | Service Related | CONVERSION |
| 107090 - 0001 | 6/1/2011 | 12:00 am | Conversion | OWNER ANNE FLACCCUS-MNGR NANCY/ 4-23-04 ANNE CALLED REGARDING BALANCE SHE WILL LOOK FOR CHECK AND SEND OVER A COPY SHE MADE A PAYMENT OF$266.00 IN MAR. NOT SHOWING/RMB4-23-04 SENT COPY OF CK.#1409 POSTED TO ACCT/RMB 9/29/04  NO ANS. JB  TALKED TO EMPLOYEE--KARI IN TOMORROW AFTER 10.00AM. JB 9/30/04  TALKED TO KARI--SHE FAXES ALL BILLS TO HER MOTHER IN FLA.  WILL CALL HER TO MAKE SURE SHE HAS ALL | 001 | Service Related | CONVERSION |
| 107090 - 0001 | 3/28/2012 | 2:37 pm | Service | Incoming call Anne stated that she was not serviced, IM Kelly advised me it is Mark area and he gone for the day, ask if the route was finished advised me that he went off route for awhile, might be still out there. | Anne Flaccus | Service Related | IWSDOMAIN\WCash |

ADS 000013