# Exhibit "6"

*[2015 ADS Service Agreement]*

2015

Form SAL03 REV 7-15

## Advanced Disposal

SALESPERSON #____ FEL _____ REL _____ ROL _____

### SERVICE AGREEMENT

| CUSTOMER #: _____ | SITE #: _____ |
|---|---|
| New Account _____  Service Increase _____ | Service Decrease _____  Cancel _____ |
| Rate Increase _____  Rate Decrease _____ | Other _____  Reason Code _____ |
| **CUSTOMER MASTER/BILLING INFORMATION** | **SITE MASTER MAINTENANCE/SERVICE LOCATION** |
| LEGAL NAME: _____ | NAME: _____ |
| ADDRESS LINE 1: _____ | ADDRESS LINE 1: _____ |
| ADDRESS LINE 2: _____ | ADDRESS LINE 2: _____ |
| CITY: _____ STATE: _____ | CITY: _____ STATE: _____ |
| ZIP CODE: _____ PHONE: (__) - ___ - ____ | ZIP CODE: _____ PHONE: (__) - ___ - ____ |
| FAX: (__) - ___ - ____ | FAX: (__) - ___ - ____ |
| EMAIL: _____ | |
| CONTACT NAME: _____ | EFFECTIVE DATE OF AGREEMENT: _____ |

|   | SERV # | SERV TYPE | QTY | CONT. SIZE | COMP. Y/N | ON CALL Y/N | FREQ | EXTRA PICK UP/HAUL RATE | DISPOSAL CHARGE | MONTHLY CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| **NEW** | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **OLD** | | | | | | | | | | |
| | | | | | | | | | | |

OTHER CHARGES:                                     P.O. # _____

+ Fuel Fee, Environmental Fee and Administrative Fee as shown on invoice.

$ _____ Per Container per Delivery or Pickup

*This Service Agreement ("Agreement"), together with the Terms and Conditions set forth herein, is a legally binding contract between Contractor and Customer, and the individuals executing this Agreement have all power and authority to do so.*

*Advanced Disposal Services Atlanta, LLC*
("Advanced")
By: _____
Print Name: _____

("Customer")
By: _____
Print Name: _____

### TERMS AND CONDITIONS

**SERVICES.** Customer grants to Contractor the exclusive right to collect and dispose all of Customer's Waste Materials (as defined below). Contractor agrees to furnish such services and Equipment specified herein, in accordance with the terms and conditions of this Agreement. Changes in collection frequency and type of Equipment may be agreed to orally or in writing.

**TERM.** The Initial Term of this Agreement is 5 years commencing on the Effective Date and shall automatically renew thereafter for successive 5 year terms (each a "Renewal Term" and together with Initial Term, the "Term"), unless either party gives written notice of non-renewal (via certified mail) to the other at least 60 days but not more than 120 days prior to the expiration of the then current Term. If Customer terminates this Agreement other than as provided above, or if Contractor terminates due to Customer's breach (including nonpayment), Customer shall pay to Contractor liquidated damages in an amount equal to the average of the Customer's Invoices for the prior 6 months multiplied by 6; or if Customer has not been serviced for 6 months, an amount equal to Customer's most recent monthly charge multiplied by 6. If Customer no longer requires services solely due to the discontinuance or relocation of its business outside of Contractor's service area, then Customer may terminate this Agreement by providing 60 days prior written notice (via certified mail) and paying Contractor all amounts due up to termination.

**EQUIPMENT.** All equipment furnished to Customer or used by Contractor ("Equipment") shall remain Contractor's exclusive property and shall be used only for the purposes intended by this Agreement. Customer shall not encumber, make alterations to, move or allow others to move the Equipment without Contractor's approval. Customer shall not overload the Equipment (by weight or volume) and if Contractor is assessed an overweight fine Customer shall reimburse Contractor for the costs of such fine. Customer shall pay an extra yardage and pickup fee for Waste Material not properly contained and any fees for contaminated recyclables. Customer shall maintain the Equipment and surrounding areas in a clean manner to enable Contractor to service the Equipment safely and efficiently. Customer shall secure the Equipment at all times to prevent unauthorized access and accepts sole responsibility for all losses and damage related to the Equipment, normal wear and tear excepted.

