# Exhibit F to Mather Declaration
# (Tozzi Declaration)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE FLACCUS,<br><br>      **Plaintiff,**<br><br>v.<br><br>ADVANCED DISPOSAL SERVICES EASTERN PA, INC. f/k/a ADVANCED DISPOSAL SERVICES SHIPPENSBURG, LLC; and ADVANCED DISPOSAL SERVICES SOUTH, LLC f/k/a ADVANCED DISPOSAL SERVICES, INC.,<br><br>      **Defendants.** | CIVIL ACTION<br>NO. 2:17-cv-04808-MAK |

## DECLARATION OF RIK S. TOZZI

Pursuant to 28 U.S.C. § 1746, I declare and state as follows:

1. My name is Rik S. Tozzi and I reside in Birmingham, Alabama. I am over the age of twenty-one (21) years and am competent to testify to the matters contained herein. I have personal knowledge of the facts contained in this Declaration

2. I am an attorney with the law firm of Burr & Forman LLP and one of the attorneys representing the Defendants in the above-styled case.

3. In connection with my representation of the Defendants, and pursuant to the Class Action Fairness Act of 2005 ("CAFA") and specifically 28 U.S.C. § 1715(b), I assisted with the preparation and service of letters to the Honorable Merrick B. Garland, the United States Attorney General, and Acting Attorney General Michelle Henry, the Acting Attorney General for the State of Pennsylvania, in order to provide notice of the proposed class action settlement reached in this case (the "CAFA Notices").

4. The CAFA Notices to the Honorable Merrick B. Garland and Acting Attorney General Michelle Henry were both mailed by Certified Mail, Return Receipt Requested, through

51021922 v1

the United States Postal Service on March 2, 2023. True and correct copies of these CAFA Notices are attached hereto as **Exhibit 1**.

5.  As shown by the Certified Mail Return Receipts for the CAFA Notices received at our office in Birmingham, Alabama, both CAFA Notices were successfully delivered to their recipients on March 6, 2023. True and correct copies of the Certified Mail Return Receipts for the CAFA Notices are attached hereto as **Exhibit 2**.

6.  To date, Burr & Forman LLP has not received a response or objection to the CAFA Notices from either of the recipients. Additionally, to my knowledge, neither of the recipients of the CAFA Notices has submitted a response or objection with the Court or to counsel representing the Plaintiff and putative class members.

I declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on June 15th, 2023, in Birmingham, Alabama.

_____
Rik S. Tozzi

# Exhibit 1

*[CAFA Notices to the Honorable Merrick B. Garland, United States Attorney General, and Acting Attorney General Michelle Henry, Acting Attorney General for the State of Pennsylvania]*

BURR·:·FORMAN LLP
*results matter*

Rik Tozzi
rtozzi@burr.com
Direct Dial: (205) 458-5152
Direct Fax: (205) 278-6948

420 North 20th Street
Suite 3400
Birmingham, AL 35203

Office (205) 251-3000
Fax (205) 458-5100

BURR.COM

March 2, 2023

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Honorable Merrick B. Garland
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

**Re:**   **CAFA Notice of Proposed State of Pennsylvania Class Action Settlement**

| | |
|---|---|
| **Case Caption:** | *Flaccus v. Advanced Disposal Services Eastern PA, Inc. et al.* |
| **Case Number:** | **2:17-cv-04808-MAK** |
| **District Judge:** | **The Honorable Mark A. Kearney** |
| **Pending in:** | **United States District Court, Eastern District of Pennsylvania** |

Dear Mr. Attorney General:

On behalf of Defendants Advanced Disposal Services Eastern PA, Inc. and Advanced Disposal Services South, LLC (collectively the "Defendants" or "Advanced Disposal"), and pursuant to the Class Action Fairness Act of 2005 ("CAFA") and specifically 28 U.S.C. § 1715(b), this notice is to inform you that the Parties in the above-captioned action (the "*Flaccus* Action"), which is currently pending in the United States District Court for the Eastern District of Pennsylvania (the "Court"), recently reached a proposed class settlement to resolve all claims at issue in the case. As part of their effort to obtain preliminary approval of the settlement, Advanced Disposal and Plaintiff Anne Flaccus (the "Plaintiff") filed the proposed settlement documents with the Court, which under the Parties' proposed Settlement Agreement and Release were deemed filed on February 21, 2023. The purpose of this notice is to provide you with information about the litigation, the settlement, the proposed notice program, the class members, and the procedural posture of the case. Where applicable, documents are provided in digital format (.pdf and .xlsx) on the enclosed CD.

