## **CERTIFICATE OF SERVICE**

      I, Andrew J. Belli, hereby certify that on June 15, 2023, I caused a true and correct copy of the foregoing Motion for Final Approval to be served on the following counsel via the Court's CM/ECF system, which will send notification of same to defense counsel as follows:

Joel L. Frank, Esquire
John J. Cunningham, IV, Esquire
LAMB McERLANE PC
24 East Market Street
P.O. Box 565
West Chester, PA 19381

Rik Tozzi, Esquire
BURR FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203

*Attorneys for Defendants*

/s/ Andrew J. Belli
Andrew J. Belli