# Exhibit G to Mather Declaration
# (Gross Law Retention Letter)



BERNARD M. GROSS
WARREN RUBIN
DEBORAH R. GROSS**
SUSAN R. GROSS***
MICHAEL N. BORISH*
TINA MOUKOULIS*
JAMES L. NEWMAN, JR.*

ROBERT P. FRUTKIN
  *Of Counsel*

*ALSO MEMBER OF NJ BAR
**ALSO MEMBER OF MA BAR
***ALSO MEMBER OF FL BAR

March 27, 2014

Ms. Anne Flaccus
847 Valley Forge Road
Phoenixville, PA 19460

  Re:  <u>Advanced Disposal Services</u>

Dear Anne:

    This letter will confirm that you have retained Law Offices Bernard M. Gross, P.C., and such other counsel with whom we associate to represent you in connection with potential litigation to be brought against Advanced Disposal Services ("ADS"), or any other parties our investigation uncovers as responsible parties.

    Please review this letter which serves to confirm the scope of our office's representation and the fee arrangements that we reached. It is appropriate and prudent for the agreement to be in writing. The representation shall be handled on a contingency fee basis. This means that we will only recover our fees in the event that there is a recovery on your behalf.

    We would like to file a lawsuit as a class action, on your behalf and all persons and entities who reside or are located in Chester County, PA and pay or paid for solid waste disposal services from ADS (or their predecessors or subsidiaries) and paid: fuel surcharges; environmental fees; and, administration fees ("Cost Recovery Fees") from ADS from October 1, 2012 through the present.

    The Law Offices Bernard M. Gross, P.C. will seek court approval of a requested fee of twenty-five percent (25%) of the total recovery plus reasonable disbursements. Disbursements shall include, but are not limited to, the costs associated with this litigation such as filing fees, serving the complaint, deposition transcripts, copying of documents, postage, long distance telephone charges and expert witness fees. You are not responsible for any of the expenses.

    We appreciate the confidence that you have shown in our office by entrusting this important matter to us. If you agree to the terms herein, please sign this letter and return it to me in the enclosed stamped, self-addressed envelope.

    If you have any questions concerning this agreement, or the matters that we have discussed, please contact me. You should also feel free to call me at any time at 215-561-3500. I look forward to working with you on this matter.

        Sincerely,

        LAW OFFICES
        BERNARD M. GROSS, P.C.
        BY: /s/ Deborah R. Gross

        DEBORAH R. GROSS

DRG:jh
Enclosures

3-31-14
Date

/s/ Anne Flaccus
ANNE FLACCUS