# Exhibit I to Mather Declaration
# (CLS Fee Schedule)

# Attorney Fees - Community Legal Services

clsphila.org/about-community-legal-services/attorney-fees

Skip to content

Center City Office: 1424 Chestnut St. Phila, PA 19102North Philadelphia Law Center: 1410 W. Erie Avenue Phila, PA 19140

Community Legal Services

Civil Legal Services in Philadelphia

- HOME
- SERVICES
- NEWS & ISSUES
- ABOUT

HIDE MY VISITDONATE

## Attorney Fees

You are here:

Explanatory Notice to the Public

CLS never charges attorney's fees to its clients, although in some cases clients are asked to pay for court filing fees or other out of pocket expenses.

The attached chart lists the fee schedule used by CLS only in cases in which the law allows for the award of attorney's fees from opposing parties in order to compensate CLS for the legal services provided to its clients.

RANGE OF HOURLY RATES*, Effective January 19, 2023

| Attorneys post-law school experience under 2 years | $235-260 |
| --- | --- |
| Attorneys 2-5 year's experience | $265-315 |
| Attorneys 6-10 year's experience | $320-415 |
| Attorneys 11-15 year's experience | $420-525 |
| Attorneys 16-20 year's experience | $535-625 |
| Attorneys 21-25 year's experience | $630-715 |

| | |
|---|---|
| Attorneys more than 25 year's experience | $735-850 |
| Law Students | $140-190 |
| Paralegal 1-10 years experience | $190-240 |
| Senior and Supervisory Paralegal | $245-285 |

*These rates do not reflect any adjustment for contingency, and are based on Philadelphia law firm market survey data and increases in the Consumer Price Index.

**THESE FEES ARE NOT CHARGED TO CLS CLIENTS. SEE NOTICE ABOVE.**

↑ Go to Top