IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE FLACCUS,<br><br>    Plaintiff,<br><br>v.<br><br>ADVANCED DISPOSAL SERVICES EASTERN PA, INC. f/k/a ADVANCED DISPOSAL SERVICES SHIPPENSBURG, LLC; and ADVANCED DISPOSAL SERVICES SOUTH, LLC f/k/a ADVANCED DISPOSAL SERVICES, INC.<br><br>    Defendants. | Civil Action No. 2:17-cv-04808-MAK |

## DECLARATION OF DEBORAH R. GROSS

1.    I am former counsel for Plaintiff Anne Flaccus in the above-captioned matter. I am admitted to practice before this Court and have personal knowledge of the various matters set forth herein based on my participation in the prosecution of this Action, my review of the various filings and discovery documents submitted in this Action, and my discussions with Coren & Ress, P.C. I submit this Declaration in support of Class Counsel's motion for award of attorneys' fees and litigation expenses, and award of an incentive payment to name Plaintiff Anne Flaccus.[1]

2.    I originally filed this action while a partner at the Law Offices of Bernard M. Gross, P.C. ("Gross Law"). In or around December 2015, I left Gross Law to join the law firm of Kaufman, Coren, & Ress, P.C. (now known as Coren & Ress, P.C.), at which time current Class Counsel Benjamin M. Mather and Andrew J. Belli joined me as counsel for Plaintiff. I

---

[1]    Unless otherwise defined, capitalized terms herein have the same meaning as set forth in the Settlement Agreement, attached hereto as Exhibit A.

remained actively involved in this matter until July 2020, when I left private practice to accept a position as President & CEO of Pennsylvanians for Modern Courts.

3. I have over 35 years' experience in private legal practice in federal and state court concentrating on complex commercial litigation. I was Chancellor of the Philadelphia Bar Association in 2017, and also served as President of the Philadelphia Bar Foundation in 2013 and 2014, and as a Trustee of the Foundation from 2004-2017. I have served on the boards of many organizations such as Drexel's Kline School of Law, the Public Interest Law Center, Philly VIP, Temple Adath Israel of the Main Line, Women's Philanthropy of Jewish Federation and am active in many other organizations. I received my J.D. from Boston University School of Law and a B.S. in Economics from the Wharton School of the University of Pennsylvania.

4. This matter was referred to me while at Gross Law by Barry L. Katz, Esquire, Plaintiff's son-in-law and personal attorney, to whom I verbally agreed to pay a referral fee of 20% of all attorneys' fees recovered in this action (the "Katz Referral Fee"). Attorney Katz had referred to me a number of matters for investigation over the years.

5. The Katz Referral Fee is consistent with my practice throughout my career and compliant with Pennsylvania Rule of Professional Conduct 1.5(e), which permits referral fee agreements with attorneys so long as "(1) the client is advised of and does not object to the participation of all the lawyers involved; and, (2) the total fee of the lawyers is not illegal or clearly excessive for all legal services they rendered the client." These conditions are satisfied here.

6. I independently interacted with both Plaintiff and Attorney Katz during my active involvement in this matter and am confident that the Katz Referral Fee did not have an impact on Plaintiff's judgment and her duty to uphold the interests of the class.

7.     I am party to an agreement with C&R governing the distribution of fees awarded in cases which I brought with me to C&R (the "Gross Distribution Agreement"). Pursuant to that agreement, I am entitled to share in the fees based on the relative time spent on the case by Gross Law and C&R, with the proceeds allocable to time spent by Gross Law being 100% allocated to myself and the time spent by C&R being divided 25% to myself and 75% to C&R, after payment of referral fees. Here, as of May 31, 2023, the firms worked a combined 1,684.3 hours on the case, with Gross Law contributing 226 hours and C&R contributing 1,458.3 hours. Accordingly, pursuant to the Gross Distribution Agreement, as of today I would be entitled to 30.58% of the total attorney's fees after payment of the Katz Referral Fee (representing the 7.45% contribution by Gross Law to the combined hours plus a 25% share of the remaining 92.55% contribution by C&R to the combined hours). These percentages may change slightly based on the amount of time C&R bills after May 31, 2023.

