IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE FLACCUS,<br><br>            Plaintiff,<br><br>      v.<br><br>ADVANCED DISPOSAL SERVICES EASTERN PA, INC. f/k/a ADVANCED DISPOSAL SERVICES SHIPPENSBURG, LLC; and ADVANCED DISPOSAL SERVICES SOUTH, LLC f/k/a ADVANCED DISPOSAL SERVICES, INC.<br><br>            Defendants. | Civil Action No. 2:17-cv-04808-MAK |

**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN FURTHER SUPPORT OF MOTIONS FOR FINAL APPROVAL OF CLASS SETTLEMENT AND FOR <u>APPROVAL OF FEES, EXPENSES, AND INCENTIVE AWARD</u>**

Plaintiff Anne Flaccus, by and through her undersigned counsel, hereby respectfully submits this Supplemental Memorandum to inform the Court that there have been no objections to the Settlement or fee application, and no opt-outs to the Settlement.

In accordance with this Court's Preliminary Approval Order (ECF No. 85), Plaintiff filed her Motion for Final Approval of Class Settlement ("Final Approval Motion") on June 15, 2023 (ECF No. 87) and her Motion for Approval of Attorneys Fees, Expenses, and Incentive Award ("Fee Motion") on June 26, 2023 (ECF No. 88). No objections have been received to the Settlement or to the requested fees and expenses. *See* 8/3/23 Declaration of Vanessa Santacruz (filed contemporaneously herewith) at ¶ 8. Moreover, no Class Members have requested to be excluded from the Settlement Class. *Id.* at ¶ 9.

Accordingly, for the reasons set forth herein and in Plaintiff's prior submissions in connection with the Settlement, Plaintiff respectfully requests that this Court grant the relief

1

sought in the Final Approval Motion and Fee Motion. *See, e.g., In re Processed Egg Products Antitrust Litig.*, 284 F.R.D. 249, 269 (E.D. Pa. 2012) (final approval granted when "there were no objections filed to Settlement and thus no negative feedback to the settlement"); *In re Cendant Corp. Litig.*, 264 F.3d 201, 234-35 (3d Cir. 2001) (low number of objections strongly favors settlement and "[t]he vast disparity between the number of potential class members who received notice of the Settlement and the number of objectors creates a strong presumption that this factor weighs in favor of the Settlement").

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 3, 2023 | /s/ Andrew J. Belli<br>Benjamin M. Mather, Esq.<br>Andrew J. Belli, Esq.<br>**COREN & RESS, P.C.**<br>Two Commerce Square<br>2001 Market Street, Suite 3900<br>Philadelphia, PA 19103<br>Phone: (215) 735-8700<br>Fax: (215) 735-5170<br>bmather@kcr-law.com<br>abelli@kcr-law.com<br>*Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I, Andrew J. Belli, hereby certify that on August 3, 2023, I caused a true and correct copy of the foregoing Supplemental Memorandum to be served via the Court's CM/ECF system, which will send notification of same to defense counsel as follows:

Joel L. Frank, Esquire
John J. Cunningham, IV, Esquire
LAMB McERLANE PC
24 East Market Street
P.O. Box 565
West Chester, PA 19381

Rik Tozzi, Esquire
BURR FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203

*Attorneys for Defendants*

/s/ Andrew J. Belli
Andrew J. Belli