## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE FLACCUS, )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>ADVANCED DISPOSAL SERVICES )<br>SOUTH, LLC, )<br>)<br>**Defendant.** )<br>) | **CIVIL ACTION**<br>**NO. 2:17-cv-04808-MAK** |

### NOTICE OF COMPLETE DISTRIBUTION

I, Benjamin M. Mather, Esquire, as Class Counsel, declare as follows:

1. I am a member in good standing of the bar of the Commonwealth of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania and have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. On August 30, 2023, this Court entered an order (ECF Doc. No. 91) (the "Order") granting final approval of a class action settlement in the above-captioned matter.

3. KCC Class Action Services, LLC, the court-approved Settlement Benefits Administrator, reports that the third and final round of Settlement Fund checks was mailed to Settlement Class Members on August 8, 2024 consistent with the Order.

4. Accordingly, distribution of Settlement Funds to Settlement Class Members has been completed consistent with the Order.

5. Consistent with the Order, if one or more of the Settlement Class Members does not cash their mailed distribution check on or before the check stale date of October 7, 2024, Class Counsel will move for approval of *cy pres* distribution of any remaining funds to The Pennsylvania Small Business Development Centers.

2

I declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

| | |
|---|---|
| Dated: August 23, 2024 | <u>*/s/ Benjamin M. Mather*</u><br>Benjamin M. Mather, Esq. (I.D. No. 89959)<br>Andrew J. Belli, Esq. (I.D. No. 208100)<br>COREN & RESS, P.C.<br>Two Commerce Square<br>Suite 3900<br>2001 Market Street<br>Philadelphia, PA  3900<br>Telephone:  (215) 735-8700<br>Facsimile:  (215) 735-5170<br>bmather@kcr-law.com<br>abelli@kcr-law.com<br><br>*Class Counsel* |

## **CERTIFICATE OF SERVICE**

I, Benjamin M. Mather, Esquire, hereby certify that on August 23, 2024, I caused a true and correct copy of the foregoing Notice of Complete Distribution to be served via the Court's CM/ECF system upon all counsel registered to received electronic notices in the above-captioned action.

*/s/ Benjamin M. Mather*
BENJAMIN M. MATHER