# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANNE FLACCUS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 17-4808** |
| | : | |
| **ADVANCED DISPOSAL SERVICES EASTERN PA, INC., ADVANCED DISPOSAL SERVICES SOUTH, LLC** | : : : | |

## ORDER

**AND NOW**, this 16th day of October 2024, upon considering Plaintiff's uncontested Motion (ECF 93) for approval of distribution of no more than $36,413.19 of class member funds to designated *cy pres* The Pennsylvania Small Business Development Centers, consistent with the plan of allocation, noting this distribution will complete the planned allocation after accounting for Court approved attorneys' fees, litigation expenses, contribution award, the settlement administrator fee, and this distribution of *cy pres* funds, and for good cause, it is **ORDERED** Plaintiff's uncontested Motion (ECF 93) is **GRANTED** requiring:

1. Plaintiff promptly distribute a total of $36,413.19 of class member funds currently in the custody of the Settlement Administrator (net of funds in checks presently outstanding not exceeding $176.66) to The Pennsylvania Small Business Development Centers as a nationally credited program tailored to the nature of this case involving entrepreneurs and small businesses;

2. Plaintiff shall file a Notice not exceeding two pages withing forty-eight hours of final distribution of the class member funds under this Order; and,

3. The Clerk of Court shall again **CLOSE** this case.

**KEARNEY, J.**