*(Additional Terms And Conditions Are Shown On The Following Page)*

NON-HAZARDOUS WASTE ONLY. Customer represents and warrants that all materials to be collected by Contractor are nonhazardous solid waste and recyclables ("Waste Materials") and will not contain: (i) any hazardous, biohazardous, infectious, radioactive, flammable, explosive, biomedical, or toxic waste as defined by applicable laws or regulations, including, without limitation, any hazardous waste regulated under the Resource Conservation & Recovery Act, 42 U.S.C. §§ 6901 et seq, and associated regulations, 40 C.F.R. Part 261; and the Toxic Substance Control Act, 15 U.S.C. §§ 2601 et seq, and associated regulations, 40 C.F.R. Part 761 (including PCBs in any concentration); or (ii) other materials, that because of their chemical or physical state, pose a risk to human health or the environment ("Excluded Waste"). Customer shall remove Excluded Waste from the Equipment or other property, but if such materials are not removed by Customer immediately then Contractor may arrange for lawful disposal at the sole cost and expense of Customer. Title to and liability for Excluded Waste shall at all times remain with Customer. Customer shall be responsible for all costs associated with Excluded Waste, including, but not limited to, handling, loading, preparing, exhuming, transporting, storing, and disposing of Excluded Waste and any materials contaminated therewith. Title to Waste Materials (as defined above) including any value received in connection therewith, shall vest with Contractor upon collection. Customer shall at its expense provide any requested chemical characterization of waste to be collected and provide prior notice of any changes in the waste characteristics or generation process. Customer shall be solely responsible for complying with applicable laws mandating pretreatment, source separation or recycling.
INDEMNITY. Customer shall defend, hold harmless and indemnify Contractor, its officers, directors, members, affiliates, employees, and representatives from and against any and all damage to persons, property or both (including death) or other liabilities (including, but not limited to, reasonable investigation and legal expenses) resulting from the Customer's (or its employees', invitees' or subcontractors') negligence or misconduct, violation of law, use of Equipment or breach of this Agreement.
ACCESS. Customer shall provide unobstructed access to the Waste Materials on the day of collection. If such access is not provided then Customer will be notified and Contractor may make additional collection attempts, subject to "extra pick-up" or additional charges. Contractor shall be excused from providing service if precluded from doing so due to reasons beyond its control. All enclosures must meet Contractor's moisture standards. Customer represents and warrants that any right-of-way used by Contractor to access the Equipment is sufficient to bear the weight of the Equipment and Contractor's vehicles. Contractor shall not be responsible for any damage to any curb, driveway or subsurface or enclosure.
CHARGES & PAYMENT. Customer agrees to pay all invoice charges within 10 days of the invoice date or the minimum period required by law if greater. If payment is not made when due, Customer agrees that Contractor may charge a late fee for which Customer is responsible in any amount up to the maximum amount allowed by applicable law. Contractor may suspend service or remove its Equipment if payment is late or for any other breach by Customer without prejudice to any of Contractor's other rights, and such suspension or removal shall not constitute termination of this Agreement unless Contractor so elects. Customer agrees that Contractor may charge, and Customer shall pay any suspension and reinstatement related fees, container exchange fees, relocation fees, fees for payments rejected due to non-sufficient funds, and any environmental, fuel, administrative and other fees included on Customer's invoice whether implemented at or subsequent to the inception of this Agreement. Contractor may, in its sole discretion, increase rates and fees to Customer for: (i) any new or change in law, regulation, permit or approval, including any fees, taxes, franchise fees, tolls, host charges or similar charges related to Contractor's business; (ii) any increase in disposal or transportation costs; (iii) any increase in the Consumer Price Index or any successor index; (iv) weights of Waste Material being higher than those estimated; or (v) any change in the Company's fee or rate programs. In addition, Contractor may increase or impose additional rates and fees for reasons other than those set forth above upon prior written notice (which notice may be contained in on invoice) and consent by Customer which may be evidenced verbally, in writing, or by the actions and practices of the parties including payment. Customer shall have conclusively agreed to any Change in Terms or any invoiced amounts upon the earlier of: (i) payment of the invoice; or (ii) failure of Customer to deliver a written objection within 30 days after the notice date. Customer acknowledges and agrees that any rate or fee assessed or increased is not represented to be an offset or pass-through of Contractor's costs, and that such rates or fees assessed or increased may actually reflect an amount for gross profit or margin.