Pursuant to 28 U.S.C. § 1715(b) and (c), please be advised as follows:

1. <u>The complaints in the *Flaccus* Action (28 U.S.C. § 1715(b)(1))</u>. The claims at issue were first asserted against Advanced Disposal on April 23, 2014. The Plaintiff's initial Civil Action Complaint, Amended Class Action Complaint, Second Amended Class Action Complaint, and Third Amended Complaint – Class Action, are provided on the enclosed CD. (*See* **Exhibits**

Honorable Merrick B. Garland
March 2, 2023
Page 2

---

"1," "2," "3," and "4"). In addition, these filings are available on the Internet via the federal government's Pacer service at https://ecf.paed.uscourts.gov/cgi-bin/login.pl. Additional information about the federal government's Pacer service may be found at http://pacer.psc.uscourts.gov.

      2.    Although not specifically required by CAFA, the enclosed CD also contains a copy of Plaintiff's Unopposed Motion for Conditional Class Certification and Preliminary Approval of Class Settlement filed on February 8, 2023 (Doc. 81), including all of the exhibits attached thereto (Docs. 81-1 to 81-8), as well as Advanced Disposal's Notice of Filing Evidentiary Material in Support of Preliminary Approval of Class Settlement (Doc. 80), and the exhibits submitted therewith (Docs. 80-1 to 80-6), which are saved on the CD as **Exhibits "5"** and **"6."**

      3.    The Parties' proposed settlement agreement (28 U.S.C. § 1715(b)(4)). A copy of the Parties' proposed Settlement Agreement and Release, including all of its exhibits, is attached as Exhibit A (Doc. 81-5) to the Declaration of Benjamin M. Mather (Doc. 81-4). (*See* **Exhibits "5-4"** and **"5-5"** on the CD included herewith).

      4.    Notice of any scheduled judicial hearing in the class action (28 U.S.C. § 1715(b)(2)). The Court set a hearing on Plaintiff's Unopposed Motion for Conditional Class Certification and Preliminary Approval of Class Settlement on February 15, 2023. The Court has set the final approval hearing for the settlement on August 30, 2023, at 9:30 A.M. Eastern Time. The final approval hearing will take place in Courtroom 6B at the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

      5.    The proposed notice to the settlement class members (28 U.S.C. § 1715(b)(3)). The Parties' initial proposed form of notice to be provided by first class mail to the settlement class members is attached as Exhibit 1 to the Parties' proposed Settlement Agreement and Release (which is part of Doc. 81-5), and the Parties' proposed website notice to the settlement class members is attached as Exhibit 3 to the Parties' proposed Settlement Agreement and Release (which is also part of Doc. 81-5). In addition, the Parties' amended proposed notices to the settlement class are attached as Exhibits 1 and 2 to Plaintiff's Supplemental Memorandum in Support of Motion for Preliminary Approval of Settlement (filed at Docs. 84-1 and 84-3). Copies of the initial proposed forms of notice, the proposed preliminary approval Order certifying the Parties' proposed settlement class, Plaintiff's Supplemental Memorandum in Support of Motion for Preliminary Approval of Settlement, and the amended proposed notices are included on the enclosed CD as part of **Exhibit "5-5"** and as **Exhibits "5-2," "7," "7-1,"** and **"7-3."**

In addition to describing the *Flaccus* Action and the major settlement terms (including the settlement benefits, the proposed attorneys' fee award sought and the basis for its calculation, and the proposed incentive award), the proposed forms of notice advise settlement class members of their rights to object to the settlement, to "opt out" of the settlement class, or to receive a share of