8.     I am familiar with the facts of this matter prior to my leaving C&R and have had discussions with C&R about the litigation after my departure, and share C&R's opinion that the proposed Settlement in this case is eminently fair, adequate, and reasonable so as to satisfy the requirements for final approval. The Settlement is a favorable outcome for the class as it secures an immediate significant benefit in light of the expected difficulties in proving liability based on the discovery reviewed to date and the hurdles which remain to establishing liability, damages, and class certification in the future. Given that there is a real and substantial risk that Plaintiff would not prevail on the merits, the sizable recovery indicates that the Settlement is fair and reasonable to the class.

9. A true and correct copy of Gross Law's attorney billing records in this matter is attached hereto as Appendix 1. A true and correct ledger of expenses incurred by Gross Law in this matter is attached hereto as Appendix 2.

I declare under penalty of perjury that the foregoing is true and correct. Executed June 23, 2023.

_____
DEBORAH R. GROSS

# Appendix 1 to Gross Declaration
# (Gross Law's Attorney Billing Records)

LAW OFFICES BERNARD M. GROSS, P.C.
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA 19107

Invoice submitted to:

August 19, 2019

Invoice #10036

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **DEBORAH R. GROSS** | | | |
| 2/6/2014 | Emails with Barry K re status | 0.25<br>750.00/hr | 187.50 |
| 2/26/2014 | Emails with B. Katz re additional info | 0.25<br>750.00/hr | 187.50 |
| 3/3/2014 | Review responses to inquiries; research; email to Jen re research | 0.50<br>750.00/hr | 375.00 |
| 3/5/2014 | Email from Barry re docs | 0.25<br>750.00/hr | 187.50 |
| 3/6/2014 | Review SRG memo on facts, similar cases; meeting with SRG | 0.50<br>750.00/hr | 375.00 |
| 3/10/2014 | Meeting with SRG re complaint | 0.25<br>750.00/hr | 187.50 |
| 3/11/2014 | Meeting with SRG re complaint | 0.25<br>750.00/hr | 187.50 |
| 3/14/2014 | Research; revise complaint; meetings with SRG | 1.25<br>750.00/hr | 937.50 |
| 3/24/2014 | Review draft complaint; research; edit; meeting with SRG; telephone call and email with Banry | 2.25<br>750.00/hr | 1,687.50 |