RIGHT TO COMPETE. Customer grants Contractor the right to compete with any offer Customer receives relating to its waste service needs upon termination of this Agreement and shall give Contractor written notice of the same and a reasonable opportunity to respond.
DISPUTES, ARBITRATION, JURY TRIAL & CLASS ACTION WAIVER. Except for claims by Contractor for collection of its fees or indemnity or claims by Customer against Contractor for damage to real property or improvements thereon, the parties knowingly, voluntarily and irrevocably agree that at the election of either party any controversy arising between them (WHETHER RELATED TO THIS AGREEMENT OR ANY PRIOR AGREEMENT) shall be resolved by BINDING ARBITRATION under the rules of the American Arbitration Association governed by and enforceable under the Federal Arbitration Act, and judgment on the award may be entered by any court having jurisdiction. Customer acknowledges the service Contractor provides to it impacts interstate commerce and agrees that any dispute about the enforceability or scope of the agreement to arbitrate shall be decided by the arbitrator. The parties' mutual promises contained herein, including to arbitrate certain disagreements, rather than litigate them before courts or other bodies, provides adequate consideration therefor. THE PARTIES EACH HEREBY WAIVE TRIAL BY JURY IN ANY ACTION, PROCEEDING, COUNTERCLAIM OR CROSS-CLAIM BROUGHT BY ANY OF THEM AGAINST THE OTHER WHETHER IN ARBITRATION OR AS OTHERWISE EXCEPTED ABOVE AND FURTHER WAIVE THE RIGHT TO PARTICIPATE AND/OR BE REPRESENTED IN ANY CLASS ACTION, ANY ACTION ON A CONSOLIDATED BASIS OR ANY OTHER COLLECTIVE OR REPRESENTATIVE PROCEEDING. THE PARTIES AGREE THAT NO ACTION MAY BE MAINTAINED AS A CLASS ACTION OR PURSUED ON A CONSOLIDATED BASIS IN ARBITRATION OR OTHERWISE. Any action (including arbitration) by Customer against Contractor whether related to this Agreement or any prior Agreement, must be brought within 1 year of the date of any alleged wrongful act. Any proceedings shall be conducted in the location where services are rendered by Contractor to the Customer and governed by the laws of that state. Customer shall notify Contractor in writing of any alleged breach by Contractor of this Agreement and allow Contractor at least 10 days to cure the same. If any proceeding is brought by Contractor in connection with this Agreement Contractor shall be entitled to recover its legal fees and costs leading up to and incurred in that action in addition to any other relief to which it may be entitled. Contractor shall not be liable for any indirect, incidental or consequential damages and its aggregate liability, if any, arising out of this Agreement shall not exceed the aggregate fees paid to Contractor by Customer, regardless of the recovery sought. This paragraph and Customer's representations, warranties and indemnification shall survive termination of the Agreement.
CHANGE OF TERMS. Except as otherwise agreed herein or as may be prohibited by applicable law, Contractor and Customer agree that Contractor may change the preprinted terms and conditions of this Agreement in the future.
MISCELLANEOUS. CONTRACTOR MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. ALL ARE EXPRESSLY DISCLAIMED. If a conflict exists in this Agreement between terms which are preprinted and those which are handwritten, the handwritten language shall govern. This Agreement is binding on the parties and their successors and assigns, provided that Customer may not assign this Agreement without the prior written consent of Contractor. This Agreement constitutes the entire understanding between the parties regarding the subject matter hereof and supersedes all prior negotiations. The invalidity of any provision of this Agreement shall not invalidate the remaining provisions. This Agreement may be executed in counterparts and by electronic transmission.
EQUAL EMPLOYMENT. Exec. Order 11246, as amended, Sec. 402 of the Vietnam Era Veterans Readjustment Act of 1974, as amended, Sec.503 of the Rehabilitation Act of 1973, as amended, and Sec.61-250.10 and 61-300 (Vets-100A Reporting), Exec. Order 13496 and Public Law 95-507 contain required contract clauses relative to equal employment opportunity and are incorporated herein by specific reference. The parties agree to comply with the provisions of 29CFR part 471 and by the requirements of 41CFR60-741.5(a) as applicable.