Honorable Merrick B. Garland
March 2, 2023
Page 3

---

the settlement proceeds, and further explain how to exercise those rights and by when, and how to get more information free of charge. The proposed forms of notice also direct the settlement class members to a website set up and run by the Court-appointed settlement benefits administrator, (*see* Exhibits 1 and 3 to the Parties' proposed Settlement Agreement and Release, as well as Exhibits 1 and 3 to Plaintiff's Supplemental Memorandum in Support of Motion for Preliminary Approval of Settlement), which will provide additional details about the proposed Settlement Agreement and Release, including a long-form notice containing numerous frequently asked questions about the *Flaccus* Action, details about the proposed settlement and the settlement class members' rights to object or opt out, copies of the relevant case filings from the *Flaccus* Action (*e.g.*, the complaints, the settlement agreement and release, the unopposed motion for conditional class certification, the preliminary approval order, and the attorneys' fee petition), and a toll-free number that settlement class members can call with additional questions. Notably, the website will also explain that the Court has scheduled a final approval hearing regarding the Parties' proposed Settlement Agreement and Release on August 30, 2023, whereat the Court will hear any concerns or objections that any settlement class members may have regarding the fairness of the proposed Settlement Agreement and Release before determining whether or not to grant final approval to it.

6. <u>Any settlement or other agreement contemporaneously made between class counsel and counsel for the Defendants (28 U.S.C. § 1715(b)(5))</u>. The Parties' Settlement Agreement and Release, along with all of its exhibits, memorializes the entirety of the agreements and compromises between the Parties and their respective counsel regarding the *Flaccus* Action. There are no contemporaneous agreements between class counsel and Advanced Disposal's counsel other than what is contained in the Parties' proposed Settlement Agreement and Release itself.

7. <u>Any final judgment or notice of dismissal (28 U.S.C. § 1715(b)(6))</u>. As of the date of this letter, the Court has not entered — and the Parties have not proposed any form of — a final judgment or notice of dismissal. However, the Parties sought entry of a proposed Order granting Plaintiff's Motion to conditionally certify a class and for preliminary approval of the Parties' proposed Settlement Agreement and Release, which is again attached to the Parties' proposed Settlement Agreement and Release as Exhibit 2 (filed as part of Doc. 81-5 and separately at Doc. 81-2), and included as part of **Exhibit "5-5"** and as **Exhibit "5-2"** on the CD enclosed herewith. Additionally, the Court granted Plaintiff's Motion to conditionally certify a class and for preliminary approval of the Parties' proposed Settlement Agreement and Release on February 21, 2023. A copy of this Order (filed at Doc. 85) is included as **Exhibit "8"** on the CD enclosed herewith.

8. <u>Data regarding the proposed settlement class (28 U.S.C. § 1715(b)(7))</u>. Plaintiff filed the *Flaccus* Action on April 23, 2014, on behalf of herself and the putative class, alleging that Advanced Disposal improperly charged certain fees to Plaintiff and the putative class, including fuel surcharges, environmental fees, and administrative fees, in breach of their contracts with Advanced Disposal to provide certain waste removal services. Advanced Disposal denied

50323279 v1

Honorable Merrick B. Garland
March 2, 2023
Page 4

---

the allegations, asserted that its actions complied with the applicable contracts and other applicable provisions of Pennsylvania state and common law, and at all times maintained that the *Flaccus* Action failed to meet the prerequisites for class action treatment under applicable law.

On January 17, 2023, the Parties participated in private mediation before the Honorable Morton Denlow of JAMS. With Judge Denlow's assistance, the parties were able to resolve the *Flaccus* Action during the mediation. The proposed settlement class in the *Flaccus* Action consists of approximately Twelve Thousand Two Hundred and Twenty-Nine (12,229) commercial customers of Advanced Disposal in Pennsylvania who, from October 1, 2012 to September 12, 2018, paid one or more of a fuel surcharge, environmental fee, or administrative fee to Advanced Disposal, and who did not sign a written contract with Advanced Disposal that included an arbitration clause and class action waiver. The following are excluded from the settlement class: (1) all customers who signed a written contract that included an arbitration clause and class action waiver; (2) the district and magistrate judges presiding over the *Flaccus* Action; (3) the judges of the Third Circuit; (4) the immediate families of the preceding person(s); (5) any Released Party as that term is defined by the proposed Settlement Agreement and Release; (6) any settlement class member who timely opts out of the Settlement Agreement and Release; and (7) class counsel, their employees, and their immediate families.