Page    2

| Date | Description | Hrs/Rate | Amount |
|---|---|---:|---:|
| 4/1/2014 | Emails referring counsel; edits to complaint; email with SRG | 0.50<br>750.00/hr | 375.00 |
| 4/7/2014 | Telephone call re local counsel | 0.25<br>750.00/hr | 187.50 |
| 4/8/2014 | Telephone call to client; calls to Bill Wilson | 0.25<br>750.00/hr | 187.50 |
| 4/9/2014 | Email with local counsel; review matter | 0.25<br>750.00/hr | 187.50 |
| 4/10/2014 | Email from local counsel; telephone call to local counsel; telephone call to client | 0.75<br>750.00/hr | 562.50 |
| 4/11/2014 | Email with local re retention letter | 0.25<br>750.00/hr | 187.50 |
| 4/16/2014 | Emails and telephone call with William Wilson; revise complaint; research | 1.25<br>750.00/hr | 937.50 |
| 4/17/2014 | Emails with local counsel; email with client | 0.75<br>750.00/hr | 562.50 |
| 4/18/2014 | Emails with local re filing | 0.25<br>750.00/hr | 187.50 |
| 4/22/2014 | Telephone call to William Wilson | 0.25<br>750.00/hr | 187.50 |
| 4/23/2014 | Telephone call with William Wilson re filing | 0.25<br>750.00/hr | 187.50 |
| 4/25/2014 | Emails with local counsel re filing | 0.25<br>750.00/hr | 187.50 |
| 4/30/2014 | Telephone call to Barry; email with local counsel | 0.25<br>750.00/hr | 187.50 |
| 5/5/2014 | Email from W.Wilson re caption and defendants | 0.25<br>750.00/hr | 187.50 |
| 5/7/2014 | Review emails re name; meeting with SRG; review notice of appearance of defense counsel; telephone calls with Bill Wilson | 1.00<br>750.00/hr | 750.00 |
| 5/8/2014 | Emails from W. Wilson re prohac and defendants | 0.25<br>750.00/hr | 187.50 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/12/2014 | Telephone call/email re pro hac | 0.25<br>750.00/hr | 187.50 |
| 5/13/2014 | Telephone call/emails to Bill Wilson re amending complaint | 0.50<br>750.00/hr | 375.00 |
| 5/14/2014 | Telephone call with Bill Wilson; review plaintiff docs | 0.50<br>750.00/hr | 375.00 |
| 5/15/2014 | Email from SRG re call from Barry re status | 0.25<br>750.00/hr | 187.50 |
| 5/19/2014 | Telephone call to Bill Wilson; telephone call to Barry re Amending Complaint | 0.25<br>750.00/hr | 187.50 |
| 5/22/2014 | Emails with Wilson re correct defendant; meeting with SRG re same; review draft stipulation | 0.50<br>750.00/hr | 375.00 |
| 6/2/2014 | Emails with Wilson re stip | 0.25<br>750.00/hr | 187.50 |
| 6/3/2014 | Telephone call with Wilson; revise Stip; send to Joel Frank | 0.50<br>750.00/hr | 375.00 |
| 6/4/2014 | Email to client re status | 0.25<br>750.00/hr | 187.50 |
| 6/18/2014 | Emails re stipulation | 0.25<br>750.00/hr | 187.50 |
| 6/19/2014 | Emails re stipulation | 0.25<br>750.00/hr | 187.50 |
| 6/23/2014 | Emails from Wilson re stip | 0.25<br>750.00/hr | 187.50 |
| 7/9/2014 | Emails re response time | 0.25<br>750.00/hr | 187.50 |
| 7/23/2014 | Review email with arbititation; telephone call to Wilson; email to client | 0.25<br>750.00/hr | 187.50 |
| 7/25/2014 | emails re defendants response | 0.25<br>750.00/hr | 187.50 |
| 7/30/2014 | Review Defendant's PO's; email with Barry; email to Lamb, W. Wilson re response dates; meeting with SRG re POs | 1.25<br>750.00/hr | 937.50 |