Service Agreement 2015

CHARGES & PAYMENT. Customer agrees to pay all invoice charges within 10 days of the invoice date or the minimum period required by law if greater. If payment is not made when due, Customer agrees that Contractor may charge a late fee for which Customer is responsible in any amount up to the maximum amount allowed by applicable law. Contractor may suspend service or remove its Equipment if payment is late or for any other breach by Customer without prejudice to any of Customer's other rights, and such suspension or removal shall not constitute termination of this Agreement unless Contractor so elects. **Customer agrees that Contractor may charge, and Customer shall pay** any suspension and reinstatement related fees, container exchange fees, relocation fees, fees for payments rejected due to non-sufficient funds, **and any environmental, fuel, administrative and other fees included on Customer's invoice whether implemented at or subsequent to the inception of this Agreement.** Contractor may, in its sole discretion, increase rates and fees in Customer for (i) any now or change in law, regulation, permit or approval, including any fees, taxes, franchise fees, tolls, host charges or similar charges related to Customer business; (ii) any increase in disposal or transportation costs; (iii) any increase in the Consumer Price Index or any successor index; (iv) weights of Waste Materials being higher than those estimated; or (v) **any change in the Company's fee or rate programs. In addition, Contractor may increase or impose additional rates and fees for reasons other than those set forth above upon prior written notice (which notice may be contained in an invoice) and consent by Customer which may be evidenced verbally, in writing, or by the sections and practice of the parties including payment.** Customer shall have conclusively agreed to any Changes in Terms or any invoiced amounts upon the earlier of; (1) payment of the invoice; or (ii) failure of Customer to deliver a written objection within 30 days after the notice date. **Customer acknowledges and agrees that any rate or fee assessed or increased is not represented to be an offset or pass-through of Contractor's costs, and that such rates or fees assessed or increased may actually reflect an amount for gross profit or margin.**

Service Agreement 2015

**DISPUTES, ARBITRATION, JURY TRIAL & CLASS ACTION WAIVER.** Except for claims by Contractor for collection of its fees or indemnity or claims by Customer against Contractor for damages to real property or improvements thereon, the parties knowingly, voluntarily and irrevocably agree that at the election of either party any controversy arising between them **(WHETHER RELATED TO THIS AGREEMENT OR ANY PRIOR AGREEMENT) shall be resolved by BINDING ARBITRATION** under the rules of the American Arbitration Association governed by and enforceable under the Federal Arbitration Act, and judgment on the award may be entered by any court having jurisdiction. Customer acknowledges that service Contractor provides to it impacts interstate commerce and agrees that any dispute about the enforceability or scope of the agreement to arbitrate shall be decided by the arbitrator. The parties' mutual promises contained herein, including to arbitrate certain disagreements, rather than litigate them before courts or other bodies, provides adequate consideration therefor. THE PARTIES EACH HEREBY WAIVE TRIAL BY JURY IN ANY ACTION, PROCEEDING, COUNTERCLAIM OR CROSS-CLAIM BROUGHT BY ANY OF THEM AGAINST THE OTHER WHETHER IN ARBITRATION OR AS OTHERWISE EXCEPTED ABOVE AND FURTHER WAIVE THE RIGHT TO PARTICIPATE AND/OR BE REPRESENTED IN ANY CLASS ACTION, AND ACTION ON A CONSOLIDATED BASIS OR ANY OTHER COLLECTIVE OR REPRESENTATIVE PROCEEDING. THE PARTIES AGREE THAT NO ACTION MAY BE MAINTAINED AS A CLASS ACTION OR PURSUED ON A CONSOLIDATED BASIS IN ARBITRATION OR OTHERWISE. **Any action (including arbitration by Customer against Contractor whether related to this Agreement or any prior Agreement, must be brought within 1 year of the date of any alleged wrongful act.** Any proceeding shall be concluded in the location where services are rendered by Contractor to the Customer and governed by the laws of that state. Customer shall notify Contractor in writing of any alleged breach by Contractor of this Agreement and allow Contractor at least 10 days to cure the same. If any proceeding is brought by Contractor in connection with this Agreement Contractor shall be entitled to recover its legal fees and costs leading up to and incurred in that action in addition to any other relief to which it may be entitled. Contractor shall not be liable for any indirect, incidental or consequential damages and its aggregate liability, if any, arising out of this Agreement shall not exceed the aggregate fees paid to Contractor by Customer, regardless of the recovery sought. This paragraph and Customer's representation, warranties and indemnification shall survive termination of this Agreement.

(emphasis added)

49541956 v1