Under the Parties' proposed Settlement Agreement and Release, which is again Exhibit A (Doc. 81-5) to the Declaration of Benjamin M. Mather (Doc. 81-4), (*see* **Exhibit "5-4"** and **Exhibit "5-5"** on the CD included herewith), Advanced Disposal will pay Two Million, Two Hundred Thousand Dollars ($2,200,000.00) into a common settlement fund. After payment of the costs of notice and administration, as well as the Court-approved attorneys' fee, litigation expenses, and class representative incentive award, the remaining amount of the common settlement fund (estimated at more than 60% of the total common settlement fund) will be divided *pro rata* (based on the share of fees that each settlement class member paid during the class period) among the approximately 12,229 settlement class members whose checks are cashed and not returned, except for approximately 112 settlement class members who were previously credited back the full amount, or more than the full amount, of the fees that such settlement class members paid during the class period. For these approximately 112 settlement class members, the amount of the settlement payment to be made to each such settlement class member will be Twenty-Five ($25.00) Dollars. In addition, Advanced Disposal will also ensure that any purported debts owed to Advanced Disposal by the settlement class members for services rendered by Advanced Disposal in Pennsylvania during the class period as reflected by Advanced Disposal's records are fully and totally eliminated/written off. According to Advanced Disposal's records, the debt incurred by settlement class members and not paid to Advanced Disposal is approximately $565,345.60.

A Microsoft Excel spreadsheet that lists out the settlement class members is included on the enclosed CD as **Exhibit "9."**

50323279 v1

Honorable Merrick B. Garland
March 2, 2023
Page 5

---

9. <u>Any written judicial opinion relating to the Parties' settlement and the class notice (28 U.S.C. § 1715(b)(8))</u>. The Settlement Agreement and Release includes, and the Parties sought entry of, a proposed Order granting Plaintiff's Motion to conditionally certify a class and for preliminary approval of the Parties' proposed Settlement Agreement and Release, which is again attached to the Parties' proposed Settlement Agreement and Release as Exhibit 2 (filed as part of Doc. 81-5 and as Doc. 81-2), and included as part of **Exhibit "5-5"** and as **Exhibit "5-2"** on the CD enclosed herewith.

As of the date of this letter, no final approval decision or opinion has been entered by the Court with respect to the Parties' proposed Settlement Agreement and Release. However, the Court again granted the Plaintiff's Unopposed Motion for Conditional Class Certification and Preliminary Approval of Class Settlement on February 21, 2023. A copy of this Order certifying the settlement class, preliminarily approving the class action settlement, and approving the proposed notice plan (filed at Doc. 85) is again included as **Exhibit "8"** on the CD enclosed herewith.

Finally, please be advised that this CAFA notice was previously submitted to the Court as Exhibit 4B to Plaintiff's Supplemental Memorandum in Support of Motion for Preliminary Approval of Settlement (filed at Doc. 84-7), which thereafter entered the Order (Doc. 85) certifying the settlement class, preliminarily approving the class action settlement, and approving the proposed notice plan. If you have any questions about this notice, the lawsuit, or any of the enclosed materials, please do not hesitate to contact me directly.

Very truly yours,

Rik Tozzi

RST/sct
Enclosure

**BURR·:·FORMAN** LLP
*results matter*

Rik Tozzi
rtozzi@burr.com
Direct Dial: (205) 458-5152
Direct Fax: (205) 278-6948

420 North 20th Street
Suite 3400
Birmingham, AL 35203

Office (205) 251-3000
Fax (205) 458-5100

BURR.COM

March 2, 2023

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Acting Attorney General Michelle Henry
Pennsylvania Office of Attorney General
16th Floor Strawberry Square
Harrisburg, Pennsylvania 17120

Re:  **CAFA Notice of Proposed State of Pennsylvania Class Action Settlement**

    **Case Caption:**   *Flaccus v. Advanced Disposal Services Eastern PA, Inc. et al.*
    **Case Number:**    **2:17-cv-04808-MAK**
    **District Judge:** **The Honorable Mark A. Kearney**
    **Pending in:**     **United States District Court, Eastern District of Pennsylvania**

Dear Acting Attorney General Henry:

On behalf of Defendants Advanced Disposal Services Eastern PA, Inc. and Advanced Disposal Services South, LLC (collectively the "Defendants" or "Advanced Disposal"), and pursuant to the Class Action Fairness Act of 2005 ("CAFA") and specifically 28 U.S.C. § 1715(b), this notice is to inform you that the Parties in the above-captioned action (the "*Flaccus* Action"), which is currently pending in the United States District Court for the Eastern District of Pennsylvania (the "Court"), recently reached a proposed class settlement to resolve all claims at issue in the case. As part of their effort to obtain preliminary approval of the settlement, Advanced Disposal and Plaintiff Anne Flaccus (the "Plaintiff") filed the proposed settlement documents with the Court, which under the Parties' proposed Settlement Agreement and Release were deemed filed on February 21, 2023. The purpose of this notice is to provide you with information about the litigation, the settlement, the proposed notice program, the class members, and the procedural posture of the case. Where applicable, documents are provided in digital format (.pdf and .xlsx) on the enclosed CD.

Pursuant to 28 U.S.C. § 1715(b) and (c), please be advised as follows:

1.  <u>The complaints in the *Flaccus* Action (28 U.S.C. § 1715(b)(1))</u>. The claims at issue were first asserted against Advanced Disposal on April 23, 2014. The Plaintiff's initial Civil Action Complaint, Amended Class Action Complaint, Second Amended Class Action Complaint, and Third Amended Complaint – Class Action, are provided on the enclosed CD. (*See* **Exhibits**

Acting Attorney General Michelle Henry
March 2, 2023
Page 2

---

"**1**," "**2**," "**3**," and "**4**"). In addition, these filings are available on the Internet via the federal government's Pacer service at https://ecf.paed.uscourts.gov/cgi-bin/login.pl. Additional information about the federal government's Pacer service may be found at http://pacer.psc.uscourts.gov.

    2.    Although not specifically required by CAFA, the enclosed CD also contains a copy of Plaintiff's Unopposed Motion for Conditional Class Certification and Preliminary Approval of Class Settlement filed on February 8, 2023 (Doc. 81), including all of the exhibits attached thereto (Docs. 81-1 to 81-8), as well as Advanced Disposal's Notice of Filing Evidentiary Material in Support of Preliminary Approval of Class Settlement (Doc. 80), and the exhibits submitted therewith (Docs. 80-1 to 80-6), which are saved on the CD as **Exhibits "5"** and **"6."**

    3.    <u>The Parties' proposed settlement agreement (28 U.S.C. § 1715(b)(4))</u>. A copy of the Parties' proposed Settlement Agreement and Release, including all of its exhibits, is attached as Exhibit A (Doc. 81-5) to the Declaration of Benjamin M. Mather (Doc. 81-4). (*See* **Exhibits "5-4"** and **"5-5"** on the CD included herewith).

    4.    <u>Notice of any scheduled judicial hearing in the class action (28 U.S.C. § 1715(b)(2))</u>. The Court set a hearing on Plaintiff's Unopposed Motion for Conditional Class Certification and Preliminary Approval of Class Settlement on February 15, 2023. The Court has set the final approval hearing for the settlement on August 30, 2023, at 9:30 A.M. Eastern Time. The final approval hearing will take place in Courtroom 6B at the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

    5.    <u>The proposed notice to the settlement class members (28 U.S.C. § 1715(b)(3))</u>. The Parties' initial proposed form of notice to be provided by first class mail to the settlement class members is attached as Exhibit 1 to the Parties' proposed Settlement Agreement and Release (which is part of Doc. 81-5), and the Parties' proposed website notice to the settlement class members is attached as Exhibit 3 to the Parties' proposed Settlement Agreement and Release (which is also part of Doc. 81-5). In addition, the Parties' amended proposed notices to the settlement class are attached as Exhibits 1 and 2 to Plaintiff's Supplemental Memorandum in Support of Motion for Preliminary Approval of Settlement (filed at Docs. 84-1 and 84-3). Copies of the initial proposed forms of notice, the proposed preliminary approval Order certifying the Parties' proposed settlement class, Plaintiff's Supplemental Memorandum in Support of Motion for Preliminary Approval of Settlement, and the amended proposed notices are included on the enclosed CD as part of **Exhibit "5-5"** and as **Exhibits "5-2," "7," "7-1,"** and **"7-3."**

    In addition to describing the *Flaccus* Action and the major settlement terms (including the settlement benefits, the proposed attorneys' fee award sought and the basis for its calculation, and the proposed incentive award), the proposed forms of notice advise settlement class members of their rights to object to the settlement, to "opt out" of the settlement class, or to receive a share of