Page     4

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 8/1/2014 | Emails re stipulation schedule | 0.25<br>750.00/hr | 187.50 |
| 8/4/2014 | Review stipulation; forward to Wilson; email from Wilson | 0.25<br>750.00/hr | 187.50 |
| 8/21/2014 | Email to Barry re status | 0.25<br>750.00/hr | 187.50 |
| 9/2/2014 | Meeting with SRG re brief | 0.25<br>750.00/hr | 187.50 |
| 9/11/2014 | Research re PA Unfair Trade Practices | 0.25<br>750.00/hr | 187.50 |
| 10/7/2014 | Revise response to PO's; meeting with SRG re research; emails with client | 1.25<br>750.00/hr | 937.50 |
| 10/8/2014 | Research; review memo opposition to PO's; meeting with SRG | 12.25<br>750.00/hr | 9,187.50 |
| 10/9/2014 | Revise and edit memo in opposition;  meetings with SRG | 4.75<br>750.00/hr | 3,562.50 |
| 10/10/2014 | Meeting with SRG re filing | 0.25<br>750.00/hr | 187.50 |
| 10/18/2014 | emails with William Wilson re letter from court and trial in 6 months | 0.25<br>750.00/hr | 187.50 |
| 10/20/2014 | Email with William Wilson re schedule from court | 0.25<br>750.00/hr | 187.50 |
| 10/22/2014 | Review email from William Wilson with proposed plan; emails with Barry re client docs, availability; revise schedule and send to William Wilson | 1.00<br>750.00/hr | 750.00 |
| 10/23/2014 | Email from Bill re schedule | 0.25<br>750.00/hr | 187.50 |
| 10/28/2014 | Email to William Wilson re status of schedule | 0.25<br>750.00/hr | 187.50 |
| 10/31/2014 | Meeting with SRG re doc request | 0.25<br>750.00/hr | 187.50 |
| 11/3/2014 | Email to William re proposed schedule; review document request; meeting with SRG | 1.00<br>750.00/hr | 750.00 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---:|---:|
| 11/4/2014 | Meeting with SRG re disc req | 0.25<br>750.00/hr | 187.50 |
| 11/5/2014 | Telephone call to WW | 0.25<br>750.00/hr | 187.50 |
| 11/10/2014 | Email with Bill re conversation with Joel Frank; memo; schedule | 0.25<br>750.00/hr | 187.50 |
| 11/11/2014 | Email and telephone call to WW re defendants response; review document request | 0.50<br>750.00/hr | 375.00 |
| 11/12/2014 | Telephone call with William; review document request | 0.75<br>750.00/hr | 562.50 |
| 11/13/2014 | Review reply; finalize doc request | 0.50<br>750.00/hr | 375.00 |
| 11/14/2014 | Email with Barry re status, doc request, reply in support of POs | 0.25<br>750.00/hr | 187.50 |
| 11/18/2014 | Email to Williams re schedule, email back | 0.25<br>750.00/hr | 187.50 |
| 11/24/2014 | Email to William re schedule | 0.25<br>750.00/hr | 187.50 |
| 12/1/2014 | Emails to and from W. Wilson re schedule | 0.25<br>750.00/hr | 187.50 |
| 12/4/2014 | Review scheduling proposal from draft; email with W. Wilson | 0.50<br>750.00/hr | 375.00 |
| 12/5/2014 | Research; draft motion entry scheduling order No. 1; email to W. WIlson | 1.75<br>750.00/hr | 1,312.50 |
| 12/6/2014 | Telephone call to B. Wilson; email re scheduling order | 0.50<br>750.00/hr | 375.00 |
| 12/15/2014 | Email from/to B. Wilson re defendants responses to discovery request | 0.25<br>750.00/hr | 187.50 |
| 12/17/2014 | Research; review class cases of Baum, Walmart; email to W. Wilson | 0.75<br>750.00/hr | 562.50 |
| 1/5/2015 | Email to Wilson re status | 0.25<br>750.00/hr | 187.50 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---:|---:|
| 1/15/2015 | Review defendants responses to plaintiffs document request | 0.50<br>750.00/hr | 375.00 |
| 1/16/2015 | Meeting with SRG re confidential agreement; review draft and edit; emails with WW, JF and Barry re confidential agreement | 1.50<br>750.00/hr | 1,125.00 |
| 1/19/2015 | Email with counsel re request for administrative conference | 0.50<br>750.00/hr | 375.00 |
| 1/20/2015 | Telephone calls to/from Bill Wilson re conference with court | 0.25<br>750.00/hr | 187.50 |
| 1/22/2015 | Meeting with SRG re defendants discovery; request for admissions; emails with Wilson re agenda for court | 1.25<br>750.00/hr | 937.50 |
| 1/23/2015 | Emails from WW, JL re conference with court; meeting with SRG re case in Georgia; email from Joel Frank re confidential order | 0.50<br>750.00/hr | 375.00 |
| 1/26/2015 | Email from defendants with confidential order | 0.25<br>750.00/hr | 187.50 |
| 1/27/2015 | Review confidential order proposed by defendants; email with WW; email comments back to defendants | 1.25<br>750.00/hr | 937.50 |
| 2/3/2015 | Meeting with SRG re work status; email re protective order | 0.50<br>750.00/hr | 375.00 |
| 2/6/2015 | Review and edit response to doc request, ints, request for admissions; email to Amy | 0.75<br>750.00/hr | 562.50 |
| 2/9/2015 | Review answers to ints, req for doc, req for adm; telephone calls with clients; telepjhone call to W. Wilson | 1.25<br>750.00/hr | 937.50 |
| 2/16/2015 | Emails with J. Frank re plaintiffs responses to discovery | 0.25<br>750.00/hr | 187.50 |