Acting Attorney General Michelle Henry
March 2, 2023
Page 3

---

the settlement proceeds, and further explain how to exercise those rights and by when, and how to get more information free of charge. The proposed forms of notice also direct the settlement class members to a website set up and run by the Court-appointed settlement benefits administrator, (*see* Exhibits 1 and 3 to the Parties' proposed Settlement Agreement and Release, as well as Exhibits 1 and 3 to Plaintiff's Supplemental Memorandum in Support of Motion for Preliminary Approval of Settlement), which will provide additional details about the proposed Settlement Agreement and Release, including a long-form notice containing numerous frequently asked questions about the *Flaccus* Action, details about the proposed settlement and the settlement class members' rights to object or opt out, copies of the relevant case filings from the *Flaccus* Action (*e.g.*, the complaints, the settlement agreement and release, the unopposed motion for conditional class certification, the preliminary approval order, and the attorneys' fee petition), and a toll-free number that settlement class members can call with additional questions. Notably, the website will also explain that the Court has scheduled a final approval hearing regarding the Parties' proposed Settlement Agreement and Release on August 30, 2023, whereat the Court will hear any concerns or objections that any settlement class members may have regarding the fairness of the proposed Settlement Agreement and Release before determining whether or not to grant final approval to it.

6. <u>Any settlement or other agreement contemporaneously made between class counsel and counsel for the Defendants (28 U.S.C. § 1715(b)(5))</u>. The Parties' Settlement Agreement and Release, along with all of its exhibits, memorializes the entirety of the agreements and compromises between the Parties and their respective counsel regarding the *Flaccus* Action. There are no contemporaneous agreements between class counsel and Advanced Disposal's counsel other than what is contained in the Parties' proposed Settlement Agreement and Release itself.

7. <u>Any final judgment or notice of dismissal (28 U.S.C. § 1715(b)(6))</u>. As of the date of this letter, the Court has not entered — and the Parties have not proposed any form of — a final judgment or notice of dismissal. However, the Parties sought entry of a proposed Order granting Plaintiff's Motion to conditionally certify a class and for preliminary approval of the Parties' proposed Settlement Agreement and Release, which is again attached to the Parties' proposed Settlement Agreement and Release as Exhibit 2 (filed as part of Doc. 81-5 and separately at Doc. 81-2), and included as part of **Exhibit "5-5"** and as **Exhibit "5-2"** on the CD enclosed herewith. Additionally, the Court granted Plaintiff's Motion to conditionally certify a class and for preliminary approval of the Parties' proposed Settlement Agreement and Release on February 21, 2023. A copy of this Order (filed at Doc. 85) is included as **Exhibit "8"** on the CD enclosed herewith.

8. <u>Data regarding the proposed settlement class (28 U.S.C. § 1715(b)(7))</u>. Plaintiff filed the *Flaccus* Action on April 23, 2014, on behalf of herself and the putative class, alleging that Advanced Disposal improperly charged certain fees to Plaintiff and the putative class, including fuel surcharges, environmental fees, and administrative fees, in breach of their contracts with Advanced Disposal to provide certain waste removal services. Advanced Disposal denied

the allegations, asserted that its actions complied with the applicable contracts and other applicable provisions of Pennsylvania state and common law, and at all times maintained that the *Flaccus* Action failed to meet the prerequisites for class action treatment under applicable law.

On January 17, 2023, the Parties participated in private mediation before the Honorable Morton Denlow of JAMS. With Judge Denlow's assistance, the parties were able to resolve the *Flaccus* Action during the mediation. The proposed settlement class in the *Flaccus* Action consists of approximately Twelve Thousand Two Hundred and Twenty-Nine (12,229) commercial customers of Advanced Disposal in Pennsylvania who, from October 1, 2012 to September 12, 2018, paid one or more of a fuel surcharge, environmental fee, or administrative fee to Advanced Disposal, and who did not sign a written contract with Advanced Disposal that included an arbitration clause and class action waiver. The following are excluded from the settlement class: (1) all customers who signed a written contract that included an arbitration clause and class action waiver; (2) the district and magistrate judges presiding over the *Flaccus* Action; (3) the judges of the Third Circuit; (4) the immediate families of the preceding person(s); (5) any Released Party as that term is defined by the proposed Settlement Agreement and Release; (6) any settlement class member who timely opts out of the Settlement Agreement and Release; and (7) class counsel, their employees, and their immediate families.