| 3/11/2015 | Telephone call with client re doc, answers to Ints; email to defendants counsel re extension; meeting with SRG | 1.75<br>750.00/hr | 1,312.50 |
| 3/12/2015 | Emails with Bill Wilson re arb agreements | 0.25<br>750.00/hr | 187.50 |
| 3/27/2015 | Email to Anne re docs | 0.25<br>750.00/hr | 187.50 |
| 3/30/2015 | Telephone calls/emails with client re docs | 0.75<br>750.00/hr | 562.50 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 4/1/2015 | Meetings with SRG re plaintiffs responses to discovery, requests for admissions to defendants | 1.00<br>750.00/hr | 750.00 |
| 4/2/2015 | Emails with W. Wilson re discovery; emails with Joel L. re discovery | 0.75<br>750.00/hr | 562.50 |
| 4/3/2015 | Emails with Bill re notice of trial ready; review email re administrative conference | 0.25<br>750.00/hr | 187.50 |
| 4/6/2015 | Telephone calls to Bill W. re administrative conference | 0.50<br>750.00/hr | 375.00 |
| 4/7/2015 | Emails re administrative conference; research; emails with Bill; draft administrative conference memo; email to client re status; meeting with SRG re administrative conference docs | 2.75<br>750.00/hr | 2,062.50 |
| 4/8/2015 | Revise administrative conference memo; emails with Bill Wilson; preparation for administrative conference | 3.25<br>750.00/hr | 2,437.50 |
| 4/9/2015 | Review order re PO's; email to client; telephone call with B. Wilson; meeting with SRG re documents, begin editing complaint | 2.25<br>750.00/hr | 1,687.50 |
| 4/20/2015 | Work on Amended Complaint; meeting with SRG re docs produced and what needs to be produced | 0.75<br>750.00/hr | 562.50 |
| 4/27/2015 | Research law for Amended Complaint; meeting with SRG re FOIA request, doc request | 2.75<br>750.00/hr | 2,062.50 |
| 4/28/2015 | Research; meeting with SRG re Ala case; telephone call to Bill Wilson; edit Amended Complaint; emails with Barry; telephone call with Bill Wilson; review ltr re doc production | 2.25<br>750.00/hr | 1,687.50 |
| 4/29/2015 | Email to Bill re complaint; review letter re doc production; email to Bill; email to defendants counsel; review supplemental document request; meeting with SRG | 1.75<br>750.00/hr | 1,312.50 |
| 4/30/2015 | Review supplemental document request; meeting with SRG | 0.75<br>750.00/hr | 562.50 |
| 5/1/2015 | Emails with B. Wilson re status, supplemental document requests | 0.50<br>750.00/hr | 375.00 |
| 5/4/2015 | Emails with Joel re status, supplemental document requests; emails with W. Wilson re same | 0.50<br>750.00/hr | 375.00 |
| 5/6/2015 | Emails with defendants counsel re discovery issues | 0.25<br>750.00/hr | 187.50 |
| 5/18/2015 | Prepare for conference call with defense counsel re discovery; meeting with SRG | 1.50<br>750.00/hr | 1,125.00 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---:|---:|
| 5/19/2015 | Conference call with defense re docs produced; meeting with SRG re motion to compel; telephone call with Bill Wilson | 1.00<br>750.00/hr | 750.00 |
| 6/1/2015 | Meeting with SRG re opposition to preliminary objections; begin reviewing opposition to preliminary objections | 1.00<br>750.00/hr | 750.00 |
| 6/2/2015 | Research, revise brief in opposition to preliminary objections; meetings with SRG; email to Bill; email to Barry Katz | 5.25<br>750.00/hr | 3,937.50 |
| 6/3/2015 | Emails with W. Wilson, SRG, Barry re preliminary objections; work on opposition, motion to stay; research | 2.00<br>750.00/hr | 1,500.00 |
| 6/4/2015 | Emails with B. Wilson; conversation with defense counsel | 0.25<br>750.00/hr | 187.50 |
| 6/5/2015 | Research re protective order; review and edit opposition to protective order; meetings with SRG; review draft of opposition to preliminary objections | 3.75<br>750.00/hr | 2,812.50 |
| 6/8/2015 | Review opposition to motion to stay; revise; meeting with SRG | 0.75<br>750.00/hr | 562.50 |
| 6/9/2015 | Review draft preliminary objections, edit; meeting with SRG; review filed opposition for phased discovery | 2.75<br>750.00/hr | 2,062.50 |
| 6/10/2015 | Review defendants brief in support of preliminary objections; email to local | 0.50<br>750.00/hr | 375.00 |
| 6/16/2015 | Research; edit opposition to preliminary objections; send to William Wilson | 3.75<br>750.00/hr | 2,812.50 |
| 6/17/2015 | Review William Wilson edits; email to WW; review filed doc | 0.75<br>750.00/hr | 562.50 |
| 6/22/2015 | Review defendant's reply re motion for protective order; emails with SRG | 0.75<br>750.00/hr | 562.50 |
| 7/6/2015 | Emails with W. Wilson re defendants objections, responses to discovery | 0.25<br>750.00/hr | 187.50 |
| 7/20/2015 | Emails to and from cocounsel re reply brief filing | 0.25<br>750.00/hr | 187.50 |
| 7/24/2015 | Email to W. Wilson re notice of readiness | 0.25<br>750.00/hr | 187.50 |
| | SUBTOTAL: | [     106.00 | 79,500.00] |

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| | **SUSAN R. GROSS** | | |
| 3/4/2014 | Research ordinances; hauling companies; lawsuits; review documents | 4.00<br>525.00/hr | 2,100.00 |
| 3/5/2014 | Memo to DRG; research | 4.50<br>525.00/hr | 2,362.50 |
| 3/10/2014 | Research; draft and edit complaint | 5.00<br>525.00/hr | 2,625.00 |
| 3/11/2014 | Edit Complaint; email DRG | 2.00<br>525.00/hr | 1,050.00 |
| 3/17/2014 | Review DRG comments; edit complaint; review documents received | 4.00<br>525.00/hr | 2,100.00 |
| 3/19/2014 | Research complaint | 2.00<br>525.00/hr | 1,050.00 |
| 3/20/2014 | Edit complaint; create timeline chart | 3.00<br>525.00/hr | 1,575.00 |
| 3/24/2014 | Edit complaint; review complaint; review emails | 1.50<br>525.00/hr | 787.50 |
| 4/1/2014 | rev email from BK; email DRG; | 0.25<br>525.00/hr | 131.25 |
| 4/16/2014 | rev cplt attached exhibits ; email drg | 0.50<br>525.00/hr | 262.50 |
| 4/17/2014 | create verif; mtg w/drg | 0.50<br>525.00/hr | 262.50 |
| 5/22/2014 | stip to amend/mtg drg | 1.00<br>525.00/hr | 525.00 |
| 5/29/2014 | mtg w/drg | 0.25<br>525.00/hr | 131.25 |
| 6/2/2014 | review email; stip | 0.25<br>525.00/hr | 131.25 |
| 7/30/2014 | research PO resps; meeting with DRG re same | 0.50<br>525.00/hr | 262.50 |
| 7/31/2014 | research po's | 4.00<br>525.00/hr | 2,100.00 |

|   |   | Hrs/Rate | Amount |
|---|---|---|---|
| 8/1/2014 | Research PO's | 4.00 525.00/hr | 2,100.00 |
| 8/12/2014 | research cases | 2.00 525.00/hr | 1,050.00 |
| 8/26/2014 | research PO's edit brief | 4.00 525.00/hr | 2,100.00 |
| 8/27/2014 | edit po brief | 3.00 525.00/hr | 1,575.00 |
| 9/2/2014 | rev po's; research; mtg w/drg | 2.50 525.00/hr | 1,312.50 |
| 10/7/2014 | Research cases | 2.00 525.00/hr | 1,050.00 |
| 10/8/2014 | edit brief; prepare filing | 4.00 525.00/hr | 2,100.00 |
| 10/9/2014 | filing | 2.00 525.00/hr | 1,050.00 |
| 10/23/2014 | rev email; draft RFPD | 2.00 525.00/hr | 1,050.00 |
| 10/27/2014 | email RFPD to DRG | 0.25 525.00/hr | 131.25 |
| 11/3/2014 | edit RFPD | 1.00 525.00/hr | 525.00 |
| 11/6/2014 | edit RFPD; send to local counsel; rev BK comments; edit RFPD | 2.00 525.00/hr | 1,050.00 |
| 11/12/2014 | edit doc requests | 1.00 525.00/hr | 525.00 |
| 11/13/2014 | research Judge Griffith | 1.00 525.00/hr | 525.00 |
| 11/14/2014 | research arb invalidation knutson | 0.50 525.00/hr | 262.50 |
| 1/16/2015 | rev resp to rfpd; draft confidential stip | 3.00 525.00/hr | 1,575.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 1/22/2015 | draft request for admissions; draft int responses | 2.00<br>525.00/hr | 1,050.00 |
| 1/23/2015 | draft responses to ints; RFPD; admissions; draft request for admissions | 3.00<br>525.00/hr | 1,575.00 |
| 2/6/2015 | edit Request for admission responses; rev ints/rfpd | 3.00<br>525.00/hr | 1,575.00 |
| 2/9/2015 | research property/map view/recorder of deeds; property owners | 3.00<br>525.00/hr | 1,575.00 |
| 4/1/2015 | email W. Wilson discovery; no response; edit discovery email Joel Frank | 2.00<br>525.00/hr | 1,050.00 |
| 4/7/2015 | research CP case for class cert | 1.00<br>525.00/hr | 525.00 |
| 4/8/2015 | review documents | 2.00<br>525.00/hr | 1,050.00 |
| 4/21/2015 | rev and edit doc index; draft supp RFPD; draft letter requesting more info on docs produced; right to know request | 3.00<br>525.00/hr | 1,575.00 |
| 4/27/2015 | foia request/review of docs/mtg w/drg | 2.00<br>525.00/hr | 1,050.00 |
| 5/1/2015 | edit supp rfpd | 0.50<br>525.00/hr | 262.50 |
| 5/19/2015 | Telephonic meet and confer; edit motion to compel | 4.00<br>525.00/hr | 2,100.00 |
| 5/20/2015 | review def's PO; review motion for phased discovery and protective order | 5.00<br>525.00/hr | 2,625.00 |
| 5/21/2015 | research cases | 5.00<br>525.00/hr | 2,625.00 |
| 5/26/2015 | research cases; draft resp | 5.00<br>525.00/hr | 2,625.00 |
| 5/27/2015 | research cases draft response | 5.00<br>525.00/hr | 2,625.00 |
| 5/28/2015 | research cases draft response | 5.00<br>525.00/hr | 2,625.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | SUBTOTAL: | [    118.00 | 61,950.00] |
| | TINA MOUKOULIS | | |
| 3/4/2014 | Assist SRG with research on potential case | 2.00<br>475.00/hr | 950.00 |
| | SUBTOTAL: | [      2.00 | 950.00] |
| | For professional services rendered | 226.00 | $142,400.00 |
| | Balance due | | $142,400.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| DEBORAH R. GROSS | 106.00 | 750.00 | $79,500.00 |
| SUSAN R. GROSS | 118.00 | 525.00 | $61,950.00 |
| TINA MOUKOULIS | 2.00 | 475.00 | $950.00 |

# Appendix 2 to Gross Declaration
# (Gross Law's Expense Ledger)

# ADVANCED DISPOSAL                                   SEC-DRG #001

| Date | Description | | Amount | Notes | # | Total |
|---|---|---|---|---|---|---|
| 4/8/14 | Lexis – AmerXpress | | 1 20 — | date range 3/1 – 31/2014 | | |
| 5/1/14 | Pacer – AmerXpress | | 2 90 | date range 1/1 – 3/31/14 | | |
| 6/7/14 | Photocpys – 56 blk – 1 color | | 15 00 | | | |
| 9/1/14 | LexisNexis | AmerXpress | 42 78 | SRG 8/12 | | |
| 10/1/14 | Lexis | AmerXpress | 29 74 | SRG 8/12 | | |
| 10/1/14 | Lexis | AmerXpress | 13 74 | SRG – 10/8   DRG | | |
| 11/3/14 | PhotoCpys 42 blk/wht + 39 color | | 49 50 | | 5 | |
| 12/1/14 | LexisNexis | AmerXpress | 19 32 | 10/8 – DRG & SRG | 6 | |
| | Photo cpy 1/6/15 $4.25, Photo Cpy 1/29 $26.75 | | 198 00 | Photo cpy 2/21 $2.75, 2/4 $154.25 Cpy | 7 | Confirm # AB10EE2D4 |
| 4/7/15 | Phila Courts – First Judicial District | AmerXpress | 8 30 | ECommerce Order #108728126 | 8 | |
| Ck#7014 05/01/15 | On-Demand Access to Alabama State | | 497 99 | Trial Court 4/28/15 Records | | Case # 900052 (SRG's Master Charge) |
| 5/13/15 | PA Instant Case Services | AMEX | 27 — | (P7477M315 – v FD Builders | | 4/22/15 Customer #50132 |
| 6/15 | Lexis | | 266.15 | SRG 5/6/15 rpt 5/1 – 5/31/15 | | |
| 4/1/15 | Lexis | AmerXpress | 96 75 | 4/7 + 4/27 | 12 | 0• C |
| 5/7/15 | PACER | | .40 | 1/22/15 | 13 | 120•00 + |
| 8/15 | LexisNexis | AmerXpress | 187 09 | rpt dated 7/7/15 (DRG 6/3, 5 & 16) | 14 | 2•90 + |
| 2015 | Pacer 4/27 + 6/1 | AmerXpress | 5.20 | $3.30 + 1.90 | 15 | 15•00 + |
| | | | | | 16 | 42•78 + |
| | | | | | | 29•74 + |
| | | | | | | 13•74 + |
| | | | | | 17 | 49•50 + |
| | | | | | | 19•32 + |
| | | | | | 18 | 198•00 + |
| | | | | | | 8•30 + |
| | | | | | 19 | 497•99 + |
| | | | | | | 27•00 + |
| | | | | | 20 | 266•15 + |
| | | | | | | 96•75 + |
| | | | | | 21 | 0•40 + |
| | | | | | 22 | 187•09 + |
| | | | | | | 5•20 + |
| | | | | | 23 | 1,579•86 * |