Under the Parties' proposed Settlement Agreement and Release, which is again Exhibit A (Doc. 81-5) to the Declaration of Benjamin M. Mather (Doc. 81-4), (*see* **Exhibit "5-4"** and **Exhibit "5-5"** on the CD included herewith), Advanced Disposal will pay Two Million, Two Hundred Thousand Dollars ($2,200,000.00) into a common settlement fund. After payment of the costs of notice and administration, as well as the Court-approved attorneys' fee, litigation expenses, and class representative incentive award, the remaining amount of the common settlement fund (estimated at more than 60% of the total common settlement fund) will be divided *pro rata* (based on the share of fees that each settlement class member paid during the class period) among the approximately 12,229 settlement class members whose checks are cashed and not returned, except for approximately 112 settlement class members who were previously credited back the full amount, or more than the full amount, of the fees that such settlement class members paid during the class period. For these approximately 112 settlement class members, the amount of the settlement payment to be made to each such settlement class member will be Twenty-Five ($25.00) Dollars. In addition, Advanced Disposal will also ensure that any purported debts owed to Advanced Disposal by the settlement class members for services rendered by Advanced Disposal in Pennsylvania during the class period as reflected by Advanced Disposal's records are fully and totally eliminated/written off. According to Advanced Disposal's records, the debt incurred by settlement class members and not paid to Advanced Disposal is approximately $565,345.60.

A Microsoft Excel spreadsheet that lists out the settlement class members is included on the enclosed CD as **Exhibit "9."**

Acting Attorney General Michelle Henry
March 2, 2023
Page 5

---

9. *Any written judicial opinion relating to the Parties' settlement and the class notice (28 U.S.C. § 1715(b)(8))*. The Settlement Agreement and Release includes, and the Parties sought entry of, a proposed Order granting Plaintiff's Motion to conditionally certify a class and for preliminary approval of the Parties' proposed Settlement Agreement and Release, which is again attached to the Parties' proposed Settlement Agreement and Release as Exhibit 2 (filed as part of Doc. 81-5 and as Doc. 81-2), and included as part of **Exhibit "5-5"** and as **Exhibit "5-2"** on the CD enclosed herewith.

As of the date of this letter, no final approval decision or opinion has been entered by the Court with respect to the Parties' proposed Settlement Agreement and Release. However, the Court again granted the Plaintiff's Unopposed Motion for Conditional Class Certification and Preliminary Approval of Class Settlement on February 21, 2023. A copy of this Order certifying the settlement class, preliminarily approving the class action settlement, and approving the proposed notice plan (filed at Doc. 85) is again included as **Exhibit "8"** on the CD enclosed herewith.

Finally, please be advised that this CAFA notice was previously submitted to the Court as Exhibit 4A to Plaintiff's Supplemental Memorandum in Support of Motion for Preliminary Approval of Settlement (filed at Doc. 84-6), which thereafter entered the Order (Doc. 85) certifying the settlement class, preliminarily approving the class action settlement, and approving the proposed notice plan. If you have any questions about this notice, the lawsuit, or any of the enclosed materials, please do not hesitate to contact me directly.

Very truly yours,

Rik Tozzi

RST/sct
Enclosure

50321145 v1

# Exhibit 2

*[Certified Mail Read Receipts for CAFA Notices to the Honorable Merrick B. Garland, United States Attorney General, and Acting Attorney General Michelle Henry, Acting Attorney General for the State of Pennsylvania]*

USPS TRACKING #

9590 9402 6144 0209 6061 81

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Ryan Hebson
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Merrick B. Garland
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

9590 9402 6144 0209 6061 81

2. Article Number (Transfer from service label)
7016 0600 0001 0310 2827

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                MAR 06 2023
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

**USPS TRACKING #**

9590 9402 6144 0209 6061 74

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Ryan Hebson
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Acting Attorney General Michelle Henry
Pennsylvania Office of Attorney General
16th Floor Strawberry Square
Harrisburg, Pennsylvania  17120

9590 9402 6144 0209 6061 74

2. 7016 0600 0001 0310 2810

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: Signature on File with USPS 17107
X   ☐ Agent
    ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
MAR 0 6 2023

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt